Yoana Ayanova Kiprilov,
1053 E. 6th Street, Ap.26
Ontario, CA 91764
email:yoana_ayanova@yahoo.com
phone:707-570-5155
PRO PER
No fax

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 0 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ED CV16-00952   JGB SPx

| | |
|---|---|
| Yoana Ayanova Kiprilov, | Case No.: |
| Plaintiff, | COMPLAINT. |
| | MOTION FOR PRELIMINARY INJUNCTION. |
| vs. | |
| National Board of Medical Examiners, | |
| Educational Commission for Foreign | |
| Medical Graduates, | May 10, 2016 |
| | Yoana Ayanova Kiprilov |
| Defendant | |

### Jurisdiction

This court has jurisdiction under 28 U.S.C. § 1332 and §1331. Federal question jurisdiction arises pursuant to 42 U.S.C § 2000e-2 (I) and 29 CFR §1607.

### Venue

Venue is proper pursuant to 28 U.S.C. § 1391 because the events giving rise to this motion happened in this district.

### Parties

Plaintiff, Yoana Ayanova Kiprilov resides at 1053 E. 6th Street, Ontario, CA 91764. Defendant, Federation of State Medical Boards, National Board of Medical Examiners, their subdivision Educational Commission for Foreign Medical Graduates is located at 3750 Market Street, Philadelphia, PA 19104.

FEE PAID

Dear Honorable Judge,

    As directed by the Court rules, I am submitting my personal testimony regarding this case. Please accept the following arguments on behalf of the Plaintiff.

My name is Yoana Ayanova Kiprilov. I am an IMG (international medical graduate), and I am the "Plaintiff" in this case.

    Despite the fact that I am not in an equal bargaining position with such a huge and rich private corporation like the National Board of Medical Examiners (NBME/ECFMG), I believe that only reviewing the case from an "overall" viewpoint will allow the truth to surface on its own. In one of my letters to NBME/ECFMG, I requested that the virtue of Prudence be applied. Prudence, defined as the ability to look at a concrete situation and know what ought to be done. This case is such a concrete (specific) situation, in which I have passed each part of the exam, and requires prudent (specific) decision. Prudence and Justice are broadly applied in this Country, which makes it so desirable as a place to live in.

    As stated on the American Bar Association website "American courtroom procedures are based on historical precedent, modified by the needs and experience of lawyers and judges. When two parties cannot agree on their respective rights and obligations, or even on what gave rise to the dispute, the system provides each side with an equal opportunity to present its case (and to point out the weaknesses in its opponent's case) to a neutral judge or jury." I believe my case is a precedent, and there is an argument between the Plaintiff and the Defendant that cannot be reasonably resolved. I do believe that there is a violation of the law, and maybe more violations will be found during the proceedings, in addition to the violation of the all logical, moral and ethical principles. Practice has shown, that only lawsuits against NBME/ECFMG lead to fair solutions on problems between these organizations and medical professionals, as well as to the incorporation of fair rules and signing of binding agreements.

To begin with,  I would like to say (regardless of the outcome), that It is a huge
disappointment to realize and see in this case, how this organization took an unfair
decision on my case. Their refusal to recognize my pass results in each "separate" and
"different" part of the exam is very detrimental to my career.

## **STATEMENT OF FACTS**:

    By submitting this petition, I am respectfully requesting and seeking a reasonable,
fair and logical decision on my case. Since only such an ethical decision would lead to a
recognition of my overall exam performance as a pass result. This could be achieved by
recognizing and determining that the three "separate" and "different" parts of the exam,
whether called components or subcomponents, fulfil the NBME/ECMFG's "Retakes"
policy rule and the "time-limit" policy rule.

   **1. In order to be accepted into a residency program, and continue the training
as a physician and practice medicine (under supervision), a medical school
graduate must pass three exams out of four- USMLE Step 1, Step 2 CK and Step 2
CS**. The fourth exam (Step 3) is usually taken during the first years of residency.
I have successfully passed Step 1 and Step 2 CK on my first attempts. Step 2 CK,
which I have passed, also includes (between 3%-7%) of the same skills tested again by
Step 2 CS.
   In order to have a career in medicine as a physician, a medical school graduate must
agree and take the exams with this private organization on their terms. NBME/ECMFG
is a Monopolist, and there is no other organization that offers a lower price or an open
and fair evaluation especially on Step 2 CS, and a clear pass/fail line on same exam
(which currently it does not have). **NBME/ECFMG accepts only a "pass" result as a**
proof that a graduate has the necessary skills to continue his/her further training as a
physician. **Despite that, my pass results on each of the three parts of Step 2 CS**

are not recognized at all, and I am treated like I have never had pass results on the exam or have studied for it.

    **2. My problems started with Step 2 CS (administered since 2004), which prevents me from obtaining an employment as a practicing physician under supervision (resident), and continue my medical training as a physician. My pass results in each of the three parts of STEP 2 CS exam are not recognized, and my overall exam performance is not considered as a pass result, only because they are achieved in a 4-month period and not simultaneously. This handling of the problem by NBME/ECFMG is done in an "arbitrary and capricious" way.**

**"Arbitrary and capricious": "A willful and unreasonable action without consideration or in disregard of facts or law or without determining principle." –** Black's Law Dictionary.

    **2.1**. This particular exam (USMLE Step 2 CS) assesses skills (also called "competencies") and has three parts- data gathering and interpretation (**ICE** part), communication and interpersonal skills (**CIS**), and spoken English proficiency (**SEP**). Skills, especially CIS, that do not have measurable and accurate values, and greatly depend on subjectivity. ICE (written) part is evaluated by physicians, and CIS (oral) part is evaluated by 12 actors (standardized patients). **NBME/ECFMG claims that these parts "although related" are "different" and "separate".** The parts are also separate in time and space, since first is the encounter with the actor, and after that the writing of the patient note.

    **2.2. There was a petition on the Whitehouse website regarding one of the main problems, among others, with this specific exam – the discriminatory practice on Step 2 CS.** Many people were not able to sign it, since the petition was created few years ago and almost immediately closed, without giving it a chance to be signed by more people.  Obviously, there are problems with this exam, as seen by the multiple

lawsuits against the private non-profit organization that administers the exam. Some of them have been resolved, but others have yet to be resolved.

That is why, I believe, that my problem should be resolved in a fair, reasonable, prudent, intelligent and more efficient way through this lawsuit.

Attached hereto as "**EXHIBIT A**", a true copy the NBME/ECFMG website announcement of the change in the Step 2 CS exam that is created to affect differently two different groups of people.

Attached hereto as "**EXHIBIT B**", a copy of the petition.

2.3. Unfortunately, this **exam does not address the most common reasons for medical malpractice claims**-failure to diagnose, surgery and failure to treat. Thus, the exam does not protect the public from harm. It does not matter how good the relationship with physician is, or how good his "patient note" is. If the physician fails to give the right diagnosis (e.g. cancer), or the right treatment, or makes a mistake during surgery, patient suffers and will sue. We also live in a free world, and if we cannot foster a relationship with our physician, dentist, lawyer, etc., we just change them and go to another professional. **Attached hereto is "EXHIBIT C",** malpractice report for 2015.

2.4. **Most of the NBME/ECFMG physicians-examiners who created the test and do the evaluation, have never taken this exam and will never take this exam. They started directly residency without this obstacle. As a result, today, they are not only successful physicians, but also medical examiners who make a very good earning in this rich organization. All this without ever taking and passing this exam.**

2.5. Dr. Jane Orient, M.D., executive director of the Association of American Physicians and Surgeons (AAPS) gives us more clarification of the problem when she stated last year: "**One thing is known for certain about the testing industry. It makes millions of dollars for the self-certified experts**" and "**Someone has a vested interest in making a lot of money from the [screening and assessment] tests that they'll sell to you," says Dr. Orient**. Step 2 CS costs $1,500 per attempt.

But there are no physicians like Dr. Orient to defend medical graduates' rights, unfortunately. We have to defend them ourselves. And I am doing it with this document - defending my knowledge, skills and the pass results that I have achieved on the Step 2 CS exam in 2015.

It is likely that NBME/ECFMG are afraid that if they are fair to one person by recognizing my overall exam result as a pass result, other people in the same situation will insist for the same decision, and the organization will lose a lot of money.

**3. My two exam reports state: "It is necessary to pass all three subcomponents in order to obtain an overall passing outcome on the Step 2 CS." NBME /ECFMG though does not consider my "overall" performance**. "Overall" means that it should take everything into account. On May 20, 2015 and September 30, 2015 were my two attempts. My final results on the exams are considered "fail". **The second time I passed the part I failed before, but failed the part I passed just 4 months earlier:**

May 20,2015:                          September 30,2015:

ICE   CIS   SEP                      ICE   CIS   SEP

fail   pass   pass                    pass   fail   pass

A recheck of each exam result confirmed the pass results that I achieved.  Attached hereto is **EXHIBIT "D"**, showing that these three parts are considered by NBME/ECFMG "different" and "separate".

3.1. According to NBME/ECFMG the skill that I had 4 months earlier (shown by the pass result on CIS) had been lost in a 4-month period. If we apply the same logic (that NBME/ECFMG apply), then we will never move forward, since everybody will have to take the same test again and again multiple times a year, since these skills can be lost.

**3.2. I was unreasonably and unfairly put in a situation, in which I had not only to take the same parts I have already passed, but also the second time I was evaluated by 12 different actors in the same parts. Logically, these 12 different**

1   **people gave me different evaluations than the previous 12 actors in May,** and I

2   received completely opposite results in the same part of the exam. The criteria of the

3   evaluation were the same during the whole 2015 year. Due to the factor of subjectivity

4   and other multiple problems with this particular exam (as shown further down), my

5   results were completely opposite. Needless to say, that if at least the actors were the

6   same on the two exams (May and September), I would have achieved pass results on

7   all the three parts of the exam in a "single administration". The reaction of other people,

8   the bewilderment, when I tell them that although I have passed each part of the exam, I

9   actually have not passed the whole exam, shows the ethical aspect of the problem.

10  It is pretty unfair and unethical, that currently I am put at the same level and treated in

11  the same way as a person who has never studied for and taken this exam. At the same

12  time, I have pass results in each part of the exam. It is very unfair to my knowledge,

13  skills, time of my life wasted for studying, money that I spent.

14  **3.3. Published research studies have shown that there are multiple problems**

15  **with this exam, such as the factor of subjectivity and other factors that are not**

16  **related to the examinee's professional skills, but affect the scores. Reliability of**

17  **this exam is a serious problem as well.**

18  Attached hereto is "**EXHIBIT E" and "EXHIBIT F**", showing some of the flaws of the

19  exam – factor of subjectivity, contrast effects and sequence effects.

20  Attached hereto is "**EXHIBIT G**", a statement by a NBME/EFMG- medical examiner, Dr.

21  Cassimatis, that "*evaluators may harbor prejudices and stereotypes that can adversely*

22  *affect impact the scores of minority of medical students*",

23  Attached hereto is "**EXHIBIT H**" NBME/ECFMG web site announcement: "*one or more*

24  *competencies will not be measurable in a valid manner in the context of USMLE*".

