responding would require passing COMLEX-USA Level 2-PE for graduation and the other 12 would require students to take the examination. The number of MD-schools requiring Step 2 for graduation has been increasing. The requirement for passing the Step 2 CS is being monitored in the LCME annual survey of medical schools, and the first data will be available in the summer of 2004.

The passing rate for USMLE Step 2 in 2001-2002 for first-time takers who were examinees from US and Canadian medical schools that grant the MD degree was 97%. During the same period the passing rate on repeat examinations for the same group was 70%. The ultimate passing rate is expected to increase to approximately 99%.[1] Passing rates for first-time takers of COMLEX-USA Level 2 for 2002 were approximately 91% and for repeat examinations approximately 61%.[4] Observed correlations between clinical skills examination scores and USMLE Step 2 scores for international medical graduates tested for the first time from June 2001 to June 2002 were consistently low. This indicates that the clinical skills examination measures a set of skills that is different from that measured in the USMLE Step 2 CK.[1] Because the clinical skills examinations have not yet been given to graduates of US medical schools as a high-stakes examination, a passing rate can only be estimated. Despite a passing rate of only 85.2% on a pilot test of the USMLE Step 2 CS administered to medical students in LCME-accredited medical education programs in the US, the NBME anticipates that the initial passing rate for graduates of US medical schools on the USMLE Step 2 CS will be approximately 95%, with an ultimate passing rate of 98-99%.

The first-year enrollment for the entering class of 2001 in LCME-accredited medical schools in the US was almost 17,000. Considering the two passing rates cited above the number of initial failures would range between 850 and 2,500 students. Based on the assumptions about the examination being required for graduation, this could result in between 537 and 1,590 students not being able to graduate. While reexaminations will lower the number of students who are unable to graduate, the final count is uncertain. Using the projections of the NBME for the ultimate passing rate, between 110 and 215 students will not graduate from medical school.

Students who are not able to graduate on time will not be able to honor their commitments for residency programs. The failure of these individuals to start their residency training could effect at least one position in between 4% and 59% of ACGME-accredited graduate medical education programs in the US offering entry-level positions. This is of particular concern for small residency programs in which the absence of even a single entry-level resident could seriously compromise the quality of the educational program and clinical experiences.

Although international medical graduates already have been required to pass the Clinical Skills Assessment examination offered by the Educational Commission for Foreign Medical Graduates (ECFMG) as a requirement for ECFMG certification, it should also be noted that delays in obtaining visas to take the USMLE Step 2 CS could produce additional problems. Inability to take the examination could limit the number of international medical graduates eligible to enter ACGME-accredited residency training programs.

From the standpoint of the residency program director, the implementation of the clinical skills examination could add an additional condition for entry into residency training. At the present time, some residency programs have as a condition of initial employment the requirement that residents have passed USMLE Step 2 or COMLEX-USA Level 2. In such circumstances, medical school graduates who have not passed those examinations are denied employment. Applicants must be made aware of this requirement before submitting their rank order lists to the National Resident Matching Program. Based on the understanding that the clinical skills

CME Rep. 4-A-04--Page 4

1   examination is purported to assess whether the examinee can demonstrate the fundamental
2   clinical skills essential for safe and effective patient care under supervision, there may be an
3   increase in the number of residency programs adding the requirement to pass the examination
4   prior to employment. The trend in this requirement will be monitored through the AMA-AAMC
5   Annual GME Census.
6
7   Residency program directors must also consider the complexities of providing remediation for
8   resident physicians who are unsuccessful at passing USMLE Step 2 CS prior to entering their
9   program. The educational program of a particular residency may not provide the broad-based
10  experiences tested in the examination. Many programs are offered at sites that do not have
11  dedicated clinical skills testing facilities. Faculty resources may not be available within the
12  graduate medical education environment to provide the necessary assistance for the mastery of
13  tested clinical skills.
14
15  In addition to the issues discussed above it must also be noted that the cost of the USMLE Step 2
16  CS is $975 for June 1, 2004-June 30, 2005[1] with additional expenditures for travel and lodging
17  for many medical students. The cost of the COMLEX-USA Level 2-PE is anticipated to be $965
18  in 2004[2] plus expenses for travel and lodging. Since more than 82% of graduates of LCME-
19  accredited medical schools in the US have some educational debt, it can be expected that these
20  costs will be added to the debt burden of the students.
21
22  The AMA has suggested that the number of testing sites be increased immediately so as to be
23  available on July 1, 2004. The current number of test sites (2) and the proposed number of test
24  sites (5) are inadequate and create a burden on the students who may have to travel to the test site.
25  Of particular concern is the northeast region, which has the highest concentration of medical
26  schools. The closest test site is in Philadelphia. A list of recommended texts should be provided
27  for examinee preparation. This should include not only NBME products, but also recommended
28  general texts and materials that will form the basis of the USMLE Step 2 CS. The logistics of
29  retesting are also of great concern in that there may not be an opportunity for students to retake
30  the examination in time for graduation and starting in a residency. Finally, adequate feedback
31  needs to be provided to the students who do not pass the examination so that they can properly
32  direct their remediation efforts.
33
34  Further, the AMA has already taken action to mitigate the potential consequences of the
35  implementation of the USMLE Step 2 CS and the COMLEX-USA Level 2-PE examinations.
36  Medical schools have been encouraged to avoid linking passage of the examination to graduation
37  requirements for at least five years after the implementation of the examination and to develop
38  mechanisms to assist medical students to meet the financial obligations associated with the
39  requirements for participation in the examination. Further the NBME and the NBOME have been
40  strongly encouraged to develop policies to ensure adequate capacity for registration and
41  administration of the examinations and for retesting of students who fail the examination
42  (Directive D-275.985).
43
44  Other suggestions from the AMA to limit any adverse impact of the USMLE Step 2 CS and the
45  COMLEX-USA Level 2-PE have been to encourage residency program directors not to require
46  passage of the examinations for entry into residency and to assist residents who must retake the
47  examination to prepare for retesting. Medical schools have been encouraged to implement
48  objective structured clinical examinations (OSCEs) as part of their evaluation of medical students
49  if the schools do not already use such tools. The AMA has also requested the opportunity to
50  monitor blinded performance data to corroborate the validity of the USMLE Step 2 CS.
51

CME Rep. 4-A-04--Page 5

<u>Summary and Recommendation</u>

The AMA is deeply concerned about the potential negative impact of the implementation of the clinical skills examination as part of the USMLE and COMLEX-USA licensure sequence on medical students and on graduate medical education. In the interim, it is important to avoid using the examination as an absolute requirement for graduation. The effect of the examination on graduate medical education will depend on whether passing the examination is a condition for employment. There may be external pressure not to hire medical school graduates who are unable to demonstrate fundamental clinical skills essential for safe and effective patient care under supervision. Residency training programs may be ill-equipped to remediate individuals who have been unsuccessful in passing the examination. The hiring of such individuals might also increase the liability risk for the residency program. The financial burden of the examination to medical students must also be considered. In all instances, action should be taken to ameliorate these conditions and to yield the most positive result.

Therefore, the Council on Medical Education recommends that the following recommendations be adopted and that the remainder of this report be filed.

1. That our AMA continue to closely monitor the implementation of the USMLE Step 2 CS and the COMLEX-USA Level 2-PE, collecting data on initial and final pass rates, delays in students starting residency training due to scheduling of examinations, and the potential impact of ethnicity on passing rates. (Directive to Take Action)

2. That our AMA inform residency program directors of the potential impact of the implementation of the USMLE Step 2 CS and the COMLEX-USA Level 2-PE by distributing copies of this report to all program directors. (Directive to Take Action)

3. That our AMA encourage residency program directors to proactively evaluate their access to resources needed to assist resident physicians who have not passed these examinations to remediate. (Directive to Take Action)

Complete references for this report are available from the Medical Education Group.

Fiscal Note. No Significant Fiscal Impact

**US·MLE**
United States Medical Licensing Examination

# USMLE®
UNITED STATES MEDICAL LICENSING EXAMINATION®

[                    ] Search

Home    Bulletin    FAQs    Applications & Fees    Security    Step Examinations    Practice Materials    Test Accommodations    Scores & Transcripts    Data & Research

# FAQs

🏠  FAQs - Frequently Asked Questions

| General | Biometric Enabled Check-In System | Practice Materials | Scores | Step 2 CS | Comprehensive Review |

Stay up to date: **Information and Updates**

Show All Answers »

## General

1. **Upcoming changes to USMLE**

2. **Will you continue to report scores, or change to pass/fail?**

3. **What are the "competencies"? Are they all going to be assessed in USMLE? How?**

   In accordance with direction from the USMLE Composite Committee and the Committee to Evaluate the USMLE Program, USMLE governance will consider changes to the examination sequence in the context of competencies that have become increasingly prevalent in recent years as a means of organizing medical education and assessment. One of the most commonly used competency frameworks was developed collaboratively by the ACGME and the ABMS. This framework identifies six competencies: medical knowledge, patient care, communication and interpersonal skills, professionalism, practice-based learning and improvement, and systems-based practice. Some in the medical education and practice community have also identified a seventh competency related to surgical and other technical procedural skills.

   The NBME will explore how best to assess examinees in all competency areas. It is likely that the assessments available via a revised USMLE will not be able to measure all competencies to an equal degree. It is possible that one or more competencies will not be measurable in a valid manner in the context of the USMLE. During implementation of changes to the USMLE, staff will identify how best to assess examinees' performance in each of the competencies using available methods, develop a research agenda to expand assessment tools for competencies not adequately measured presently, and identify competencies that cannot be reliably measured in USMLE so that assessments in other contexts (e.g., residency training programs) can supplement the information provided by the USMLE.

   **Posted: November 2014**

4. **The USMLE program says that new item formats are currently under development. Can you tell me more about this?**

## Step 1 and Step 2 CK

1. **Will Step 1 and 2 CK be combined into one exam?**

2. **If the current Step structure changes, how can medical schools that make promotion decisions (from MS2 to MS3) continue to make these decisions?**

3. **Can you tell me more about what is meant by "an increased focus on quality improvement principles and safety science" in the Step 1 exam, and about what is meant by "an increased emphasis on quality improvement principles; safety science; epidemiology, biostatistics, and population health; professionalism; and interpersonal and communications skills" in the Step 2 CK exam?**

## Step 3

1. **Will the restructured Step 3 mean a change in the eligibility requirements for taking the exam?**

**H**

Announcements | Frequently Asked Questions | Performance Data | The Comprehensive Review (CRU)
Test Accommodations | About | Contact | Privacy Policy | Site-Map
Download Adobe Reader

Copyright © 1996-2016 Federation of State Medical Boards (FSMB) and National Board of Medical Examiners® (NBME®). All rights reserved.
The United States Medical Licensing Examination® (USMLE® ) is a joint program of the FSMB and the NBME.

# EXHIBIT

| PubMed |

Abstract

Full text links

Wolters Kluwer

Acad Med. 2011 Jan;86(1):48-52. doi: 10.1097/ACM.0b013e3181ffacdb.

## Are United States Medical Licensing Exam Step 1 and 2 scores valid measures for postgraduate medical residency selection decisions?

McGaghie WC[1], Cohen ER, Wayne DB.

  Author information

## Abstract

**PURPOSE:** United States Medical Licensing Examination (USMLE) scores are frequently used by residency program directors when evaluating applicants. The objectives of this report are to study the chain of reasoning and evidence that underlies the use of USMLE Step 1 and 2 scores for postgraduate medical resident selection decisions and to evaluate the validity argument about the utility of USMLE scores for this purpose.

