NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Yoana Ayanova Kiprilov
Address: 1053 E. 6th Street, Ap 26
Ontario, CA 91764
Phone: 707-750-5155
mail: YOANA-AYANOVA@YAHOO.com

ATTORNEY(S) FOR: pro se

FILED
CLERK, U.S. DISTRICT COURT
MAY 10 2016
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Yoana Ayanova Kiprilov
Plaintiff(s),

v.

National Board of Medical Examiners,
Educational Commission for Foreign
Medical Graduates
Defendant(s).

CASE NUMBER:
ED CV16-00952 JGB (SPX)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Yoana Ayanova Kiprilov___
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| National Board of Medical Examiners, Educational Commission of Foreign Medical Graduates | Defendant, Test Administrator |

05/10/2016
Date

Signature: Yoana

Attorney of record for (or name of party appearing in pro per):
Yoana Ayanova Kiprilov

CV-30 (05/13)                NOTICE OF INTERESTED PARTIES