1 | Eric A. Herzog (Bar No. 229066)
2 | eric.herzog@nortonrosefulbright.com
  | **NORTON ROSE FULBRIGHT US LLP**
3 | 555 South Flower Street
  | Forty-First Floor
4 | Los Angeles, California 90071
  | Telephone: (213) 892-9200
5 | Facsimile: (213) 892-9494

6 | Attorneys for Defendant
  | NATIONAL BOARD OF MEDICAL EXAMINERS

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| YOANA AYANOVA KIPRILOV,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | Case No.: 5:16-cv-00952 JGB (SPx)<br><br>**NOTICE RE: PLAINTIFF'S FAILURE TO FILE OPPOSITION TO DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS' MOTION TO DISMISS COMPLAINT**<br><br>Hearing Date: July 11, 2016<br>Hearing Time: 9:00 a.m.<br>Courtroom No.: 1<br><br>Judge Jesus G. Bernal |

27339861.1

DOCUMENT PREPARED ON RECYCLED PAPER

1  On June 7, 2016, defendant National Board of Medical Examiners ("NBME") filed and served its motion to dismiss the Complaint filed by plaintiff Yoana Ayanova Kiprilov, pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), for failure to state a claim upon which relief can be granted (see Docket No. 6).  NBME's motion was set and noticed for hearing on July 11, 2016, at 9:00 a.m.  Accordingly, Plaintiff's opposition to the motion was due to be filed and served on or before June 20, 2016 (see L.R. 7-9).  As of the filing of this document, NBME has not received any opposition to its motion from Plaintiff, and the online docket for this case accessible through PACER does not reflect that the Court has received any opposition from Plaintiff.

Accordingly, under Local Rule 7-12, NBME requests that the Court decline to consider any untimely opposition that may be filed by Plaintiff, and deem Plaintiff's failure to timely file any opposition to NBME's motion to dismiss as consent to the granting of the motion.

Dated:  June 27, 2016

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By:   /s/ Eric A. Herzog
      Eric A. Herzog

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On June 27, 2016, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**NOTICE RE: PLAINTIFF'S FAILURE TO FILE OPPOSITION TO DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS' MOTION TO DISMISS COMPLAINT**

in a sealed envelope, postage fully paid, addressed as follows:

Yoana Ayanova Kiprilov
1053 E. 6th Street, Apt. 26
Ontario, CA 91764
Phone: (707) 570-5155
Email: yoana_ayanova@yahoo.com

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 27, 2016, at Los Angeles, California.

   /s/ Mylene Ruiz