Yoana Ayanova Kiprilov,
1053 E. 6th Street, Ap.26
Ontario, CA 91764
email:yoana_ayanova@yahoo.com
phone:707-570-5155
PRO PER

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

FILED
2016 JUN 28 PM 1:12
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY:

| | |
|---|---|
| **YOANA AYANOVA KIPRILOV,**<br>**Plaintiff,**<br>**V.**<br><br>**NATIONAL BOARD OF MEDICAL EXAMINERS, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,**<br>**Defendant,** | **Case No.: 5:16-cv-00952**<br>**Assigned to Hon. Jesus G. Bernal**<br>**PETITIONER'S STATEMENT**<br><br>**Hearing Date: July 11, 2016**<br>**Hearing time: 9:00 am**<br>**Courtroom No:1** |

**Dear Honorable Judge,**

As directed by the Standing order, I am filing my first amended Complaint as per FRCP 15 (a)(1)(B), and as insisted by the Defendant's attorney. The purpose is to state a “"sufficient factual matter, accepted as true, to 'state a claim to relief that is plausible on its face.'" Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009) (quoting Bell Atl. Corp. v. Twombly, 550 U.S. 544, 570 (2007)). A claim has "facial plausibility" when the plaintiff pleads "factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged.” *Id.*

This First Amended Complaint is in addition to the initial Complaint that has been filed with some changes made here. Included are:

1. "**Introduction**" section with legal grounds and remedies,
2. "**Facts in support**" and "**Responsive arguments**" sections, showing more plausible allegations and more facts, proving the Defendant's misconduct and violation of the laws, and
3. "**Causes of action - Claims**" section with the specific laws in more details, concerning this case, that provide the Plaintiff with the "entitlement to relief, such that it is not unfair to require the opposing party to be subjected to the expense of discovery and continued litigation" concerning this case.
4. In support of the factual plausible allegations, there are Attached **EXHIBITS T1-7, U, V, W, X, Y and Z.**
5. The main purpose is for the Complaint to survive the dismissal.

I am respectfully requesting the Court to take into consideration this First Amended Complaint, and accept the EXHIBITS as an evidence in this case.

06/27/2016
California

Respectfully submitted:

-------------------------------

(Plaintiff, pro se)

Yoana Ayanova Kiprilov,
1053 E. 6th Street, Ap.26
Ontario, CA 91764
email:yoana_ayanova@yahoo.com
phone:707-570-5155
PRO PER

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

YOANA AYANOVA KIPRILOV,

Plaintiff,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,

Defendant,

Case No.: 5:16-cv-00952
Assigned to Hon. Jesus G. Bernal

**PLAINTIFF'S FIRST AMENDED COMPLAINT. MOTION FOR LEAVE TO AMMEND.**

Hearing Date: July 11, 2016
Hearing Time: 9:00 am
Courtroom No: 1

**TO THE HONORABLE JUDGE OF SAID COURT:**

As a plaintiff in the above-titled case, pursuant to FRCP 15 (a)(1)(B), and as insisted by the Defendants' attorney, I am filing my First Amended Complaint against the Defendants, and I am bringing the plausible causes of action before this Court.

**I am respectfully requesting that the Defendants' motion to dismiss be denied, due to: 1) misrepresentation (intentional or negligent), deceit/fraud, false descriptions, breach of contract, unfair/deceptive practice, or 2) discriminatory results on this employment-related test or 3) both, and the Court allows the case to proceed further, until justice is served regarding this utmost injustice.**

## INTRODUCTION:

This is an action for crude violations of Federal and state laws by the Defendants NBME and ECFMG (jointly and severally), and thus the significant civil injury and damages to me, the Plaintiff. I bring this action under **15 U.S.C. § 1125 and 15 U.S.C 45 (a) (1)**, California Civil Code Sections **1427, 1428, 1549,1572, 1573, 1619,**

**1708, 1709,1710, 1711, 1770 (a) (5), (7), (9),** California Business and Professions Code Sections **17200, 17500, 17530**. **And separately, discriminatory results under 42 U.S.C. 2000e-2, and 29 U.S.C 1607 regarding this employment-related exam (used for employment/selection decision) itself, for the purpose of adding a fact into evidence.** The current violations are ongoing and affecting other people as well (medical graduates- US and non-US), Civil code Section **1781.**

