# Within-Session Score Gains for Repeat Examinees on a Standardized Patient Examination

Alex K. Chavez, PhD, Kimberly A. Swygert, PhD, Steven J. Peitzman, MD, and Mark R. Raymond, PhD



## Abstract

**Purpose**
Previous studies on standardized patient (SP) exams have reported score gains both across attempts when examinees failed and retook the exam and over multiple SP encounters within a single exam session. The authors analyzed the within-session score gains of examinees who repeated the United States Medical Licensing Examination Step 2 Clinical Skills to answer two questions: How much do scores increase within a session? Can the pattern of increasing first-attempt scores account for across-session score gains?

**Method**
Data included encounter-level scores for 2,165 U.S. and Canadian medical students and graduates who took Step 2 Clinical Skills twice between April 1, 2005 and December 31, 2010. The authors modeled examinees' score patterns using smoothing and regression techniques and applied statistical tests to determine whether the patterns were the same or different across attempts. In addition, they tested whether any across-session score gains could be explained by the first-attempt within-session score trajectory.

**Results**
For the first and second attempts, the authors attributed examinees' within-session score gains to a pattern of score increases over the first three to six SP encounters followed by a leveling off. Model predictions revealed that the authors could not attribute the across-session score gains to the first-attempt within-session score gains.

**Conclusions**
The within-session score gains over the first three to six SP encounters of both attempts indicate that there is a temporary "warm-up" effect on performance that "resets" between attempts. Across-session score gains are not due to this warm-up effect and likely reflect true improvement in performance.

Passing the United States Medical Licensing Examination (USMLE) Step 2 Clinical Skills (Step 2 CS), a standardized patient (SP)-based examination in place since 2004, is part of the licensure process for physicians wishing to practice in the United States. Step 2 CS employs SPs in 12 simulated encounters per exam session, with each SP portraying a different clinical scenario, yet rating examinees on the same set of clinical skills. Examinees

Dr. Chavez was test development associate, National Board of Medical Examiners, Philadelphia, Pennsylvania, at the time this study was conducted.

Dr. Swygert is senior psychometrician, National Board of Medical Examiners, Philadelphia, Pennsylvania.

Dr. Peitzman is senior medical advisor, Clinical Skills Evaluation Collaboration, National Board of Medical Examiners, and Educational Commission for Foreign Medical Graduates, Philadelphia, Pennsylvania.

Dr. Raymond is director of research and development, Test Development, National Board of Medical Examiners, Philadelphia, Pennsylvania.

Correspondence should be addressed to Dr. Swygert, National Board of Medical Examiners, 3750 Market St., Philadelphia, PA 19104; e-mail: kswygert@nbme.org.

Acad Med. 2013;88:688–692.
First published online March 21, 2013
doi: 10.1097/ACM.0b013e31828af039

who fail the exam are allowed to repeat it and must pass each of the multiple components in a single take to pass the exam. Previous research on Step 2 CS and its predecessor, the Educational Commission for Foreign Medical Graduates Clinical Skills Assessment, has shown increases in the range of 0.5 to 1.0 standard deviations (SDs), depending on the component, across testing sessions for repeat examinees.[1–3] Possible explanations for this phenomenon include the presence of repeated test content across subsequent attempts, regression to the mean, practice effects due to the novel test format, and true improvement in clinical skills. This research on score gains across testing sessions has provided varying levels of support for these explanations. Two notable publications reported that repeat examinees do not seem to benefit from seeing the same case or SP twice.[1,2] Another reported that some portion of repeat examinees' score gains across sessions can be explained by practice effects associated with the novel SP format.[3]

A separate line of research reported that *within* the span of a single testing session,

examinees' scores increased from 0.2 to 0.7 SDs, depending on the component.[4,5] Such within-session score gains have not been as thoroughly documented as across-session gains, but, in the work that has been done, researchers have shown these gains to be possibly related to the novel testing environment, decreases in examinees' test-taking anxiety, or increases in their self-confidence.[5–6] These within-session score gains have been termed sequence effects,[5,7] practice effects,[8] and learning effects,[9] but they may be described best as effects of "mere repetition,"[10] in which scores increase in the absence of intervening studying or instruction. We would expect gains due to repetition to be largest for the first

In contrast, score gains across two (or more) testing sessions might reflect true gains in examinees' clinical skills because they have the opportunity to increase their skills through studying and instruction. Thus, across-session score gains may reflect genuine improvement in clinical skills, whereas within-session score gains can only reflect construct-irrelevant factors associated with mere repetition. We would expect gains due to repetition to be largest for the first

## Table 1

**Results of a Piecewise Linear Mixed-Effects Regression Model of Standardized Communication and Interpersonal Skills (CIS), Data Gathering (DG), and Patient Note Documentation (PN) Scores on a Standardized Patient Encounter During Step 2 Clinical Skills (April 1, 2005 to December 31, 2010) by Encounter Number Before (Slope 1) and After the Breakpoint (Slope 2) for Both Examinees' First and Second Attempts**

| Regression model | Standard CIS score | | Standard DG score | | Standard PN score | |
|---|---|---|---|---|---|---|
| | First attempt | Second attempt | First attempt | Second attempt | First attempt | Second attempt |
| **Fixed effects** | | | | | | |
| First encounter | −0.48* | 0.05† | −0.43* | 0.20* | −0.40* | 0.15* |
| Breakpoint‡ | 3.49 | 3.15 | 5.76 | 5.69 | 4.63 | 4.41 |
| Slope 1 | 0.09* | 0.09* | 0.03* | 0.04* | 0.05* | 0.05* |
| Slope 2 | 0.01§ | 0.01* | 0.00 | 0.00 | 0.00 | 0.00 |
| **Random effects** | | | | | | |
| First encounter standard deviation (SD) | — | 0.39* | — | 0.29* | — | 0.33* |
| Slope 1 SD | — | 0.10§ | — | 0.02 | — | 0.04 |
| Slope 2 SD | — | 0.00 | — | 0.01 | — | 0.00 |
| Error SD | — | 0.87 | — | 0.90 | — | 0.90 |

*$P < .0001$.
†$P < .01$.
‡We estimated breakpoints separately, then held them fixed in the mixed-effects model estimation.
§$P < .001$.

performance *across* repeated SP exam sessions. The purpose of our study was to supplement that literature by investigating their performance *within* both their first and second attempts at Step 2 CS. Three significant findings came to light: (1) On all three of the Step 2 CS components that we included for analysis, we found an increase in scores over the first few SP encounters on both examinees' first and second attempts, as indicated by the significant positive slopes at the beginning of the exam session, though the size of the slopes and the point at which they leveled off differed by component, (2) on the second attempt, examinees' starting points were higher than what we predicted from the slope and end point on the first attempt, and (3) the strength of the initial

score gains was fairly consistent across examinees. The score increases over the first few encounters of *both* examinees' first and second attempts indicate that there was a temporary "warm-up" effect on performance that "reset" between attempts; this finding does not support the notion of a lasting practice effect and suggests that examinees must reorient themselves to the exam when taking it a second time. The following discussion elaborates on the use of our findings, and we discuss the practical implications of our results for medical education.

Figure 1 highlights the initial score gains for examinees on both their first and second attempts. Examinees' scores show the steepest, but briefest, warm-up effect on the CIS scale, whereas their

improvement on both the DG and PN scales is less steep but takes longer to reach a leveling-off point. This finding is consistent with prior studies of the sequence effects within Step 2 CS, where results showed a steeper curve and quicker leveling off for CIS scores compared with scores for other components.[5] One explanation is that this component may be the area in which USMGs demonstrate the most test anxiety; despite the fact that all U.S. medical schools have communication skills curricula in place, research shows that these skills deteriorate over the course of medical school.[15,16] Also, unlike in the real world, examinees must get quickly into the mind-set of interviewing a real patient while being given little feedback from the SP about how to proceed, which may add to their test anxiety. The DG and PN slopes are less steep; it may be that examinees are more comfortable at this point in their education with the tasks of taking a history and physical and summarizing the results, or they may perceive these tasks as more important and pay more attention to them than to their interview style, empathic statements, and other factors that affect their CIS score. The less steep DG and PN slopes may reflect the examinee merely having to adjust to the specific exam format and time limit.