25  Attached hereto is "**EXHIBIT I**", concluding that "Continued use of USMLE Step 1 and 2

26  scores for postgraduate medical residency decisions is discouraged".

27  **3.4 One of the biggest problems with this exam is its reliability, or "the degree**

28  **to which an assessment tool produces stable and consistent results.** Test-retest

reliability is a measure of reliability obtained by administering the same test twice over a period of time to a group of individuals."

NBME/ECFMG admits on their website ("Frequently asked questions"): "*A version of the medical licensing exam many decades ago, in fact, included a "bedside encounter" to assess clinical skills but it was dropped in the 1960s because of questions at the time about its reliability. In 2004, an assessment of clinical skills was added to the USMLE because pilot studies showed it was reliable. Advances in testing science and in computerization made this possible.*"

**Today, my totally opposite results prove that this exam still has problems with its reliability and, obviously, it is not reliable.**

As stated in an article published in American Medical Association (AMA) Journal of Ethics, 2003, called "A Critical Review of Standardized Patient Examinations as Part of the USMLE": "*Studies of the similar exam used for IMGs demonstrate that the test effectively assessed only the use of spoken English*".

Indeed, my two exam results are similar only in the SEP-part (Spoken English proficiency). These results support the two statements about the reliability- the test is reliable for evaluation only of the SEP-part, but not the ICE and the CIS-part.

Attached hereto is "**EXHIBIT J**", a copy of the announcement and definition of reliability.

 

    **4. My request is based entirely on these facts and my exam results/pass results, that I have achieved in each of the three parts. I believe, based on these grounds, it is pretty reasonable and logical.**

**My "overall" performance on the exam (USMLE Step 2 CS) could be reasonably, logically and safely considered as a pass result.**

**There is no part of the exam, that I have to achieve a pass result in.**

Two policy rules could be used here, in regard to the exam results achieved. Attached hereto is "**EXHIBIT K**".

According to the **"time limit" rule** - each pass result is valid for a time-frame of 7 years from the date of the first pass achieved on either USMLE tests. Since my first pass result was on Step 1 in 2012, all my pass results (including the pass results on Step 2 CS parts) are valid until 2019.

**The "Retakes" policy rule- "If you pass a Step or Step Component, you are not allowed to retake it".** This rule is obviously created with the intention to prevent a conflict if there are two different results on the same Step or Component. Otherwise, the two different results will lead to a total chaos among the examinees and examiners, and endless arguments which exam result is the real result, as in this case.

However, NBME/ECFMG try to avoid the application of these two rules by insisting that the parts are "subcomponents", not "components". They insist the exam to be paid for and taken again. After all, I believe that the purpose is to show knowledge on all the parts, which I did. And NBME/ECFMG insisting that I achieve pass results again on parts that I already passed, and play the slot machine in this specific case, for $1,500 is unfair.  It is unfair since NBME/ECFMG claims that these three parts are "different" and "separate", and evaluated by different people (physicians and non-physicians).

   **5. The Plaintiff and Defendant here argue about the CIS part- whether it is a component or subcomponent of Step 2 CS EXAM.**

**NBME/ECFMG use the wordplay "Component-subcomponent" as the main argument for not applying the "Retakes" and the "time-limit" rule, and this way not allowing me to have my "overall" exam performance recognized as a pass result.** Step 2 CS and Step 2 CK are considered by NBME/ECFMG as two different exams, called and referred to as a "STEP" on the official USMLE website. They are not called Component CS or Component CK. Attached hereto is **"EXHIBIT L"**.

The three parts of the Step 2 CS are defined by NBME/ECFMG as "separate" and "different". For the purpose of the evaluation and scoring the parts are called

"subcomponents", not components, so that the "Retakes" policy rule becomes inapplicable.

Whether called components or subcomponents, I have pass results on each of these three parts of the exam. And I believe the purpose here is to show knowledge and skills, not to play a slot machine with three matching images. NBME/ECFMG seems to unfairly use and interpret the same words and rules differently, depending on the situation. In this way, they benefit from their inconsistent positions regarding the words and the rules. Dictionaries give definitions of the word "subcomponent" as a: "component-like" part, or a "lesser component", "smaller component".  It is a "component" after all, whether smaller or bigger. The same word is used mostly in electronics.

**6. To resolve this dispute, we can look at the case:** "*Hartman v. National Board of Medical Examiners*", *(Civil Action No. 09-5028*), where the **Court accepted and called the parts "Components" and, NBME/ECFMG did not dispute or challenge, or appeal this description of the three separate and different parts of the exam as "Components",** namely:

"*Findings of Fact:*

"*Without passing the USMLE Step 2 CS, he will be unable to apply to some residencies, begin most residencies, or obtain state medical licensure. The NBME designs and administers the USMLE Examination... For each encounter (apart from a small number of unscored encounters) the Step 2 CS test-taker is evaluated based on* ***three scoring components***.

*...The Integrated Clinical Encounter (**ICE**) **Component** evaluates the test-taker's ability to complete a patient note ...*

*...The Communication and Interpersonal Skills (**CIS**) **component** assesses (1) questioning skills, (2) information-sharing skills, and (3) professional manner and rapport.*

*... The Spoken English Proficiency (**SEP**) **component** assesses...*

*"The standardized patients grade the **CIS and SEP sub-components**, while trained physicians grade the **ICE component**."*

*"Hartman received a passing score on the **ICE and SEP components**, but failed the **CIS component** and, in consequence, received an overall failing score."*

*"...examiners can still grade for the **Spoken English Proficiency section** of the examination"*

*"I note that the **USMLE Composite Committee** has considered whether providing the accommodation...alters the Step 2 CS examination. The **committee concluded**...does not fundamentally alter the **ICE and CIS components,** but does fundamentally alter the **SEP component**. The Committee recommended that passing score on those **components** would be reported as "Pass **(ICE and CIS only)."** USMLE Composite Committee Meeting, January 24, 2005, Meeting Summary. There has been at least one test-taker who was granted use of a sign language interpreter and passed **both the ICE and CIS components."***

The Court in the cited case accepted and called the parts "Components", "section", "subcomponents", and also did not make a difference between components or subcomponents. **These three descriptions of the parts were used interchangeably.** NBME/ECFMG did not appeal, dispute or challenge this description of the three parts of the exam (as Components) in the abovementioned case.

**7. NBME/ECFMG's evaluation of this exam and based on that, their refusal to recognize my pass results on each part of the exam achieved in a 4-month period, is done in an "arbitrary and capricious" way. Namely:**

**7.1.** The board's duty to establish a minimum passing score. In this case, NBME/ECMFG has the duty to establish the passing score, which will be accepted by the Medical Board of California. (*Marquez v. Medical Board of California, C.A. 3rd C060456*). This exam does not have an established passing score. On the result reports we can see a wide borderline area, but still no clear pass/fail line.

**7.2**. Adversely affected by this handling of the problem are the passing scores that I have achieved in the three parts of the exam, the "subcomponents-components" wordplay, and the "Retakes" and "time-limit". Although, as Dr. Orient points out, this seems to be good money-making strategy, it is not ethical, fair and reasonable in my case. It drains the money of the poor and highly educated people like me, and kills our careers.

**7.3**. The evaluation on this exam is based on and severely affected by subjectivity (of actors and physicians) and other factors, rather than based on objective criteria. Published research has shown that these subjective factors are unrelated to the skills tested on the exam, but still affect the exam scores.

**7.4.** The NBME/ECFMG policy is in disregard of Title VII of the Civil Rights Act of 1964, 42 U.S. Code § 2000e–2, (l), and

**7.5**. In disregard of the regulations set forth by the Equal Employment Opportunity Commission, which administers and enforces civil rights laws against workplace discrimination;

**8. NBME/ECFMG office managers and physicians/medical examiners (including the four CS exam Committee members) were not even able to explain and answer why taking a fair and ethical decision on my problem is impossible.** Again, I find the statement of Dr. Jane Orient is a very helpful explanation of the NBME/ECFMG's policy and strategy to use "component-subcomponent" wordplay and to refuse the recognition of my pass results. They want me to take the exam again and pay $1,500.

NBME/ECMFG have been hiding and avoiding answering my specific questions, and as seen from our communication regarding the evaluation of the exam. Attached hereto is "**EXHIBIT M**", a copy of our correspondence.

**8.1. I asked NBME/ECFMG if these parts are so "different" and "separate"**

**as they claim, then why they cannot consider them separately for my "overall" passing outcome**. NBME/ECFMG changed their position - the parts suddenly were considered not that "separate" and "different". So, for evaluation and scoring purposes they are "separate" and "different", but for my "overall" exam result consideration purpose - they are not "separate" and "different".

8.2. I asked NBME/ECFMG what is the difference between my current pass results on each part of this exam and my future pass results on the same parts of this exam. Whether or not achieved in a single administration. I asked if my future pass results will be considered or reported as "more pass than the previous pass", or "Pass" with capital letter P, or something else. NBME/ECFMG could not answer, but have been playing "50 shades of pass result" movie regarding my exam results.

8.3. I asked NBME/ECFMG what is the difference between my pass results and other examinees' pass results on the same day, in the same parts of the exam, on the same cases, and given by the same actors in the same test center. My pass results should be equal to other examinees' pass results in the same parts, on the same day, by the same actors. I received no answer. Still, NBME/ECMFG plays "50 shades of pass results movie".

8.4. I asked NBME/ECFMG for more information about the cut off level for pass/fail result. NBME/ECFMG has not determined the line between pass/ fail result on this exam, even when giving "X"s on the report. I asked how many "X" to the left, right and in the borderline area constitute a "pass" result. A simple question requiring a simple answer. Again, NBME/ECFMG said they are unable to provide more information and avoided answering the question. The way the evaluation of unmeasurable skill is done is a total mystery, but the feedback is even a bigger mystery. Attached hereto as "**EXHIBIT N**". Even the simplest questions I asked, were not answered intentionally.

8.5. Only one of the four physicians and CS-exam Committee members I sent emails to, had the dignity to respond and at least said that he could not solve my problem. Dr. Melnick, Dr. Zenel, Dr. Minnick did not even bother answering, but transferred their

responsibility to other people. It is my understanding, that when something is addressed personally to me, I have the responsibility to answer, and not transfer it to somebody else. Answering a request is a question of "Communication and interpersonal skills", or the CIS part tested on the Step 2 CS exam. **I expressed in my emails to them, and still would like to state my utmost respect for their knowledge, experience and achievements as physicians.  But their conduct is extremely unfair to me, and maybe even unethical.** The other staff members were not able to adequately answer my questions and adequately explain their reasoning as well. Here are some wise thoughts, that the NBME /ECFMG employees might find useful:

"*Ethics is knowing the difference between what you have a right to do and what is right to do"* and *"Fairness is what justice really is.*" -  Potter Stewart

"*Fairness is not an attitude. It's a professional skill that must be developed and exercised*" by Brit Hume.

   **9. Unlike other cases and lawsuits against NBME/ECFMG, I have passed all parts of the exam**. NBME/ECFMG repeated phrases trying to justify their actions, without even thinking whether their argument or rules are reasonably applicable in my specific situation.