**METHOD:** This is a research synthesis using the critical review approach. The study first describes the chain of reasoning that underlies a validity argument about using test scores for a specific purpose. It continues by summarizing correlations of USMLE Step 1 and 2 scores and reliable measures of clinical skill acquisition drawn from nine studies involving 393 medical learners from 2005 to 2010. The integrity of the validity argument about using USMLE Step 1 and 2 scores for postgraduate residency selection decisions is tested.

**RESULTS:** The research synthesis shows that USMLE Step 1 and 2 scores are not correlated with reliable measures of medical students', residents', and fellows' clinical skill acquisition.

**CONCLUSIONS:** The validity argument about using USMLE Step 1 and 2 scores for postgraduate residency selection decisions is neither structured, coherent, nor evidence based. The USMLE score validity argument breaks down on grounds of extrapolation and decision/interpretation because the scores are not associated with measures of clinical skill acquisition among advanced medical students, residents, and subspecialty fellows. Continued use of USMLE Step 1 and 2 scores for postgraduate medical residency selection decisions is discouraged.

## Comment in

The role of USMLE scores in selecting residents. [Acad Med. 2011]
The role of USMLE scores in selecting residents. [Acad Med. 2011]

PMID: 21099388 [PubMed - indexed for MEDLINE]

## Publication Types, MeSH Terms, Grant Support



No SIM 📶                7:37 PM                92% 🔋
                        usml.org

# USMLE®
### United States Medical Licensing Examination®

[Search]

Home | Bulletin | **FAQs** | Applications & Fees | Security | Step Examinations | Practice Materials | Test Accommodations | Scores & Transcripts | Data & Research

# FAQs

🏠 › FAQs - Frequently Asked Questions

General | Biometric Enabled Check-In System | Practice Materials | Scores | **Step 2 CS** | Comprehensive Review

## Step 2 CS (Clinical Skills)

Show All Answers »

### General

#### Rationale

1. **Why does the USMLE include a clinical skills component?**

2. **What studies support this need?**

3. **If assessment of clinical skills is so important, why was it absent from the USMLE until 2004?**

   A version of the medical licensing exam many decades ago, in fact, included a "bedside encounter" to assess clinical skills but it was dropped in the 1960s because of questions at the time about its reliability. In 2004, an assessment of clinical skills was added to the USMLE because pilot studies showed it was reliable. Advances in testing science and in computerization made this possible.

4. **Why isn't my passing grade on clinical skills exams in medical school sufficient for the licensing board?**

#### Exam Design

5. **How are licensing boards involved in the USMLE and Step 2 CS?**

6. **How does the USMLE program decide what cases will be presented in Step 2 CS and what skills will be assessed?**

7. **What evidence is there that the design of Step 2 CS is sound?**

#### Pass Rate and Impact

8. **How many people pass Step 2 CS?**

9. **Will I be able to learn how I performed on specific areas of the exam?**

#### Number of Testing Sites

10. **Why are there so few testing sites for Step 2 CS?**

11. **Why doesn't the USMLE program use some of the excellent clinical skills facilities at universities to expand testing sites?**

## How do you Determine if a Test has Validity, Reliability, Fairness, and Legal Defensibility?

1

### 1. Validity

Validity is arguably the most important criteria for the quality of a test. The term validity refers to whether or not the test measures what it claims to measure. On a test with high validity the items will be closely linked to the test's intended focus. For many certification and licensure tests this means that the items will be highly related to a specific job or occupation. If a test has poor validity then it does not measure the job-related content and competencies it ought to. When this is the case, there is no justification for using the test results for their intended purpose. There are several ways to estimate the validity of a test including content validity, concurrent validity, and predictive validity. The face validity of a test is sometimes also mentioned.

### 2. Reliability

Reliability is one of the most important elements of test quality. It has to do with the consistency, or reproducibility, or an examinee's performance on the test. For example, if you were to administer a test with high reliability to an examinee on two occasions, you would be very likely to reach the same conclusions about the examinee's performance both times. A test with poor reliability, on the other hand, might result in very different scores for the examinee across the two test administrations. If a test yields inconsistent scores, it may be unethical to take any substantive actions on the basis of the test. There are several methods for computing test reliability including test-retest reliability, parallel forms reliability, decision consistency, internal consistency, and interrater reliability. For many criterion-referenced tests decision consistency is often an appropriate choice.

### 3. Fairness

The fairness of an exam refers to its freedom from any kind of bias. The exam should be appropriate for all qualified examinees irrespective of race, religion, gender, or age. The test should not disadvantage any examinee, or group of examinees, on any basis other than the examinee's lack of the knowledge and skills the test is intended to measure. Item writers should address the goal of fairness as they undertake the task of writing items. In addition, the items should also be reviewed for potential fairness problems during the item review phase. Any items that are identified as displaying potential bias or lack of fairness should then be revised or dropped from further consideration.



Professional Testing Inc.
© PTI 2006

usmle.org

2. **Do the Steps have to be       n at particular points during my medical e       tion and career?**

3. **If a physician currently holds a license in one state and has not taken USMLE, is it necessary to pass USMLE to seek licensure in another state?**

4. **I am a graduate of a medical school outside the United States and Canada. How can I get information on what is required to enter graduate medical education and/or practice medicine in the United States?**

5. **I am a MD/PhD candidate and the state board where I am applying for licensure requires applicants to complete all three Steps within seven years. Is there an exception to this policy?**

## Retakes

1. **What are the rules regarding retakes?**

   You may take the same examination no more than three times within a 12-month period. Your fourth and subsequent attempts must be at least 12 months after your first attempt at that exam and at least six months after your most recent attempt at that exam.

2. **Can I retake a Step that I previously passed?**

   If you pass a Step or Step Component, you are not allowed to retake it, except to comply with certain state board requirements which have been previously approved by USMLE governance. For example, you may retake a passed Step to comply with the time limit of a medical licensing authority for the completion of all Steps or a requirement imposed by another authority recognized by the USMLE program for this purpose. The medical licensing authority must provide information showing that you are an applicant for licensure in that jurisdiction; have fulfilled all requirements for licensure in that jurisdiction; are eligible for licensure except for the out-of-date examination; and have completed the full USMLE sequence, including Step 3. Information regarding retakes allowed to comply with ECFMG requirements is provided at the time of exam application using ECFMG's Interactive Web Applications (IWA).

   If you are repeating a previously passed Step or Step Component because of a time limit, you may apply to retake the examination only after the applicable time limit has expired. An exception to this policy can be granted if, at the time of application and testing:

   - you are currently enrolled in an LCME- or AOA accredited medical school program leading to the MD or DO degree;
   - you have previously passed Step 1 and/or Step 2 but have not passed Step 3;
   - you are expected to graduate from the medical school program six or more years after the date you first passed Step 1 and/or Step 2; and
   - you are otherwise eligible to retake the examination.

## Other

1. **What is ERAS?**

2. **How do I report a problem related to my testing administration?**

3. **What are the rules regarding what I can and cannot bring into the secure areas of the testing center?**

Announcements | Frequently Asked Questions | Performance Data | The Comprehe
Test Accommodations | About | Contact | Priva

page - 58 -

Copyright © 1996-2016 Federation of State Medical Boards (FSMB) and National Board of Medical Examiners (NBME
The United States Medical Licensing Examination (USMLE) is a joint program of the

Case 5:16-cv-00952-JGB-SP    Document 1-1    Filed 05/10/16    Page 10 of 46    Page ID #:617

## Examinations for ECFMG Certification

Examination Requirements | Time Limit for Completing Examination Requirements

### Time Limit for Completing Examination Requirements

→ ECFMG policy requires that international medical students/graduates pass the USMLE Steps and Step Components required for ECFMG Certification within a seven-year period. This means that once you pass a Step or Step Component, you will have seven years to pass all of the other Step(s) or Step Component(s) required for ECFMG Certification. This seven-year period begins on the exam date of the first Step or Step Component passed and ends exactly seven years from that exam date.

If you do not pass all required Steps and Step Components within a maximum of seven years, your earliest USMLE passing performance will no longer be valid for ECFMG Certification. **It is your responsibility to track your progress toward meeting the exam requirements for ECFMG Certification. ECFMG will not notify you of upcoming deadlines to meet the seven-year requirement and will not notify you if one (or more) of your passing performances becomes invalid for ECFMG Certification because you failed to meet the seven-year requirement.**

> **Example:** An international medical graduate took his first Step or Step Component on October 1, 2008 and passed. He has through October 1, 2015 to take and pass all other Step(s) and Step Component(s) required for ECFMG Certification. If he does not take and pass all other required Step(s) and Step Component(s) on or before October 1, 2015, his passing performance on the October 1, 2008 exam would no longer be valid for ECFMG Certification.

Under this policy, more than one USMLE passing performance can become invalid for ECFMG Certification.

> **Example:** An international medical graduate passed Step 1 on April 1, 2007, and passed Step 2 CK on May 1, 2008. She had through April 1, 2014 (seven years from her Step 1 passing performance) to pass Step 2 CS, satisfying the remaining exam requirements for ECFMG Certification. She did not pass Step 2 CS by April 1, 2014, so her passing performance on Step 1 is no longer valid for ECFMG Certification. Her earliest USMLE passing performance that is valid for ECFMG Certification is now the Step 2 CK passing performance on May 1, 2008. She now has through May 1, 2015 (seven years from her Step 2 CK passing performance) to pass Step 1 and Step 2 CS, satisfying the remaining exam requirements for ECFMG Certification. If she does not pass Step 1 and Step 2 CS by May 1, 2015, her passing performance on Step 2 CK will no longer be valid for ECFMG Certification.

There are exceptions to this policy:

- This seven-year limit does **not** apply to the former ECFMG CSA because the CSA was not a USMLE Step or Step Component. International medical students/graduates who satisfied the clinical skills requirement for ECFMG Certification by passing the CSA are required to pass only Step 1 and Step 2 CK within seven years of each other for ECFMG Certification. For these individuals, the seven-year period begins on the exam date of the first USMLE Step or Step Component passed, regardless of when the CSA was passed.

- If your earliest USMLE passing performance that is valid for ECFMG Certification took place before June 14, 2004, you are required to pass only Step 1 and Step 2 CK within seven years of each other for ECFMG Certification; if required for ECFMG Certification, Step 2 CS can be passed outside the seven-year period.

> **Example:** An international medical graduate passed Step 1 on May 25, 2004, passed Step 2 CK on August 10, 2007, and passed Step 2 CS on February 15, 2012. This applicant was required to pass Step 2 CK by May 25, 2011 (within seven years from her Step 1 passing performance on May 25, 2004), a requirement she has satisfied. While this applicant was also required to pass Step 2 CS to meet the exam requirements for ECFMG Certification, she was not required to pass Step 2 CS by May 25, 2011, since her earliest USMLE passing performance that is valid for ECFMG Certification (the May 25, 2004 Step 1 passing performance) took place before June 14, 2004.