**B. I am respectfully requesting the Court to take into consideration the corresponding available remedies that the law provides for these violations, found in:**

a) **15 U.S.C § 1117,**

b) Civil Code Sections **3300, 3369, 3384, 3386, 3388, 3389**, **1780,1782,**

**c)** Business and Professions Code **17203, 17204,17205, 17206 (b)**, **17534, 17535, 17536 (b),**

**C. And the Court prevents further damages to my career by compelling a specific performance as an injunctive relief – recognition of my overall passing outcome on Step 2 CS and issuance of "ECFMG-certification", which is in compliance with NBME/ECFMG's own policy rules - "RETAKES" and "time-limit".** Which rules Defendants have been crudely violating. This is because it is widely accepted in the legal practice the Court to force the breaching party to perform what they promised in the contract/agreement. This is typically reserved for goods or services that are unique and no other remedy (even monetary) will suffice, as in this case

**D. I respectfully request that the Court grants compensatory and/or punitive damages, since these intentional violations have been going for a too long, and some of the damages are irreparable, time lost (that can never turn back and is against me when applying for residency), and resulted in a huge set back and loss of money and knowledge, due to months and months waiting for a solution of the problem by NBME/ECMFG.** And lasting for so long, their misconduct has crossed the borderline of negligence and starts becoming a deception (intentional).

## JURISDICTION AND VENUE:

This court has jurisdiction over Plaintiff's claim under 28 U.S.C § 1332 and 28 U.S.C. § 1331 (federal question), and under 28 U.S.C. § 1343(3,4) (civil rights).

Venue lies in the U.S. Central District of California, the district in which the claim arose, pursuant to 28 U.S.C. § 1391(b).

## PARTIES:

**Plaintiff** Yoana Ayanova Kiprilov, resides in Southern California, San Bernardino County.

Defendant National Board of Medical Examiners ("**NBME**"), with a principle place of business located at 3750 Market Street, Philadelphia, Pennsylvania 19104, doing business in the State of California.

Defendant Educational Commission for Foreign Medical Graduates ("**ECFMG**"), with a principle place of business located at 3624 Market Street #4w, Philadelphia, Pennsylvania 19104, doing business in the State of California.

## FACTS in SUPPORT:

I would like to address (in summary) the main plausible issues in this lawsuit:

**1. The first one** is that **I have passed each part/component of the exam** and NBME/ECFMG violated their own policy rules (published on their website), that once a component is passed, it is not allowed to be retaken. NBME/ ECFMG breached our contract/agreement regarding these rules. The Defendants' attorney's attempt to excuse their refusal to recognize my pass results (achieved in each part of the exam) as "Dr. Kiprilov's failure to achieve a passing score", which is grossly misleading, incorrect and disgraceful. **Since when passing all the components/parts of an exam is a failure?** The cited published articles further down show that **CIS, ICE, SEP have been considered components at least since 2009.**

**2. Second one** is the fraud/deceit/false description, (intentional or negligent) misrepresentation used when we entered the agreement /contract when I purchased the exam in March 2015.

Civil Code Section

1654. *In cases of uncertainty not removed by the preceding rules, the language of a contract should be interpreted most strongly against the party who caused the uncertainty to exist*

**NBME/ECFMG and their staff members/experts (**Swygert, Cuddy, P. Baldwin, SG Baldwin, Harik, Rebbecchi, Hoppe, and many others**) in their official capacity, have published many articles between 2009-2015, in which SEP, ICE and CIS are called and described as COMPONENTS.**

**These papers are posted on the official USMLE website (usmle.org), and the link is given on the STEP 2 CS official exam page:** usmle.org, FAQs, Step 2 CS, paragraph 7 – "What evidence is there that the design [of step 2 CS] is sound?" **There are 5 (articles) cited in support of the "sound design", and below the last article there is a link to the official website with USMLE-related publications between 2009 and 2015.**

Attached hereto are **EXHIBIT T1, T2, T3, T4, T5, T6, T7**, copies of some of the official articles:

**3.** EXHIBIT T1: "Because **spoken English proficiency component** show…", "The present study focused only on the **ICE and CIS components**", further down we see again "**CIS component of Step 2 CS**", **"**Step 2 CS… with a set of three conjunctive outcomes: …(ICE), …(CIS) and… (SEP)."

**2015**, Ting Dong, …Kimberly A Swygert, ...Development and initial validation of a program director's evaluation form for medical school graduates. Mil Med. 2015 Apr;180(4 Suppl): pages 97-103. doi: 10.7205/MILMED-D-14-00551.