Not only do examinees' scores jump between the first and second attempts, but we also saw score increases over the first few encounters on the second attempt, indicating that repeat examinees continue to experience a warm-up effect. This pattern clarifies and extends previous research showing that both performance and measurement quality improve on the repeat attempt.[17] Although this previous study suggested that some of the score gain could be attributed to a true improvement in performance, it left open the possibility that effects of mere repetition from the first attempt accounted for a large part of the gain. That is, the between-session score gain could be the result of the examinees overcoming construct-irrelevant difficulty[18] on their first attempt and this effect carrying over to the second attempt. However, our results indicate that this possibility is unlikely, given that (1) the median time between attempts is five months, (2) the repeat examinees start out at a higher skill level on their second attempt than would be predicted on the

## Table 2

**Examinees' Mean First-Attempt and Second-Attempt Scores on Step 2 Clinical Skills (April 1, 2005 to December 31, 2010) and Their Across-Session Score Gains, by Component**

| Component | First-attempt score | Second-attempt score | Across-session score gain |
|---|---|---|---|
| Communication and interpersonal skills | −0.23 | 0.22 | 0.45* |
| Data gathering | −0.15 | 0.15 | 0.30* |
| Patient note documentation | −0.15 | 0.15 | 0.30* |

*$P < .0001$.

## Table 3

**Actual Versus Modeled Standardized Step 2 Clinical Skills Scores by Component Based on Scores From the Initial Standardized Patient Encounter of the Examinees' Second Attempt, April 1, 2005 to December 31, 2010**

| Component | Actual score | Modeled score* | Difference |
|---|---|---|---|
| Communication and interpersonal skills | 0.04 | −0.19 | 0.23[†] |
| Data gathering | 0.19 | −0.30 | 0.49[†] |
| Patient note documentation | 0.12 | −0.26 | 0.38[†] |

*We used the first-attempt data reported in Table 1 to generate the modeled scores for the initial encounter of the examinees' second attempt.
[†]$P < .0001$.

basis of the slopes of their first-attempt scores, and (3) the warm-up effect persists on the second attempt. Instead, our results indicate that, between the first and second attempts, examinees do in fact improve their performance and that the effect of mere repetition across exam sessions is minimal.

Because of the consistency of our findings across examinees, our study further supports the presence of a structure (remediation, additional clinical experience, etc.) within the U.S. medical education system to actively help students who fail Step 2 CS on their first attempt. The difference in scores between the first and second attempt is large enough to lead us to the conclusion that at least some effective remediation is already taking place, but the persistent warm-up effect is an indicator that the medical school faculty providing this remediation may be choosing to focus primarily on the skills themselves. However, it might behoove medical educators to help students who fail Step 2 CS in a way that allows students to reduce their test anxiety and improve their pacing within the test. It is possible that this effect appears on school-level clinical skills exams as well as on national ones like the USMLE, so exam administrators may consider this multifaceted approach to helping the students who struggle with those exams.

Our results, although intriguing, are only a first step toward understanding the performance of examinees across repeat attempts of a challenging, performance-based certification exam, such as Step 2 CS. There are several potential next steps that build logically on our results. One possible avenue of investigation is to select a matched group of USMGs who passed the exam on their first attempt and

see whether an initial score gain appears for them as well, and, if so, whether the magnitudes of the within-session increases for these examinees are similar to those for repeat examinees. If these initial score gain differences do not exist, or are not as large, for examinees who passed Step 2 CS on the first attempt, this additional information can better inform us why some USMGs initially fail the exam. Another possibility is to extend our analyses to international medical students and graduates (IMGs), as it is likely that their performance will differ from that of USMGs because of the variability in their native languages, medical education and training, and familiarity with the SP format. If IMGs are less prepared for this exam format than USMGs, their initial score gains may be steeper on their first attempt, and if they do not show improvement at the start of their second attempt, then an investigation into the impact of differing opportunities for remediation between IMGs and USMGs should be considered. Regardless of future endeavors, our current findings are consistent with both the policy that allows examinees to retake Step 2 CS and the use of the exam in physician licensure.

*Acknowledgments:* The authors thank Dr. Steve Haist and Dr. Gerry Dillon for their feedback.

*Funding/Support:* The report was prepared within the scope of the authors' employment with the National Board of Medical Examiners (NBME).

*Other disclosures:* None.

*Ethical approval:* Not applicable.

*Disclaimer:* The opinions expressed here are the authors' and do not necessarily represent the opinions of the NBME or USMLE.

## References

1 Boulet JR, McKinley DW, Whelan GP, Hambleton RK. The effect of task exposure on repeat candidate scores in a high-stakes

standardized patient assessment. Teach Learn Med. 2003;15:227–232.

2 Swygert KA, Balog KP, Jobe A. The impact of repeat information on examinee performance for a large-scale standardized-patient examination. Acad Med. 2010;85:1506–1510.

3 Raymond MR, Kahraman N, Swygert KA, Balog KP. Evaluating construct equivalence and criterion-related validity for repeat examinees on a standardized patient examination. Acad Med. 2011;86:1253–1259.

4 McKinley DW, Boulet JR. The effects of task sequence on examinee performance. Teach Learn Med. 2004;16:18–22.

5 Raminesi C, Harik P, Margolis MJ, Clauser BE, Swanson DB, Dillon GE. Sequence effects in the United States Medical Licensing Examination (USMLE) Step 2 Clinical Skills (CS) examination. Acad Med. 2007;82(10 suppl):S101–S104.

6 Messick S. Standard of validity and the validity of standards in performance assessment. Educ Meas Issues Pract. 1995;14:5–8.

7 Colliver JA, Nu VV, Verhulst SJ, Barrows HS. Effect of position-within-sequence on case performance in a multiple-stations examination using standardized-patient cases. Eval Health Prof. 1991;14:343–355.

8 Lloyd JS, Williams RG, Simonton DK, Sherman D. Order effects in standardized patient examinations. Acad Med. 1990;65(9 suppl):S51–S52.

9 Gispert R, Rué M, Roma J, Martinez-Carretero JM. Gender, sequence of cases and day effects on clinical skills assessment with standardized patients. Med Educ. 1999;33:499–503.

10 Hausknecht JP, Halpert JA, Di Paolo NT, Moriarty Gerrard MO. Retesting in selection: A meta-analysis of coaching and practice effects for tests of cognitive ability. J Appl Psychol. 2007;92:373–385.

11 United States Medical Licensing Examination. 2010 performance data. http://www.usmle.org/performance-data/. Accessed January 22, 2013.

12 Cleveland WS. Robust locally weighted regression and smoothing scatterplots. J Am Statist Assoc. 1979;74:829–836.

13 Goldstein H, Browne WJ, Rasbash J. Partitioning variation in multilevel models. Underst Stat. 2002;1:223–231.

14 R Development Core Team. R: A Language and Environment for Statistical Computing. Vienna, Austria: R Foundation for Statistical Computing; 2008. http://www.R-project.org/. Accessed January 22, 2013.

15 Pfeiffer C, Madray H, Ardolino A, Willms J. The rise and fall of students' skill in obtaining a medical history. Med Educ. 1998;32:283–288.

16 Hojat M, Mangione S, Nasca TJ, et al. An empirical study of decline in empathy in medical school. Med Educ. 2004;38:934–941.

17 Raymond MR, Swygert KA, Kahraman N. Psychometric equivalence of ratings for repeat examinees on a performance assessment for physician licensure. J Educ Meas. 2012;49:339–361.

18 Messick S. Validity. In: Linn R, ed. Educational Measurement. 3rd ed. Washington, DC: American Council on Education; 1989.



# FAQs

FAQs - Frequently Asked Questions

| General | Biometric Enabled Check-In System | Practice Materials | Scores | Step 2 CS | Comprehensive Review |

## Step 2 CS (Clinical Skills)

Show All Answers »

### General

#### Rationale

1. **Why does the USMLE include a clinical skills component?**

2. **What studies support this need?**

3. **If assessment of clinical skills is so important, why was it absent from the USMLE until 2004?**

4. **Why isn't my passing grade on clinical skills exams in medical school sufficient for the licensing board?**

#### Exam Design

5. **How are licensing boards involved in the USMLE and Step 2 CS?**

6. **How does the USMLE program decide what cases will be presented in Step 2 CS and what skills will be assessed?**

7. **What evidence is there that the design of Step 2 CS is sound?**

   - Baldwin SG, Harik P, Keller LA, Clauser BE, Baldwin P, Rebbecchi TA. Assessing the impact of modifications to the documentation component's scoring rubric and rater training on USMLE integrated clinical encounter scores. *Academic Medicine, 2009;84(10 Suppl):S97-100.*

   - Hoppe RB, King AM, Mazor KM, Furman GE, Wick-Garcia P, Corcoran-Ponisciak H, Katsufrakis PJ. Enhancement of the assessment of physician-patient communication skills in the United States Medical Licensing Examination. *Academic Medicine, 2013;88(11):1670-5.*