The "single administration" restriction is logically applied for a first-time test taker. Since if the examinee fails one of the three parts, this means that she/he does not have the necessary skills in **all** three Step 2 CS parts.  In other words, there will be a part of this exam in which a pass result has never been achieved, or a part that the examinee has never passed.

This is not my case, though.

In my case, as a second time test-taker, and a soon to be a third time test taker, I **have passed all parts of the exam (as required)**, **in a very short 4-month period of time.** There is no part that I have to pass. NBME/ECFMG apply a rule for a first time-test

taker in my situation, when I was a second-time test taker and my situation is completely different. It is like "apples and oranges."

NBME/ECFMG does not have any guidelines what should be done in a situation like mine, when all the parts are passed in such a short time, but due to the evaluations made by different people, the results are entirely opposite. They are trying to make me pay $1,500 again and take the exam again by using a rule that is not reasonably applicable in my case.

10. This absurdity costed me $3,160 so far. This absurdity, will cost me $4,660 if I have to take the exam for a third time. Aside from the fact that taking the exam again and again has severely damaged my career and resume, and is decreasing and even killing my chances to get into a residency program, if ever. I am stuck on the same place and have to repeat the material that I have pass result on. I am not allowed to move forward just because of the human subjectivity and this flawed exam.

My career has been severely damaged by NBME/ECFMG, since I wasted one year (2015) preparing and taking this exam twice, and will lose one more (2016) year to prepare and take the exam for a third time. It takes months for the results. I will have to apply for 2017 year, since the results for 2016 residency positions were announced in March 2016, and the open positions almost immediately disappeared. I did not have the Step 2 CS pass result in order to be considered for a residency position. This would result in a loss of three potential years of being into a residency program so far, being employed and earning money. This is a total loss of three years, during which I could have been in a residency program (total loss of min. $158,000), and three years of making full salary as a physician after residency (total loss of min $450,000). This is a great loss in terms of time and money, in addition to the stress and destruction of my career. Since residency program directors decides whom to hire based on scores, attempts and years passed since graduation from medical school.

Obviously, the damages to me (my career and life) are severe, compared to NBME/ECFMG's loss of $1,500 they would have incurred if they have recognized my pass results after the second time. Recognition of the pass results would allow me and increase my chances to get into a residency.

**11.** It is difficult to foster a relationship in 15 minutes and this depends on subjectivity as well. **The NBME/ECFMG physicians and examiners themselves have difficulties demonstrating the same skills in real life situations with their own real patients, not actors (as per their patients' reviews on Internet).** Some of these examiners have low, some have medium, some have higher ratings on the same skills they evaluate in other doctors. Attached hereto is "**EXHIBITS O**", true copies of ratings done by real patients.

**I expressed in my emails to them, and still would like to state my utmost respect for their knowledge, experience and achievements as physicians.**

**In the reviews shown below, we can see how difficult it is to create a good relationship with every patient, and thus receive a good Step 2 CIS score every time.**

For Example, the four NBME-members of the Step 2 CS Executive Committee have different approach and have different ratings and reviews by real patients:

Dr. Donald Melnick, President and CEO of NBME (with all my respect): has 1-star rating compared to other physicians with the same specialty and 30+ years of experience;

Dr. Joseph Zenel (with all my respect): has 2.5- stars, and a review from 2011, where the patient says: "Dr. Zenel took more time to inform me about his personal success than in asking questions to help diagnose my child.";

Dr. Emmanuel Cassimatis (with all my respect) has 4 out of 5 stars rating, and Dr. Steven Minnick (with all my respect) has 5-star rating;

If we set criteria of 2.5 starts as a pass/fail borderline, then some of these physicians will fail (1*), some will have borderline performance (2.5*), some will pass (4*, 5*), with all due respect.

**As a result of going directly into residency without ever taking such exam, these NBME/ECFMG physicians and medical examiners today are not only successful physicians, but also medical examiners who evaluate younger doctors,** as we can see. Although this exam assesses the communication and interpersonal skills, which are supposedly important for practice and protect the public from harm. Step 2 CS has been administered for the last 12 years. These great Doctors graduated from medical school more than 30 years ago. Still, they are practicing physicians and administer this test to younger doctors. Obviously, this exam is not needed for becoming a successful physician and even more - physician and a medical examiner, and make a good earning. The logical conclusion- this exam is not needed, other than not accurate in its assessment of the skills.

But as Dr. Orient once stated: "Someone has a vested interest in making a lot of money from the [screening and assessment] tests that they'll sell to you."

12. A closer look and review of the Step 2 CS requirements shows that **in Step 2 CS the right answer (that is evaluated) could not be a clear, concrete and specific response.** Step 2 CS, **CIS** COMPONENT evaluates ability to:

-"ability to foster a relationship", -

-"support emotions"

-" listening attentively"

-"showing interest"

-"demonstrating genuineness"

-"providing reasons that the patient can accept"

-"assessing a patient's level

of agreement, willingness, and ability to carry out

next steps"

-"developing an understanding of the expectations and priorities of the patient and/or

how the health issue has affected the patient."

-encourage the patient to " develop and

demonstrate a full and accurate understanding of key

messages."

As seen in the Step 2 CS exam description.

 **All of these are unmeasurable characteristics**. As is obvious, this makes it

**impossible to determine which question, emotion, facial expression and**

**sentence/ phrase constitutes a right answer**.  Moreover, **the right answer (when**

**fostering a relationship or supporting emotions) could also be interpreted in a**

**different way by different people** (Standardized patients in this case). It is a question

of subjectivity. Some Standardized patients may feel that they received the necessary

emotional support and there was a good relationship established in these 15 minutes of

the encounter.  While other patients may feel that they did not receive the emotional

support, and the good relationship was not established. **When there are different**

**people involved, we can expect diversity in feelings, emotions, personal**

**impressions, personal perceptions, subjectivity and ... different evaluations.** This

means that the entire evaluation and score on the CIS subcomponent is heavily affected

by subjectivity.

Since I have passed the CIS part of the Step 2 CK (because of the overlap), it is unclear

why this specific component is tested again in another exam – STEP 2 CS.


**13. In regard to my emails to NBME, it is obvious that NBME/ECFMG gives**

**somewhat strange explanations in attempts to justify their unreasonable conduct.**

The first explanation, given by Mr. Roman Mizak was: "*it is possible to pass a*

*specific section of the examination on one attempt, and fail it a later date*".

Attached hereto is "**EXHIBIT M**", copy of the responses.

Well, I believe, to a reasonable person, this is not a reasonable explanation and does not make sense. Nothing is certain and there are a lot of possibilities in this life. Benjamin Franklin wrote in a 1789 letter that "Our new Constitution is now established, and has an appearance that promises permanency; but in this world nothing can be said to be certain, except death and taxes."

However, when somebody passes an exam/component, she/he does not retake it again and again, just because "it is possible to fail it a later date".  If the same logic, that I have lost my CIS skills for 4 months, or that it is "possible to fail at a later date" is applied to the NBME/ECFMG representatives, e.g.  then they should retake all the exams they passed during 30 years ago. Although they have never taken this specific exam (Step 2 CS) exam.

NBME/ECFMG should not insist that a person who has passed, should take the exam/subcomponent/component again, just to see if the examinee will pass or fail on the retake. Since **"If you pass a Step or Step Component, you are not allowed to retake it" exam in every other career fields.**

And as we know, there is no guarantee that if somebody passes an exam today, he will pass it with the same result next year, or in five or ten years, especially if the cases and the people who evaluate him are different.

I believe that Mr. Mizak would agree with me, maybe unofficially.


**14**. The second answer which I received, by Ms. Inna Rozinsky, was that my CIS score "fell in the borderline region. It is not uncommon for examinees performing within a borderline region to have a change in their pass/fail outcome across multiple takes." This statements shows the whole absurdity of the situation and the problem with the exam policy:

**14.1. This exam according to the NBME/ECFMG policy rules is reported only as a pass/fail result. There is no defined pass/fail numeric score or line. That is why it**

1  is unclear why Ms. Rozinsky, who is not even an MD, made comments about a
2  borderline performance.
3  When I asked about the way the evaluation is done and what exactly constitutes a
4  "borderline" performance, nobody form NBME/ECFMG was able to answer this
5  question. Neither the examiners, nor the other staff members.  My understanding is that,
6  when an examiner subjectively cannot decide whether to classify the results as pass or
7  fail, this is a borderline result. **It is unclear how we can discuss and determine the**
8  **borderline results, when there is no clearly defined pass/fail line and no numeric**
9  **score.**
10  **14.2. It is also "uncommon", unfair and useless** to have "multiple takes", especially
11  when the part tested has been passed.
12  I believe Ms. Rozinsky would also agree with me, maybe unofficially.
13  **14.3. My CIS result, "borderline" or not, was reported and confirmed (with a**
14  **recheck) as a PASS result.**
15  For Step 1, Step 2 CK, Step 3 there is a clear minimum passing score (192, 209,196
16  respectively), and these exams are reported as pass/fail based on the score
17  below/above it. If the examinee has scored above that minimum level on either exam,
18  the result is considered and reported as pass result only, regardless of whether the
19  score is in the borderline region or not.  **NBME/ECFMG does not send reports**
20  **stating**:
21  "You have passed, but with 1, 2, 5, points above the minimum pass level. Your score is
22  in the borderline region, even though you have passed";
23  Or, " Dear examinee, you have passed, but with 2 points above the minimum passing
24  level, and NBME/ECFMG insists that you take the exam again to see if you will pass
25  again, or fail the exam."
26  In the same way, even though Step 2 CS does not have a clear minimum passing
27  score/level determined and announced officially, a pass result should be considered a
28  pass result.

**15**. The third response, given by Ms. Coleen Ward, *"Prior performance on individual subcomponents will not be considered"*, *"Step 2 CS must be passed in single administration in order to achieve an overall passing performance"*.

**15.1**. "According to statistics, a field which is tested on the Steps, **comparing** (finding similarities) and contrasting (finding differences) is a process of analysis which helps you to understand things in greater depth. By comparing specific aspects of A and B, it is possible to decide which is more useful or valuable".  Somehow, NBME/ECFMG is missing the useful and the valuable points of my **"overall" exam performance**, which for 2015 include my pass results on each part of the exam.

NBME/ECMFG do use comparing process in the exam evaluation.  But they refuse to use it for the purpose of analyzing my "overall" exam results on this exam.

**15.2.** NBME/ECFMG's refusal to recognize my previous pass results is unjustified. This is because, the current exam results do not eliminate and delete from the system information about the previous exams and results. The transcripts that are sent to residency program directors for employment decisions, do include information about **all** the exams and the results. The transcripts do not include **only** the exams that have been passed, or **only** the ECFMG-certification that the necessary USMLE Steps/exams have been passed. **So, the information about the exam results is stored, reported by NBME/ECFMG and used for employment decisions, but not considered for the evaluation of Step 2 CS-exam performance by NBME/ECFM**G. **It would be more reasonable and fair, if it is used for both-exam evaluation and employment decision, since the employment depends on this exams result**.  Although, NBME/ECMFG would say that it is not financially beneficial to them and will probably not accept it.