If you have passed a Step or Step Component but this passing performance is no longer valid for ECFMG Certification, you may request an exception to retake the previously passed exam that is no longer valid. The USMLE

Apply f



# USMLE®
## UNITED STATES MEDICAL LICENSING EXAMINATION®

EXHIBIT

Home | Bulletin | FAQs | Applications & Fees | Security | Step Examinations | Practice Materials | Test Accommodations | Scores & Transcripts | Data & Research

**Applications**   Rescheduling Fees

Step 1
Step 2 CK
Step 2 CS
Step 3

# Applicatio     ees

🏠 › Applications & Fees

To apply for USMLE examinations, you must submit an application through the appropriate registration entity as described below

**Note:** Step 1, Step 2 CK, and Step 3 are not offered during the first 14 days of January or on major local holidays.

| | | |
|---|---|---|
| **For Step 1, Step 2 CK, Step 2 CS:** | **For Step 1, Step 2 CK, Step 2 CS:** | **For Step 3:** |
| For students / graduates of LCME-or AOA-accredited medical programs **in** the US or Canada: | For students / graduates of medical schools located **outside** the US and Canada: | All medical school graduates who have passed Step 1, Step 2 CK, and Step 2 CS: |
| apply through NBME on NLES (NBME Licensing Examination Services) | apply through ECFMG on IWA (Interactive Web Applications) | apply through FSMB. Information and links to an online or paper application are available on the Medical Licensing Examination page of the FSMB website. |
| Application Fee Information | Application Fee Information | Application Fee Information |
| Rescheduling Fees | Rescheduling Fees | Rescheduling Fees |

If you have any questions about the application process, you may fill out our Contact Form »

Information about the Biometric Enabled Check-in System used at Prometric test centers is available.

USMLE

Announcements | Frequently Asked Questions | Performance Data | The Comprehensive Review O
Test Accommodations | About | Contact | Privacy Policy | Site-M
Download Adobe Rea

Copyright © 1996-2016 Federation of State Medical Boards (FSMB) and National Board of Examiners (NBME). All rights rese
The United States Medical Licensing Examination (USMLE) is a joint program of the FSMB and NBME.

| Home | Bulletin | FAQs | Applications & Fees | Security | Step Examinations | Practice Materials | Test Accommodations | Scores & Transcripts | Data & Research |

# Scores & Transcripts

## Scores

With the exception of Step 2 CS (which is reported as Pass/Fail), USMLE results are reported on a 3-digit scale.

The current minimum passing scores are as follows:

**Step 1**: 192
**Step 2 CK**: 209
**Step 3**: 196

Examination data (including performance information and recorded patient encounters) from USMLE examinations may be used by the USMLE program or made available to third parties for research. In such instances, the data will be confidential, and individual examinees will not be identified in any publication. If you do not wish your score to be made available for research purposes, you must advise the USMLE Secretariat in writing (see the USMLE Contact page).

For more information about scores, view Scores Frequently Asked Questions (FAQs)

## What's Included on Your Transcript?

Your USMLE transcript includes the following:

- your name and other personal identification information, including your date of birth;
- your complete examination history of all Steps and Step Components that you took;
- your history of any examinations for which no results were reported;
- indication of whether you have previously taken the former NBME Parts I, II, or III, Federation Licensing Examination (FLEX), or ECFMG Clinical Skills Assessment (CSA);
- annotation(s) and information documenting classification of any scores as indeterminate (see Score Validity and Irregular Behavior);
- annotation(s) and information documenting any irregular behavior (see Score Validity and Irregular Behavior); and
- annotation(s) of any actions taken against you by medical licensing authorities or other credentialing entities that have been reported to the FSMB Board Action Databank.

**Note:** Graphical performance profiles, which are included on your original score reports, are not included in your USMLE transcript.

To obtain your USMLE transcript or have it sent to a third party, you must contact the ECFMG, FSMB, or NBME depending on which examinations you have taken and where you want your transcript sent.

Contact the FSMB if you want your transcript sent to a medical licensing authority at any time. If you have not registered for or taken Step 3 and want your transcript sent to anyone other than a medical licensing authority, submit the request to the last entity that registered you.



No SIM 🛜                                    6:33 PM                                    63% ▰

< USMLE ID   ∧  ∨                                        ⚐  🗀  🗑  ↩  ✎

---

**From:** Info <Info@ECFMG.org>
**To:** "yoana_ayanova@yahoo.com" <yoana_ayanova@yahoo.com>
**Sent:** Tuesday, January 26, 2016 7:46 AM
**Subject:** 08364994

Dear Doctor:

I am writing in response to your correspondence received with the Request for a Recheck of USMLE® Step 2 CS in which you requested that your overall performance on the Step 2 CS be reviewed by factoring in your USMLE Step 2 CS administrations of May 20th and September 30th, 2015.

Please note that the USMLE program does not provide feedback beyond that which is given in the Performance Profile, nor does it inform examinees what they did wrong during their USMLE Step 2 CS examination. There are many reasons for this, most importantly, exam security. You received all of the information that is available to examinees as feedback about their exam day performances. However, the information below may be useful.

The assessment tool used in scoring Communication and Interpersonal Skills (CIS) captures the observations of standardized patients (SPs) who record an examinee's ability to gather and share information and to foster a relationship with the SP. Your final CIS score is a composite score measured across multiple SP and case scenarios.

The USMLE program does not provide information about the specific behaviors captured within the CIS subcomponent. Please visit the USMLE website at http://www.usmle.org/step-2-cs/#scoring for information on how the examination is scored and to review the types of demonstrated behaviors that may affect a CIS outcome.

The result for each USMLE Step or Step component is based entirely on your performance during that examination; the result is not compared with or influenced by a previously taken examination result. Therefore, it is possible to pass a specific section of the examination on one attempt, and fail it at a later date. I hope this information proves useful to you.

Sincerely
info@ecfmg.org
RMM

---

This Email has been scanned for all viruses Scanning Services, utilizing A proprietary SkyScan infrastructure.





No SIM 🔆                                                                    63% 🔋

‹ USMLE ID  ∧  ∨                              🏳  📁  🗑  ↩  ✏

From: scores@nbme.org                                          Hide

To: yoana_ayanova@yahoo.com

## RE: <u>08364994</u>
February 24, 2016 at 9:23 AM

Dear Dr. Ayanova,

Thank you for contacting the National Board of Medical Examiners.

Your Communication and Interpersonal Skills (CIS) subcomponent as depicted on your May 20, 2015 test administration score report indicated that  your CIS performance previously fell in the borderline region.   It is not uncommon for examinees performing within a borderline region to have a change in their pass/fail outcome across multiple takes. 

We found no issue in the administration of your examination; your scores are final as reported.

Sincerely,

Inna Rozinsky, Manager
Examinee Records
NBME


Follow USMLE on Facebook  [f]

**From:** yoana ayanova [<u>mailto:yoana_ayanova@yahoo.com</u>]
**Sent:** Friday, February 12, 2016 2:10 PM
**To:** <u>webmail@nbme.org</u>
**Cc:** Info
**Subject:** Fw: <u>08364994</u>
Dear NBME,

Please find attached my response to the vague response below. Hopefully, there will be a reasonable and fair solution of the problem soon. Please send the attached documents to the appropriate* Department for review! Thank you!
Have a great day!

Best Regards,
Yoana Ayanova, MD

*This email message and any attachments may contain privileged and/or confidential business*



No SIM 📶                                                                                      63% 🔋

‹ USMLE ID   ∧   ∨                                              ⚑   📁   🗑   ↩   ✏

Updated contact info found
Colleen Ward (215) 590-9844  update...

From: **Colleen Ward**                                                    Hide

To: yoana_ayanova@yahoo.com


## 08364994

March 1, 2016 at 8:20 AM

Dear Dr. Ayanova:

I am writing in response to your emails to me dated February 26, 2016 as well as in response to your recent emails to Dr. Melnick, Dr. Cassimatis, and Dr. Zenel.  My previous communications addressed your questions regarding the requirement that all three subcomponents  of the USMLE Step 2 CS must be passed in a single administration in order to achieve an overall passing performance.  Because you did not pass all three subcomponents on either of your Step 2 CS administrations, you have not achieved an overall passing performance on the examination. I regret that there is no additional information I can provide to you at this time. I wish you the best in your future endeavors.

Regards,
Colleen


Colleen Ward
USMLE, Program Officer
National Board of Medical Examiners
(215) 590 9844 | cward@nbme.org


*This email message and any attachments may contain privileged and/or confidential business information and are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately by reply email and destroy all copies of the original message and any attachments.*

EXi BiT

**Yoana Ayanova, MD**
ID: 0-836-49-94
(914)-374-7321

February 09, 2016

National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104
Phone: 215.590.9000
FAX: 215.590.9488

**RE: Overall review of Yoana Ayanova's USMLE Step 2CS examination results**

Dear NBME test administrators,

I am writing this letter in response to your answer on January 25th, 2016, regarding my Step 2 CS  overall score review.

<u>May 20, 2015</u>: ICE   CIS    SEP        <u>Sept.30, 2015</u>: ICE    CIS   SEP
                FAIL  PASS PASS                              PASS FAIL  PASS

In my previous letter date i requested a special review of for my exam results and a fair decision on the matter. Unfortunately, i did not received it.
The answer that was sent to me was vague and did not specifically address my case. Moreover, i was not given a reasonable explanation at why my overall exam result can not be considered as a passing score.
That is why, i am again, making a request that my case be reviewed in an thorough and fair way. I believe, only a thorough review would lead to accurate and fair decision. I realize that no cases are the same.

Prudence and Justice are one of the four cardinal virtues, that are broadly applied in this country, which makes it so great and desirable as a place to live in.
Aristotle defined prudence as *recta ratio agibilium,* "right reason applied to practice", or the art of taking moral principles and applying them to concrete situations. Thus, it is not merely an intellectual virtue; it is also a moral virtue. Fr. John A. Hardon notes an act of prudence is  "to judge correctly on the basis of the evidence at hand". Therefore, i am asking for a specific decision on my specific case, concidering the evidence at hand:

**1. I have a pass result on each of the subcomponents of Step 2 CS, thus i should have a pass result on the whole Step 2 CS. NBME/USMLE recognizes only a "pass" result as a proof of having the necessary medical knowledge and skills.** THE USMLE assesses a physician's ability to apply medical knowledge and skills through the three different examinations: Step 1, Step 2CK, Step 2CS, Step 3.
I passed Step 1, Step 2 CK, and I passed each subcomponent of STEP 2 CS.

It is specifically stated on my result report:

*"The* overall outcome *for Step 2 CS, reported above, is based upon the minimum passing levels set by USMLE for the three Step 2 CS subcomponents. The three subcomponents are Integrated Clinical Encounter (ICE), Communication and Interpersonal Skills (CIS), and Spoken English Proficiency (SEP).* It is necessary to pass all three subcomponents in order to obtain an overall passing outcome on the Step 2 CS."

Since, "*It is necessary to pass all three subcomponents in order to obtain an overall passing outcome on the Step 2 CS*",  the final result is that i do have a pass result on all of three entirely "different",  "separate" subcomponents of the exam.

**2.  Step 2CS  is a "separate component of Step 2", scored and evaluated in a completely different way than Step 2 CK. In the very same way, as claimed by USMLE itself, "the three "separate subcomponents" of the exam are evaluated and scored in a completely different way**.

"*Step 2 CS is designated to evaluate your ability to engage in a conversation that allows you to gather information relevant for a given patient presentation, and to begin to develop an effective physician patient relationship".*
*i am  a knowledgephysician,*
  "*Examinees are scored in the* **three separate subcomponents: Communication and interpersonal Skills (CIS), Spoken English Proficiency (SEP), and Integrated Clinical Encounter (ICE)*":

-" *The* standardized patient's assess *communication skills, interpersonal skills , and English-speaking skills via carefully developed rating scales, for which SPs have participated in intensive training", namely the entire "CIS" subcomponent and "SEP".*

-"*Your ability to document  in the patient note the findings from the patient encounter, diagnostic impression, and initial diagnostic studies will be rated* by physician raters"*,* which is the "ICE" subcomponent.