4. EXHIBIT T2: "Retrospective data from preclerkship… and clerkship outcomes… were collected and compared to individual scores on the **CIS and ICE components of Step 2 CS**," "…as evidenced by the USMLE testing both the integrated clinical encounter (**ICE**) and communication and interpersonal skills (**CIS**) within the Step 2 Clinical Skills exam (CS)…",

   **2015** published article, "Dong T, LaRochelle JS, Durning SJ, Saguil A, **Swygert KA**, … Longitudinal effects of medical students' communication skills on future performance. Military Medicine. 2015; 180(4 Suppl):24-30.

5. EXHIBIT T3:

   "Discussion:

   "Females outperform males slightly on the **CIS component of Step 2 CS.", "**CIS, the focus of this research, includes three subcomponents…".

   **2011**, Cuddy MM, Swygert KA, Swanson DB, Jobe AC. A multilevel analysis of examinee gender, standardized patient gender, and United States medical licensing examination step 2 clinical skills communication and interpersonal skills scores. Acad Med. 2011 Oct;86(10 Suppl): S17-20. doi: 10.1097/ACM.0b013e31822a6c05.

6. EXHIBIT T4: **"Documentation is a subcomponent of the Step 2 CS Examination Integrated Clinical Encounter (ICE) Component wherein…".**

Baldwin SG, Harik P, Keller LA, Clauser BE, Baldwin P, Rebbecchi TA. Assessing

the impact of modifications to the documentation component's scoring rubric and rater training on USMLE integrated clinical encounter scores. Academic Medicine, **2009**;84(10 Suppl): S97-100;

7. EXHIBIT T5:

"**Two components** that SPs rate for each encounter are **Spoken English Proficiency (SEP)**, a nine-point scale assessing clarity of the examinee's spoken English, and **Communication and Interpersonal skills (CIS)**, which is..."

Swygert K, Muller ES, Swanson DB, Scott CL. The relationship between USMLE step 2 CS communication and interpersonal skills (CIS) ratings and the time spent by examinees interacting with standardized patients. Acad Med. 2009 Oct;84(10 Suppl):S1-4. doi:.

8. EXHIBIT T6: "The Step 2 CS exam assesses communication skills, clinical problem-solving skills, and spoken English proficiency.", **then it reads: "communication skills component of the Step 2 Clinical Skills (CS) examination",**

"Four of our team members... are **NBME employees** and are **routinely involved in the process involving Step 2 CS** (test development, SP training, measurement, and quality assurance activities). Therefore, **we bring considerable working knowledge and experience to the tasks of review**. Two external consultants (R.H. and K.M.) with backgrounds in physician–patient communication and measurement completed our team."

Hoppe RB, King AM, Mazor KM, Furman GE, Wick-Garcia P, Corcoran-Ponisciak H, Katsufrakis PJ. Enhancement of the assessment of physician patient communication skills in the United States Medical

Licensing Examination. Academic Medicine, **2013**;88(11):1670-5.

**Also included in this "EXHIBIT T6" is another article that reads: "…CIS scores compared with scores for the other components. One explanation is that this component may be…"** Alex K, Chavez, Kimberly A. Swygert, Steven Peitzman, Mark Raymond. Within-Session Score Gains for Repeat Examinees on a Standardized Patient Examination. Acad. Med. 2013;88;688-692;doi…

**All of the authors, except the first one, are NBME-staff members, PhDs and MDs.**

At the very bottom of this paragraph 7, under the fifth article, we can see the **link that sends us to the official website with USMLE-Related Publications 2009-2015,** Attached hereto as an "EXHIBIT U"

**("See also http://www.usmle.org/pdfs/data-research/USMLE_Related_Publications.pdf")**

**9.** In addition, on my two exam reports it is stated **"It is necessary to pass all three subcomponents in order to obtain an overall passing outcome on Step 2 CS." No "single administration" is seen on either of my reports.** I pointed this out to NBME/ECMFG. They remained oblivious regarding the whole problem. Attached hereto, **copy of my two exam reports,** is an "EXHIBIT V".

**10. The ambiguous misleading/deceptive information has been posted on NBME/ECFMG's official USMLE-related website** so that the examinee/consumer/buyer can read about **ICE, SEP, CIS parts described as components of Step 2 CS in one section of the website, and in another section the same parts (ICE, CIS, SEP) described as subcomponents**. Reading all the available information presented by NBME/ECFMG, a person accepts: components=subcomponents=parts.