   - Raymond MR, Clauser BE, Swygert K, van Zanten M. Measurement precision of spoken English proficiency scores on the USMLE Step 2 Clinical Skills examination. *Academic Medicine, 2009;84(10 Suppl):S83-5.*

   - Swygert KA, Balog KP, Jobe A. The impact of repeat information on examinee performance for a large-scale standardized-patient examination. *Academic Medicine, 2010;85(9):1506-10.*

   - Swygert KA, Cuddy MM, van Zanten M, Haist SA, Jobe AC. Gender differences in examinee performance on the Step 2 Clinical Skills data gathering (DG) and patient note (PN) components. *Adv Health Sci Educ Theory Pract, 2012;17(4): 557-71.*

   See also http://www.usmle.org/pdfs/data-research/USMLE_Related_Publications.pdf

#### Pass Rate and Impact

*Current as 06/28/2016*



# USMLE-Related Publications 2015–2009

## 2015

Cuddy MM, Winward ML, Johnston MM, Lipner RS, Clauser BE. Evaluating validity evidence for USMLE Step 2 Clinical Skills data gathering and data interpretation scores: does performance predict history-taking and physical examination ratings for first-year internal medicine residents? *Academic Medicine*. 2015. Sept 21 [Epub ahead of print]

Dong T, LaRochelle JS, Durning SJ, Saguil A, Swygert KA, Artino AR. Longitudinal effects of medical students' communication skills on future performance. *Military Medicine*. 2015;180(4 Suppl):24-30.

Feinberg RA, Raymond MR, Haist SA. Repeat testing effects on credentialing exams: are repeaters misinformed or uninformed? *Educational Measurement: Issues and Practice*. 2015;34(1):34-39.

Furman G. Proving our worth: foundational literature supporting the standardized patient educational methodology. *ASPE eNews*. 2015; December 8. http://multibriefs.com/briefs/aspeorg/ASPEORG120815.php. Accessed 01/13/2016

Kahraman N, Brown CB. Using multigroup confirmatory factor analysis to test measurement invariance in raters: a clinical skills examination application. *Applied Measurement in Education*. 2015;28:350-366.

Lane S, Raymond MR, Haladyna TM, Downing SM. Test development process. In: Lane S, Raymond MR, Haladyna TM, eds. *Handbook of test development*. 2nd ed. New York: Routledge; 2015:3-18.

Ouyang W, Cuddy MM, Swanson DB. US medical student performance on the NBME Subject Examination in Internal Medicine: do clerkship sequence and clerkship length matter? *Journal of General Internal Medicine*. 2015;30:1307-1312.

Peitzman SJ, Cuddy MM. Performance in physical examination on the USMLE Step 2 Clinical Skills examination. *Academic Medicine*. 2015;90:209-213.

Prober CG, Kolars JC, First LR, Melnick DE. A plea to reassess the role of United States Medical Licensing Examination Step 1 scores in residency selection. *Academic Medicine*. 2015. Aug 3. [Epub ahead of print]

## 2014

Clauser JC, Clauser BE, Hambleton RK. Increasing the validity of Angoff standards through analysis of judge-level internal consistency. *Applied Measurement in Education*. 2014;27:19-30.

Clauser JC, Margolis MJ, Clauser BE. An examination of the replicability of Angoff Standard setting results Within a generalizability theory framework. *Journal of Educational Measurement*. 2014;51:127-140.

Dillon GF, Johnson DA. Implementing strategic changes to the USMLE. *Journal of Medical Regulation*. 2014;100(3):19-23.

Dong T, Swygert KA, Durning SJ, Saguil A, Gilliland WR, Cruess DF, DeZee KJ, LaRochelle J, Artino AR. Validity evidence for medical school OSCEs: associations with USMLE step assessments. *Teaching and Learning in Medicine*. 2014;26:379-386.

Dong T, Swygert KA, Durning SJ, Saguil A, Zahn CM, Dezee KJ, Gilliland WR, Cruess DF, Balog EK, Servey JT, Welling DR, Ritter M, Goldenberg MN, Ramsay LB, Artino AR. Is poor performance on NBME clinical subject examinations associated with a failing score on the USMLE Step 3 Examination? *Academic Medicine*. 2014;89:762-766.

Grabovsky I, Hess BJ, Haist SA, Lipner RS, Hawley JL, Woodward S, Engleberg NC. The relationship between performance on the infectious diseases in-training and certification examinations. *Clinical Infectious Diseases*. 2014; 2014 Nov 18. [Epub ahead of print]

Haist SA, Katsufrakis PJ, Dillon GF. Basic science content in the USMLE Step 1--reply. *JAMA*. 2014;311:1359-1360.

Holtzman KZ, Swanson DB, Ouyang W, Dillon GF, Boulet JR. International variation in performance by clinical discipline and task on the United States Medical Licensing Examination Step 2 Clinical Knowledge component. *Academic Medicine*. 2014;89:1558-1562.

Morrison CA, Ross LP, Sample L, Butler A. Relationship between performance on the NBME Comprehensive Clinical Science Self-Assessment and USMLE Step 2 Clinical Knowledge for USMGs and IMGs. *Teaching and Learning in Medicine*. 2014;26:373-378.

Norcini JJ, Boulet JR, Opalek A, Dauphinee WD. The Relationship Between Licensing Examination Performance and the Outcomes of Care by International Medical School Graduates. *Academic Medicine*. 2014;89(8):1157-1162.

Updated 4-4-16

1

No SIM 🛜    10:44 AM    usmle.org    7% 🔋

Peitzman SJ, Cuddy MM. Performance in physical examination on the USMLE Step 2 Clinical Skills Examination. *Academic Medicine*. 2014;Nov 18. [Epub ahead of print].

Raymond MR, Mee J, Haist SA, Young A, Dillon GF, Katsufrakis PJ, McElhenney SM, Johnson DA. Expectations for physician licensure: a national survey of practice. *Journal of Medical Regulation*. 2014;100(1):15-23.

Stoffel H, Raymond MR, Bucak SD, Haist SA. Editorial changes and item performance: implications for calibration and pretesting. *Practical Assessment, Research & Evaluation*. 2014;19(14):available online: http://pareonline.net/genpare.asp?wh=4&abt=stoffel

Wainer H. The route to USMLE; the shibboleth of modern medical licensure. *Journal of Medical Regulation*. 2014;100(4):21-28.

**2013**
Brown CB, Kahraman N. Exploring psychometric models to enhance standardized patient quality assurance: evaluating standardized patient performance over time. *Academic Medicine*. 2013;88:866-871.

Chavez AK, Swygert KA, Peitzman SJ, Raymond MR. Within-session score gains for repeat examinees on a standardized patient examination. Academic Medicine. 2013;88:688-692.

Clauser BE, Mee J, Margolis MJ. The effect of data format on integration of performance data into Angoff judgments. *International Journal of Testing*. 2013;13:65-85.

Cuddy MM, Swanson DB, Drake RL, Pawlina W. Changes in anatomy instruction and USMLE performance: empirical evidence on the absence of a relationship. *Anatomical Sciences Education*. 2013;6:3-10.

Dillon GD, Swanson DB, McClintock JC, Gravlee GP. The Relationship Between the American Board of Anesthesiology Part 1 Certification Examination and the United States Medical Licensing Examination. *Journal of Graduate Medical Education*. 2013;6:276-283.

Haist SA, Katsufrakis PJ, Dillon GF. The evolution of the United States Medical Licensing Examination (USMLE): enhancing assessment of practice-related competencies. *JAMA*. 2013;310:2245-2246.

Hoppe RB, King AM, Mazor KM, Furman GE, Wick-Garcia P, Corcoran-Ponisciak H, Katsufrakis PJ. Enhancement of the assessment of physician–patient communication skills in the United States Medical Licensing Examination. *Academic Medicine*. 2013;88:1670-1675.

Kahraman N, Cuddy MM, Clauser BE. Modeling Pacing Behavior and Test Speededness Using Latent Growth Curve Models. *Applied Psychological Measurement*. 2013;37:343-360.

King AM, Hoppe RB. "Best practice" for patient-centered communication: a narrative review. *Journal of Graduate Medical Education*. 2013;5:385-393.

Mee J, Clauser BE, Margolis MJ. The impact of process instructions on judges' use of examinee performance data in Angoff standard setting exercises. *Educational Measurement: Issues and Practice*. 2013;32(3):27-35.

Swygert KA, Haist SA. A response to "Bridging the gender gap in communication skills" by Wu and McLaughlin (2012). *Advances in Health Sciences Education: Theory and Practice*. 2013:18:133-134.