Ms. Ward, who is not an MD, would probably agree (unofficially) that I was unfairly put in this situation, where I had to retake a component that I have passed before, and the "single administration" rule is not applicable for a second- or third-time test-taker,

especially in my case. We have not been able to resolve this problem, as is obvious by the games we have been playing for the last 6 months - "50 shades of pass result", "Subcomponent-Component" wordplay and the "the double standard"-game.

When compared Humans with animals, the great philosopher Aristotle stated that Humans are "rational animals" who can "think and act rationally" (unlike for example parrots, who just repeat phrases without thinking). So far NBME/ECFMG only repeats phrases that are not logically applicable in my case.

**16. The evaluation on this exam is done in a way that it decreases artificially the passing rates for US and non-US graduates, with three (3%) and (18%) respectively.** As seen in "**EXHIBIT A**", copy of the official announcement on NBME/ECFMG website. In 2013, Step 2 CS exam was changed in such a way, that it decreases the passing rates differently for US and non-US graduates. This is officially announced on the NBME/ECFMG's website, and is something that is not reported and observed in the evaluation of the other Steps. Regarding the other steps, which are multiple choice questions, the answer and the evaluation cannot be subjectively affected, unlike Step 2 CS. The difference in the passing rates for different groups of people, results in different percentage of employment rates for US and non US-graduates. It is likely that if my skills are as good as somebody else's skills, we will receive different scores because of the 18% vs. 3% difference. My final CIS/ICE score will be lower than his/hers. And I will fail, he will pass.

The described way of evaluation is in disregard of title VII of the Civil Rights Act of 1964 and thus are subject to the federal regulations set forth and enforced by the U.S. Equal Employment Opportunity Commission (EEOC).

Previous problems and lawsuits between NBME/ECFMG and other medical students for violation of title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act of 1990, Section 107 of the ADA, have forced NBME/ECFMG to enter an agreement

which ensures that NBME/ECFMG will obey the law and will not discriminate against people with disabilities.

Hopefully, this case will also lead to an enforceable agreement against the unfair, suspicious, financially expensive, and career detrimental practice to unfairly evaluate and discriminate. Since this is how a rule/code/regulation or the law is created - from the need to protect someone's rights against the unfairness, abuse and damage caused by another person.

## FACTS IN SUPPORT, CLAIMS:

## CLAIM I:

Attached hereto as **"EXHIBIT I"**, is a copy of the published research on Pub Med NIH's searchable database of published scientific and medical literature), from 2011, concluding that "**Continued use of USMLE Step 1 and 2 scores for postgraduate residency selection decision is discouraged**", "**The validity argument about using USMLE Step 1 and 2 scores for postgraduate residency selection decisions is neither structured, coherent, nor evidence based.**"

Attached hereto are also:

**"EXHIBIT P"**, is a true copy of the Step 2 CK exam description and the overlap in the part for communication skills.

**"EXHIBIT L"** the description of the USMLE exams- called "Steps" all the USMLE Steps' scores.

## CLAIM II:

There is a lot of research and evidence showing the problems with this particular exam - factor of subjectivity, as well as other factors that have no relationship with the skills tested, but still have a significant effect on the results. There are detailed

evidence-based studies that show and confirm that subjectivity and other factors distort the evaluation on this exam, and this way, the evaluation/exam result is inaccurate:

One such research study is called " **Contrast effects in the USMLE Step 2 Clinical Skills examination**" and finds that:

"*As with any examination using human raters, it is possible that human subjectivity may introduce measurement error. The results show "Contrast effect was significant for the Communication and Interpersonal Skills score, both within and across test sessions. The effect was found to have a nontrivial impact on the overall score*."

Attached hereto as "**EXHIBIT E**", is true copies of the published research studies, since today we rely on evidence-based medicine and research.

   Another published research investigates and proves the inaccuracy of the Step 2 CS exam results. Attached hereto as "**EXHIBIT F**". The study is called the "**Sequence effects in USMLE Step 2 CS examination**", and reached the following conclusion that:

"*Systematic trends in examinee performance across the testing day (sequence effects) could indicate that artifacts of the testing situation have an impact on scores…Sequence was significant for three of the components; communication and interpersonal skills, data gathering, and documentation…The presence of sequence effects suggests that scores on early cases are influenced by factors that are unrelated to the proficiencies of interest.*"


**CLAIM III:**

 In his report called "Report of the council on medical education, (CME Report 4-A-04), Subject: Potential Impact of the USMLE Step 2 CS and COMLEX-PE

 on undergraduate and graduate medical education",

Dr. Cassimatis, an ECFMG Representative, and one of the four members of the Step 2 CS exam Executive Committee, admitted:

"**Concerns have also been raised regarding the scoring of the examination**.  *In a high-stakes performance evaluation such as the* **USMLE Step 2 CS and…**, **evaluators**

*may harbor prejudices or stereotypes that can adversely impact the scores of minority medical students. Similar concerns have led states such as California to ban the use of oral examinations for licensure."*

*"At the present time, some residency programs have as a condition of initial employment the requirement that residents have passed USMLE Step 2…*

*… In such circumstances, **medical school graduates who have not passed those examinations are denied employment**."*

Attached hereto as "**EXHIBIT G",** is a true copy of the report.


**CLAIM IV:**

On their own website, NBME/ECFMG admits:

"This framework identifies six competencies: medical knowledge, patient care, communication and interpersonal skills, professionalism, practice-based learning and improvement, and systems-based practice".

"It is likely that the assessments available via a revised USMLE will not be able to measure all competencies to an equal degree. It is possible that one or more competencies will not be measurable in a valid manner in the context of the USMLE."

Attached hereto as "**EXHIBIT H**", is a true copy of USMLE official statement regarding the evaluation of some competencies (including CIS part of Step2 CS).


**CLAIM V:**

According to the NBME/ECFMG policy, stated on their website (FAQs), regarding retakes: "*If you pass a Step or Step Component, you are not allowed to retake it, except to comply with certain state board requirements which have been previously approved by USMLE governance.*

Attached hereto as "**EXHIBIT K**", is a true copy of USMLE exam Retakes policy and the "time limit" rule.

1  The time limit rule, specifies that once a pass result on a Step or Component is

2  achieved, the pass result is valid for a 7-year period and the examinee can move

3  forward and take the rest of the exams required for certification.

4

5  **CLAIM VI:**

6  According to the International Association of Medical Regulatory Authorities (IAMRA):

7  "*Reliability. One of the goals of an examination program should be to produce scores*

8  *that are a relatively precise reflection of the true knowledge level or skill of the*

9  *candidates - scores that would vary little if there was an opportunity to test the same*

10  *candidates repeatedly with similar test content.*"

11  **However, this exam shows problems with the reliability.** It cannot consistently

12  measure the same skills and gives different results on different days and with different

13  actors, which I what happened in my case.

14  NBME/ECFMG states on their website ("Frequently asked questions"): "*A version of the*

15  *medical licensing exam many decades ago, in fact, included a "bedside encounter" to*

16  *assess clinical skills but it was dropped in the 1960s because of questions at the time*

17  *about its reliability.*" Today, my results prove that this exam still have problems with its

18  reliability.

19  Attached hereto is "**EXHIBIT J**".

20

21  **CLAIM VII:**

22  In *Marquez v. Medical Board* the Court defined: "*The FSMB, which administers the*

23  *USMLE, establishes a recommended minimum passing score for the USMLE which a*

24  *state may use to grade its applicants…*

25  *Since adopting the USMLE for use in California, the Board*

26  *has not adopted a resolution or taken any specific, formal*

27  *action setting a passing score for the USMLE. Instead, the*

28  *Board has accepted the recommended passing score established by*

1  *the FSMB as the standard to be applied to California applicants…"*

2  The Board cannot adopt a passing score, since FSMB/NBME/ECFMG has not adopted

3  and clearly specified/announced such passing score on USMLE Step 2 CS.

4  The problem is serious here and stems from the total violation of the law by

5  NBME/ECFMG or FSMB, which is charged with the administration and the scoring of

6  the USMLE exams.

7

8  **CLAIM VIII:**

9  An article published in American Medical Association (AMA) Journal of Ethics, 2003,

10  "A Critical Review of Standardized Patient Examinations as Part of the USMLE", it is

11  stated:

12  *"But the NBME's claims that examining the clinical and communication skills of medical*

13  *students in their final year will reduce errors and improve physicians' communication*

14  *skills and patient safety are based on speculation. There is strong evidence that most*

15  *poor outcomes in medicine are the result of systemic errors rather than an individual's*

16  *errors…*

17  *The student liaisons complained that the NBME's communication about the exam "has*

18  *been inadequate" [14]. Frustrated, the AMA's Medical Student Section organized a*

19  *grassroots campaign in 2002…*

20  *…The AMA's concerns are 2-fold: …the **USMLE Step II CS should not be used for***

21  ***medical licensure because it does not accomplish its stated goal—adequately***

22  ***protecting the public from harm**. The NBME has failed to provide evidence that their*

23  *exam will improve clinical skills or patient safety beyond the level of current medical*

24  *school-based assessments [17-18]. **Studies of the similar exam used for IMGs***

25  ***demonstrate that the test effectively assessed only the use of spoken English***

26  *[19]…*

27  *While the NBME and FSMB leadership have heard the AMA's concerns, they have not*

28  *taken meaningful measures to address them."*

Attached hereto as "**EXHIBIT Q**", is a true copy of the article.

**CLAIM IX:**

In a published article in Medscape General Medicine, by two Harvard Medical Students, in 2005, called "A Critique of the USMLE Clinical Skills Examination" it is said:

*"As with any new intervention offered in healthcare today, the CS exam must justify its expense, whatever the magnitude. In our opinion, it does not."*

*"All this, now combined with the stunningly inadequate feedback, confirms our prior suspicions about an entirely dubious enterprise."*

Attached hereto as "**EXHIBIT R**", is a true copy of the article.

**CLAIM X:**

   According to the statistics, " A Census of Actively Licensed Physicians in the United States, 2014", shows that the biggest group of practicing physicians is between age 40-69. Since the Step 2 CS has become a requirement for certification for all medical graduates during the last 11 years, this means that most of those physicians have never taken or passed this exam.

Physicians age and percentage (of the total number of licensed practicing physicians) are:

Less than 30      0.8%

30–39 years     19.8%

40–49 years     24.4%

50–59 years     23.6%

60–69 years     20.0%

70+ years       10.9%

**CLAIM XI:**

   According to the statistical report for 2013, most common malpractice claims were:

"Related to diagnosis 33%, Related to surgery 24%, Related to treatment 18%."

According to the statistical report for 2015, the medical malpractice claims also greatly depend on the specialty: Obstetricians/Gynecologists, followed by surgeons and orthopedic surgeons are the specialties with most malpractice claims, or specialties involving medical procedures.

The same study reports as the most common medical malpractice claims: "Failure to diagnose", "Patients suffered an abnormal injury" and " Failure to treat".

Attached hereto as "**EXHIBIT C**", is a true copy of malpractice claims statistics.