**3. I have passed Step 1 , Step 2 CK and all subcomponents of Step 2 CS ( thus the whole Step 2 CS),  which shows clearly that i have the a good medical knowledge and skills. A pass result is considered a "pass" result for the years ahead.**

In the USMLE's response to me, the only specific part that barely answers my request, states :

*"The result for each USMLE Step or Step component is based entirely on your performance during that examination; the result is not compared with or influenced by a previously taken examination result.  Therefore, it is possible to pass a specific section of the examination on one attempt, and fail it at a later date. I hope this information proves useful to you."*

The information is helpful in such way, that it points out how a "pass" score on *"each USMLE Step or Step component ,"*or "a specific section" is considered a "pass score", no matter what. This is regardless of the fact, and even with the presumption (according to above statement), that a first-time passed "Step or Step compponent" or a "specific section of the examination", could be failed at a later date.
Despite this presumption (that is "possibile to fail it at later date"), physicians who have passed once, do not have to take the same "Step or Step component" or the three "subcomponents", again (in 1,5,10,20,30 years). The "pass" result is concidered a "pass" result for the years ahead. I believe, this could be logically applied to my  "pass" results on each of the three subcomponents.
The skill to communicate with patients is something that i either have it, or i do not have. And, if i have it, it certainly can not be lost for (4 months) this very short period of time. I have significant difficulties explaining how i have passed each subcomponent of the exam, but my "overall result" is not recognized as a "pass" result, and i have to take the exam for a third time and pay another $1,500. This raises eyebrows among the people who hear the story.

**4. Regarding  the "single administration" phrase (on the website), but not included on my report result, which does not take into concideration  previous "pass" results.**
I believe, this rule finds a reasonable application to all first-time test takers, who have to achieve a pass result on each of the three subcomponents, and this way fulfill the main requirement of USMLE. The requirement -*"It is necessary to pass all three subcomponents in order to obtain an overall passing outcome on the Step 2 CS"*, that would show USMLE that the applicant has the necessary medical knowledge and skills. This could be applicable to a case where the same part of the exam was failed twice. However, it could not be fairly, logically and reasonably applied to my case, a second-time test taker, who has a pass result on *"all three subcomponents in order to obtain an overall passing outcome on the Step 2 C"* in a very short period of time (4 months). Furthermore, it does not specifically directs what to do in situations such as my case, when there is a pass result on each of the three
"separate" subcomponents.

**5. The applicable rule about retaking parts could be reasonably, fairly and logically applied to my specific case, since it takes into concideration previous "pass" results.**

For the abovementioned reasons, the USMLE policy rule:
  *"If you pass a Step or Step Component, you are not allowed to retake it, except to comply with certain state board requirements which have been previously approved by USMLE governance.",* could be applied to my case.

It could be applied, since its purpose is to prevent a collision (conflict) between two different results on the same tested part, and thus avoid a total chaos among test administrators and applicants.

**5.1** Because it is specified that:
-Step 1, Step 2, Step 3 are all "different", "separate" parts of the whole USMLE certification process;
-Step 2 CS and Step 2 CK are "separate", "different" parts of the whole Step 2, and the cited rule is in effect here.

**5.2** In the very same way:
- ICE,CIS, SEP are "different", "separate" parts of Step 2 CS ,
and the cited rule should come into effect here as well.

That is because, the cited rule could be logically and reasonably applicable to all "different", "separate" parts of the whole (whole USMLE certification process; whole Step 2; and regarding my case -  whole Step 2 CS with its subcomponents;)
After all, these are all "parts" of the whole, either called "components" or "subcomponents". Parts, but evaluated in a different way and separately from the other parts of the whole. Component of a Step is not allowed to be retaken, but a subcomponent of the Component has to be retaken.

**5.3** The three "separate subcomponents" are concidered "different" enough to be evaluated independently of one another. At the same time, when reviewing my overall result, they are not concidered "separate" enough.  Once they are  "separate", but then they are not "separate".

This ambiguity in the USMLE policy rules (5, 5.1,5.2, 5.3), seems to be the only reason that i should take the exam for a third time.
On the other hand, crucial facts are not taken into concideration - the pass score on each subcomponent and the great impact on my future and my career.

**6. It would be a unfair for USMLE to insist that I take over and over again the same exam, and the same subcomponents, that i have already passed.**

**6.1** This is because, there is no subcomponent i have to achieve a "pass" result on. It will not show a different result from what i have already shown by the "pass" result on these three "separate" subcomponents.

I really respect and recognize the mission of NBME via USMLE to make sure the physicians have the necessary knowledge and skills to be allowed to practice medicine. However, the way my case is handled, leaves the impression that it is mostly business-oriented, rather than knowledge-testing oriented. It is understood that employees in any sector care about their own salaries.
Further following the same course of action here, would confirm this impression.
I really hope that it is possible to deviate from this business orientation toward a recognition of my real knowledge and skills (and my pass results).
I had no other choice, but to accept these ambiguous policy terms, although they are not favourable to me. Since there is no other organization that administers these tests, and that would offer lower prices or different policy rules regarding the recognition of the pass results.

**6.2** For me though, it is not business because of the great impact on my career and life. Having to take the exam again, means more months of studying and repeating the material, more stress, and spending time and money that i do not have.

**7. NBME/USMLE recognizes only a "pass" result as a fulfillment of the their requirements (proof of having the necessary knowledge and skills), thus allowing the applicant to go forward**. These are conundrums on my case that are to be addressed:

**7.1** A PASS score on ICE part (first time-taker) is recognized, but MY pass result on September 30th, on the ICE part ( a" separate subcompponent") is not recognized at all. Although there is no difference between the two pass scores, which are evaluated in the very same way with the very same criteria.

**7.2** A PASS result on CIS part (first time-taker) is recognized, but MY pass result on CIS on May 20th is not recognized at all. Although there is no difference between these two "pass" results on a "separate subcomponents", which are evaluated in the very same way and with very same criteria.

**7.3** Once having a "pass" result on the three parts of the exam, a first-time taker is not allowed to retake another CIS part ( or the exam as a whole) to see if he will achieve again a"pass" or "fail" result, **but i am** required to take it again.

**7.4** If, as USMLE insist, I have to take Step 2 CS again and again, there is no part left to achieve a pass result on, since i have a "pass" result on each of the three  "separate subcomponents".

**7.5** Waiting for the exam results (which was 3 months last time) is also way too excessive and wasting time of my life and money.

**7.6**  If I achieve (what USMLE insists) a second pass result on each part of the exam (ICE, CIS,SEP), this will not be "more pass than my previous pass results" on the same "separate subcomponents".

For example - it will not become and written as a "pass +", more pass than the previous pass ( in May and September), "Pass", with capital letter P", and sofort. It is not in the USMLE policy rules. The results are only reported and considered as either "pass" or not. One "pass" result can not be "more pass" than  another "pass" result. Otherwise, we are getting into "50 shades of pass result" movie.

**8. The Respondent refuses to compare the results from my first and second exam (4 months later), although they can be compared and the "pass" result can be recognized.**

**8.1** According to the statistics, a field that is tested on all the three USMLE Steps, Comparing (finding similarities)  is a process of analysis which helps to understand things in greater depth. Often, the purpose of comparison is to show that things which are considered different are in fact the same; It can also be a first stage in evaluation. By comparing specific aspects of A and B, it is possible to decide which is more useful or valuable. The most useful and valuable here is the fact that i have a " pass" result on each of the three "separate subcomponents".

**8.2** The first result on the CIS part, could be compared to the second result (4 months later). This is due to the fact, that both times, the CIS part, was tested in the very same way and using the very same criteria. Attached hereto is the document showing that there was no change in the exam format and the way the evaluation is done for the entire 2015.

**8.3** The difference between the evaluations (and the results, respectively) on the CIS subcomponent, could be easily explained: they were done by two different groups of standardized patients (namely different people did the evaluation the first and the second time). So, we get to the question regarding the subjectivity in the exam, which can not be avoided. Since, it is normal that different people give different evaluations, even on the same thing.

**9**. **A time limit required when taking the Steps**.
" *If you pass a Step or Step Component, you are not allowed to retake it, except to comply with certain state board requirements which have been previously approved by USMLE governance. For example, you may retake a passed Step to comply with the time limit of a medical licensing authority for the completition of all Steps or a requirement imposed by another authority recognized by the USMLE program for this purpose.*"

Going this way further with my case, because of the "time limit" that will come into effect next year,  i will be required to take all previous Steps that i have previously passed  the first time (Step1 and Step 2 CK). This will enter in a "circulus vitiosus", a vicious cycle of

taking exams again and again without a way out. This would be finanacially and emotionally excessive, and destroying my career and thus my life. At that point, just paying for more and more exams, will not worth it for me. We all know how program directors will look at it ( they would not take people who did not pass the first or the second time). I believe, going through all this does not make sense. That is way, i am asking to help me to find a reasonable  way out of this situation and be allowed to spend the other half of my life practicing the profession i love.

**10**. **As for the rest of the statement of the responet**:

"*Please note that the* <u>*USMLE program does not provide feedback beyond that which is given in the*</u> <u>*Performance Profile, nor does it inform examinees what they did wrong during their USMLE Step 2 CS*</u> <u>*examination.*</u> *There are many reasons for this, most importantly, exam security.  You received all of the information that is available to examinees as feedback about their exam day performances.  However, the information below may be useful.*
  *The assessment tool used in scoring Communication and Interpersonal Skills (CIS) captures the observations of standardized patients (SPs) who record an examinee's ability to gather and share information and to foster a relationship with the SP.  Your final CIS score is a composite score measured across multiple SP and case scenarios.*
  *The USMLE program does not provide information about the specific behaviors captured within the CIS subcomponent.  Please visit the USMLE website at* <u>*http://www.usmle.org/step-2-cs/#scoring*</u> *for information on how the examination is scored and to review the types of demonstrated behaviors that may affect a CIS outcome.*

I agree that the patients (real or standardized) reveal parts of their body for the purpose of the exam only. I would respect their privacy and will not pursue this option through litigation. This, and other detailed information on the case obviously could not be provided. That is why, the focus is on the results and the conflict between them.

**11. The evaluation criteria and the exam format for Step 2 CS did not change in between the first time i took the exam and the second time. In fact, the test format and the evaluation criteria did not change during the entire 2015 and up to today's date.** Attached hereto are the Announcements on the USMLE website. This means, that the results from the two exams, could be compared and taken into concideration, since they were evaluated in the same way and using the same criteria.

**All that being said, these are the facts that could help solving the matter at hand**:

- The conflict (collision) between the previously taken and later taken examination results on Step 2 CS subcomponents. The solution of the problem could be found in the USMLE policy rule cited in point 5 (which does not allow a previously passed part of the whole, to be taken/tested again);

- The fact that USMLE recognizes only a "pass" result as a proof of competency;

- The fact that i have a " pass" result on each of the three "separate" parts of Step 2 CS (as required by the USMLE as a proof of competency), and thus i have passed the whole exam;

- There are no parts of the Step 2 CS exam left, that i have to achieve a pass result on, as the reason to take the exam for a third time; and because of this,

- Taking the exam for a third time will be unfair and detrimental for me. It will be detrimental emotionally, financially and most important - professionally, since it will significally decrease my chances to get into residency. Detrimental in terms of time as well, since i will have to wait another year in order to apply for a residency.

- With regards to the application of the policy rule cited in point 5, and Prudence, the overall Step 2 CS result could fairly be recognized as a pass resut.