**This has resulted in a public interpretation and recognition of the same parts as components (and a synonym of subcomponents with respect to the parts of this exam). Is this a deception of the public?**

**11. Wikipedia's** description of the exam, **examinees on Internet** forums talk about **components**, as well as the "**Hartman" Court** (Hartman v. National Board of Medical examiners) held that ICE, SEP and CIS are components, and **a lot of other evidence that shows that these three parts of the Step 2 CS exam (ICE, CIS, SEP) are considered as components**.

**Obviously, there are many people that consider these parts as components, or have we (all) been misled and deceived?!** Attached hereto is "EXHIBIT W", copy of USMLE-forums (Uworld forum, usleforum.org) in which CIS/ICE **components** is seen, and **Wikipedia's description of the same parts as components**.

**12.** NBME/ECFMG in their **official annual reports (e.g. 2011 and 2015)** stated that the authors of these articles are **"staff members" "who are sought after as speakers and panel members at meetings and conferences throughout the world** – Donald Melnick, SG. Baldwin, P Baldwin, Rebbecchi TA, Cuddy MM, Harik P, etc.

**"Periodically, NBME staff members are recognized for their research accomplishments" "Here are few from 2015: Peter Baldwin, Kimberly Swygert, H. Wainer**, says NBME'e 2015 annual report.

Basically, NBME claim these NBME's staff members can be trusted. Attached hereto as "EXHIBIT X", copy of the NBME's annual reports with these staff members - 2009 and 2015.

**13.** The **Medical Board of California** (as every state board) administers the final licensing exam after finishing residency, which allows the resident to start practicing without supervision as physician. The **CA Board allows this final important exam to be taken in parts, in contrast with National Board of medical examiners' exam.** That is why, it is unreasonable for NBME/ECFMG to refuse to recognize and allow a "certification" exam to be taken in parts, especially when this exam will allow the examinee to continue his/**her training in a residency** and will practice under supervision and learning from experienced physicians. **CA-Medical Board does not use subcomponent/component wordplay, and uses "parts". The exam is also in writing, to avoid subjectivity,** as per EXHIBIT "G", Dr. Cassimatis' report for 2004, who reported about "concerns…regarding the scoring" and, that "evaluators may harbor prejudices…that can adversely impact the scores of minority of students", "similar concerns have led states such as California to ban oral examinations for licensure."

**BPC Section 2177**, Chapter 5. Medicine, Article 9, EXAMINATIONS:

*(a) A passing score is required for an entire examination* ***or for each part of an examination****, as established by resolution…*

*(b)* ***Applicants may elect to take the written examinations conducted or accepted by the board in separate parts.***

*(c) (1) An applicant shall have obtained a passing score on all parts of Step 3 of the United States Medical Licensing Examination…*

**14.** Currently in a mass campaign attached hereto as "EXHIBIT X", signed by **16,000+**, in which American medical graduates contend that there is no evidence that the test is subjective, valuable and efficient. All this is in agreement with many published studies about the flaws of the

exam - subjectivity, unreliability, contrast effects, sequence effects, and unpublished yet possible discriminatory effects, and so on. Attached hereto as an EXHIBIT Y" is a copy of the petition.

**15. NBME and ECFMG also claimed that the test is now reliable,** although **they admit that this particular exam had problems in past and was "dropped in 1960s because of questions at the time about its reliability".**
Reliability is a one of the two most important characteristics of a test or experiment (the other one being validity), which shows the quality of the measurement tool, i.e. how dependably or consistently a test/assessment measures a characteristic when administered twice to the same person. **A reliable test would show similar results, not completely opposite results (as in my case). These facts prove that the exam still has reliability problems.** Attached hereto "EXHIBIT Z", copy of "Assessment decision guide" and, "Testing and assessment: an employer's guide to good practice". As cited before, in the website proftesting.com: "If a test yields inconsistent scores, it may be **unethical to take any substantive actions on the basis of the test.**"

**16.** NBME/ECFMG either have different cut off levels and passing scores for foreign medical graduates, resulting in a difference in the passing rates (as they admit publicly in a statement). **Or**, the exam itself due to its defectiveness, gives these discriminatory results, i.e. it is a defective product. This specific characteristic of the exam has never been investigated. Although the discriminatory results - 18% v. 3% (difference) decrease in the passing rate for non-US graduates v. US-graduates, is an

officially announced fact. This matter appears to have been negligently handled. Nevertheless, this is unacceptable and prohibited by law.