Winward ML, Lipner RS, Johnston MM, Cuddy MM, Clauser BE. The relationship between communication scores from the USMLE Step 2 Clinical Skills examination and communication ratings for first-year internal medicine residents. *Academic Medicine*. 2013;88: 693-698.

**2012**
Feinberg RA, Swygert KA, Haist SA, Dillon GF, Murray CT. The impact of postgraduate training on USMLE Step 3 and its computer-based case simulation component. *Journal of General Internal Medicine*. 2012;27:65-70.

Kahraman N, De Champlain AF, Raymond MR. Modeling the psychometric properties of complex performance assessment tasks using confirmatory factor analysis: a multistage model for calibrating tasks. *Applied Measurement in Education*. 2012;25:79-95.

Raymond MR, Swygert KA, Kahraman N. Measurement precision for repeat examinees on a standardized patient examination. *Advances in Health Sciences Education: Theory and Practice*. 2012;17:325-337.

Raymond MR, Swygert KA, Kahraman N. Psychometric equivalences of ratings for repeat examinees on a performance assessment for physician licensure. *Journal of Educational Measurement*. 2012;49:339-361.

Swygert KA, Cuddy MM, van Zanten M, Haist SA, Jobe AC. Gender differences in examinee performance on the Step 2 Clinical Skills data gathering (DG) and patient note (PN) components. *Advances in Health Sciences Education Theory and Practice*. 2012; 17:557-571.

van Zanten M, McKinley DW, Durante Montiel I, Pijano CV. Medical education accreditation in Mexico and the Philippines: impact on student outcomes. *Medical Education*. 2012;46(6):568-592.

Updated 4-4-16                                                                        2

−54−

No SIM 🔋            10:45 AM            7% 🔋
                    usmle.org

3 of 4

**2011**

Baldwin P, Baldwin SG, Haist SA. F-type testlets and the effects of feedback and case-specificity. *Academic Medicine*. 2011;86(10 Suppl):S55-S58.

Cuddy MM, Swygert KA, Swanson DB, Jobe AC. A multilevel analysis of examinee gender, standardized patient gender, and United State Medical Licensing Examination Step 2 Clinical Skills communication and interpersonal skills scores. *Academic Medicine*. -2011;8610 Suppl):S17-S20.

Dillon GF, Clauser BE, Melnick DE. The role of USMLE scores in selecting residents [letter]. *Academic Medicine*. 2011;86:793-794.

Katsufrakis PJ, Scoles PV, Melnick DE. Correcting a misperception [letter]. *Academic Medicine*. 2011;86:1333.

Raymond MR, Harik P, Clauser BE. The impact of statistically adjusting for rater effects on conditional standard errors of performance ratings. *Applied Psychological Measurement*. 2011;35:235-246.

Raymond MR, Kahraman N, Swygert KA, Balog KP. Evaluating construct equivalence and criterion-related validity for repeat examinees on a standardized patient examination. *Academic Medicine*. 2011;86:1253-1259.

Raymond MR, Mee JM, King AM, Haist SA, Winward ML. What new residents do during their initial months of training. *Academic Medicine*. 2011;86(10 Suppl):S59-S62.

**2010**

Furman GE, Smee S, Wilson C. Quality assurance best practices for simulation-based examinations. *Simulation in Healthcare: Journal of the Society for Simulation in Healthcare*. 2010;5:226-231.

Margolis MJ, Clauser BE, Winward M, Dillon GF. Validity evidence for USMLE examination cut scores: results of a large-scale survey. *Academic Medicine*. 2010;85(10 Suppl):S93-S97.

Morrison C, Ross LP, Fogle T, Butler A, Miller JG, Dillon GF. Relationship between performance on the NBME Comprehensive Basic Sciences Self-Assessment and USMLE Step 1 for U.S. and Canadian medical school students. *Academic Medicine*. 2010;85(10 Suppl):S98-S101.

Raymond MR, Clauser BE, Furman GE. The impact of statistical adjustment on conditional standard errors of measurement in the assessment of physician communication skills. *Advances in Health Sciences Education: Theory and Practice*. 2010;15:587-600.

Swygert KA, Balog KP, Jobe AC. The impact of repeat performance on examinee performance for a large-scale standardized-patient examination. *Academic Medicine*. 2010;85:1506-1510.

Swygert KA, Muller ES, Scott CL, Swanson DB. The relationship between USMLE Step 2 CS patient note ratings and time spent on the note: do examinees who spend more time write better notes? *Academic Medicine*. 2010;85(10 Suppl):S89-S92.

**2009**

Baldwin SG, Harik P, Keller LA, Clauser BE, Baldwin P, Rebbecchi TA. Assessing the impact of modifications to the documentation component's scoring rubric and rater training on USMLE Integrated Clinical Encounter scores. *Academic Medicine*. 2009;84(10 Suppl):S97-S100.

Boulet JR, Smee SM, Dillon GF, Gimpel JR. The use of standardized patient assessments for certification and licensure decisions. *Simulation in healthcare: Journal of the Society for Simulation in Healthcare*. 2009;4:35-42.

Clauser BE, Balog KP, Harik P, Kahraman N. A multivariate generalizability analysis of history-taking and physical examination scores from the USMLE Step 2 Clinical Skills examination. *Academic Medicine*. 2009;84(10 Suppl):S86-S89.

Dillon GF, Clauser BE. Computer-delivered patient simulations in the United States Medical Licensing Examination (USMLE). *Simulation in healthcare: Journal of the Society for Simulation in Healthcare*. 2009;4:30-34.

Harik P, Clauser BE, Grabovsky I, Nungester RJ, Swanson DB, Nandakumar R. An examination of rater drift within a generalizability theory framework. *Journal of Educational Measurement*. 2009;46:43-58.

Harik P, Cuddy MM, O'Donovan S, Murray CT, Swanson DB, Clauser BE. Assessing potentially dangerous medical actions with the computer-based case simulation portion of the USMLE Step 3 examination. *Academic Medicine*. 2009;84(10 Suppl):S79-S82.

Holtzman KZ, Swanson DB, Ouyang W, Hussie K, Albee K. Use of multimedia on the Step 1 and Step 2 Clinical Knowledge components of USMLE: a controlled trial of the impact on item characteristics. *Academic Medicine*. 2009;84(10 Suppl):S90-S93.

Johnson DA. An Assessment of USMLE examinees found to have engaged in Irregular Behavior. *Journal of Medical Regulation*. 2009/2010;95(4):26-35.

Melnick DE. Licensing examinations in North America: is external audit valuable? *Medical Teacher*. 2009;31:212-214.

-55-

4 of 4

Raymond MR, Clauser BE, Swygert KA, van Zanten M. Measurement precision of spoken English proficiency scores on the USMLE Step 2 Clinical Skills examination. *Academic Medicine*. 2009;84(10 Suppl):S83-S85.

Swanson DB, Holtzman KZ, Johnson DA. Developing test content for the United States Medical Licensing Examination. *Journal of Medical Licensure and Discipline*. 2009;95(2):22-29.

Swanson DB, Sawhill AJ, Holtzman KZ, Bucak SD, Morrison C, Hurwitz S, DeRosa GP. Relationship between performance on Part I of the American Board of Orthopaedic Surgery Certifying Examination and scores on USMLE Steps 1 and 2. *Academic Medicine*. 2009;84(10 Suppl):S21-S24.

Swygert KA, Muller ES, Swanson DB, Scott CL. The relationship between USMLE Step 2 CS Communication and Interpersonal Skills (CIS) ratings and the time spent by examinees interacting with standardized patients. *Academic Medicine*. 2009;84 (10 Suppl):S1-S4.

van Zanten M, Boulet JR. Medical education in the Caribbean: variability in Educational Commission for Foreign Medical Graduate certification rates and United States Medical Licensing Examination attempts. *Academic Medicine*. 2009;84(10 Suppl):S13-S16.

**US·MLE**

| United States |
| Medical |
| Licensing |
| Examination |

®

**UNITED STATES MEDICAL LICENSING EXAMINATION** ®

**STEP 2 CLINICAL SKILLS (CS) SCORE REPORT**

This score report is provided for the use of the examinee.
Third-party users of USMLE information are advised to rely solely on official USMLE transcripts.