Attached hereto as "**EXHIBIT S**", is an article about the patient-physician relationship. Here, we can see that the reasons why physicians are sued are giving wrong diagnosis, mistake during surgery, or wrong treatment. Nothing about fostering a relationship, supporting emotions or nothing related to the CIS part of the exam.

In the medical field, and not only, in order to incorporate something into the daily practice, usually, there should be a clear and proven benefit from it. For example, "A hundred years ago, infectious diseases were the leading cause of death in the United States and abroad. But advances in public health and the discovery of antibiotics brought many of those diseases under control in the U.S. For example, in 1900, pneumonia and tuberculosis caused almost one-quarter (25%) of all deaths in the United States. By 1990, those two illnesses caused less than four (4%) percent of all deaths"

Antibiotics were incorporated into the "gold standard" treatment of many diseases.

There is no study or research, published or unpublished, that proves that there is a clear in percentage) decline in medical malpractice claims specifically due to the incorporation of Step 2CS exam as an evaluation of medical skills and knowledge. Step 2 CS obviously does not have any effect on medical malpractice claims. Therefore, Step 2 CS should not be a barrier for getting into residency. Residency, which a training process and practice under observation, and where the resident will be able to observe and learn from the more experienced physicians how to communicate with patients and

to address their specific needs, and master the Communication skills by the end of the residency.

**CLAIM XII:**

To justify the administration of Step 2 CS, NBME/ECFMG has posted few articles.

First one - "The relationship between communication scores from the USMLE Step 2 Clinical Skills examination and communication ratings for first-year internal medicine residents." Winward ML(1), Lipner RS, Johnston MM.

The author (1), who seems to be an NBME employee, in attempt to find a relationship and prove how useful Step 2 CS is, took parts evaluated by different groups of people (actors and physicians) and compared their ratings, just to find a "modest relationship".

The study compared the exam part (**CIS**) that is evaluated by actors/standardized patients (not physicians), with ratings given by physician/program directors (not patients) during the first year of residency. That is like "apples and oranges".

**ICE** part of the exam is rated by physicians, and this part (not the CIS part) should have been compared with the ratings by program directors for the purpose of the study.

Or, the **CIS** exam ratings by standardized patients is what should have been compared with ratings given by real patients during the residency (not physicians/program directors), because these parts are comparable.

Maybe there was no relationship between comparable parts and the authors, in an attempt to prove a relationship, took parts that are not comparable (evaluated from different groups of people with different criteria).

The second article "Communication issues are consistently the most prevalent reason for complaints against physicians, and account for more than one in five complaints made against North Carolina physicians." Davignon P, Young A, Johnson D.

NBME/ECFMG claim that the goal is to "protect the health of the public". The most common reason for malpractice claims, where there is harm, is found in the statistical reports.

As seen in the article in **"EXHIBIT S"**, the communication issues are mostly related to the time spent with patient. In that article, Dr. Baron, president of the American Board of Internal Medicine said that patient and physicians often wrangle over control of that visit —a "struggle for control" over allocation of time.

Since all of the authors are FSMB/NBME employees, it is unclear to what extent the credibility of their claims and study is affected by the company's interest.

I believe, that independent research and studies are much more trustworthy, although more critical of Step 2 CS.

**CLAIM XIII:**

   During the last few years, the minimum passing score has changed- increased. The increase of the minimum passing score should logically affect each examinee, whether US graduate or non-US graduate. However, only for Step 2 CS, specifically ICE and CIS parts, as announced by NBME/ECFMG, the purpose of the change is supposed to affect the US and non-US graduates differently.  It appears, that only Step 2 CS allows for such artificially created decrease in the difference of the passing rate of US and non-US graduates. This seems to be due to the hidden, mysterious way the evaluation is done, without any clearly determined and announced (publicly) cut off level for pass/fail results.

Attached hereto as **EXHIBIT "A",** is a true copy of USMLE official statement regarding the Step 2 CS change that affects differently US and non-US graduates.

**CLAIM XIV:**

   Since the residency program directors these days rely mostly on the Step results when deciding whether to hire a medical graduate, the employment rate for US and non-US graduates is very different as well: 95% and 40-49%, respectively.  The abovementioned artificially created difference in the passing score is in a violation of title VII of the Civil Rights Act of 1964, 42 U.S. Code § 2000e–2, (l), and are subject to

the federal regulations set forth and enforced by the U.S. Equal Employment
Opportunity Commission (EEOC):

*"These guidelines incorporate a single set of principles which are designed to assist …*
*licensing and certification boards to comply with requirements of Federal law prohibiting*
*employment practices which discriminate on grounds of race, color, religion, sex, and*
*national origin…These guidelines will be applied by the Equal Employment Opportunity*
*Commission in the enforcement of title VII of the Civil Rights Act of 1964, …*
*These guidelines apply to tests and other selection procedures which are used as a*
*basis for any employment decision. Employment decisions include but are not limited to*
*hiring… licensing and certification, to the extent that licensing and certification may be*
*covered by Federal equal employment opportunity law. Other selection decisions, such*
*as selection for training or transfer, may also be considered employment decisions if*
*they lead to any of the decisions listed above."*

*"…Procedure having adverse impact constitutes discrimination unless justified.*
*…Consideration of suitable alternative selection procedures. Where two or more*
*selection procedures are available which serve the user's legitimate interest in efficient*
*and trustworthy workmanship, and which are substantially equally valid for a given*
*purpose, the user should use the procedure which has been demonstrated to have the*
*lesser adverse impact."*

   **Job employment is directly related to Step 2 CS, since residency program**
**directors not only require this exam to be passed, but they take into**
**consideration the attempts.** Residency program directors receive the transcripts of the
medical graduate's "overall" exam performance (all exams and results) as part of the
ECFMG certificate. **An ECFMG certification allows the graduate to apply for a**
**residency position (employment).**

**CLAIM XV:**

Even though NBME/ECMFG artificially and tries to create differences on the exams between American and foreign trained graduates, such differences in real life and on the field do not exist.

A research from 2010 shows that the quality of care, provided by non-US graduates is not worse than the care provided by US-graduates, but in some cases it is even better. "Evaluating The Quality of Care Provided by Graduates of International Medical Schools"John J. Norcini*, Boulet,  Dauphinee, Opalek, .

"Our analysis of 244,153 hospitalizations in Pennsylvania found that patients of doctors who graduated from international medical schools and were not U.S. citizens at the time they entered medical school had significantly lower mortality rates than patients cared for by doctors who graduated from U.S. medical schools or who were U.S. citizens and received their degrees abroad."


**CLAIM XVI:**

Regarding exam feedback, similarly to Step 2 CS, in the legal system:

"The examiners further argued that the examinees' right to

reexamination satisfied due process. In Whitfield v. Illinois

Board of Law Examiners, despite an examinee's failing the

bar examination five times, his request to be allowed to review

his exam paper and to compare it with model answers was

rejected. Reexamination alone was held to be sufficient to satisfy

due process requirements. Despite such advocacy of reexamination

in Whitfield, Richardson maintained that "once is

enough", with respect to taking the bar exam. The court also

took it upon itself to first bring up and then reject the argument

that allowing examinees the opportunity for review would be

burdensome for the bar examiners. Perhaps in anticipation of

adverse rulings on the issue of review, after the initiation of this

suit the state had voluntarily established procedures for the

review of failing papers."

In 1999, BBC news published a survey and some of the answers, regarding exam

review and feedback:

"Should students have the right to see their exam papers?"

are some answers:

"Is this a real issue? I cannot believe that students are prevented from seeing their

graded exams in the UK. What is the purpose of this? Is somebody trying to hide

something?"  Lauren, USA

"To avoid favouritism and give openness in the exam process. It helped me understand

my progress during my university years."  Martin Nkansa, USA


**CLAIM XVII**:

More knowledgeable physicians than me, who know much better what the problems is,

have written articles about the testing industry. Dr. Jane Orient, M.D., executive director

of the Association of American Physicians and Surgeons (AAPS) stated: "One thing is

known for certain about the testing industry. It makes millions of dollars for the self-

certified experts."

As another physician, Dr. Paul Martin Kempen, M.D., Ph.D.  has stated in his

 "Maintenance of Certification (MOC), Maintenance of Licensure (MOL),

 and Continuing Medical Education (CME): The Regulatory Capture of Medicine":

"*The private regulatory and academic industries that now monopolize medical*

*education and certification testing are detached from, and independent of the medical*

*profession. They typically operate behind closed boardroom doors. They use the*

*political process to institute changes that are without significant regulatory oversight by*

*government or working professionals. In conjunction with the ABMS, another private*

*and nongovernmental corporation with monopoly status, the FSMB is attempting*

1  *to capture all physicians in expensive subspecialty education and testing as a*

2  *requirement for basic medical license renewal, using the state's governmental authority*

3  *to gain control of the CME industry's $2.3 billion market.*"

4  "These CEOs continue to earn around $1 million ($800,000–$1.2 million) annually.

5  These salaries greatly exceed those of practitioners in the respective specialties, where

6  practicing physicians earn far less at the patient bedside!"

7  In the same way, Dr. Orient is against testing older physicians when the American

8  Medical Association backed this decision with research from its Council on Medical

9  Education, which claims that past the age of 60, there are "differences in performance"

10  that "may become apparent."  The largest physician organization in the country also

11  says that older physicians are less likely to "acquire knowledge over time". This

12  decision, for example, will affect the physicians in the CS-exam Executive Committee

13  because of the age, and it would be probably unfair. Dr. Jane Orient says that the

14  actions of the AMA are an example of "blatant discrimination" and a money grab.

15  "Someone has a vested interest in making a lot of money from the [screening and

16  assessment] tests that they'll sell to you," says Orient. This is very close to my situation.

17  **But there are no physicians like Dr. Orient who defend medical graduates' rights**,

18  unfortunately. We have to defend them ourselves. **And I am doing it- defending my**

19  **knowledge, skills and the pass results that I have achieved on the Step 2 CS**

20  **exam in 2015.**

21

22  **In conclusion:**

23  **My pass results on each of the three parts of this exam, the serious flaws of this**

24  **exam, the NBME/ECFMG's inadequate explanations and illogical requirements,**

25  **only strengthen the argument that the logical, fair and prudent decision is that my**

26  **overall performance should be considered as a pass result.**

27  All these facts show that Step 2 CS exam with his flaws has serious and detrimental

28  defects on my career. At the same time, the exam fails to adequately protect the public

from harm. That is why, I believe this exam should not be a barrier for obtaining an

ECFMG-certification and getting into a residency program, on the way to the final goal –

obtaining a license to practice medicine without supervision. As recommended initially

by AMA. Especially when I have passed each part of the exam.

I believe in Justice and in the future of medicine. However, my career is in jeopardy. If

the purpose of this Step 2 CS exam is to allow the examiners subjectively to choose

whom they allow to continue on the medical career path, then this is a whole different

matter, but at least it should be clearly stated on the website.  Since NBME/ECFMG did

state that they cannot provide more information about my performance, I have no

choice, but to agree and to insist that the pass results I have achieved on each part of

the exam speak for themselves.