**Based on the facts set forth herein,  I am respectfully requesting, that the testing committee review this petition again, in a thorough way, and recognize my overall Step 2 CS result as a "pass" result.**
I am also respectfully requesting that i receive a reasonable, logical, and fair decision, specifically on my case.
I believe, that this would be the only way to address this great injustice.
Hopefully, NBME/USMLE will understand my concerns here and my firm determination to defend my rights against such a ruinous unfairness.
Respondent (NBME/USMLE) is already aware of the case and the information about it, as i also brought to its attention some of the policy rules that specifically concern this case. That is why, i would appreciate if i receive an answer within the next 10 days, or as soon as possible.
After all, i would only like to be allowed to proceed with my career, which after all these years of efforts and studying (**and having a "pass" result on each of the three "separate" subcompponents of Step 2CS**) will be fair and will make my dream come true.

Sincerely yours,                                      02/09/2016
Yoana Ayanova

6:44 PM                                                60% 🔋

❮ Sent (5)   ⌃   ⌄                    🏳   🗁   🗑   ↩   ✎

**To:** DMelnick@nbme.org                          Hide

From: yoana ayanova

# Fw: 08364994

February 29, 2016 at 10:46 AM

Dear Dr. Donald Melnick,

My name is Yoana Ayanova, and i am an IMG from Easthern Europe.
With all due respect, I am writing this letter to you in order to ask for your consideration, help and assistance in resolving the problem regarding my Step 2CS overall exam results.

There has been a back and forth communication for the last two months between me and some of the NBME/ECFMG staff members - Managers and Program Officers. Unfortunately, the problem was never resolved. Moreover, my questions were never answered. There were vague and inadequate responses that i received from those staff members.
An interesting study, published by the University of Wisconsin, suggests that doctors (M.D or equiv O.D, dents, etc) have the highest IQ on average. I believe, that this was the reason why there was such a miscommunication between me and those staff members. Obviously, they were not able to understand and answer my request. I appreciate their efforts to solve the problem though.

That is why, I am sending my request directly to you,from one MD to another MD. Since only another MD knows how difficult and lengthy it is to become a doctor. Especially these days. Although, i am still quite a way behind you in my career and experience in every sphere of human life. I would not dare to compare myself to you. You - our role models. We (younger MDs) want to be like you and we try to be like you.

I believe, my case could be appropriately and fairly handled by the MDs in the CS-exam Review Committee.
As described by the NBME/ECFMG, Step 2 CS has three " different", "separate" subcomponents, evaluated in a different way and by different people. A pass result on each subcomponent is accepted as a proof that the medical student has the necessary medical knowledge and skills to continue his education. I have achieved a pass result on each of these subcomponents in the time frame of 4 months.

In 2015,i came back in the US to take this exam, leaving my mom in Europe to finish her chemo- and radiation therapy for stage III breast cancer. At the same time, i have been going through a difficult divorce for more than a year that has not been finalized yet. I took community property money to pay for the two exams, which made my husband file a separate lawsuit for this money. Despite that, i took the exam twice. I passed the part i previously failed, and failed the part that i



Committee.

As described by the NBME/ECFMG, Step 2 CS has three " different", "separate" subcomponents, evaluated in a different way and by different people. A pass result on each subcomponent is accepted as a proof that the medical student has the necessary medical knowledge and skills to continue his education. I have achieved a pass result on each of these subcomponents in the time frame of 4 months.

In 2015,i came back in the US to take this exam, leaving my mom in Europe to finish her chemo- and radiation therapy for stage III breast cancer. At the same time, i have been going through a difficult divorce for more than a year that has not been finalized yet. I took community property money to pay for the two exams, which made my husband file a separate lawsuit for this money. Despite that, i took the exam twice. I passed the part i previously failed, and failed the part that i passed just 4 months earlier. Basically, what these results show, is that i had the CIS skills and the ability to communicate with patients in May and completely lost those skills in September. Which is obviously very strange, considering the fact that physicians who have passed this exam (subcomponent) do not have to retake it later to show that they have not lost these skills.

The exam results for Step 2CS, as in the other two Steps, when scored above a certain minimum passing level(even by 1 point)are reported as pass results. My pass results were confirmed by the score rechecks that i requested.

This is a brief description of my case.

I do not know if all the members (the MD members) of the Step 2CS REVIEW COMMITTEE had a chance to take particularly this exam in the way it is administered today and during the last 12 years. Nevertheless, i believe that only they can understand my perspective. I hope, i will not be punished because i was bold enough to request and contact directly You, my role models, to help me solve the problem.

From one point of view, maybe i am too bold, even though without having passed all the subcomponents at the same time. Still, i have passed each of these three subcomponents. I have passed the exam on a paper. Just like Step 1 and 2 CK.

From another point of view, it is understandable, since i have passed each subcomponent and this way i have shown that i have the necessary medical knowledge and skills (as required by NBME/ECFMG). And wasting more time and money to repeat, prepare for, and achieve a second/ third pass result on these subcomponents, does not make sense.

Other factors that are important, are the fact that the exam is quite expensive, it takes long time to receive the result reports, and finally and most importantly - the detrimental impact on my medical career.

After all, we all know that everything could be learned in this life. There are larger number of physicians that have been practicing for many years, that have never taken this exam, and still are highly recommended and rated because of their skills and knowledge.

I am respectfully requesting to receive a fair, reasonable and logical decision specifically on my case, that will confirm that i have passed Step 2 CS. I believe that such decision could be taken only by an experienced, intelligent and highly educated person. By an MD.

I am also respectfully requesting that i receive explanations of why such decision could not be made. I have paid for this exam $3,160. I have taken the exam twice, spending a lot of time and money, and i have passed each subcomponent.



No SIM 🔋                                                6:44 PM                                                60% 🔋

**‹ Sent (5)** ∧ ∨                                                ⚑ 🗂 🗑 ↩ ✎

This is a brief description of my case.

I do not know if all the members (the MD members) of the Step 2CS REVIEW COMMITTEE had a chance to take particularly this exam in the way it is administered today and during the last 12 years. Nevertheless, i believe that only they can understand my perspective. I hope, i will not be punished because i was bold enough to request and contact directly You, my role models, to help me solve the problem.

From one point of view, maybe i am too bold, even though without having passed all the subcomponents at the same time. Still, i have passed each of these three subcomponents. I have passed the exam on a paper. Just like Step 1 and 2 CK.

From another point of view, it is understandable, since i have passed each subcomponent and this way i have shown that i have the necessary medical knowledge and skills (as required by NBME/ECFMG). And wasting more time and money to repeat, prepare for, and achieve a second/ third pass result on these subcomponents, does not make sense.

Other factors that are important, are the fact that the exam is quite expensive, it takes long time to receive the result reports, and finally and most importantly - the detrimental impact on my medical career.

After all, we all know that everything could be learned in this life. There are larger number of physicians that have been practicing for many years, that have never taken this exam, and still are highly recommended and rated because of their skills and knowledge.

I am respectfully requesting to receive a fair, reasonable and logical decision specifically on my case, that will confirm that i have passed Step 2 CS. I believe that such decision could be taken only by an experienced, intelligent and highly educated person. By an MD.

I am also respectfully requesting that i receive explanations of why such decision could not be made. I have paid for this exam $3,160. I have taken the exam twice, spending a lot of time and money, and i have passed each subcomponent.

NBME/ECFMG does no allow a part that was previously passed to be retaken. This ambiguity in the policy has a detrimental effect on my career.

That is why, i believe, i have the right to know why a fair, logical and reasonable decision could not be made on my case, and i deserve answers. Answers to my questions in the previous letter.

I am respectfully requesting to receive an explanation of why the logical and reasonable decision can not be applied, but a rule that has no logical and reasonable application to my case has to be applied.

Dear Dr. Donald Melnick, i have faith, that only another MD could be able to answer my questions and take this reasonable and fair decision on the matter.

With the GOD's help and the virtues of Prudence, Fairness and Conscience.

Thank you for your time and consideration!

Sincerely,

Yoana Ayanova, MD

No SIM 🛜                            6:42 PM                            61% 🔋

❮ Sent (5)   ∧   ∨                                    🏳  📁  🗑  ↩  📝

----- Forwarded Message -----
**From:** yoana ayanova <yoana_ayanova@yahoo.com>
**To:** Roman Mizak <rmizak@ecfmg.org>; Scores <scores@nbme.org>; "webmail@nbme.org" <webmail@nbme.org>
**Sent:** Thursday, March 3, 2016 11:50 AM
**Subject:** Fw: please respond

Dear Mrs. Colleen,

I would like to request if it is possible to :

1. I, personally, review the documents regarding my exam - including notes from the examiners and SPs that did the evaluations of my skills. Of course, you can remove the names. I do not need the names, but i would like to see where exactly i made mistakes and failed the CIS PART ( as reported by ECFMG).  I would like to know what i did wrong the second time i took the exam, since I used the same skills during the two exams on the CIS PART.

How and when is it possible to review this information?
Should i travel to Pennsylvania office or where should i go to review it?

2. Would you please respond to my previous request about the 'X' scoring!  How much 'X' in the grey area would determine a PASS result?


| Low performance | Borderline | High performance | PASS or Fail |
|-----------------|------------|------------------|--------------|
| XXXXXX          | XXXXX      |                  |              |
| XXXXX           | XXXXXX     |                  |              |
| XXXX            | XXXXXX     | X                |              |

Kindly please, provide this information! Thank you!
I will be waiting for your response!

Sincerely yours,
Yoana Ayanova, MD

‹ Sent (5)   ∧ ∨

**To:** Colleen Ward                                                                                    Hide

**From:** yoana ayanova

### Re: 08364994

March 3, 2016 at 12:39 PM

Dear Ms. Ward,

1. Can you please, tell me if a can come and review the documents PERSONALLY, and see where exactly i failed?
2. Can you please help me understand the CIS score report on both exams, in terms of " X' in the borderline area. Can you please send examples which represent pass and fail results with 5 OR 6 "X" in the borderline area? I do not understand the interpretation, and how can we compare the two results?

Please provide more information!
Thank you in advance!
Best Regards, Yoana

---

**From:** Colleen Ward <CWard@nbme.org>
**To:** 'yoana ayanova' <yoana_ayanova@yahoo.com>
**Sent:** Thursday, March 3, 2016 12:30 PM
**Subject:** 08364994

Dear Dr. Ayanova:

This is in response to your emails dated March 2, 2016 and March 3, 2016 requesting additional scoring information and information about the performance feedback on your Step 2 CS score reports. First, in response to your request for additional scoring information, I regret to inform you that the score report is the only feedback we can provide on the results of your Step 2 CS test administration.

Regarding your questions about the performance profile on your score reports, please note that the shaded area defines a borderline level of performance for each subcomponent (ICE, CIS, SEP); borderline performance is comparable to a HIGH FAIL/LOW PASS on the subcomponent. Performance bands indicate areas of relative strength and weakness. Some bands are wider than others. The width of a performance band reflects the precision of measurement: narrower bands indicate greater precision. The band width for a given content area is the same for all examinees. Small differences in the location of bands should not be over interpreted. If two bands overlap, performance in the associated areas should be interpreted as similar.