**Step 2 CS is an employment-related test used for employment decisions only.**

Neither 42 U.S.C Section 2000e-2 **(l)**, nor 29 CFR §1607, limit the violators only to "employer", but rather emphasize the discriminatory use of scores and "selection procedures" used for employment decisions. The definition of violator -"respondent" includes all the employment-related "employment agencies", "labor organizations", committees and similar employment-related practices, which are not an "employer".

**NBME/ECFMG act as an employment agency and fits the description of it.** Explanation is further down.

**NBME/ECFMG also fit very well the "employer" term specifically used for the purposes of Federal Title 42. Their activity is also solely employment-related.**

**17. This has been going on for more than half a year (>6 months).** Even though I clearly explained the problem, instead of helping me and solving the problem they created, NBME/ECFMG started arguing that these are subcomponents, not components and that their policy rule is not applicable. Which is the intentional component of the misrepresentation, fraud/deceit, breach of contract, the act of unfair and deceptive practice. NBME and ECFMG have a symbiotic relationship and act together. I would like to point out that NBME/ECFMG, both, continue the misconduct up to this date, as evidence by their attorney's statement that the three parts are "subcomponents", not components.

**18. NBME and ECFMG jointly and severally. Either of them could have resolved the problem at any point, which they intentionally did not**. The only information provided is the NBME sponsors ECFMG. I am registered with ECFMG (they administer the exam) and I did a recheck of the score with ECFMG. I initially addressed my problem with **ECFMG, the first level for complaints**. The ECMFG representative, Mr. Roman Mizak, had the power to resolve the problem. He attempted to resolve the problem with the most illogical explanation ever heard that "it is possible to fail at a later date" something that I passed. I could not accept such an unreasonable explanation, and I believe nobody would. It was my own decision to involve NBME, although **there is no official announcement about whose responsibility is for problems with the exams.** Involving NBME turned out to be the right decision. Attached hereto is EXHIBIT "V", copy of my reports and the ECFMG/NBME websites and their employment related activity.

**NBME took responsibility (they create the exam)** and continued the illogical explanations and the misconduct (**intentional** component of the violations)-Ms. I.Rozinsky, Ms. Coleen Ward, Ms. Paolini.

Pursuant to Civil Code **1660**. "*A promise, made in the singular number, but executed by several persons, is presumed to be joint and several.* "

Defendants' attorney made it clear and insist in their Motion to dismiss that ECFMG is a "separate and distinct legal entity, located in separate offices and operated by separate employees". Sounds similar to the description of the "separate and different" parts of the exam that we are arguing about. And in the same way like the parts of the exam, ECFMG and NBME act together administering the test (they are part of the whole). But if they are so "different and separate" and the attorney wants us to look at them separately (which I also asked about the parts of the exam), we

will. **They both, separately, should be held liable for the violations of the law and pay the damages caused to me.**

It is a very ugly situation, in which successful and probably intelligent, smart people have the power to resolve my specific problem, but refuse to take the most reasonable, logical and fair decision, and continue to argue about something that is obvious (I passed each part), and still deceive all of us, including the Court about subcomponents and components. But, **NBME is well-known with its stubbornness,** for example - they refused to allow a graduate to take additional time for breastfeeding, or a stuttering student to use a speech device. ("High Court Sides with Former Harvard Med. Student in Breast-feeding Lawsuit" - *CURRIER [FN1] vs. NATIONAL BOARD OF MEDICAL EXAMINERS.* SJC-10898., 2012).

These are examples of cases that should have never gotten to the Court, but should have been resolved in a reasonable way.

**19. A trustful opinion, is** given by Dr. Jane Orient, M.D., (AAPS) executive director that "Someone has vested interest in making a lot of money form the tests [screening and assessment] that they'll sell to you" regarding the exams that physicians have to take. "One thing is known for certain about the testing industry. It makes millions of dollars for the self-certified experts".

These "self-certified experts" seem to abuse their power, have lost their morality and forgot how they have never been put in this situation (having to take this flawed exam, and having some unreasonable people destroying their career).

**RESPONSIVE ARGUMENTS**

**to the Defendants' arguments:**

**20.** Defendants and their attorney claim:

- "*The USMLE has multiple* ***components, or "Steps"****, that are taken at different time*" (page 1, line 8-10 of the Motion to dismiss).
- "*Step 2 has a Clinical Knowledge ("****CK")*** ***component*** *(a multiple choice examination) and a Clinical Skills ("****CS")*** ***component*** *(a simulation of doctor-patient encounters*)." (page 3, line 1-2).