**Ayanova, Yoana Evgenieva**

**USMLE ID:  0-836-499-4**                              **Test Date:  May 20, 2015**

The USMLE is a single examination program consisting of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care. Step 2 is designed to assess whether an examinee can apply medical knowledge, skills, and understanding of clinical science essential for the provision of patient care under supervision, including emphasis on health promotion and disease prevention. The inclusion of Step 2 in the USMLE sequence is intended to ensure that due attention is devoted to principles of clinical sciences and basic patient-centered skills that provide the foundation for the safe and competent practice of medicine. There are two components to Step 2:  a Clinical Knowledge (CK) examination and a Clinical Skills (CS) examination.  This report represents results for the Step 2 CS examination only.  Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. The overall Pass/Fail outcome provided below represents your result for the administration of the Step 2 CS on the test date shown above.

| *Overall* *Pass/Fail Outcome* |
| :---: |
| **FAIL** |

The overall outcome for Step 2 CS, reported above, is based upon the minimum passing levels set by USMLE for the three Step 2 CS subcomponents. The three subcomponents are Integrated Clinical Encounter (ICE), Communication and Interpersonal Skills (CIS), and Spoken English Proficiency (SEP). It is necessary to pass all three subcomponents in order to obtain an overall passing outcome on the Step 2 CS. Results for the three Step 2 CS subcomponents are reported below.

| *ICE* | *CIS* | *SEP* |
| :---: | :---: | :---: |
| **FAIL** | **PASS** | **PASS** |

**US·MLE**

| United States |
| Medical |
| Licensing |
| Examination |

® 

**UNITED STATES MEDICAL LICE.   ING EXAMINATION** ®

**STEP 2 CLINICAL SKILLS (CS) SCORE REPORT**

This score report is provided for the use of the examinee.
Third-party users of USMLE information are advised to rely solely on official USMLE transcripts.

**Ayanova, Yoana Evgenieva**

**USMLE ID:  0-836-499-4**                    **Test Date:  September 30, 2015**

The USMLE is a single examination program consisting of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care. Step 2 is designed to assess whether an examinee can apply medical knowledge, skills, and understanding of clinical science essential for the provision of patient care under supervision, including emphasis on health promotion and disease prevention. The inclusion of Step 2 in the USMLE sequence is intended to ensure that due attention is devoted to principles of clinical sciences and basic patient-centered skills that provide the foundation for the safe and competent practice of medicine. There are two components to Step 2:  a Clinical Knowledge (CK) examination and a Clinical Skills (CS) examination.  This report represents results for the Step 2 CS examination only.  Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. The overall Pass/Fail outcome provided below represents your result for the administration of the Step 2 CS on the test date shown above.

| Overall Pass/Fail Outcome |
| --- |
| **FAIL** |

The overall outcome for Step 2 CS, reported above, is based upon the minimum passing levels set by USMLE for the three Step 2 CS subcomponents. The three subcomponents are Integrated Clinical Encounter (ICE), Communication and Interpersonal Skills (CIS), and Spoken English Proficiency (SEP). It is necessary to pass all three subcomponents in order to obtain an overall passing outcome on the Step 2 CS. Results for the three Step 2 CS subcomponents are reported below.

| ICE | CIS | SEP |
| --- | --- | --- |
| **PASS** | **FAIL** | **PASS** |

Home > About ECFMG > Overview

# About ECFMG

Overview | Statement of Values, Mission, and Purposes | Annual Report | Organizational Members |
Board of Trustees | Senior Staff | Initiatives | History | Careers at ECFMG

## Overview

ECFMG is a world leader in promoting quality health care—serving physicians, members of the medical education and regulatory communities, health care consumers, and those researching issues in medical education and health workforce planning.

International medical graduates (IMGs) comprise one-quarter of the U.S. physician workforce. Certification by ECFMG is the standard for evaluating the qualifications of these physicians before they enter U.S. graduate medical education (GME), where they provide supervised patient care. ECFMG Certification also is a requirement for IMGs to take Step 3 of the three-step United States Medical Licensing Examination (USMLE) and to obtain an unrestricted license to practice medicine in the United States.

ECFMG provides other programs for IMGs pursuing U.S. GME, including those that assist them with the process of applying for U.S. GME positions; and that sponsor foreign nationals for the J-1 visa for the purpose of participating in such programs. We offer a verification service that allows GME programs, state medical boards, hospitals, and credentialing agencies in the United States to obtain primary-source confirmation that their IMG applicants are certified by ECFMG. The ECFMG Certificate Holders Office (ECHO) provides support and service to ECFMG-certified physicians as they plan their medical careers.

ECFMG partners with the National Board of Medical Examiners (NBME) in administering the Step 2 Clinical Skills (CS) component of USMLE, a requirement for IMGs and for graduates of U.S. and Canadian medical schools who wish to be licensed in the United States or Canada. Through this collaboration, ECFMG uses its experience in assessment to ensure that all physicians entering U.S. GME can demonstrate the fundamental clinical skills essential to providing safe and effective patient care under supervision.

Through more than five decades of certifying IMGs, ECFMG has developed unparalleled expertise on the world's medical schools, the credentials they issue to their graduates, and the verification of those credentials. ECFMG has expanded this expertise to include credentials related to postgraduate training and registration/licensure through its primary-source credentials verification service for international medical regulatory authorities. And now, through the Electronic Portfolio of International Credentials (EPIC℠), we are bringing this expertise to individual physicians and the entities that license, train, educate, and employ them.

ECFMG's commitment to promoting excellence in international medical education led to the establishment of its nonprofit foundation, the Foundation for Advancement of International Medical Education and Research (FAIMER). FAIMER has assumed responsibility for, and expanded upon, ECFMG's programs for international medical educators and ECFMG's research agenda. Through FAIMER, ECFMG offers training in leadership and health professions education; creates and maintains data resources on medical education worldwide; and conducts research on international medical education programs, physician migration, and U.S. physician workforce issues.

ECFMG is a private, nonprofit organization whose members are: American Board of Medical Specialties; American Medical Association; Association of American Medical Colleges; Association for Hospital Medical Education; Federation of State Medical Boards of the United States, Inc.; and National Medical Association.

**ECFMG Fast Facts**
- Established in 1956
- Private, nonprofit organization

Back to top

- 59 -

6/13/2016                                                                                    ECFMG | About ECFMG

- Headquartered in Philadelphia, Pennsylvania
- Employs more than 800 people

ECFMG issued the first Standard ECFMG Certificates in 1958. Since then, it has certified more than 320,000 international medical graduates.

**Areas of Expertise:**

- Evaluating the qualifications of international medical graduates
- International medical schools
- Physician credentials related to medical education, training, and licensure
- Assessing clinical skills

FAIMER, a nonprofit foundation of ECFMG
Apply for employment
Contact ECFMG

Last updated April 2, 2013.
® Registered in the US Patent and Trademark Office.
Copyright © 1996-2016 by the Educational Commission for Foreign Medical Graduates. All rights reserved.

Terms | Privacy | Sitemap | Careers | Contact

— 60 —

# THE UNITED STATES MEDICAL LICENSING EXAMINATION (USMLE)



The USMLE, cosponsored and co-owned by the NBME and the FSMB, is the largest NBME examination program, accounting for more than 75% of the NBME's programmatic activity. It is a three-Step examination for medical licensure in the United States. USMLE assesses a physician's ability to apply knowledge, concepts, and principles, and to demonstrate fundamental patient-centered skills that are important in health and disease and that constitute the basis of safe and effective patient care. The USMLE program supports medical licensing authorities in the United States through its leadership in the development, delivery, and continual improvement of high-quality assessments across the continuum of physicians' preparation for practice.

The following summary includes highlights of significant activities in 2015; additional information on research initiatives is provided elsewhere in the 2015 *Annual Report*.

## USMLE ADMINISTRATION AND MINIMUM PASSING SCORES

Continuous test administration of the USMLE is available to all examinees. For Step 1, Step 2 Clinical Knowledge (CK), and Step 3, which are the computer-based testing (CBT) components of the USMLE program, test scheduling and delivery are provided by Prometric. These CBT examinations are currently administered at more than 350 US/Canadian Prometric test centers and approximately 100 international Prometric test centers. Additional test centers are located at five medical schools in the United States. The Step 1 and Step 2 CK examinations are administered worldwide; the Step 3 examination is administered in the United States only.

Step 2 Clinical Skills (CS) is a standardized patient examination. Scheduling and test delivery for Step 2 CS are provided by the Clinical Skills Evaluation Collaboration (CSEC). See page 25 for more details about CSEC.

For each Step examination, a pass or fail result is provided as a USMLE program recommendation for each examinee. Passing results are based on achievement of specified levels of proficiency established prior to administration of examinations. Statistical procedures are employed to ensure that for each Step, the level of proficiency required to pass remains uniform across forms of the examination. As noted in the USMLE *Bulletin of Information* and on the USMLE website, the performance level required to meet the recommended level of proficiency is reviewed periodically and may be adjusted without prior notice. Notice of adjustments is posted on the internet at www.usmle.org. Details on the performance of examinees taking USMLE in the past two years are provided in the following tables.