Here, I would like to ask that the NBME/ECFMG's attorneys do not to file motions (to

dismiss or similar), but to solve the problem in an intelligent and fair way, objectively in

the Court. I am respectfully asking the four examiners not to send the company's

attorneys, but instead to have the dignity to come to Court and provide more information

about how they have achieved such a successful career in medicine without ever taking

and passing such exam like Step 2 CS. This information would be very useful, valuable

and interesting to me, since these successful physicians are my role models. After all,

we are all MDs and could understand each other much better, especially when talking

about that specific exam. As we know, everything can be much better learnt on the field

and from experienced physicians, since often the textbooks do not have this

information. I would also like to hear from them personally why my pass results are not

recognized, since they personally avoided answering via email.

**Finally, I would like to say (regardless of the outcome), that It is a huge**

**disappointment to all of us to realize and see in this case, how this organization**

**and the members of the Step 2 CS-exam Committee took unfair decision on my**

**case. I was unfairly put in a situation where I had to take the parts I had passed**

before, and I was evaluated by different people. NBME/ECFMG insist that I should be put again in the same situation and I pay again $1,500 (a total of $4,500).

### RELIEF REQUESTED:

WHEREFORE, the plaintiff requests:

Based on all these facts, and seeking Justice, I believe that the Honorable Judge on this case will help us solve the problem from an objective view point and in an intelligent way that is fair to both sides.

I am respectfully requesting that:

1. The Court determines from an objective viewpoint if my overall exam performance can be recognized as pass result based on:

the pass results I achieved on each of three parts of the exam for a short (4-month) period of time;

and the fact that, whether called "component" or "subcomponent", the meaning is the same - parts. The "Retakes" rule could be applied;

2. The Court determines, as in the *"Hartman"* case, that these are words ("component/subcomponent") with the same meaning-parts, and could be used interchangeably.

3. The Court takes into consideration that NBME/ECMFG has never argued, appealed or disputed specifically this use of the three words in the cited case.

4. The Court determines from and objective view point whether i was unfairly put in a situation, where I had to take the parts that I had previously passed and be evaluated by different people. And, the Court prevents the same situation from happening again by ruling that a third attempt is not necessary in my case.

5. The Court determines whether there is a discriminatory practice with the difference in the decrease of the passing rate (18% vs. 3%), which affected my scores, and affects my career. With the law consequences for such practice.

6. The Court takes into consideration that I wasted a lot of time of my life and a lot of money for taking this flawed exam, and then 6 months in fruitless correspondence with NBME/ECFMG to solve the problem they created, in addition to destruction for my career.  Since we live in a world in which "time is money".

7. Based on all or some of the previous points, I am respectfully requesting that the Court grants compensatory damages in the minimum amount of $158,000, for the damages to my career, the time of my life wasted on this flawed exam instead of building my career and making money as resident and as physician.

I believe, that only an objective and reasonable decision would allow me to save my career, to be allowed to continue my training as a physician, and fulfill my dream to practice the profession I love so much. And, as we know "The future belongs to those who believe in the beauty of their dreams" - Eleanor Roosevelt.

## DEMAND FOR JURY TRIAL:

Plaintiff hereby requests a jury trial on all issues in this complaint.

05/10/2016

California

Respectfully Submitted:

Yoana Ayanova Kiprilov

(Plaintiff in Pro Per)





# News

## Change in the Performance Standard of the Step 2 CS Examination that Will Affect Examinees Testing on or after January 1, 2013

Home > News > Change in the Performance Standard of the Step 2 CS Examination that Will Affect Examinees Testing on or after January 1, 2013

### Change in the Performance Standard of the Step 2 CS Examination that Will Affect Examinees Testing on or after January 1, 2013

December 21, 2012
Filed under Step 2 CS

As stated in the USMLE *Bulletin of Information* and as explained in a previous posting to the USMLE website, the level of proficiency required to meet the recommended minimum passing level for each USMLE Step examination is reviewed periodically and may be adjusted at any time. Notice of such review and any adjustments are posted on the USMLE website.

At its December 2012 meeting, the Step 2 Committee conducted such a review for USMLE Step 2 Clinical Skills (CS). During the meeting, the Step 2 Committee considered information from multiple sources, including:

1. Recommendations from independent groups of physicians who participated in content-based standard-setting activities in 2012;
2. Results of surveys of various groups (e.g., state licensing representatives, medical school faculty, examinees) concerning the appropriateness of current pass/fail standards for the Step 2 CS examinations;
3. Data on trends in examinee performance;
4. Data on precision of pass/fail classifications.

The results of the review are described below. Because numerical scores are not reported for Step 2 CS, the decisions of the Step 2 Committee are reflected in terms of potential impact on examinees using data from recent administrations.

The Step 2 Committee decided to increase the performance levels required to receive a passing outcome on two of the three Step 2 CS subcomponents: Communication and Interpersonal Skills (CIS) and Integrated Clinical Encounter (ICE). There will be no change to minimum passing requirements for the Spoken English Proficiency (SEP) subcomponent of Step 2 CS at this time.

These changes will be applied to Step 2 CS examinees testing on or after **January 1, 2013**.

Because of the changes that were made to the design and content of the ICE and CIS subcomponents earlier this year, as announced, the ability to use historical trends to predict the impact of the changes in minimum passing requirements is limited. If the new minimum passing requirements were applied to the group of first-time examinees who recently tested under the new examination structure, the overall passing rate for examinees from U.S. medical schools would be approximately three percent lower and the overall passing rate for examinees from international medical schools would be approximately eighteen percent lower.

The impact of these changes on future examinees will depend on the examinees' performance. The overall impact will be reviewed by the Step 2 Committee when more examinees have tested under these new requirements.



All News

A

3/2/2016    investigate the NBME in W   RAWING THE SCORING BREAKDOWN ON FAILING C   ORE REPORTS, FRAUD IN ADJUSTING PASSI...



*the* WHITE HOUSE   PRESIDENT BARACK OBAMA                    Contact Us ▸    Get Email Updates ▸

| | BRIEFING ROOM | ISSUES | THE ADMINISTRATION | PARTICIPATE | 1600 PENN | | 🔍 |

# WE *the* PEOPLE
## YOUR VOICE IN OUR GOVERNMENT

Help make We the People even better
Share your feedback on how this new
platform can improve.

**Share Your Feedback ▶**

Log in | Create an Account

---

This petition has been archived because it did not meet the signature requirements.

### Petition Closed

This petition can no longer be signed.

WE PETITION THE OBAMA ADMINISTRATION TO:

## investigate the NBME in WITHDRAWING THE SCORING BREAKDOWN ON FAILING CS SCORE REPORTS, FRAUD IN ADJUSTING PASSING SCORE

THE NBME HAS PREVENTED SEVERAL INTERNATIONAL MEDICAL GRADUATES FROM REACHING RESIDENCY BY INSTALLING A SUBJECTIVE USMLE STEP 2 CS EXAMINATION THAT SELECTIVELY WEEDS OUT IMGS, THEY HAVE NOW TAKEN AWAY THE SCORING BREAKDOWN FOR THE CS EXAM TO PREVENT MEDICAL GRADUATES FROM KNOWING WHAT THEY DID WRONG AFTER THEY FAIL THEIR CS EXAM, THIS IS CORRUPT AND INJUST ON THE NBME. THEY HAVE NOW ADJUSTED THE MINIMUM PASSING SCORE TO HELP AMGS PASS THEIR EXAM, WHERAS WHEN IMGS HAD FAILED THEY MADE IT MORE DIFFICULT FOR IMGS TO PASS. THIS IS BIAS AND FRAUD BEING COMMITTED BY THE NBME AND WOULD LIKE FOR THEM TO BE INVESTIGATED

Published Date: Aug 15, 2013

Issues: Civil Rights and Liberties, Education, Health Care

Helpful Hints

Recent Petitions

Recent Responses

History of Petitions

**CREATE A PETITION**

**Signatures: 7 of 7**

| CREATOR | G. L. | M. R. | E. B. |
|---|---|---|---|
| T. I. | Kansas City, KS | Boise, ID | Beckley, WV |
| Beverly Hills, CA | September 01, 2013 | August 15, 2013 | August 15, 2013 |
| August 15, 2013 | Signature # 7 | Signature # 6 | Signature # 5 |
| Signature # 1 | | | |

| D. W. | Y. L. | S. S. | |
|---|---|---|---|
| Rochester, MN | August 15, 2013 | Starkville, MS | |
| August 15, 2013 | Signature # 3 | August 15, 2013 | |
| Signature # 4 | | Signature # 2 | |

---

**HOME**

**BRIEFING ROOM**
From the News Room
Latest News
Share-Worthy
Photos
Video Gallery
Live Events
Music & Arts Performances
From the Press Office
Your Weekly Address
Speeches & Remarks
Press Briefings
Statements & Releases

**ISSUES**
Popular Topics
Raise the Wage
See All
Immigration Action
2015 State of the Union
Top Issues
Climate Change
Economy
Education
Foreign Policy
Health Care
Immigration
Civil Rights

**THE ADMINISTRATION**
People
The Cabinet
First Lady Michelle Obama
Jill Biden
President Barack Obama
Other Advisory Boards
Senior White House
Leadership
Vice President Joe Biden
Executive Office of the
President
Senior White House
Leadership

**PARTICIPATE**
Digital
Follow Us on Social Media
Mobile Apps
Tools You Can Use
We the Geeks Hangouts
Developer Tools
Join Us
Jobs with the Administration
2015 Easter Egg Roll
Tours & Events
Internships
Presidential Innovation
Fellows

**1600 PENN**
Inside the White House
Interactive Tour
West Wing Tour
Video Series
Décor and Art
Holidays
See All
History & Grounds
Presidents
First Ladies
Air Force One
Camp David
The Vice President's

B

EXHIBIT

Becker's Healthcare | Hospital Review | ASC Review | Spine Review | Infection Control | Health IT & CIO | CFO | Dental Review | 1 800 417 2035 | Email Us



**BECKER'S**
# Hospital Review

Search...

BECKER'S **CEO + CFO ROUNDTABLE** KEYNOTES BY DR. CHARLES W. SORENSON, PRESIDENT & CEO, INTERMOUNTAIN HEALTHCARE AND CATHERINE JACOBSON, PRESIDENT & CEO, FROEDTERT HEALTH

Sign up for our **FREE** E-Weeklies

Print Issue   E-Weeklies   Conferences   Webinars   Whitepapers   Multimedia   Lists   About Us   Healthcare Blog    Channels

Physicians   Leadership   Executive Moves   Transaction & Valuation   Workforce   Patient Flow   Supply Chain   Facilities Management

Legal & Regulatory Issues

Email  Print

## Medical malpractice: 7 common reasons physicians are sued

Written by Anuja Vaidya [Twitter | Google+] | January 08, 2016

32

Here are the seven most common reasons for malpractice suits against physicians, according to the Medscape Malpractice Report 2015: Why Most Doctors Get Sued

Share

Medscape surveyed around 4,000 primary care physicians and selected specialists for the report.