I hope this information is helpful.

vitals.com

**vitals**
Browse

Log In

Sign Up

Search by specialty,

Any Insurance

# Dr. Joseph A Zenel JR. MD

**2.5**

Add your rating: ★ ★ ★ ★ ★ 7 / 5
1 review

Pediatrician
32 years of experience
✔ Accepting new patients
✔ Video profile

**Augustana**

1600 W 22nd St
Sioux Falls, SD 57105

Phone number & directions

**Read Reviews**   **Check Insurance Plans**

| Summary | **Patient Reviews** | Credentials | Locations & Availability | Accepted Insurance |

## Patient Reviews ❓

☑ Write a Review

| Overall Rating: | Total Ratings | Total Reviews |
|---|---|---|
| **2.5** | **3** | **1** |
| ★ ★ ★ | | |

| Ease of Appointment: | ★ ★ ★ |
| Promptness: | ★ ★ ★ |
| Courteous Staff: | ★ ★ |
| Accurate Diagnosis: | ★ ★ |
| Bedside Manner: | ★ ★ |
| Spends Time with Me: | ★ ★ |
| Follows Up After Visit: | ★ ★ ★ |
| Average Wait: | 60 minutes |

Advertisement

# Ranked #1 in Arizona.

Learn More   Request an Appointment

The Vitals website is provided for your informational use only. Nothing contained or offered by, on or through Vitals should be construed as medical advice or relied upon for medical diagnosis or treatment. Vitals does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website. We encourage you to read our full Terms of Service.

Most recent ⌄

★ ★ ★ ★ | show details

Dec 7th, 2011
Dr. Zenel took more time to inform me about his personal success than in asking questions to help diagnose my child.

👍 Mark as Helpful          Report Abuse

## Joseph A Zenel JR., MD

Is this you? Claim profile

~ 78 ~

No SIM     7:51 AM     100%
Case 5:16-cv-00952-JGB-SP   Document 11   Filed 05/10/16   Page 30 of 46   Page ID #:637

vitals.com

## vitals

Browse

Any Insurance

Log In

Sign Up

vaginal cream

* Terms and Conditions apply. © 2015 Pfizer Inc.

Please see Full Prescribing Information, including BOXED WARNING.

All rights reserved.    PRM785314-04

Pfizer

EXHIBIT

# Dr. Donald E Melnick MD

**1.0**   **Add your rating:**
1 rating

**Internist**
38 years of experience

218 Valley Rd
Media, PA 19063

Phone number & directions

**Read Reviews**   **Check Insurance Plans**

Summary   **Patient Reviews**   Credentials   Locations & Availability   Accepted Insurance

## Patient Reviews ?

| Overall Rating: | Total Ratings | Total Reviews |
| --- | --- | --- |
| **1.0** | **1** | **0** |

Tell us about your experience
with Dr. Melnick.

**Your overall rating (required)**

**Title**

**Your Review**

What else can you tell us about
your experience?

## vitals
Browse

Search by specialty,

Any Insurance  🔍

Log In

Sign Up

*EXHIBIT*

# Dr. Emmanuel G Cassimatis MD

**4.0**  Add your rating: ★ ★ ★ ★ ★  ? / 5

7 ratings

**Psychiatrist**
41 years of experience

**Bethesda**

4301 Jones Bridge Rd
Bethesda, MD 20814

Phone number & directions

**Read Reviews**  **Check Insurance Plans**

**Summary**  Patient Reviews  Credentials  Locations & Availability  Accepted Insurance

## Patient Reviews ❓

> **Read patient reviews**

**4.0**  ⭐ (7)

**PATIENT COMMENTS**  💬 (0)

## Prepare before visiting Dr. Cassimatis



**Bipolar Disorder Patient Education** Learn all about symptoms, treatments and medications of bipolar disorder by reading our BD patient education guide.

Before Visiting Dr. Cassimatis
Learn More ❯

The Vitals website is provided for your informational use only. Nothing contained or offered by, on or through Vitals should be construed as medical advice or relied upon for medical diagnosis or treatment. Vitals does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website. We encourage you to read our full Terms of Service.

**MORE PATIENT GUIDES & TOPICS**

ADHD

ADHD in Adults

Depression

**Show me more patient guides & topics...**

## Specialties ❓



No SIM 📶      7:55 AM      99% 🔋
vitals.com

**vitals**
Browse    Search by specialty,     Any Insurance    🔍    Log In    Sign Up

*EXHIBIT*

# Dr. Steven E Minnick MD

**5.0**   Add your rating: ⭐⭐⭐⭐⭐ 7/5
2 reviews

**Internist**
33 years of experience

**Finney**

22151 Moross Rd
Grosse Pointe, MI 48236

Phone number & directions

[ Read Reviews ]   [ Check Insurance Plans ]

**Summary**   [ Patient Reviews ]   [ Credentials ]   [ Locations & Availability ]   [ Accepted Insurance ]

## Learn more about Dr. Steven Minnick:

View the full profile to get information on:

QUALIFICATIONS
- Hospital details & ratings (2)
- Medical school rankings
- Patient reviews (2)
- Awards & distinctions

WHAT'S IMPORTANT TO YOU
- Areas of expertise
- Address & phone number
- Map & directions
- Insurance accepted

View full profile ▸



Please scroll for Important
Safety Information
and Indications below

Click for savings ▸

*Terms and Conditions apply.*

IMPORTANT SAFETY INFORMATION AND INDICATIONS

**Using estrogen-alone may increase your chance of getting cancer of the uterus (womb). Report any unusual vaginal bleeding right away while you are using Premarin (conjugated estrogens) Vaginal Cream. Vaginal bleeding after menopause may be a warning sign of cancer of the**
Please see Full Prescribing Information, including **BOXED WARNING.**
© 2015 Pfizer Inc.   All rights reserved.   PRM748502-02

## Patient Reviews


[ ▸ Read patient reviews ]

**5.0** ⭐⭐⭐⭐⭐ (3)
PATIENT COMMENTS 💬 (2)

The overall average patient rating of Dr. Steven Minnick is **Excellent**. Dr. Minnick has been reviewed by 3 patients who have provided 2 comments. The rating is 5 out of 5 stars.

**PATIENT RATINGS**

| | |
|---|---|
| Ease of Appointment | 5.0 ⭐⭐⭐⭐⭐ |
| Promptness | 5.0 ⭐⭐⭐⭐⭐ |
| Courteous Staff | 5.0 ⭐⭐⭐⭐⭐ |
| Accurate Diagnosis | 5.0 ⭐⭐⭐⭐⭐ |
| Bedside Manner | 5.0 ⭐⭐⭐⭐⭐ |
| Spends Time with Me | 5.0 ⭐⭐⭐⭐⭐ |

The Vitals website is provided for your informational use only. Nothing contained or offered by, on or through Vitals should be construed as medical advice or relied upon for medical diagnosis or treatment. Vitals does not recommend or endorse any particular healthcare provider whose information or ratings appear on this website. We encourage you to read our full Terms of Service.



Please scroll for
Important Safety
Information and
Indications below

| | |
|---|---|
| Male Reproductive System | |
| Endocrine System | |
| Multisystem Processes & Disorders | |
| Biostatistics & Epidemiology/Population Health Interpretation of the Medical Literature | 1%-5% |

\* Percentages are subject to change at any time. See the USMLE Web site for the most up-to-date information.

\*\* The general principles category for the Step 2 CK examination includes test items concerning normal processes not limited to specific organ systems. These test items are typically related to normal development. Categories for individual organ systems include test items concerning those normal and abnormal processes that are system-specific.

**Physician Tasks/Competencies**

An additional organizing construct for Step 2 CK design is physician tasks and competencies, as shown in Table 2. Items are constructed to focus on assessing one of the following competencies:

- Medical knowledge/scientific concepts: Applying foundational science concepts
- Patient care: Diagnosis
- Patient care: Management
- Communication and interpersonal skills
- Professionalism, including legal and ethical issues
- Systems-based practice, including patient safety
- Practice-based learning, including biostatistics and epidemiology

**Table 2: Step 2 CK Physician Task/Competency Specifications**

| Competency | Range |
|---|---|
| Medical Knowledge/Scientific Concepts | 10% – 15% |
| Patient Care: Diagnosis<br>• History/Physical Examination<br>• Laboratory/Diagnostic Studies<br>• Diagnosis<br>• Prognosis/Outcome | 40% – 50% |
| Patient Care: Management Health Maintenance/Disease Prevention<br>• Pharmacotherapy<br>• Clinical Interventions<br>• Mixed Management<br>• Surveillance for Disease Recurrence | 30% – 35% |
| Communication<br>Professionalism<br>Systems-based Practice/Patient Safety<br>Practice-based Learning | 3% – 7% |

EXHIBIT



# AMA Journal of Ethics®
## Illuminating the art of medicine

*Virtual Mentor.* December 2003, Volume 5, Number 12.

Policy Forum



# A Critical Review of Standardized Patient Examinations as Part of the USMLE

**Hillary Johnson, PhD**

Evidence that the poor communication skills of some older physicians contribute to medical malpractice lawsuits has led some groups to advocate for standardized clinical skills testing of all graduating US medical students. A new national exam for medical licensure plans to assess clinical skills using standardized patient exams. This is not an evidence-based intervention, however, because it targets the wrong population, and its efficacy has not been empirically validated.980s, an independent nonprofit corporation, the National Board of Medical Examiners (NBME), developed a standardized patient exam for certification of international medical graduates (IMGs) who wished to practice medicine in the United States. This was, in part, to prevent nonnative English speakers with poor communication skills from practicing in the United States. The exam became a requirement for IMGs in 1998 and cost $1200.

In recent years, the NBME has driven the call for a national exam assessing the clinical skills of US medical graduates for the purpose of medical licensure. According to the NBME, "the test will protect patient safety. A large body of literature has shown that poor communication skills and interpersonal and general clinical skills are related to a higher incidence of malpractice suits, lower treatment compliance by patients, and decreased patient satisfaction" [1]. The NBME and its sponsoring organization, the Federation of State Medical Boards (FSMB), jointly own and administer the standardized examinations that states require for medical licensure, the USMLE. Together, these organizations will begin requiring US medical school graduates to take the USMLE Step II CS (with a clinical skills component like that formerly given to IMGs) at 1 of 5 testing centers for a fee of $950. The test's format is similar to the standardized patient assessments currently being performed at most medical schools. It assesses competent data gathering, interpersonal skills, and patient notes. Passing the USMLE Step II CS will be a necessary step for all medical students in the class of 2005 and beyond to receive medical licensure.

The NBME's citation of the association of poor communication and interpersonal skills with a higher incidence of malpractice suits is accurate in part. Those physicians who are sued most often are frequently sued for perceived lapses in their communication skills or their perceived attitude rather than their proclivity for medical errors [2-5]. But the NBME's claims that examining

the clinical and communication skills of medical students in their final year will reduce errors and improve physicians' communication skills and patient safety are based on speculation. There is strong evidence that most poor outcomes in medicine are the result of systemic errors rather than an individual's errors [6-8]. When clinical incompetence is the root of the error, often the physician is impaired or has been practice for more than 10 years and failed to continue his or her clinical training [9]. Review of the American Medical Association(AMA) MasterFile physician database indicates that not 1 physician had been sanctioned by a medical board for communication skills within the first 5 years of clinical practice [10]. Finally, while there is data in the literature regarding poor medical student and resident communication skills, there is no outcome data showing this exam will effectively screen these candidates from the physician pool.

In the process of medical licensing policy reform, medical student involvement is minimal to nonexistent. It is rare for state medical licensing boards to entertain a medical student presence. Although medical students are the NBME's largest customer base, they fill only 2 seats on the NBME's 80-member board. The 2 students are appointed by the American Medical Student Association and the Student National Medical Association. The NBME convenes a "reference group" once a year that may include broader representation from medical schools and student organizations. Many past members of this group report, however, that their collective concerns have not been seriously addressed.