In the mixture (mess) of components and subcomponents NBME/ECFMG and their attorney, in their deceptive style, add the confusing statement that the "STEPs" or **Step 1, Step 2 and Step** 3 **are also components.**

**If Step 2 is a component of USMLE, and CS and CK are components of Step 2, then ICE, SEP and ICE are also components (of CS).**

For clarification purposes, here is Table 1:

| USMLE: | | |
|---|---|---|
| **STEP 1** | **STEP 2** | **STEP 3** |
| | CK-exam CS-exam | FIP ACM |
| | CIS, ICE, SEP | |

Following another possible principle: the three parts of the Step 2 CS-exam (ICE, CIS, and SEP) then become components of Step 2 CS, and also are subcomponents of the whole Step 2, and subsubcomponents ($sub^2$components) of the USMLE as a whole. Sounds logical?

**The main question to be answered that will help solve the problem here is "components of what?" It depends on the relation to another part. The direct relationship (directly related parts) makes the lower part a component of the upper part,** component of the USMLE. **So, in relation to the STEP 2 CS, its three parts - CIS, ICE and SEP, are components of Step 2 CS**

Since we (all) are only interested in Step 2 CS and the problem concerns only this exam, we should look only at this specific exam and its constituent parts in a direct relationship with it. NBME/ECFMG arguing about this is extremely unreasonable.

**Wikipedia calls the CIS, ICE and SEP parts "components", as well as in many Internet forums graduates talk about these same parts are as "components". It not only me who calls the parts components.**

**21**. In the lawsuit "*Hartman v. NBME*" (*Civil action No. 09-5028*), the **Court defined the three parts as components**, but also used the words *"components" and "subcomponents"* interchangeably. The Defendants have not appealed or argued specifically about that description. As we can see, the direct relationship with Step 2 CS makes the CIS, ICS and SEP "components" of Step 2 CS. NBME/ECFMG now deceives the CA Court.

**22. It is worth to add here, that currently there is a massive campaign called "End Step 2 CS"** for American medical graduates and created BY American graduates. It has been signed so far by **16,000 +** medical students and graduates.

Even American medical graduates (not International graduates like me) do not trust and want this exam, they say because of "**LACK OF EFFICACY**" and "**POOR VALUE**", since American graduates state in their petition:

- "*Despite 11 years of data since the exam was broadened to include US medical graduates, there are no data to support a causal link between Step 2 CS and improved patient outcomes*",
- "*Step 2 CS adds no provable benefit to US medical education or patient safety at an enormous cost. The exam should not be required for licensing of US medical school graduates.*"

- "*we do not believe that 100% standardization is possible even with the current exam. Despite the best efforts of the USMLE, there will always be subjective variability by examiner*",
- "*Two recent studies by the NBME found weak correlations between Step 2 CS scores and end-of-year evaluations of internal medicine interns, although clinical skills scores added no additional predictive value beyond the written USMLE exams... In summary, the data do not prove a causative link between Step 2 CS and improved patient safety*"
- "*NBME is feverishly publishing papers in hopes of uncovering stronger evidence to support the existence of Step 2 CS, but given the extremely low failure rate of US medical graduates, this might be difficult.* "
- "*The NBME and FSMB have power to eliminate Step 2 CS as a requirement for US medical graduates. However, pressure from individuals (via our petition) and other professional organizations (like the American Medical Association) may influence the NBME.*"
- "*We believe that patient perception of their physician rests on the quality of care and compassion delivered by that physician. American patients do not screen their doctors based on USMLE scores. Additionally, medical students and residents take dozens of exams; eliminating one does not render this community "under-tested*".
- "*State laws for medical licensure stipulate that students must pass USMLE Step 2, but do not explicitly mention CS by name, and thus no laws would need amendment.*"

This petition was started by four Harvard medical students. I have not signed it, since I am not an American grad. NBME/ECFMG still claim "The USMLE as ...an essential part of protecting the public safety and welfare".

As seen in **EXHIBIT "Q" and original Complaint**, Claim VIII in the original complaint, an article published in (AMA) Journal of Ethics states "test effectively assessed only the use of spoken English"-my two SEP results.