## STANDARD-SETTING ACTIVITIES

Every three to four years the USMLE Management Committee is asked to complete an in-depth review of standards. At its December 2015 meeting, the Management Committee conducted such a review for USMLE Step 3. During the meeting, the Management Committee considered information from multiple sources, including: 1) results of content-based standard-setting exercises conducted in 2015 with three independent groups of physicians; 2) results of surveys of various groups (e.g., state licensing representatives, medical school faculty, samples of examinees) concerning the appropriateness of current pass/fail standards for Step examinations; 3) trends in examinee performance; and 4) score precision and its effect on the pass/fail decision.

As a result of its review, the Management Committee decided to raise the three-digit score recommended to pass Step 3 from 190 to 196. The new minimum passing score was applied to Step 3 examinations for which the first day of testing was on or after January 1, 2016.

$- 61 -$

Case 5:16-cv-00952-JGB-SP Document 9-2 Filed 06/28/16 Page 14 of 25 Page ID #:614

The examinees will not recommend any specific treatments in the note in contrast to a true clinic SOAP note (i.e., IV fluids, antibiotics, or other medications). Over the course of an 8-hour exam day, the examinees complete 12 such encounters. Step 2 CS examinees will be required to type patient notes on a computer beginning July 17, 2011.[5]

USMLE Step 2 CS replaced the former ECFMG Clinical Skills Assessment (CSA) effective June 14, 2004. The last administration of the ECFMG Clinical Skills Assessment (CSA) took place on April 16, 2004. When the CSA first started it was strictly for Foreign Medical Graduates while US graduates were not required to do it. That was considered double standards in the US medical licensing process. Later the CSA was replaced with the USMLE step 2 CS and became inclusive to all medical graduates.

## Grading

The test is graded on a pass/fail basis, without any numerical score associated with it (as opposed to the other parts of the USMLE series). In order to pass, one must achieve a grade of "pass" in each of the three sub-components of the exam.[6] A score report is provided in the event of failure.

- **Integrated Clinical Encounter (ICE)** - This component includes the ability of the examinees to collect pertinent clinical information from the SP, and to write an appropriate patient note with differential after the clinical encounter. The former part is graded by the simulated patient, and the latter by a practicing physician.
- **Communication and Interpersonal Skills (CIS)** - This component includes evaluating the examinees' question asking skills (asking open ended questions, avoiding repetition and medical jargon), information sharing skills (acknowledging patient concerns, providing counseling and information about what will happen in the future), and professionalism / rapport (asking about feelings and concerns, showing consideration for patient comfort, proper hygiene during examinations, providing empathy and respect for the simulated patient).
- **Spoken English Proficiency (SEP)** - This component includes clarity of spoken English communication in the context of pronunciation, word choice, and minimizing the need to repeat questions or statements.

## Exam centers

This exam can be taken only in the U.S. at five Clinical Skills Evaluation Centers (CSEC), located in:

- Atlanta, Georgia
- Chicago, Illinois
- Houston, Texas
- Los Angeles, California
- Philadelphia, Pennsylvania

## Controversy

The Step 2 CS exam was added to the USMLE series in 2004 by the NBME and FSMB. However, the test garnered criticism for its high exam fee and need to travel to one of five testing sites. Even before the exam was rolled out, the American Medical Association raised serious concerns with the exam, both because it failed to provide students feedback and room for remediation and because there was no proof



the exam actually accomplished its mission of protecting the public.[7] In a comprehensive review of the USMLE series that began in 2004, many stakeholders had "strong reactions" to Step 2 CS, questioning the "value added by its inclusion in the USMLE sequence, and noting the redundancy with what some US schools are already measuring, as well as the difficult burden it places on students."[8]

In 2013, an article published in the New England Journal of Medicine raised additional concerns about the value of the exam. The authors calculated that the test fee alone cost students $36 million annually, and that the cost of detecting a single student who failed the exam on back-to-back attempts was $1.1 million.[9]

In February 2016, a group of students at Harvard Medical School launched a national petition (http://endstep2cs.com/petition) calling for an end to Step 2 CS. Since the petition opened, it has collected over 16,000 signatures from medical students and physicians from all over the country.[10]

In May 2016, the Massachusetts Medical Society and the Michigan State Medical Society have passed resolutions calling for the elimination of Step 2 CS.

In Jun 2016, the Arizona Medical Association and the AMA - Medical Student Section passed resolutions also calling for the elimination of Step 2 CS. All four resolutions were introduced to the American Medical Association's 2016 Annual House of Delegates meeting, and were combined and adopted as a substitute, single resolution by a unanimous voice vote on 6/15/2016. The adopted language calls for the AMA to work with the FSMB, NBME, state medical societies, and state medical boards to pursue the transition from the Step 2 CS exam to a school-administered clinical skills exam as a licensure requirement.

# See also

- USMLE Step 1
- USMLE Step 2 CK
- USMLE Step 3

# References

1. [1] (http://www.nbome.org/)
2. http://www.nbme.org/students/examfees.html
3. http://www.ecfmg.org/fees/index.html
4. Step 2. Clinical Skills (CS). Content Description and General Information (http://www.usmle.org/pdfs/step-2-cs/cs-info-manual.pdf) 2013
5. http://www.usmle.org/General_Information/announcements.aspx
6. USMLE: Test Content & Practice Materials (http://www.usmle.org/Examinations/step2/cs/content/scoring.html)
7. "A Critical Review of Standardized Patient Examinations as Part of the USMLE". *Virtual Mentor* **5** (12). 2003-12-01. doi:10.1001/virtualmentor.2003.5.12.pfor1-0312.
8. "United States Medical Licensing Examination | CRU (Comprehensive Review)". *www.usmle.org*. Retrieved 2016-03-18.
9. Lehman, Elmer Philip IV; Guercio, Jason Ross (2013-03-07). "The Step 2 Clinical Skills Exam — A Poor Value Proposition". *New England Journal of Medicine* **368** (10): 889–891. doi:10.1056/NEJMp1213760. ISSN 0028-4793. PMID 23465102.
10. "Home". *End Step 2 CS*. Retrieved 2016-03-13.

– 63 –



### ICE component

**pratikad** (Posts 1)
6/23/2013 2:56:45 PM

What in the world do you need to do in order to pass the ICE component? I received my score recently, and failed in ICE. CIS and SEP are all the way to the right. Now, i have to make sure i do the same thing i did before for CIS and figure out what went wrong with ICE. Please help, thank you!

**wanali** (Posts 1)
6/23/2013 5:55:36 PM

Hi, I m in the same boat.Infact me and my friend prepare toghether but she passesd Mashallah ICE although on borderline but I failed ICE with high scores in other two.Anyways I started again but still try to find out abt ICE, I heard from someone that it is pt notes in which most of us fail.if you have some information how tk pass ICE plz help me too.thanks

**pratikad** (Posts 1)
6/25/2013 3:02:13 AM

For all the people who failed ICE, can you please post a comment as to why you think you might have
failed it? That would be really appreciated



**ICE component**

**pratikad** (Posts 1)
6/23/2013 2:56:45 PM

What in the world do you need to do in order to pass the ICE component? I received my score recently, and failed in ICE. CIS and SEP are all the way to the right. Now, i have to make sure i do the same thing i did before for CIS and figure out what went wrong with ICE. Please help, thank you!

**wanali** (Posts 1)
6/23/2013 5:55:36 PM

Hi, I m in the same boat.Infact me and my friend prepare toghether but she passesd Mashallah ICE although on borderline but I failed ICE with high scores in other two.Anyways I started again but still try to find out abt ICE, I heard from someone that it is pt notes in which most of us fail.if you have some information how tk pass ICE plz help me too.thanks

**pratikad** (Posts 1)
6/25/2013 3:02:13 AM

For all the people who failed ICE, can you please post a comment as to why you think you might have



No SIM 📶     11:36 AM     19% 🔋
usmleforum.com

USMLE Forum .com    Dr. Najeeb Lectures    World's Most Popular Lectures on Basic Medical Sciences.   Learn More

| USMLE Forum |
| --- |
| Step 1 |
| Step 2 CK |
| Step 2 CS |
| Matching & Residency |
| Step 3 |
| Classifieds |
| Archives |

<<   <     * Step 2 CS   *     >   >>



PASS CS FIRST ATTEMPT #1 RATED CS ICE SEP

PASS ICE 1st TIME! TARGET USMLE CS HANDBOOK AMAZON.COM ★★★★★

DRUG SAFETY JOBS 848-299-5900

TUTOR ITS YOUR TURN TO PASS STEP 2 CS BUDDY

Ace Step 2 CS on first attempt! Join our team at csstepbuddy.com

Dr. Puma's CS Via Skype

### * Failed CS today-ICE part

eddyheart - 10/14/09 23:08

I got higher performance in CIS and SEP but I failed the ICE.