Tweet

6

G+1





**More Channels**

ACOs

Population Health

Legal & Regulatory

Compensation

Payer Issues

CEO & CFO Profiles

ICD-10

Jobs

**10 Most-Read Articles**

1.  150 great places to work in healthcare | 2016

2.  Banner Health operating income plummets 51.2%

3.  CMS finalizes 2017 Medicare Advantage rates: 8 things to know



C

Becker's Healthcare | Hospital Review | ASC Review | Spine Review | Infection Control | Health IT & CIO | CFO | Dental Review | 1.800.417.2035 | Email Us

# BECKER'S
# Hospital Review

Search...



#BECKERSGPTW16
DID YOUR ORGANIZATION MAKE THE LIST?

Sign up for our
FREE E-Weeklies

Print Issue   E-Weeklies   Conferences   Webinars   Whitepapers   Multimedia   Lists   About Us   Healthcare Blog   Channels

Physicians   Leadership   Executive Moves   Transaction & Valuation   Workforce   Patient Flow   Supply Chain   Facilities Management

Legal & Regulatory Issues

Email  Print

## 29 Statistics on Medical Malpractice Payouts and Lawsuits

Written by Molly Gamble (Twitter | Google+) | May 03, 2013

**16**

Share

Tweet

**38**

Share

**8**

G+1

The following information is from Diederich Healthcare's "2013 Medical Malpractice Payout Analysis," which is based on data from the National Practitioner Data Bank. Figures reflect medical malpractice payouts and statistics for 2012.

**Medical malpractice payouts**
1. Dollars in payouts: $3.6 billion (3.4 percent less than in 2011)
2. Total payouts for medical malpractice: 12,142 (one every 43 minutes)
3. Payouts resulting from judgments: 5 percent
4. Payouts resulting from settlements: 93 percent

**Payouts by patient type**
5. Inpatient: 45 percent
6. Outpatient: 41 percent
7. Both: 9 percent

**Top five states for medical malpractice payouts**
8. New York: $763,088,250
9. Pennsylvania: $316,167,500
10. California: $222,926,200
11. New Jersey: $206,668,250
12. Florida: $203,671,100

**Severity of alleged injury in medical malpractice claims**
13. Death: 31 percent
14. Significant permanent injury: 19 percent
15. Major permanent injury: 18 percent
16. Quadriplegic, brain damage, lifelong care: 12 percent
17. Minor permanent injury: 8 percent
18. Major temporary injury: 7 percent
19. Minor temporary injury: 3 percent
20. Emotional injury only: 1 percent
21. Insignificant injury: 0.4 percent

**Types of allegations medical malpractice claims**
22. Related to diagnosis: 33 percent
23. Related to surgery: 24 percent
24. Related to treatment: 18 percent
25. Related to obstetrics: 11 percent
26. Related to medication: 4 percent
27. Related to monitoring: 3 percent
28. Related to anesthesia: 3 percent
29. Other: 4 percent

**More Articles on Medical Malpractice:**
Study: Diagnostic Errors Represent Most Common, Costly Malpractice Claims
Study: Malpractice Claims Go Unresolved for 4 Years of Average Physician's Career
Top 10 Reasons Physicians Practice Defensive Medicine



BECKER'S 2ND ANNUAL
CIO/HIT + REVENUE
CYCLE CONFERENCE
JULY 27-28, 2016 | CHICAGO

FEATURING
DANIEL BARCHI, SVP
& CIO, NEW-YORK
PRESBYTERIAN



Great
Places
to Work

**More Channels**

ACOs

Population Health

Legal & Regulatory

Compensation

Payer Issues

CEO & CFO Profiles

ICD-10

Jobs

**10 Most-Read Articles**

1.  150 great places to work in healthcare | 2016

2.  Banner Health operating income plummets 51.2%

3.  CMS finalizes 2017 Medicare Advantage rates: 8 things to know



No SIM 📶     10:33 AM     57% 🔋

usmle.org

# FAQs

🏠 › FAQs - Frequently Asked Questions

| General | Biometric Enabled Check-In System | Practice Materials | Scores | Step 2 CS | Comprehensive Review |

## Step 2 CS (Clinical Skills)

Show All Answers »

### Registration and Scheduling

1. How far in advance do I need to register and schedule to find available appointments at the test center of my choice?

2. Why are there so few test centers?

### Patient Notes

1. Who rates the patient notes?

2. Examinees are required to type patient notes on a computer. Should I also be prepared to handwrite a patient note?

3. How much text will I be able to type in the patient note fields?

### Scoring

1. How is the exam scored?

2. How do I interpret the performance profile on my score report?

3. I did not pass the Communications and Interpersonal Skills (CIS) subcomponent. How do you ensure that the standardized patient provided you with accurate feedback upon which to base my score?

4. I did not pass the Spoken English Proficiency (SEP) subcomponent of the exam, and yet I passed the Communication and Interpersonal Skills (CIS) subcomponent. How is this possible?

CIS measures your ability to gather and share information and to establish a rapport with the standardized patient. SEP performance is based upon the frequency of pronunciation or word choice errors that affect comprehension, and the amount of listener effort required to understand the examinee's questions and responses. Although these two skills are related, they are different, and it is possible to have different pass/fail outcomes for each.

5. Why does it take so long to score Step 2 CS?

6. How does the CS score recheck process work? Are videos used in the process?

D

usmle.org

 # USMLE ®
UNITED STATES MEDICAL LICENSING EXAMINATION ®

Home   Bulletin   FAQs   Applications & Fees   Security   Step Examinations   Practice Materials   Test Accommodations   Scores &

# Step 2 CS

 Step 2 CS (Clinical Skills)

| Overview | On The Test Day | Exam Format | Schedule | Test Centers | Scoring |

Reporting Schedule

## Scoring the Step 2 CS Exam

Step 2 CS is designed to evaluate your ability to gather information that is important for a given patient presentation. During your physical examination of the standardized patient, you should attempt to elicit important positive and negative signs. Make sure you engage the patient in discussion of your initial diagnostic impression and the diagnostic studies you will order.

The patients may ask questions, and you will see a range of personalities and styles in asking questions and presenting information. You should address each patient's concern as you would in a normal clinical setting.

The ability to communicate effectively with patients, demonstrating appropriate interpersonal skills, is essential to safe and effective patient care. Step 2 CS is intended to determine whether physicians seeking an initial license to practice medicine in the United States, regardless of country of origin, can communicate effectively with patients. The standardized patients assess communication skills, interpersonal skills, and English-speaking skills via carefully developed rating scales on which the standardized patients (SPs) have received intensive training.

On the patient note, your ability to document the findings from the patient encounter, diagnostic impression, and initial diagnostic studies will be rated by physician raters. You will be rated based upon the quality of documentation of important positive and negative findings from the history and physical examination, as well as the differential diagnoses, justification of those diagnoses, and diagnostic assessment plans that you list. As is the case with other aspects of Step 2 CS scoring, physician raters receive intensive training and monitoring to ensure consistency and fairness in rating.

## Scoring the Subcomponents

USMLE Step 2 CS is a pass/fail examination.

usmle.org

justification of those diagnoses, and diagnostic assessment plans that you list. As is the case with other aspects of Step 2 CS scoring, physician raters receive intensive training and monitoring to ensure consistency and fairness in rating.

## Scoring the Subcomponents

USMLE Step 2 CS is a pass/fail examination.

Examinees are scored on three separate subcomponents: Communication and Interpersonal Skills (CIS), Spoken English Proficiency (SEP), and Integrated Clinical Encounter (ICE). Each of the three subcomponents must be passed in a single administration in order to achieve a passing performance on Step 2 CS.

The **CIS subcomponent** includes assessment of the patient-centered communication skills of fostering the relationship, gathering information, providing information, helping the patient make decisions, and supporting emotions. CIS performance is assessed by the standardized patients, who record these skills using a checklist based on observable behaviors.

Examinees demonstrate the ability to foster the relationship by listening attentively, showing interest in the patient as a person, and by demonstrating genuineness, caring, concern, and respect.

Examinees demonstrate skills in gathering information by using open-ended techniques that encourage the patient to explain the situation in his/her own words and in a manner relevant to the situation at hand, and by developing an understanding of the expectations and priorities of the patient and/or how the health issue has affected the patient.

Examinees demonstrate skills in providing information by using terms the patient can understand and by providing reasons that the patient can accept. These statements need to be clear and understandable and the words need to be those in common usage. The amount of information provided needs to be matched to the patient's need, preference, and ability. The patient should be encouraged to develop and demonstrate a full and accurate understanding of key messages.

Examinees demonstrate helping the patient make decisions by outlining what should happen next, linked to a rationale, and by assessing a patient's level of agreement, willingness, and ability to carry out next steps.

Examinees demonstrate the ability to support emotions when a clinical situation warrants it by seeking clarification or elaboration of the patient's feelings and by using statements of understanding and support.

The **SEP subcomponent** includes assessment of clarity of spoken English communication within the context of the doctor-patient encounter (for example, pronunciation, word choice, and minimizing the need to repeat questions or statements). SEP performance is assessed by the standardized patients using a global rating scale, where the rating is based upon the frequency of pronunciation or word choice errors that affect comprehension and the amount of listener effort required to understand the examinee's questions and responses.

The **ICE subcomponent** includes assessments of both data gathering and data interpretation skills. Scoring for this subcomponent consists of a checklist completed by the standardized patients for the physical examination portion of the encounter, and global

Examinees demonstrate helping the patient make decisions by outlining what should happen next, linked to a rationale, and by assessing a patient's level of agreement, willingness, and ability to carry out next steps.

Examinees demonstrate the ability to support emotions when a clinical situation warrants it by seeking clarification or elaboration of the patient's feelings and by using statements of understanding and support.

The **SEP subcomponent** includes assessment of clarity of spoken English communication within the context of the doctor-patient encounter (for example, pronunciation, word choice, and minimizing the need to repeat questions or statements). SEP performance is assessed by the standardized patients using a global rating scale, where the rating is based upon the frequency of pronunciation or word choice errors that affect comprehension and the amount of listener effort required to understand the examinee's questions and responses.

**The ICE subcomponent** includes assessments of both data gathering and data interpretation skills. Scoring for this subcomponent consists of a checklist completed by the standardized patients for the physical examination portion of the encounter, and global ratings provided by trained physician raters. The patient note raters provide ratings on the documented summary of the findings of the patient encounter (history and physical examination), diagnostic impressions, justification of the potential diagnoses, and initial patient diagnostic studies.

Copies of the patient note template, sample patient note styles, and software to practice typing the note are available in the practice materials. Although it is not feasible to list every action that might affect an examinee's patient note score, the descriptions below are meant to serve as examples of actions that would add to or subtract from the score.