The NBME's plan to implement the USMLE Step II CS has undergone massive changes over the past 5 years. For example, a few years ago, the NBME considered administering the exam in at least 45 medical schools rather than at independent testing centers, and there were no known plans to require the exam for medical licensure. According to the medical student liaisons to the NBME, the NBME disclosed in September 2001 that they were cutting back to 5 test sites and charging $1000 per student. In response, the students expressed concerns regarding equitable access to test sites and the financial burdens related to fees and travel. According to a liaison from the AMA student section, the NBME denied that the exam would be included in the USMLE Step II at a special meeting with the NBME in 2002 [13]. The student liaisons complained that the NBME's communication about the exam "has been inadequate" [14]. Frustrated, the AMA's Medical Student Section organized a grassroots campaign in 2002 encouraging medical students to take up these concerns with their state medical licensing boards. This campaign became one of the many driving forces shaping AMA policy regarding this exam.

Curricular enhancements for assessing clinical skills have received widespread support throughout medical education [15]. However, some prominent organizations have expressed sincere concern regarding the implementation of the USMLE Step II CS and its use for the purpose of medical licensure. The American Association for Medical Colleges (AAMC) in 2002 called for a delay in the implementation of the exam until alternative funding sources could be identified to alleviate the financial burden for students. Last year, the AMA declared that the assessment of clinical skills is "best performed using a rigorous and consistent examination administered by the medical school" and "should not be used in evaluation for licensure of graduates of LCME- and AOA-accredited medical schools" [16].

The AMA's concerns are 2-fold: (1) the USMLE Step II CS may not allow remediation before residency for medical students who fail the test, and (2) the USMLE Step II CS should not be used for medical licensure because it does not accomplish its stated goal—adequately protecting the public from harm. The NBME has failed to provide evidence that their exam will improve clinical skills or patient safety beyond the level of current medical school-based assessments [17-18]. Studies of the similar exam used for IMGs demonstrate that the test effectively assessed only the use of spoken English [19]. For the sake of patient safety, the AMA argues that remediation for medical students with clinical skill deficiencies is best accomplished before those students take on additional patient care responsibility. Medical students who fail the exam may not have an opportunity for reexamination before starting residency. There is limited capacity available at the 5 testing centers that will service both US graduates and IMGs. Students who must repeat the exam may leave residency positions unfilled or take time away traveling to test centers, creating deficiencies in training and patient care.

While the NBME and FSMB leadership have heard the AMA's concerns, they have not taken meaningful measures to address them. The inability of the AMA, AAMC, and medical student groups to influence medical licensing reform has raised fears that professional organizations dealing with medical education have lost their ability to self-regulate as the pace of health care systemic change quickens. At the same time, the medical education system is under pressure to adjust rapidly to these challenges as the public demands greater accountability for health care quality. The primary goal of the formal evaluation of clinical skills throughout medical education is to augment clinical competence. Implementing a national exam for medical licensure intended to assess clinical skills using standardized patients may address the surface issues of communication skills and establishing patient rapport. Only reinforcing professional behaviors and ethical decision-making throughout formal medical education, however, will realistically reduce the number of physicians cited for licensure infractions.

## References

1. United States Medical Licensing Examination Web site. Clinical skills exam: FAQs. Available at: http://www.usmle.org/General_Information/general_information_FAQs.html. Accessed October 21, 2003.
2. Vincent C, Young M, Phillips A. Why do people sue doctors ? A study of patients and relatives taking legal action [comment]. *Lancet*. 1994;343:1609-1613.
3. Ambady N, Laplante D, Nguyen T, Rosenthal R, Chaumeton N, Levinson W. Surgeons' tone of voice: a clue to malpractice history. *Surgery*. 2002;132(1):5-9.
4. Moore PJ, Adler NE, Robertson PA. Medical malpractice: the effect of doctor-patient relations on medical patient perceptions and malpractice intentions. *West J Med*. 2000;173:244-250.
5. Stewart M, Brown JB, Boon H, et al. Evidence on patient-doctor communication. *Cancer Prev Control*. 1999;3:25-30.
6. Waldman JD, Spector RA. Malpractice claims analysis yields widely applicable principles. *Pediatr Cardiol*. 2003;24:109-117.
7. Kohn LT, Corrigan JM, Donaldson MS, eds; Committee on Quality of Health Care in America, Institute of Medicine. *To Err is Human: Building a Safer Health System*. Washington DC: National Academies Press; 2000.
8. Kohn LT, Corrigan JM, Donaldson MS, Editors; Committee on Quality of Health Care in America, Institute of Medicine. *Crossing the Quality Chasm: A New Health System for the 21st Century*. Washington DC: National Academies Press. 2001.
9. Reid WH. Recognizing and dealing with impaired clinicians, Part 1: Recognition and reporting. *J Med Prac Manage*. 2001;17:97-99.
10. Scotti, Michael. AMA Senior Vice President for Professional Standards, 2003. Personal communication.
11. Boulet J, McKinley D, Whelan GP, Van Zanten M, Hambleton RK. Clinical skills deficiencies among first year residents: utility of the ECFMG clinical skills assessment. *Acad Med*. 2002;77:S33-35.
12. Stillman PL, Regan MB, Swanson DB, et al. An assessment of the clinical skills of fourth-year students at four New England medical schools. *Acad Med*. 1990;65:320-326.
13. McCall, Chad. AMA Medical Student Section Liaison, NBME Medical Student Liaison Committee, March, 2002. Personal communication.
14. National Board of Medical Examiners. Special Medical Student Liaison Meeting Minutes. Philadelphia, NBME Headquarters NBME Special Medical Student Liaison Meeting. 2001-2002.
15. Liaison Committee on Medical Education. Function & Structure of a Medical School, 1990 accreditation standards. Available at: http://www.lcme.org/standard.htm, current.
16. American Medical Association. H-275.956: Demonstration of Clinical Competence. (CME Rep. E, A-90; Reaffirmed: CME Rep. 5, A-99; Modified: Sub. Res. 821, I-02).
17. Scoles, Peter, NBME Senior Vice President for Assessment. Communication to the AMA Medical Student section meeting. June, 2001.

18. Melnick, Donald, NBME President. Communication to the AMA Council on Medical Education, December, 2001. Communication at meeting.

19. Boulet JR, van Zanten M, McKinley DW, Gary NE. Evaluating the spoken English proficiency of graduates of foreign medical schools. *Med Educ.* 2001;35:767-773.

**Hillary Johnson** has a PhD in immunology and will be graduating from medical school at Washington University in St Louis in May 2004. She plans to pursue a future career as an academic dermatologist. She is currently the vice-chair the American Medical Association's Medical Student Section.

The viewpoints expressed on this site are those of the authors and do not necessarily reflect the views and policies of the AMA.

© 2003 American Medical Association. All Rights Reserved.

EXHIBIT

# MedGenMed
## *Medscape General Medicine*

MedGenMed. 2005; 7(2): 76.
Published online 2005 May 24.

PMCID: PMC1681601

## A Critique of the USMLE Clinical Skills Examination

Nupur P. Mehta, BA, Fourth-year Medical Student and Daniel B. Kramer, BA, Fourth-year Medical Student

Nupur P. Mehta, Harvard Medical School, Boston, Massachusetts;
Contributor Information.
Disclosure: Nupur P. Mehta, BS, has disclosed no relevant financial relationships.

Disclosure: Daniel B. Kramer, BA, has disclosed no relevant financial relationships.

Copyright ©2005 Medscape

This article has been cited by other articles in PMC.

At our institution, all medical students are now required to take and pass the *United States Medical Licensing Examination*, Step 2 Clinical Skills (CS) prior to graduation, and many of us have now received our "Pass" CS score report. But unlike passing Step 1 CS and Step 2 Clinical Knowledge (CK), receiving a passing score report on the CS only heightened our frustration with the entire experience. The CS has become a licensure requirement for all doctors graduating from medical school in 2005 or later. A similar exam has been required since 1998 for foreign medical graduates to ensure a minimum proficiency in patient interaction and English communication, as part of the Educational Commission for Foreign Medical Graduates (ECFMG) certification.[1] In its current form, the CS exam claims to use "standardized patients to test medical students and graduates on their ability to gather information from patients, perform physical examinations, and communicate their findings to patients and colleagues.[2]" As the inaugural subjects, we suffered with our colleagues around the country through all the trains and planes, rumors and rituals, pompous rhetoric, and laughable acting. All this, now combined with the stunningly inadequate feedback, confirms our prior suspicions about an entirely dubious enterprise.

Consider the CS score report, which includes no information about areas of weakness or strength, even with crudely defined criteria, such as thoroughness of history taking, physical exam skills, or formulation of differential diagnosis. The report simply implies that we have met a very bare minimum requirement without providing any further information. This paucity of feedback underscores one of the critical inadequacies of this examination only briefly explored in previously published discussions.[3,4] The 3 score categories that were mentioned – Integrated Clinical Encounter, Communication and Interpersonal Skills, and Spoken English Proficiency – are hopelessly broad, particularly when compared with structured categories of analysis offered by the Step 1 CS and Step 2 CK exams.[5] In these 2 exams, the score report, pass or fail, provides detailed performance information for the specific subjects and disciplines covered on the test (internal medicine, psychiatry, biochemistry, etc). In comparison, the CS score report for the nearly 97% of test takers expected to pass the exam[6] provides no helpful evaluation or feedback of any kind. Thus, it remains entirely unclear what students, medical schools, residency programs, or the general public ought to conclude about this exam or the students who pass it.

The shortcomings of the CS feedback are even more evident when we compare it with the Objective Structured Clinical Examination (OSCE) exams currently held voluntarily and at great expense and effort by some three quarters of US medical schools, with nearly half of these requiring a satisfactory performance for graduation.[7] (Of the remainder, many schools are in the process of creating OSCE exams and others are making them

Case 5:16-cv-00952-JGB-SP   Document 1-1   Filed 05/10/16   Page 39 of 46   Page ID #:646

requirements for graduation.) On these exams, the standardized patient and an experienced physician observe every history question, physical exam technique, and treatment formulation. Detailed evaluation and feedback come from the patient and physician observers on each stage and the overall exercise. This allows students to quickly and accurately address weak areas, while also building confidence in those skills of which they may already be proficient. This system also allows educators to monitor students' progress and focus on the needs of specific students or entire curricula. Students may find the OSCE experience to be anxiety-provoking, but evidence suggests that the exercises overall are very well received.[8–12]

In addition to the superior feedback mechanism, the OSCE approaches the stated goals of the CS exam much more rigorously, particularly in the area of the physical exam. An orthopaedist observes your low-back-pain exam; a cardiologist ensures that you can hear the murmur and describe it correctly; a neurologist increases the odds that your motor exam has any chance of eliciting abnormal findings. In our experience, we found these specialists to be quite forthcoming, almost eager, with their constructive criticism. The CS exam elicits the *motions* of a competent exam, but without an experienced clinician-observer in the room, nothing prevented us on test day from, say, auscultating the scapula. Similarly, the written component of the CS exam compares poorly with the on-the-spot presentation of our history, findings, differential diagnosis, and decision making. Laying exam findings bare before the faculty supports the immediate integration of communication and clinical thinking. Indeed, the supervision and evaluation of the OSCE attenuate a common criticism of standardized encounters generally: the artificial feel of "fake" patients. Physician-observers provide a real-time quality-control mechanism in which imitated physical findings or patient questions can be properly qualified and contrasted to genuine experience. Thus, even though both the CS and OSCE require often unrealistic portrayals of sick patients, the presence, supervision, and evaluation by a physician in the room support and facilitate a more worthwhile experience.