**23.** "*She believes she should be allowed to combine her passing scores from the two test administrations*" (page 6, line 5-13 of the Motion to dismiss), or to "change its {NBME/ECFMG's} scoring policy for her". **Defendants' attorney is misrepresenting my statements and my requests.**

I would like to respectfully ask the Defendants' attorney, Mr. Eric Herzog, to read more carefully my original Complaint once again, and pay special attention to the paragraph 8.1 (page 12, line 27 and page 13, line 1-5). Since he is misrepresenting my statement and is changing the meaning of it, so that it will benefit his clients. **I asked for exactly the opposite. I did not ask these scores to be combined,** but NBME/ECFMG refuses to do so anyway. He claimed NBME and ECFMG are "separate and different", and in a similar way the three parts are "separate and different".

Also, I am talking about a "scoring policy" ("RETAKES") which is adopted by NBME/ECFMG and should be applied, and which states that **once a component is passed, it is not allowed to be retaken.** So, I am not talking about the checklist or the nine-point scale to be changed, etc.

**I am talking about the "RETAKES" and "time-limit" rules, which means no change, but just applying the companies' official policy rules, as promised in our implied agreement/contract.**

I would ask Mr. Herzog to read again what the lawsuit is about, or stop pretending that I am asking unreasonable things. Misstating is not helpful and only complicates the situation. I understand that they want to avoid justice, but at this point his clients and he should stop deceiving anymore.

My question about separate review of the results, was addressed to Ms. Coleen Word (NBME Representative). She could not answer it on the phone, and frustrated, initially kept silence for couple of minutes thinking how to argue against this. Then, realizing that I was right, she started repeating that she cannot provide more information.

**NBME/ECFMG claim that they can neither combine these parts (although they are parts of Step2 CS), nor can they look at these "different" and "separate" parts, separately**. What can they do after all? When it is their own mistake to put me in this situation, and they violated their own policy rules, in addition to the violation of the law, and the breach of our contract/agreement. Only they can clean the mess they created.

**24. I believe, my refusal to take the exam again, is understandable because of these too many problems with this exam, the consequences and the effects it has on my career, and most importantly - the fact that I have passed each part of the exam. I refuse to take the exam for a third time and pay another $1,500. Moreover, it is illogical and unreasonable to study again (repeat the same material) for parts that I passed. What else should I learn and study for this exam?! I would appreciate and answer from Dr. Melnick. And, since Dr. Melnick has only one star on vitals.com, a review given by patients, I would like to ask him if this bothers him or somehow prevented him from having a successful career as a physician.**

## CAUSES OF ACTION:

### I. CLAIM : INTENTIONAL MISREPRESENTATION under CA Civil Code

**Fraud/Deceit, Misrepresentation by NBME/ECFMG and in regard to the exam (their product, service), which they sell for $1,500 per exam, which includes actors (about $17/hour), for the examiners ($?) and other costs ($?).** Civil code Sections:

**1708**. *Every person is bound, without contract, to abstain from injuring the person or property of another, or infringing upon any of his or her rights.*

**1572**. *Actual fraud, within the meaning of this Chapter, consists in any of the following acts, committed by a party to the contract, or with his connivance, with intent to deceive another party thereto, or to induce him to enter into the contract:*

*1.The suggestion, as a fact, of that which is not true, by one who does not believe it to be true;*

*2. The positive assertion, in a manner not warranted by the information of the person making it, of that which is not true, though he believes it to be true;*

*2.The suppression of that which is true, by one having knowledge or belief of the fact;*

*4. A promise made without any intention of performing it; or,*

*5. Any other act fitted to deceive.*

**1573**. *Constructive fraud*

**1709**. *One who willfully deceives another with intent to induce him to alter his position to his injury or risk, is liable for any damage which he thereby suffers.*

**1710**. *A deceit, within the meaning of the last section, is either:*

*1. The suggestion, as a fact, of that which is not true, by one*

*who does not believe it to be true;*

*2. The assertion, as a fact, of that which is not true, by one who has no reasonable ground for believing it to be true;*

*3. The suppression of a fact, by one who is bound to disclose it, or who gives information of other facts which are likely to mislead for want of communication of that fact; or,*

*4. A promise, made without any intention of performing it.*

The **tort** of deceit or fraud requires: "'(a) misrepresentation (false representation, concealment, or nondisclosure); (b) knowledge of falsity (or 'scienter'); (c) intent to defraud, i.e., to induce reliance; (d) justifiable reliance; and (e) resulting damage.'" (*Engalla v. Permanente Medical Group, Inc. (1997) 15 Cal.4th 951, 974 [64 Cal.Rptr.2d 843, 938 P.2d 903], internal quotation marks omitted; see also Molko v. Holy Spirit Ass'n (1988) 46 Cal.3d 1092, 1108 [252 Cal.Rptr. 122, 762 P.2d 46*].)