What should I do to improve that?????

<span>Report Abuse</span>



Dr. Najeeb Lectures   ›

### * Re:Failed CS today-ICE part

irvinedawg - 10/15/09 00:23

I know how stressful can this process be and the CS exam is an added stress. I am a "committed" study "tutor" who is also meticulous and skilled in training others. I offer Study schedule, case simulation, feedback and improve your English. I have tutored IMGs and US medical students – all of them successfully passed from the first attempt so far :-) I give critical case by case feedback practicing all cases as many times as you want! Rates: $25 per hour with a free discussion about the exam, study plans and goals.
Email me directly at medtutor2009@hotmail.com

About me:
I am a 4th year medical student at UCSF. I went to UC Bekerley for undergrad and Chicago Med. for my masters. I have 8 years of tutoring experience, as I was tutor for Kaplan before and was trained through their program.

<span>Report Abuse</span>

### * Re:Failed CS today-ICE part

forumguest - 10/15/09 00:38

Eddyheart,
I am so sorry, especially when most have obtained a pass score today. Regarding the ICE part, I think the most possible reason for your failure is that you have not practiced enough. I would like to suggest you to find a serious partner and practice the FA and UW cases at least three times for each. Organize the questions for each system, and write the memories that you are easier to remember. And practice the PN again and again until you can write each without thinking after the encounter, based on the templete of FA. You may think it is impossible, but after write more than 100 PN, I am sure you can do it within 10 min. I actually wrote more than 200 PN before the test, and could finish it within 8-9 min during the test. Also, this part was the only which I got the high performance asterisk.
All these preparation only needs 4 weeks, and I am sure everyone can pass if he/she take it seriously. Good luck!

<span>Report Abuse</span>

### * Re:Failed CS today-ICE part

jayusmle - 10/15/09 13:25

Hi eddyheart,
In the ICE component, pay a great deal of attention to your patient notes, they would give you more marks than the data gathering because no one is absolutely sure what is on the checklists of the SPs. In my exam, i thought i tried in the data gathering but my results show that my patients notes made me pass that component since it was much better than the data gathering from the xxxxxx going to the higher performance area for the patients notes and xxxxx going very close to the lower performance area..Practise patients notes over and over.. Make photocopies of FA with the empty page that has space for patients notes and make many copies and try practising squeezing what you have to write in the space..

ALWAYS START WRITING DIFFERENTIAL DIAGNOSES AND INVESTIGATIONS FIRST and EXAMINATION FINDINGS next and HISTORY last!!!!! VIP..AND YOU WILL FINISH IN 10 MINUTES...

<span>Report Abuse</span>

### * Re:Failed CS today-ICE part

drrk2009 - 10/16/09 00:13

I also failed, my part of failure is data gathering.
PN is is and above the margin line. Any suggestions as it and any attempt for 2010 match? Please!!!!!

 UWORLD   MENU ☰      

**wanali** (Posts 1)
6/15/2013 2:32:15 PM

I failed ICE, in other components ihave higher score, I really want to know wat happened.For each case I make D/D before entering into the room, ask qs according to D/D, ask every patient if they wanna tell me anything, openended qs, etc finish ontime except first case, then wat happen. Plz advice I couldn't sleep for three days but crying, badly need help.thanks

**Nufa26** (Posts 1)
6/15/2013 8:37:57 PM

**wanali** wrote:
I failed ICE, in other components ihave higher score, I really want to know wat happened.For each case I make D/D before entering into the room, ask qs according to D/D, ask every patient if they wanna tell me anything, openended qs, etc finish ontime except first case, then wat happen. Plz advice I couldn't sleep for three days but crying, badly need help.thanks

Hello wanali,

I'm very sorry to hear about your result. It's really a painful situation.
Please start for cs study again. since you just took the test, the content for cs exam is still in your mind.

Improve your ICE component- study more & don't leave SEP & CIS components. So, work more on all three components. Please read my original post regarding ICE component.

In addition, I would like to give some tips for ICE-

For history taking- please memorize the questions from 44 long cases in FA. I heard that, these questions mostly covered SP's check-list.

For P/E- watch P/E videos from UW, the old version, these videos are also available in u-tube.

For PN- you can also follow PN style from FA. Just add 3 D/D- with history & P/E findings. Please learn signs-symptoms of diseases from mini cases in FA.

PRACTICE very well.
Work on your typing speed accordingly.

-67-



Vital Checklist - Official Website      Dr. S...      ...MD – Portfolio Website      Authors      USMLE* »

VITAL CHECKLIST WORKSHOP FOR STEP 2 CS
GRAND RAPIDS | HOUSTON | NEW YORK

VITAL CHECKLIST ONLINE WORKSHOP/SKYPE PARTNER FOR 10 HOURS
EMAIL US – HI@VITALCHECKLIST.COM

🏠      Patient Experience      USMLE* »      Medical Students      Residency Interviews      Medical News      ⤬

## WHY MEDICAL STUDENTS FAIL IN USMLE STEP 2 CLINICAL SKILLS EXAM?

Posted by Dr. Harpreet Singh, Chief Editor   October 25, 2015   in Medical Students, Step 2 CS, USMLE*



Vital Checklist Step 2 CS Baymont INN houston

**Live training sessions Vital Checklist Workshop at Houston**

## WHY MEDICAL STUDENTS FAIL IN USMLE STEP 2 CLINICAL SKILLS EXAM?

USMLE Step 2 CS exam has three components—Integrated Clinical Encounter (ICE), Spoken English Proficiency (SEP) and Communication and Interpersonal Skills (CIS). Students appearing for Step 2 CS test have to pass all the components in one sitting. As a USMLE Instructor, a lot of students tell me they did everything right in the Step 2CS encounter but still failed.

I just failed in the ICE component of the exam, should I ask ECFMG to recheck my score?

I write this to explain, how to pass the USMLE Step 2 Clinical Skills Exam in first attempt with flying colors.

## FAILED IN INTEGRATED CLINICAL ENCOUNTER (ICE)

If you fail to extract a good history and lack a good clinical acumen, it will lead to poor patient note and obviously will affect your outcome in the Step 2 CS Exam. When I coach medical students, I teach them the Simon Sinek's "Start with Why" approach.

| Why | I failed in Step 2 CS because of poor approach. |
| How | I was not able to collect the clinical information from the patient correctly. |
| What | Poor patient note, as I have nothing to write now. |

My training methodology is to coach them with the help of Vital Checklists that can provide them with quick memory aid to recall all the questions.

### Right sidebar

🔲 ➕ⓖ f ▶️

**FEATURED VIDEO**



iCrush Multiple Sclerosis

Popular   Recent   Comments   Tags

 Unmatched to Matched- My Journey!
March 22, 2015

 USMLE Step 2 Clinical Skills Exam- My preparation experience
August 27, 2015

ROLE OF PHYSICIAN IN MULTIPLE SCLEROSIS PATIENT- A YOUNG PHYSICIAN'S PERSPECTIVE
September 25, 2015

 Cerebral Palsy- A cause of Plight and Unite
August 13, 2014

 Why Medicine?- Choosing Medicine as a Profession
September 25, 2014

**FIND US ON FACEBOOK**



USMLE Coach by...
2,988 likes

f Like Page      🍎 Share

Be the first of your friends to like this







No SIM 📶      11:35 AM      20% 🔋
🔒 targetusmle.com

## Target USMLE
† In Him I Trust
### One stop solution to Step 2 CS

Call us : +91-9003271258    Ⓢ : mjjune1

Login ▾ | Sign up | Contact | Feedback

Follow us on: 🄵 Ⓢ 🄣 🄖 🄟 🄦

DY PLAN | FREE TIPS | VIDEO TUTORIALS | ASSESS MY PREP | ONLINE COURSE | ONLINE MOCK | RAPID CS REVIEW | LIVE MOCK / PREP | STEP 2 CS TIPS

**USMLE
STEP 2
CS**

**FIRST
AID
USMLE
STEP 2
CS**

**STEP 2 CS
PATIENT
NOTE**

**ECFMG
STEP 2 CS**

**STEP 2 CS
SCHEDULE**

**STEP 2 CS
VIDEO TIPS**

# USMLE STEP 2 CS

| | |
|---|---|
| | **SAMPLE PDF** |
| 1. | <u>PATIENT NOTE CORRECTION</u> 📄 |



**USMLE Step 2 CS** is a very unique exam which requires a unique way of preparation. It is an examination that assesses you as a medical doctor before you get to practice in the United States. USMLE Step 2 CS tests you on 3 components: ICE (integrated clinical encounter), CIS (Communication interpersonal skills) and SEP ( spoken English proficiency).