**The following are examples of actions that would result in higher scores on the patient note:**

- Using correct medical terminology
- Providing detailed documentation of pertinent history and physical findings. For example: writing "pharynx without exudate or erythema" is preferable to stating that the pharynx is clear.
- Listing only diagnoses supported by the history and findings (even if this is fewer than three)
- Listing the correct diagnoses in the order of likelihood, with the most likely diagnosis first
- Supporting diagnoses with pertinent findings obtained from the history and physical examination

**The following are examples of actions that would result in lower scores on the patient note:**

- Using inexact, nonmedical terminology, such as *pulled muscle*
- Listing improbable diagnoses with no supporting evidence
- Listing an appropriate diagnosis without listing supporting evidence
- Listing diagnoses without regard to the order of likelihood



No SIM  
7:40 AM  
ncbi.nlm.nih.gov  
100%

NCBI   Resources ☑   How To ☑

PubMed.gov  
US National Library of Medicine  
National Institutes of Health

[ PubMed ▼ ]

Advanced

Abstract ▼                                                                 Send to: ▼

Acad Med. 2008 Oct;83(10 Suppl):S45-8. doi: 10.1097/ACM.0b013e318183e470.

## Contrast effects in the USMLE Step 2 Clinical Skills examination.

Ramineni C, Clauser BE, Harik P, Swanson DB.

Abstract

**BACKGROUND:** As with any examination using human raters, it is possible that human subjectivity may introduce measurement error. An examinee's performance might be scored differently on the basis of the quality of the preceding performance(s) (contrast effects). This research investigated the presence of contrast effects, within and across test sessions, for the communication and interpersonal skills component of the United States Medical Licensing Examination Step 2 Clinical Skills (CS) examination.

**METHOD:** Data from Step 2 CS examinees were analyzed using hierarchical and general linear modeling procedures.

**RESULTS:** Contrast effect was significant for the communication and interpersonal skills score, both within and across test sessions. The effect was found to have a nontrivial impact on the overall score.

**CONCLUSIONS:** The presence of contrast effects suggests that scores for an examinee are influenced by the performance of other examinees. More research is needed to fully understand these effects.

PMID: 18820499 [PubMed - indexed for MEDLINE]

 

**MeSH Terms**                                                                 ⌄⌄

**LinkOut - more resources**                                                   ⌄⌄

## PubMed Commons

                                                                 PubMed Commons home

💬 0 comments

                                                                 How to join PubMed Commons

You are here: NCBI > Literature > PubMed

| GETTING STARTED | RESOURCES | POPULAR | FEATURED |
|---|---|---|---|
| NCBI Education | Chemicals & Bioassays | PubMed | Genetic Testing Registry |
| NCBI Help Manual | Data & Software | Bookshelf | PubMed Health |
| NCBI Handbook | DNA & RNA | PubMed Central | GenBank |
| Training & Tutorials | Domains & Structures | PubMed Health | Reference Sequences |

E

EXHIBIT

No SIM 📶                         7:41 AM                         100% ▬
                              ncbi.nlm.nih.gov

§ NCBI    Resources ☑  How To ☑

Pub**M**ed.gov          [ PubMed          ▼ ]
US National Library of Medicine
National Institutes of Health             Advanced

Abstract ▾                                          Send to: ▾

Acad Med. 2007 Oct;82(10 Suppl):S101-4.

## Sequence effects in the United States Medical Licensing Examination (USMLE) step 2 clinical skills (cs) examination.

Ramineni C[1], Harik P, Margolis MJ, Clauser BE, Swanson DB, Dillon GF.

⊕ Author information

### Abstract

**BACKGROUND:** Systematic trends in examinee performance across the testing day (sequence effects) could indicate that artifacts of the testing situation have an impact on scores. This research investigated the presence of sequence effects for United States Medical Licensing Exam (USMLE) Step 2 clinical skills (CS) examination components.

**METHOD:** Data from Step 2 CS examinees were analyzed using analysis of covariance and hierarchical linear modeling procedures.

**RESULTS:** Sequence was significant for three of the components; communication and interpersonal skills, data gathering, and documentation. A significant gender x sequence interaction was found for two components.

**CONCLUSIONS:** The presence of sequence effects suggests that scores on early cases are influenced by factors that are unrelated to the proficiencies of interest. More research is needed to fully understand these effects.

PMID: 17895671 [PubMed - indexed for MEDLINE]



MeSH Terms                                                    ⌄

LinkOut - more resources                                      ⌄

### PubMed Commons

🗨 0 comments

[PubMed Commons home]

[How to join PubMed Commons]

You are here: NCBI > Literature > PubMed

**GETTING STARTED**
NCBI Education
NCBI Help Manual
NCBI Handbook
Training & Tutorials
Submit Data

**RESOURCES**
Chemicals & Bioassays
Data & Software
DNA & RNA
Domains & Structures
Genes & Expression

**POPULAR**
PubMed
Bookshelf
PubMed Central
PubMed Health
BLAST

**FEATURED**
Genetic Testing Registry
PubMed Health
GenBank
Reference Sequences
Gene Expression Omnibus

F

REPORT OF THE COUNCIL ON MEDICAL EDUCATION

CME Report 4-A-04

Subject:        Potential Impact of the USMLE Step 2 CS and COMLEX-PE on Undergraduate
                and Graduate Medical Education

Presented by:   Emmanuel G. Cassimatis, MD, Chair

Referred to:    Reference Committee C
                (   , MD, Chair)

----------------------------------------------------------------------------------------------------------------

1   Resolve 5 of Resolution 324 (A-03), "Clinical Skills Assessment Exam and College of
2   Osteopathic Medicine Licensing Exam-Physical Exam Implementation," which was submitted by
3   the Medical Student Section and adopted as amended by the House of Delegates in lieu of
4   Resolution 315 (A-03), asked that
5
6           Our American Medical Association in conjunction with the National Resident Matching
7           Program, the American Osteopathic Association, the Accreditation Council for Graduate
8           Medical Education, and other interested organizations study the potential impact of the
9           CSAE and the COMLEX-PE on undergraduate and graduate medical education and
10          report back at the 2004 Annual Meeting;
11
12  Background
13
14  The United States Medical Licensing Examination (USMLE) Step 2 examination has been
15  divided into two segments, the USMLE Step 2 Clinical Knowledge (Step 2 CK) and the Step 2
16  Clinical Skills (Step 2 CS). The sections of the Step 2 examination can be taken in any sequence.
17  The USMLE Step 2 CS examination is scheduled for implementation in June 2004. Students and
18  graduates of LCME or AOA-accredited medical schools will be required to pass both components
19  of USMLE Step 2 as part of the eligibility criteria for USMLE Step 3 if they have graduation
20  dates in 2005 or later or have graduation dates prior to 2005 and have not passed the Step 2 CK
21  component taken on or before June 30, 2005. All international medical graduates who have not
22  passed the ECFMG Clinical Skills Examination by April 17, 2004, will be required to pass the
23  Step 2 CS examination. Testing for the Step 2 CS will be scheduled throughout the year at five
24  regional sites. It is projected that the five test centers will be able to test approximately 30,000
25  examinees annually. This would accommodate the approximately 25,000 to 27,000 US medical
26  students and international examinees estimated to take the examination during the first year. If an
27  individual fails the Step 2 CS he or she cannot reschedule for sooner than 60 days after the last
28  attempt. The excess capacity is considered by the USMLE Composite Committee to be adequate
29  to manage repeat examinees.[1]
30
31  The National Board of Osteopathic Medical Examiners (NBOME) will incorporate a clinical
32  skills component into the Comprehensive Osteopathic Medical Licensure Examination
33  (COMLEX-USA) as part of the Level 2 examination during the 2004-2005 academic year. This
34  examination has been designated the Level 2 Performance Evaluation (Level 2-PE). Testing is
35  scheduled to be available as early as September 15, 2004. The written/cognitive component of
36  the Level 2 examination will be renamed Level 2-CE. As of July 1, 2004, all candidates for
37  COMLEX-USA Level 3 will be required to pass COMLEX-USA Level 2-PE, in addition to all
38  other requirements presently in place. Candidates who graduated prior to 2005 will be exempt

1   from this requirement if they have passed COMLEX-USA Level 2-CE prior to June 30, 2005.
2   All members of the class of 2005 will be required to take and pass COMLEX-USA Level 2-PE.
3   Testing for Level 2-PE will be at the NBOME Center for Clinical Skills Testing in Philadelphia
4   and will be scheduled throughout the year.[2]
5
6   Discussion
7
8   The potential impact of the implementation of these components of the licensure examinations
9   must be considered at two levels. The first relates to medical school curricula and graduation
10  requirements and the second to requirements for acceptance into residency training programs.
11
12  While licensure examinations should not dictate medical school curriculum, it is evident that the
13  content and structure of those examinations do directly influence medical student education and
14  evaluation. In 2002-2003, 97 medical schools used one or more clinical skills examinations in
15  their introductory skills course. A clinical skills assessment examination was included as part of
16  required clerkships in family medicine in 57 schools, medicine in 56 schools, obstetrics and
17  gynecology in 48 schools, pediatrics in 47 schools, psychiatry in 43 schools, and surgery in 43
18  schools. In 82 schools there was a third or fourth-year comprehensive clinical skills assessment
19  examination. Of those schools 53 or 65% require a passing grade for graduation.[3]
20
21  It can be anticipated that those medical schools that do not provide adequate experience for their
22  students in standardized patient examinations similar in format and grading to the USMLE Step 2
23  CS or COMLEX-USA Level 2-PE will be under intense pressure to do so during the 2004-2005
24  academic year. Further, the medical schools will most likely be the site for the remediation of
25  students who fail the clinical skills licensing examination. Medical schools will have to develop
26  consortia or invest major resources to deliver this experience, because not all currently have
27  facilities for clinical skills assessment. In 2002-2003, 65 schools used a dedicated facility for
28  clinical skills teaching with standardized patients that was owned by the medical school, 31 used
29  existing clinic space, 15 used a facility that was owned by another institution or a consortium, and
30  15 had no facilities available.[3]
31
32  Concerns have also been raised regarding the scoring of the examination. In a high-stakes
33  performance evaluation such as the USMLE Step 2 CS and the COMLEX-USA Level 2-PE,
34  evaluators may harbor prejudices or stereotypes that can adversely impact the scores of minority
35  medical students. Similar concerns have led states such as California to ban the use of oral
36  examinations for licensure. The USMLE Composite Committee needs to carefully monitor the
37  examination to ensure that all medical students are treated fairly on the examination and to
38  immediately address any problems that may arise. Data collection on performance and pass rates
39  by the race and ethnicity of examinees is an essential part of the monitoring and should be made
40  available to appropriate agencies.
41
42  In regards to graduation requirements for LCME-accredited medical education programs in the
43  United States, in 2003, 106/125 schools required students to take USMLE Step 2 and 79/125
44  schools required passing USMLE Step 2[3] for graduation and all 19 of the AOA Bureau of
45  Professional Education-accredited medical schools require passing COMLEX-USA Level 2 for
46  graduation. Although the exact reasoning by which each medical school determined its policy for
47  this requirement is not known, it can be concluded that this requirement for graduation ensures
48  eligibility of graduates to continue the licensing examination sequence and is a national measure
49  of performance of graduates. Based on this assumption, it is likely that these schools will include
50  passing USMLE Step 2 CS or COMLEX-USA Level 2-PE as part of the graduation requirement.
51  However, a recent survey of colleges of osteopathic medicine reported that only 4 of 16 schools