We submit that the OSCE precisely captures the supposed virtues of the CS exam, which itself adds little to our education or training at over $1000 per student. To some, this cost may seem minor compared with the overall costs of medical education – recently estimated at $140,000 for public and $225,000 for private schools.[13] We strenuously disagree with this reasoning, however, which substitutes obvious math for serious debate on the attitudes and principles driving modern medical instruction and healthcare generally. Claiming that the CS exam is "just another $1000" fails to address the trends toward higher costs and subsequent barriers to accessing quality graduate medical education. This flippant attitude also ignores the way in which multiple smaller expenses – textbooks, supplies, and student health insurance – add up to increase the average student-debt burden. As with any new intervention offered in healthcare today, the CS exam must justify its expense, whatever the magnitude. In our opinion, it does not.

We therefore applaud those schools already investing in the OSCE and encourage other schools to consider their funding priorities and develop OSCEs of their own. If the public indeed demands this manner of examination, as has been claimed, then perhaps all medical schools should be required by the National Board of Medical Examiners (NBME) to hold 1 or more OSCE exercises with satisfactory performances necessary for graduation. Holding these exams at each school, rather than at a few centers nationwide, would reduce the inconvenience and expense for students while allowing individual schools to adapt their curricula rapidly on the basis of areas of strength and weakness. Hopefully, this could be achieved without passing on additional expenses to students. This approach would keep the burden of creating skilled clinicians in the province of medical schools, where it belongs.

Indeed, what else does the CS exam do but call into question the ability of American medical schools to teach a physician's most fundamental skills? We accept the tedium of written exams in order to guarantee a consistent fund of knowledge across the country; this is relatively easy to test and while providing helpful feedback. But the challenge of the clinical encounter – earning trust and constructing a story, looking and listening, testing hypotheses and making decisions, and explaining and reassuring – cannot possibly be met with this elaborate

educational sham. Let us instead earn the public's trust by supporting rigor *within* medical schools, demanding of ourselves and our teachers a greater commitment to mastering the skills that matter most to our patients.

## Contributor Information                                                   Go to:

Nupur P. Mehta, Harvard Medical School, Boston, Massachusetts.

Daniel B. Kramer, Harvard Medical School, Boston, Massachusetts.

## References                                                               Go to:

1. Educational Commission for Foreign Medical Graduates. Educational Commission for Foreign Medical Graduates. Available at: http://www.ecfmg.org Accessed April 28, 2005.

2. National Board of Medical Examiners. 2005 USMLE Step 2 CS Content Description and General Information Booklet. Philadelphia, Pa: National Board of Medical Examiners; 2005.

3. Papadakis MA. The Step 2 clinical-skills examination. N Engl J Med. 2004;350:1703–1705. [PubMed]

4. Diaz D, Bogdonoff MD, Musco S, et al. The clinical-skills examination. N Engl J Med. 2004;351:507–509. [PubMed]

5. National Board of Medical Examiners. United States Medical Licensing Examination Score Report. Philadelphia, Pa: National Board of Medical Examiners; 2005. USMLE Step 2 CK Performance Profiles.

6. Whelan G. High-stakes medical performance testing: the Clinical Skills Assessment program. JAMA. 2000;283:1748–1748. [PubMed]

7. Baranksy B, Etzel SI. Educational programs in US medical schools, 2003–2004. JAMA. 2004;292:1025–1031. [PubMed]

8. Pierre RB, Wierenga A, Barton M, Branday JM, Christie CD. Student evaluation of an OSCE in paediatrics at the University of the West Indies, Jamaica. BMC Med Educ. 2004;4:22. [PMC free article] [PubMed]

9. Yudkowsky R, Alseidi A, Cintron J. Beyond fulfilling the core competencies: an objective structured clinical examination to assess communication and interpersonal skills in a surgical residency. Curr Surg. 2004;61:499–503. [PubMed]

10. Brazeau C, Boyd L, Crosson J. Changing an existing OSCE to a teaching tool: the making of a teaching OSCE. Acad Med. 2002;77:932. [PubMed]

11. Tervo RC, Dimitrievich E, Trujillo AL, Whittle K, Redinius P, Wellman L. The Objective Structured Clinical Examination (OSCE) in the clinical clerkship: an overview. S D J Med. 1997;50:153–156. [PubMed]

12. Walters K, Osborn D, Raven P. The development, validity and reliability of a multimodality objective structured clinical examination in psychiatry. Med Educ. 2005;39:292–298. [PubMed]

13. Morrison G. Mortgaging our future – the cost of medical education. N Engl J Med. 2005;352:117–119. [PubMed]

Articles from Medscape General Medicine are provided here courtesy of **WebMD/Medscape Health Network**

# PBS NEWSHOUR

HEALTH

# 15-minute doctor visits take a toll on patient-physician relationships

BY RONI CARYN RABIN  *April 21, 2014 at 10:52 AM EDT*



Photo by Rebecca Emery/Getty Images

Joan Eisenstodt didn't have a stopwatch when she went to see an ear-nose-and-throat specialist recently, but she is certain the physician was not in the exam room with her for more than three or four minutes.

"He looked up my nose, said it was inflamed, told me to see the nurse for a prescription and was gone," said the 66-year-old Washington, D.C., consultant, who was suffering from an acute sinus infection.

When she started protesting the doctor's choice of medication, "He just cut me off totally," she said. "I've never been in and out from a visit faster."

These days, stories like Eisenstodt's are increasingly common. Patients–and physicians –say they feel the time crunch as never before as doctors rush through appointments as if on roller skates to see more patients and perform more procedures to make up for flat or declining reimbursements.

It's not unusual for primary care doctors' appointments to be scheduled at 15-minute intervals. Some physicians who work for hospitals say they've been asked to see patients every 11 minutes.

And the problem may worsen as millions of consumers who gained health coverage through the Affordable Care Act begin to seek care — some of whom may have seen doctors rarely, if at all, and have a slew of untreated problems.

"Doctors have one eye on the patient and one eye on the clock," said David J. Rothman, who studies the history of medicine at Columbia University's College of Physicians and Surgeons.

By all accounts, short visits take a toll on the doctor-patient relationship, which is considered a key ingredient of good care, and may represent a missed opportunity for

getting patients more actively involved in their own health. There is less of a dialogue between patient and doctor, studies show, increasing the odds patients will leave the office frustrated.

Shorter visits also increase the likelihood the patient will leave with a prescription for medication, rather than for behavioral change — like trying to lose a few pounds, or going to the gym.

Physicians don't like to be rushed either, but for primary care physicians, time is, quite literally, money. Unlike specialists, they don't do procedures like biopsies or colonoscopies, which generate revenue, but instead, are still paid mostly per visit, with only minor adjustments for those that go longer.

And many doctors may face greater financial pressure as many insurers offering new plans through the health law's exchanges pay them even less, offering instead to send them large numbers of patients.

This fee-for-service payment model, which still dominates U.S. health care, rewards doctors who see patients in bulk, said Dr. Reid B. Blackwelder, president of the American Academy of Family Physicians, who practices in Kingsport, Tenn.

"Doctors are thinking, 'I have to meet my bottom line, pay my overhead, pay my staff and keep my doors open. So it's a hamster wheel, and they're seeing more and more patients … And what ends up happening is the 15-minute visit," he said.

**Struggling For Control**

Dr. Richard J. Baron, president of the American Board of Internal Medicine, said that patients and physicians often wrangle over control of that visit – a "struggle for control" over the allocation of time

Sometimes the struggle is overt – as when a patients pulls out a long list of complaints as soon as the doctors comes in.

Case 5:16-cv-00952-JGB-SP   Document 1-1   Filed 05/10/16   Page 44 of 46   Page ID #:651

Sometimes, it's more subtle. When Judy Weinstein went to see her doctor in Manhattan recently, she knew she would get only 20 minutes with him – even though it was an annual physical, and she had waited nine months for the appointment.

So when the doctor asked if he could have a medical student shadow him, she put her foot down.

"I said, 'Y'know, I would prefer not. I get 20 minutes of your divided attention as it is – it's never undivided, ever – and I need to not have any distractions. I need you focused on me.'"

How did visits get so truncated? No one knows exactly why 15 minutes became the norm, but many experts trace the time crunch back to Medicare's 1992 adoption of a byzantine formula that relies on "relative value units," or RVUs, to calculate doctors' fees.

If you must know, the actual formula is: (Work RVU x Geographic Index + Practice Expenses RVU x Geographic Index + Liability Insurance RVU x Geographic Index) x Medicare Conversion Factor.

That was a switch for Medicare, which had previously paid physicians based on prevailing or so-called usual and customary fees. But runaway inflation and widespread inequities dictated a change. RVUs were supposed to take into account the physician's effort and cost of running a practice, not necessarily how much time he or she spent with patients.

The typical office visit for a primary care patient was pegged at 1.3 RVUs, and the American Medical Association coding guidelines for that type of visit suggested a 15-minute consult.

Private insurers, in turn, piggybacked on Medicare's fee schedule, said Princeton health economist Uwe Reinhardt. Then, in the 1990s, he said, "managed care came in and hit doctors with brutal force."

Case 5:16-cv-00952-JGB-SP   Document 1-1   Filed 05/10/16   Page 45 of 46   Page ID #:652

Doctors who participated in managed care networks had to give insurers discounts on their rates; in exchange, the insurers promised to steer ever more patients their way.

To avoid income cuts, Reinhardt said, "doctors had to see more patients – instead of doing three an hour, they did four."

## Rushed Doctors Listen Less

How doctors structure the precious 15-minute visit varies – often quite dramatically. Generally, they start by asking the patient how they are and why they came in, trying to zero in on the "chief complaint" — the medical term for the patient's primary reason for the visit.

But most patients have more than one issue to discuss, said Dr. Alex Lickerman, an internist who has taught medical students at University of Chicago and is director of the university's Student Health and Counseling Services.

"The patient is thinking: 'I'm taking the afternoon off work for this appointment. I've waited three months for it. I've got a list of things to discuss.'

"The doctor is thinking, 'I've got 15 minutes.' There is almost a built-in tension," Lickerman said.

A 1999 study of 29 family physician practices found that doctors let patients speak for only 23 seconds before redirecting them; Only one in four patients got to finish his or her statement.Studies show that doctors' visits have not gotten shorter on average in recent decades and may actually have gotten a few minutes longer. The mean time spent with a physician across specialties was 20.8 minutes in 2010, the latest year available, up from 16.3 minutes in 1991-1992 and 18.9 minutes in 2000, according to the National Center for Health Statistics; that includes visits with internists, family docs and pediatricians, which all increased by about two and a half minutes.

In 1992, most visits – about 70 percent — lasted 15 minutes or less; by 2010, only half of doctor visits were that short (the data is from the National Ambulatory Medical Care Survey, an annual nationally representative sample survey of visits to physicians).

Case 5:16-cv-00952-JGB-SP   Document 1-1   Filed 05/10/16   Page 46 of 46   Page ID #:653

This doesn't necessarily mean the patient experience is improving. Medical schools drill students in the art of taking a careful medical history, but studies have found doctors often fall short in the listening department. It turns out they have a bad habit of interrupting.

A 1999 study of 29 family physician practices found that doctors let patients speak for only 23 seconds before redirecting them; only one in four patients got to finish their statement. A University of South Carolina study in 2001 found primary care patients were interrupted after 12 seconds, if not by the health care provider then by a beeper or a knock on the door.

Yet making the patient feel they have been heard may be one of the most important elements of doctoring, Lickerman said.

"People feel dissatisfied when they don't get a chance to say what they have to say," he said. "I will sometimes boast that I can make people feel they 'got their money's worth' in five minutes. It's not the actual time or lack of time people are complaining about – it's how that time felt."

---

This KHN story was produced in collaboration with USA Today. Kaiser Health News is an editorially independent program of the Henry J. Kaiser Family Foundation, a nonprofit, nonpartisan health policy research and communication organization not affiliated with Kaiser Permanente.