Civil Code section 1572, dealing specifically with fraud in the making of contracts, restates these definitions in slightly differing language, with the addition of a fifth kind of deceit, described generally as "any other act fitted to deceive."

**NBME/ECFMG's wrongdoing (tort) fulfills the criteria above:**

a) and c) NBME/ECFMG misrepresented information about the exam to induce reliance on that specific matter by the examinees,

b) they are very well aware of the misrepresented information, and even when I pointed out the problem and insisted for a solution, they continued arguing the opposite and continued the wrongdoing,

d) I relied on the information provided by them (justifiable reliance), since they are the "experts" and it is their own product,

e) I am the one who suffers after believing them and taking

the exam under their conditions, I was put in unfair situations, and they did the violation of their own policy rules and the law.

"A misrepresentation need not be oral; it may be implied by conduct." *(Thrifty-Tel, Inc. v. Bezenek (1996) 46 Cal.App.4th 1559, 1567 [54 Cal.Rptr.2d 468], internal citations omitted.).*

'False representations made recklessly and without regard for their truth in order to induce action by another are the equivalent of misrepresentations knowingly and intentionally uttered.'" *(Engalla, supra, 15 Cal.4th at p. 974, quoting Yellow Creek Logging Corp. v. Dare (1963) 216 Cal.App.2d 50, 55 [30 Cal.Rptr. 629].)*

**As it is obvious, and it will be even more evident later, that NBME-staff members and world-renowned experts made the misrepresentation and gave their expert opinion. I believed them and relied on the information NBME/ECFMG themselves provided to me and to the public (special class of people).**

## II. CLAIM: FALSE DESCRIPTIONS under 15 U.S.C 1125

*(a) Civil action*

*(1) Any person who, on or in connection with any goods or services, … uses in commerce any **word, term, name**,… or any combination thereof, or any false designation of origin, **false or misleading description of fact, or false or misleading representation of fact**, which—*

*(A)is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person, or*

*(B)in commercial advertising or promotion, misrepresents the*

*nature, characteristics, qualities, or geographic origin of his or her another person's goods, services, or commercial activities, shall be liable in a civil action by any person who believes that he or she is or is likely to be damaged by such act.*

*(2) As used in this subsection, the term "any person" includes any State, instrumentality of a State or employee of a State or instrumentality of a State acting in his or her official capacity. Any State, and any such instrumentality, officer, or employee, shall be subject to the provisions of this chapter in the same manner and to the same extent as any nongovernmental entity.*

***advertising** - to give information to the public about; announce publicly in a newspaper, on radio or television, etc., make (a quality or fact) known, notify (someone) of something.*

**15 U.S. Code § 1117 - Recovery for violation of rights**

*"a) Profits; damages and costs; attorney fees When..., a violation under section 1125(a) or (d) of this title, or a willful violation under section 1125(c) of this title, shall have been established in any civil action arising under this chapter, the plaintiff shall be entitled, subject to the provisions of sections 1111 and 1114 of this title, and subject to the principles of equity, to recover (1) defendant's profits, (2) any damages sustained by the plaintiff, and (3) the costs of the action. The court shall assess such profits direction..."*

## III. CLAIM: FALSE DESCRPTION under CA Civil Code Section 1770.

**1770.** *(a) The following unfair methods of competition and unfair or deceptive acts or practices undertaken by any person*

*in a transaction intended to result or which results in the sale or lease of goods or services to any consumer are unlawful:*

*(5)* ***Representing that goods or services have... characteristics, ingredients, uses, benefits, or quantities which they do not have...***

*(7) Representing that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another.*

*(9) Advertising goods or services with intent not to sell them as advertised.*

**Remedies found in Section 1780.**

*(a) Any consumer who suffers any damage as a result of the Use...or practice declared to be unlawful by Section 1770 may bring an action against that person to recover or obtain any of the following:*

*(1) Actual damages, but in no case shall the total award of damages in a class action be less than one thousand dollars ($1,000).*

*(2) An order enjoining the methods, acts, or practices.*

*(4) Punitive damages.*

*(5) Any other relief that the court deems proper.*

IV. **CLAIM: <u>REPRESENTATIONS TO THE PUBLIC, FALSE ADVERTISING violation by NBME/ECFMG regarding the product/services they sell for $1,500 (the exam), under Business and Professions Code</u>:**

**17200.** *"As used in this chapter, unfair competition shall <u>mean and include</u> any unlawful, unfair or fraudulent business act*