The **"ICE component"** encompasses the data gathering and patient note skills. Most of the ICE component gets graded by the physician who corrects your patient note and the physical exam component gets judged by the Standardized patient (SP). The CIS and SEP part are entirely judged by the SPs. USMLE Step 2 CS pass requires you to pass all three components. Even if you fail in one component you still fail the USMLE Step 2 CS exam!

The **USMLE Step 2 CS** exam appears to be an easy exam especially after all the efforts you have taken for the USMLE step 1 and USMLE step 2 CK exam. So most students take it for granted and just glance at a few books /forums/ask their seniors how to go about it before they take this expensive exam. Unfortunately those resources alone are not sufficient. There are nuances to the USMLE Step 2 CS exam that are overlooked by many students until they have taken it several times. The examinees then search for reasons why they failed the exam because the result comes as a shock to them though they asked all the questions and recall being nice to their patients during the exam!

Target USMLE has created a very comprehensive, thorough and well thought out game plan for cracking the step 2 cs the first time in the form of 7 Easy steps 2 cs. It is a self study program from home with a 24 hour access for 30 days. Please don't start practicing cases before you know you are doing it the right way. We have had many students who failed step 2 cs pass with this program even after their 3rd or 4th attempt using other resources. It is the first of its kind - an online teaching program with short video lectures and demos that covers A-Z of the USMLE Step 2 CS exam at very nominal prices (1/10th of live coaching rates). You get to watch these videos at your own free time! By going through our step by step program for USMLE Step 2 CS you are all set to practice with your study partners the right way. Step 2 cs Do it once. Do it right!






**Message**



**2015**

**NBME Annual Report**

100 YEARS
NBME
1915 - 2015

In 2015 the RIC established an institutional research agenda and identified three high-priority programs within that agenda that are germane to NBME's goals. Those programs include: assessment of teamwork and health-care team interactions; methods to improve the quality and effectiveness of performance ratings; and criterion-related validation strategies, including studies of the relationships between test scores and practice or patient outcomes. Other research efforts promoted and coordinated by TOR are summarized in a later section.

Periodically, NBME staff members are recognized for their research accomplishments and service to the field. Here are a few from 2015:

- **Peter Baldwin** – recipient of the 2015 NCME Alicia Cascallar Award
- **Kimberly Swygert** – recipient of the 2015 Academic Medicine Excellence in Reviewing Award
- **Howard Wainer** – recipient of the 2015 AERA E.F. Lindquist Award

## EDWARD J. STEMMLER MEDICAL EDUCATION RESEARCH FUND

The Stemmler Fund was established in 1995 and subsequently named in honor of Dr. Edward J. Stemmler, who was largely responsible for the conception of the program while chair of the NBME. The goal of the Stemmler Fund is to provide support for research or development of innovative assessment approaches that will enhance the evaluation of those preparing to, or continuing to, practice medicine.

Since its inception, the Stemmler Fund has awarded 80 grants for a total of approximately 7.15 million dollars. During the 2014-2015 grant cycle, 47 proposals were reviewed by the Stemmler Fund Committee. On April 13, the committee met and made three recommendations for awardees, which were announced as follows:

**Dr. Matthew Lineberry, University of Illinois at Chicago**
*Leveraging assessment for learning: Optimizing challenge and engagement in an intelligent formative assessment system*

**Dr. Todd P. Chang, Keck School of Medicine at University of Southern California**
*Teaching and assessing cost and time effective patient care using serious gaming strategies*

**Dr. Kathleen Mary Finn, Harvard Medical School**
*The assessment of resident decision making and patient safety: A randomized trial of inpatient medical supervision of trainees*

Additional information is available on the NBME website.

During the 2015-2016 letter of intent (LOI) cycle, 48 applicants submitted LOIs describing their proposed research projects. LOIs were reviewed by the Stemmler Committee in November, and 10 applicants were invited to submit full proposals. Pending the outcome of content expert review and rating, proposals will be selected for funding in April of 2016.

**STEMMLER FUND STEERING COMMITTEE**



*Chair*
LEWIS R. FIRST, MD, MS
University of Vermont College of Medicine

MARK A. ALBANESE, PHD
University of Wisconsin School of Medicine
and Public Health

PETER B. ANGOOD, MD
American Association for Physician Leadership
Tampa, Florida

PETER J. BRUNS, PHD
Chevy Chase, Maryland

ERIC S. HOLMBOE, MD
Yale School of Medicine

RUTH HOROWITZ, PHD
New York University School of Arts and Science

HEIDI HULLINGER, MD
Rutgers New Jersey Medical School

CATHY J. LAZARUS, MD
Tulane University School of Medicine

KENNETH M. LUDMERER, MD, MA
Washington University in St. Louis School of Medicine

DAVE SWANSON, PHD
American Board of Medical Specialties
Chicago, Illinois

*NBME Staff*
BRIAN E. CLAUSER, EDD
MONICA CUDDY, MA
RICHARD FEINBERG, PHD
MARC GESSAROLI, PHD
THOMAS REBBECCHI, MD
KIMBERLY A. SWYGERT, PHD

*Consultant*
ROBERT M. GALBRAITH, MD, MBA

---

— 72 —

# PUBLISHED PAPERS AND INVITED PRESENTATIONS

The list of published papers and invited presentations in 2015 reflects the scholarly work of NBME staff members, who are sought-after speakers and panel members at meetings and conferences throughout the world.

## 2015 PUBLICATIONS

**Anderson MB**. Really good stuff: lessons learned through innovation in medical education: a peer-reviewed collection of short reports from around the world on innovative approaches to medical education. *Medical Education*. 2015;49:1137-1138.

**Anderson MB**, Varpio L, Finn G, Youssry I. Really good stuff: lessons learned through innovation in medical education: introduction. *Medical Education*. 2015;49:509-512.

**Baldwin P**. Weighting components of a composite score using naïve expert judgments about their relative importance. *Applied Psychological Measurement*. 2015;39:539-550.

**Baldwin P**, **Wainer H**. Item response theory: a statistical theory of measurement based on fungible items. In: Henly SJ, ed. *Routledge International Handbook of Advanced Quantitative Methods in Nursing Research*. New York: Routledge; 2015:58-80.

**Bogle D**, **Thulasiram S**. Multi-period accounting in accounts payable and how to integrate it to Projects: OAUG Insight. *Oracle Applications Users Group*. 2015; Winter:26-30.

**Clauser BE**, **Margolis MJ**, Clauser JC. Issues in simulation-based assessment. In: Drasgow F, ed. *Technology and Testing: Improving Educational and Psychological Measurement*. New York: Routledge; 2015:49-78.

Cook R, **Wainer H**. Joseph Fletcher, thematic maps, slavery and the worst places to live in the UK and the US. In: Kostelnick C, Kimball M, eds. *Visible Numbers: Essays on the History of Statistical Graphics*. Burlington, VT: Ashgate Publishing; 2015:83-106.

**Cuddy MM**, **Winward ML**, Johnston MM, Lipner RS, **Clauser BE**. Evaluating validity evidence for USMLE Step 2 Clinical Skills data gathering and data interpretation scores: does performance predict history-taking and physical examination ratings for first-year internal medicine residents? *Academic Medicine*. 2015; Sept 21. [Epub ahead of print]

Dong T, Durning SJ, Gilliland WR, **Swygert KA**, Artino AR. Development and initial validation of a program director's evaluation form for medical school graduates. *Military Medicine*. 2015;180(4 Suppl):97-103.

Dong T, LaRochelle JS, Durning SJ, Saguil A, **Swygert KA**, Artino AR. Longitudinal effects of medical students' communication skills on future performance. *Military Medicine*. 2015;180(4 Suppl):24-30.

**Feinberg RA**, **Raymond MR**, **Haist SA**. Repeat testing effects on credentialing exams: are repeaters misinformed or uninformed? *Educational Measurement: Issues and Practice*. 2015;34(1):34-39.

**Feinberg RA**, **Wainer H**. How much is enough? A reply to Sinharay, Haberman, and Boughton. *Educational Measurement: Issues and Practice*. 2015;34(3):9.

**2015 NBME ANNUAL REPORT**