

*Serving the public through evaluation of healthcare professionals worldwide*

NBME®

2009 Annual Report

NATIONAL BOARD OF MEDICAL EXAMINERS®

- 74 -

# Published Papers and Invited Presentations



The list of published papers and invited presentations during 2009 reflects the scholarly work of the NBME staff members, who are sought after as speakers and panel members at meetings and conferences throughout the world.

Names of NBME staff members are shown in **blue**.

## Publications 2009

**Baldwin P**, Bernstein J, **Wainer H**. Hip psychometrics. *Statistics in Medicine*. 2009;28:2277-2292.

**Baldwin P, Wainer H**. A little ignorance: how statistics rescued a damsel in distress. *Chance*. 2009;22(3):51-55.

**Baldwin SG, Harik P**, Keller LA, **Clauser BE, Baldwin P, Rebbecchi TA**. Assessing the impact of modifications to the documentation component's scoring rubric and rater training on USMLE Integrated Clinical Encounter scores. *Academic Medicine*. 2009;84(10 Suppl):S97-S100.

Barberio JA, Gomella LG, Adams AG, **Haist SA**, Smith KM. *Nurse's Pocket Drug Book 2009*. 5th ed. New York, NY: McGraw-Hill; 2009.

Boulet JR, Smee SM, **Dillon GF**, Gimpel JR. The use of standardized patient assessments for certification and licensure decisions. *Simulation in Healthcare: The Journal of the Society for Simulation in Healthcare*. 2009;4:35-42.

**Clauser BE**, Balog K, **Harik P, Kahraman N**. A multivariate generalizability analysis of history-taking and physical examination scores from the USMLE Step 2 Clinical Skills examination. *Academic Medicine*. 2009;84(10 Suppl):S86-S89.

**Clauser BE, Harik P, Margolis MJ**, McManus IC, Mollon A, Chis L, Williams S. An empirical examination of the impact of group discussion and examinee performance information on judgments made in the Angoff standard-setting procedure. *Applied Measurement in Education*. 2009;22:1-21.

**Clauser BE, Mee JM, Baldwin SG, Margolis MJ, Dillon GF**. Judges' use of examinee performance data in an Angoff standard-setting exercise for a medical licensing examination: an experimental study. *Journal of Educational Measurement*. 2009;46:390-407.

Davis D, **Galbraith RM**. Continuing medical education effect on practice performance: effectiveness of continuing medical education: American College of Chest Physicians Evidence-Based Educational Guidelines. *Chest*. 2009;135(3 Suppl):42S-48S.

Dillon GF, Clauser BE. Computer-delivered patient simulations in the United States Medical Licensing Examination (USMLE). *Simulation in Healthcare: The Journal of the Society for Simulation in Healthcare.* 2009;4:30-34.

Feddock CA, Hoellein AR, Griffith CH, Wilson JF, Lineberry MJ, Haist SA. Bridging the gap: enhancing knowledge and clinical skills through an adolescent medicine workshop. *Archives of Pediatrics and Adolescent Medicine.* 2009;163:256-260.

Gomella LG, Haist SA, Adams AG. *Clinician's Pocket Drug Reference.* 8th ed. New York, NY: McGraw-Hill; 2009.

Griffith CH, Wilson JF, Haist SA, Albritton TA, Bognar BA, Cohen SJ, Hoesley CJ, Fagan MJ, Ferenchick GS, Pryor OW, Friedman E, Harrell HE, Hemmer PA, Houghton BL, Kovach R, Lambert DR, Loftus TH, Painter TD, Udden MM, Watkins RS, Wong RY. Internal medicine clerkship characteristics associated with enhanced student examination performance. *Academic Medicine.* 2009;84:895-901.

Harik P, Clauser BE, Grabovsky I, Nungester RJ, Swanson DB, Nandakumar R. An examination of rater drift within a generalizability theory framework. *Journal of Educational Measurement.* 2009;46:43-58.

Harik P, Cuddy MM, O'Donovan S, Murray CT, Swanson DB, Clauser BE. Assessing potentially dangerous medical actions with the computer-based case simulation portion of the USMLE Step 3 examination. *Academic Medicine.* 2009;84(10 Suppl):S79-S82.

Hauer KE, Ciccone AL, Henzel TR, Katsufrakis PJ, Miller SH, Norcross WA, Papadakis MA, Irby DM. Remediation of the deficiencies of physicians across the continuum from medical school to practice: a thematic review of the literature. *Academic Medicine.* 2009;84:1822-1832.

Hawkins RE, Katsufrakis PJ, Holtman MC, Clauser BE. Assessment of medical professionalism: who, what, when, where, how, and ... why? *Medical Teacher.* 2009;31:348-361.

Hawkins RE, Roemheld-Hamm B, Ciccone AL, Mee JM, Tallia A. A multimethod study of needs for physician assessment: implications for education and regulation. *Journal of Continuing Education in the Health Professions.* 2009;29:220-234.

Hoellein AR, Griffith CH, Lineberry MJ, Wilson JF, Haist SA. A complementary and alternative medicine workshop using standardized patients improves knowledge and clinical skills of medical students. *Alternative Therapies in Health and Medicine.* 2009;15(6):30-34.

Holtman MC. Paradoxes of professionalism and error in complex systems. *Journal of Biomedical Informatics.* 2009(Aug 9 2009, Epub).

Holtzman KZ, Swanson DB, Ouyang W, Hussie K, Albee K. Use of multimedia on the Step 1 and Step 2 Clinical Knowledge components of USMLE: a controlled trial of the impact on item characteristics. *Academic Medicine.* 2009;84(10 Suppl):S90-S93.

Kahraman N, De Boeck P, Janssen R. Modeling DIF in complex response data using test design strategies. *International Journal of Testing.* 2009;9:151-166.

Lowe MM, Aparicio A, Galbraith RM, Dorman T, Dellert E. The future of continuing medical education: effectiveness of continuing medical education. American College of Chest Physicians Evidence-Based Educational Guidelines. *Chest.* 2009;135(3 Suppl):69S-73S.

Mazmanian PE, Davis DA, Galbraith RM. Continuing medical education effect on clinical outcomes: effectiveness of continuing medical education. American College of Chest Physicians Evidence-Based Educational Guidelines. *Chest.* 2009;135(3 Supp):49S-55S.

Melnick DE. Licensing examinations in North America: is external audit valuable? *Medical Teacher.* 2009;31:212-214.

Norcross WA, Henzel TR, Freeman K, Milner-Mares J, Hawkins RE. The UCSD Physician Assessment and Clinical Education (PACE) Program: 10 years of experience in physician competence assessment. *Academic Medicine.* 2009;84:1008-1014.

Raymond MR. Assessing Performance: Designing, Scoring, and Validating Performance Tasks [book review]. *Journal of Educational Measurement.* 2009;46:474-477.

Raymond MR, Clauser BE, Swygert KA, van Zanten M. Measurement precision of spoken English proficiency scores on the USMLE Step 2 Clinical Skills examination. *Academic Medicine.* 2009;84(10 Suppl):S83-S85.

Raymond MR, Neustel S, Anderson D.  Same-form retest effects on credentialing examinations. *Educational Measurement: Issues and Practice*. 2009;28(2):19-27.

Reid JB, **Raymond MR**, Zara AR. Examination design and construction. In: Knapp J, Anderson L, Wild C, eds. *Certification: the ICE handbook*. 2nd ed. Washington, DC: Institute for Credentialing Excellence; 2009:149-182.

**Swanson DB**, **Holtzman KZ**, Johnson DA. Developing test content for the United States Medical Licensing Examination. *Journal of Medical Licensure and Discipline*. 2009;95(2):22-29.

**Swanson DB**, **Sawhill AJ**, **Holtzman KZ**, **Bucak SD**, **Morrison C**, Hurwitz S, DeRosa GP. Relationship between performance on Part I of the American Board of Orthopaedic Surgery Certifying Examination and scores on USMLE Steps 1 and 2.  *Academic Medicine*. 2009;84(10 Suppl):S21-S24.

Swing SR, **Clyman SG**, Holmboe ES, Williams RG. Advancing resident assessment in graduate medical education. *Journal of Graduate Medical Education*. 2009;2:278-286.

**Swygert** KA, **Muller ES**, **Swanson DB**, **Scott CL**.  The relationship between USMLE Step 2 CS Communication and Interpersonal Skills (CIS) ratings and the time spent by examinees interacting with standardized patients.  *Academic Medicine*. 2009;84(10 Suppl):S1-S4.

**Wainer H**. *Picturing the Uncertain World: How to Understand, Communicate, and Control Uncertainty through Graphical Display*. Princeton, NJ: Princeton University Press; 2009.

**Wainer H**. A good table can beat a bad graph: it matters who plays Mozart. *Chance*. 2009;22(4):55-57.

**Wainer H**. Response to Quade.  Letter.  *Chance*. 2009;22(3):7.

**Wainer H**.  Can we ever prevent the imprisonment of innocent people?  Available at: www.Miller-McCune.com. Accessed January 10, 2010.

**Wainer H**.  An eye-witness to the principles and principals of 20th century statistics – a review of Erich L. Lehmann's Reminiscences of a Statistician: The Company I Kept. [book review].  *Journal of Educational Measurement*. 2009;46:243-245.

**Wainer H**.  A response to critics. Letter.  *The American Scientist*. 2009(97):5-6.

**Wainer H**.  A centenary celebration for Will Burtin: a pioneer of scientific visualization.  *Chance*. 2009;22(1):51-55.

**Wainer H**, Larsen M.  Pictures at an exhibition.  *Chance*. 2009;33(2):46-47.

**Wainer H**, Lysen S.  That's funny... *The American Scientist*. 2009;97:272-275.

**Wainer H**, Robinson DH.  Profiles in courage: Linda S. Gottfredson. *Journal of Educational and Behavioral Statistics*. 2009;34:395-427.

Wells CS, **Baldwin SG**, Hambleton RK, Sireci SG, Karatonis A, Jirka S. Evaluating score equity assessment for State NAEP.  *Applied Measurement in Education*. 2009;22:394-408.

**Winward ML**, **De Champlain AF**, **Grabovsky I**, **Scoles PV**, **Swanson DB**, **Holtzman KZ**, **Pannizzo L**, Sousa N, Costa ML. Gathering evidence of external validity for the Foundations of Medicine Examination: a collaboration between the National Board of Medical Examiners and the University of Minho. *Academic Medicine*. 2009;84(10 Suppl):S116-S119.

## Presentations 2009

**Azari ED**, Brinckerhoff  L, **Carson JD**, **Farmer C**, Mellichamp F. Test accommodations under the 2008 amendments to the ADA.  Council of Licensure Enforcement and Regulation; September, 2009; Denver, CO.

**Baldwin SG**, **Rebbecchi TA**.  Assessing written communication skills: effect of training and scoring tools on reliability and validity.  Research in Medical Education; November, 2009; Boston, MA.

Burgoyne RA, **Green SZ**, Randall M.  Recent litigation under the ADA.  Testing Agencies Disability Forum; November, 2009; Princeton, NJ.

**Butler A**.  Grading guidelines study for the NBME medical school subject examination program.  Weill Cornell Medical College in Qatar; April, 2009; Doha, Qatar.

**Butler A**.  A journey in assessment. Annual Day Address. KMC-International Centre; October, 2009; Manipal, India.

**Butler A**. NBME assessment for medical schools. Universidad Iberoamericana (UNIBE); December 2009; Santo Domingo, Dominican Republic.

**Butler A**. NBME medical school assessments and evaluation tools. Weill Cornell Medical College in Qatar; April, 2009; Doha, Qatar.

**Butler A**. New directions at the NBME. Student National Medical Association; April 2009; New Orleans, LA.

**Butler A**. Overview of the flexible blueprinting system and customized assessments. Group for Research in Pathology Education (GRIPE); January, 2009; Columbia, SC.

**Butler A**. Update on medical school services. Organization of Student Representatives, Association of American Medical Colleges; November, 2009; Boston, MA.

**Butler A**. USMLE update. Group for Research in Pathology Education (GRIPE); January, 2009; Columbia, SC.

**Butler A**. USMLE/NBME update. Weill Cornell Medical College in Qatar; April 2009; Doha, Qatar.

**Butler A, Dillon G, Katsufrakis P, Melnick D, Scoles PV**. NBME/USMLE update. Association of American Medical Colleges; November, 2009; Boston, MA.

**Butler A, Moser H**. USMLE/NBME update. KMC-International Centre; October, 2009; Manipal, India.

**Butler A, Swanson DB, Holtzman KZ, Langer MM, Nelson MV**. Blending progress tests with clerkship finals: web-based test batteries. Association for Medical Education in Europe; August-September, 2009; Malaga, Spain.

**Ciccone AL**. National needs assessment project: state medical board findings. ABMS Maintenance of Licensure Workshop; November, 2009; Chicago, IL.

**Clauser BE, Margolis MJ, Mee JM**. An experimental study of the use of performance data by judges in an Angoff standard setting exercise. Psychometric Society; July, 2009; Cambridge, UK.

**De Champlain AF**. Scoring and reporting issues with CSE's and workplace assessments. Workshop. Association of American Medical College; November, 2009; Boston, MA.

**Dillon GF**. Computer-based case simulations in the United States Medical Licensing Examination. Simulation in Healthcare; January, 2009; Orlando, FL.

**Dillon GF**. USMLE update. AMA-IMG Section Governing Council; November, 2009; Houston, TX.

**Dillon GF, Katsufrakis PJ, Melnick DE, Scoles PV**. Comprehensive Review of USMLE (CRU). Federation of State Medical Boards; April, 2009; San Antonio, TX.

**Dillon GF, Swanson DB**. Catching the wave: prevention education and the USMLE. Association for Prevention Teaching and Research; February, 2009; Los Angeles, CA.

**Farmer C**, Hosterman J, Walter L. Case studies: interagency perspectives from the front lines pre- and post-ADAAA. Testing Agencies Disability Forum; November, 2009; Princeton, NJ.

**Furman GE, Scott CL**. Transitioning from trainer to administrator/director: "empowering your inner leader." Association of Standardized Patient Educators; June, 2009; Las Vegas, NV.

**Furman GE**, Smee S, **Scott CL**, Wojcik J. Improving your role playing and feedback skills: lessons from the trenches of high stakes licensure examinations. Workshop. Association of Standardized Patient Educators; June, 2009; Las Vegas, NV.

**Furman GE**, Smee S, Wilson C. Quality assurance considerations for high stakes examinations. Workshop. Association for Medical Education in Europe; August-September, 2009; Malaga, Spain.

Garrison G., **Nelson MV**. Managing student records for USMLE and NBME web-based exam programs. GSA Professional Development Conference for Medical School Admissions Officers; June, 2009; Ft. Lauderdale, FL.

**Grabovsky I, Swanson DB, Holtzman KZ, Scoles PV**. Scoring the Foundations of Medicine Examination: results of comparison of the performance of examinees across years of training. Association for Medical Education in Europe; August-September, 2009; Malaga, Spain.

**Henzel TR, Ciccone AL**, Norcross WA. Preliminary analysis of an ethics and communication examination for specialty group differences on four ACGME competencies. Coalition for Physician Enhancement; June, 2009; Toronto, Canada.

Holtman MC, **Katsufrakis PJ**. Assessment of Professional Behavior: defining the path of professionalism in the basic science curriculum. International Association of Medical Science Educators; March, 2009; Webcast.

Holtman MC, **Katsufrakis PJ**. Expansion of Assessing Professional Behaviors pilot. Associated Medical Schools of New York; September, 2009; New York, NY.

Holtzman KZ, **Swanson DB**. Developing high-quality multiple-choice questions to assess application of knowledge using patient vignette. Workshop. Association for Medical Education in Europe; August-September, 2009; Malaga, Spain.

Holtzman KZ, **Swanson DB, Butler A, Hussie K**, Case Western Reserve University School of Medicine Cumulative Achievement Testing Study Group. Cumulative achievement testing: progress testing in reverse. Association for Medical Education in Europe; August-September, 2009; Malaga, Spain.

Holtzman KZ, **Swanson DB, Scoles PV**, International Foundations of Medicine Examination Study Group. Design and development of the International Foundations of Medicine Examination. Association for Medical Education in Europe; August-September, 2009; Malaga, Spain.

Huggett KN, Greenberg R, Gusic ME, **Ketterer JM**. Answering questions in medical education: strategies for successful collaboration. Association of American Medical Colleges; November, 2009; Boston, MA.

**Jobe AC**. Assessment: final exam. Association for Medical Education in Europe; August-September, 2009; Malaga, Spain.

**Jobe AC**. The clinical skills exam-background and applications: should we be teaching to the test? Stanford Symposium on Bedside Medicine; September, 2009; Palo Alto, CA.

Johnson DJ, **Dillon GF**. Changes in course for the USMLE. New York Board of Medicine; March, 2009; New York, NY.

Kahraman N, **De Champlain AF, Gessaroli ME**. Modeling complex task features: modeling method and trait effects using confirmatory factor analysis. American Educational Research Association; April, 2009; San Diego, CA.

Kahraman N, Thompson T. Relating unidimensional IRT parameters to a multidimensional response space: a comparison of two alternative dimensionality reduction approaches. National Council on Measurement in Education; April, 2009; San Diego, CA.

**Katsufrakis PJ**. Assessing Professional Behavior. IM Grand Rounds-Saint Peter's University Hospital; November, 2009; New Brunswick, NJ.

**Katsufrakis PJ**. Assessing Professional Behaviors and NBME activities in professionalism. The 13 School Consortium; April, 2009; Philadelphia, PA.

**Katsufrakis PJ**. DNP certifying exam. Council of Medical Specialty Societies; May, 2009; Chicago, IL.

**Katsufrakis PJ**. NBME update. NEAAHP/NEGSA/NEMAS/NEOSR Joint Conference; April, 2009; Philadelphia, PA.

**Katsufrakis PJ**. USMLE update. American Medical Schools Pharmacology Chairs; January, 2009; Zihuatanejo, Mexico.

**Katsufrakis PJ**. USMLE update. Accreditation Council for Graduate Medical Education; March, 2009; Grapevine, TX.

**Katsufrakis PJ**. USMLE update. Medical Biochemistry Course Directors; April, 2009; Myrtle Beach, SC.

**Katsufrakis PJ**. USMLE update. Association of Pathology Chairs; July, 2009; Seattle, WA.

**Ketterer JM**, Smith N, Dalrymple PW. Skills for the future: informatics skills for information professionals. Medical Library Association; October, 2009; Atlantic City, NJ.

**King AM**, Boulet JR. Fundamentals of Assessment in Medical Education (FAME). Association of American Medical Colleges; November, 2009; Boston, MA.

**King AM**, Boulet JR. Fundamentals of Assessment in Medical Education (FAME). Association for Medical Education in Europe; August-September, 2009; Malaga, Spain.

**King AM**, Boulet JR. Fundamentals of Assessment in Medical Education (FAME). Accreditation Council for Continuing Medical Education; September, 2009; Chicago, IL.

King AM, Boulet JR, Errichetti TA, Pohl H. Developing case material for performance based assessments. Association of Standardized Patient Educators; June, 2009; Las Vegas, NV.

King AM, Hoppe R. Team communication skills: novice to expert learners. International Conference on Communication in Healthcare; October, 2009; Miami Beach, FL.

King AM, Margolis MJ, Pohl H, Wagner D. Test construction. Workshop. Association for Medical Education in Europe; August-September, 2009; Malaga, Spain.

Langer MM. A reexamination of Lord's Wald test for differential item functioning detection using item response theory and modern error estimation. Psychometric Society; July, 2009; Cambridge, UK.

Langer MM. Test equating: designs, methods, and applications to progress testing. Association for Medical Education in Europe; August-September, 2009; Malaga, Spain.

Langer MM, Swygert KA, Boulet JR. Using survival data analysis to predict success on the USMLE Step 2 CS examination. Research in Medical Education; November, 2009; Boston, MA.

Margolis MJ. Skills assessment: advances and challenges. American Educational Research Association; April, 2009; San Diego, CA.

Mee JM, Mazor KM, Holtman MC. Who knows what I do? Medical students' and residents' views of training. Research in Medical Education; November, 2009; Boston, MA.

Melnick DE. NBME sources for medical scholars. Kasturba Medical College; March, 2009; Manipal, India.

Melnick DE. NBME views on maintenance of licensure. ABMS-FSMB-NBME Joint Meeting on Maintenance of Licensure; August, 2009; Philadelphia PA.

Melnick DE. Preparing for USMLE. Kasturba Medical College; March, 2009; Manipal, India.

Melnick DE. There's a thread to follow. Kasturba Medical College Annual Day Keynote Address. Kasturba Medical College; March, 2009; Manipal, India.

Melnick DE. USMLE today and tomorrow. Tulane University School of Medicine; January, 2009; New Orleans, LA.

Melnick DE. USMLE update and comprehensive review. Federation of State Medical Boards; April, 2009; Arlington, VA.

Nelson MV. USMLE/NBME update. AAMC Southern Region Group on Student Affairs April, 2009; Chicago, IL.

Nelson MV. USMLE/NBME update. AAMC Central Region Group on Student Affairs Meeting; April, 2009; Chicago, IL.

Nungester RJ, Clauser BE, Mills C, Fabrey L, Case SM, Brennan R, Plake B, Sireci S. Responding to errors in high stakes assessments. American Educational Research Association; April, 2009; San Diego, CA.

Nungester RJ, McNulty M, Buchman K, Riley R, Anderson L. Advanced test construction and delivery techniques: enhancing security and integrity. Virtual patient simulations. National Organization for Competency Assurance; November, 2009; Phoenix, AZ.

Pannizzo LO. NBME International Foundations of Medicine examination program. Universidad Iberoamericana (UNIBE); December, 2009; Santo Domingo, Dominican Republic.

Raymond MR. Best practices in oral examination. American Board of Surgery Retreat; June, 2009; Philadelphia, PA.

Raymond MR, Ahn-Ewing J. Best practices for NOCA accreditation. National Organization for Competency Assurance; March, 2009; Webcast.

Raymond MR, Clauser BE, Furman GE. Reducing measurement error in ratings of communication and interpersonal skills through statistical adjustment. Association for Medical Education in Europe; August-September, 2009; Malaga, Spain.

Rebbecchi TA, Boulet JR. Assessing the written communication skills of medical school graduates. Workshop. Association for Medical Education in Europe; August-September, 2009; Malaga, Spain.

Scoles PV. Exam format. American Association of Osteopathic Examiners; January, 2009; New Orleans, LA.

Scott CL, Furman GE, Jobe AC.  Teaching or assessment? Adapting standardized patient cases for either use. Workshop.  Association for Medical Education in Europe; August-September, 2009; Malaga, Spain

Swanson DB.  A framework for thinking about the reliability and validity of commonly used assessment methods.  Association for Medical Education in Europe; August-September, 2009; Malaga, Spain.

Swanson DB, Holtzman KZ.  Writing case-based MCQs for basic science courses.  International Association of Medical Science Educators; June, 2009; Leiden, Netherlands.

Swanson DB, Holtzman KZ, Butler A, Langer MM, Nelson MV.  Collaboration across the pond: the multi-school progress testing project.  Association for Medical Education in Europe; August-September, 2009; Malaga, Spain.

Swanson DB, Holtzman KZ, Johnson M, Ling Y, Ouyang W, Bucak SD, Haist SA.  Retention of basic science information by senior medical students.  International Association of Medical Science Educators; June, 2009; Leiden, Netherlands.

Swygert KA.  Measurement of clinical skills: rules, tips, guidelines, and pitfalls. Workshop.  Association for Medical Education in Europe; August-September, 2009; Malaga, Spain.

Swygert KA.  The usefulness of Hierarchical Linear Modeling (HLM) in the assessment of how examinees use time on innovative high-stakes standardized examinations.  Department of Measurement, Statistics, and Evaluation, University of Maryland College of Education; March, 2009; Baltimore, MD

Swygert KA, Balog K, Furman GE, van Zanten M.  Performance of examinees on the USMLE Step 2 CS Communication and Interpersonal Skills (CIS) subscales.  Research in Medical Education; November, 2009; Boston, MA.

Swygert KA, Balog K, Jobe A.  The impact of repeat information on examinee performance for a large-scale standardized-patient examination.  National Council on Measurement in Education; April, 2009; San Diego, CA.

Swygert KA, Swanson DB, Scott CL, Muller ES.  An assessment of encounter timing in a high-stakes standardized-patient based examination.  American Educational Research Association; April, 2009; San Diego, CA.

van Zanten M, Boulet JR, Swygert KA.  Evaluating the spoken English proficiency of international medical graduates in a performance-based clinical skills examination.  American Educational Research Association; April, 2009; San Diego, CA.

Wainer H.  Pictures at an exhibition: the role of visual displays in an evidence-based science. The Samuel J. Messick Career Achievement Award Invited Lecture.  American Psychological Association; August, 2009; Toronto, Canada.

Wainer H, Baldwin P, Bernstein J. Hip psychometrics. Workshop on Item Response Theory; October 2009; Enschede, Netherlands.

At its December 2009 meeting, the Step 1 Committee considered the results of the surveys and the standard setting exercises, as well as data on recent trends in examinee performance and on the relationship of score precision to the pass/fail decision. As a result of its review, the Committee decided to raise the three-digit score recommended to pass Step 1 from 185 to 188. The new minimum passing score was applied to Step 1 examinations for which the first day of testing was on or after January 1, 2010.

## Step 2 CK

Details on the performance of examinees taking Step 2 CK in the 2007-2008 and 2008-2009 academic years are provided below. First-time takers from US and Canadian medical schools granting the MD degree numbered approximately 16,500 in the 2007-2008 academic year and 17,100 in 2008-2009. First-time takers from non-US/Canadian medical schools numbered 12,847 and 11,868, respectively. The pass rates for first-time takers from MD-granting US and Canadian medical schools were 96% and 97% for the academic years. As noted with Step 1, given the opportunity for this same group to repeat the examination, the ultimate Step 2 CK passing rate across test administrations is expected to increase to approximately 99% for this same group.

| TABLE 2A | 2007–2009 STEP 2 CK ADMINISTRATIONS Number Tested and Percent Passing | | | |
|---|---|---|---|---|
| | 2007-2008* | | 2008-2009* | |
| | # Tested | % Passing | # Tested | % Passing |
| *Examinees From US/Canadian Schools that Grant* | | | | |
| MD Degree | 17,440 | 94% | 17,842 | 96% |
|   1st Takers | 16,499 | 96% | 17,060 | 97% |
|   Repeaters** | 941 | 69% | 782 | 72% |
| DO Degree | 701 | 87% | 829 | 90% |
|   1st Takers | 672 | 87% | 806 | 90% |
|   Repeaters** | 29 | 72% | 23 | 78% |
| Total US/Canadian | 18,141 | 94% | 18,671 | 95% |
| *Examinees From Non-US/Canadian Schools* | | | | |
|   1st Takers | 12,847 | 81% | 11,868 | 83% |
|   Repeaters** | 3,320 | 51% | 2,865 | 54% |
| Total non-US/Canadian | 16,167 | 74% | 14,733 | 78% |

\* Data for Step 2 CK are provided for examinees tested during the period of July 1 to June 30.
\*\* 'Repeaters' represents examinations given, not number of different examinees.

## Step 2 CS

Details on the numbers and overall performance of examinees taking Step 2 CS in the 2007-2008 and 2008-2009 academic years are provided in Table 2B. First-time takers from US and Canadian medical schools granting the MD degree numbered 16,715 for 2007-2008 and 17,054 for 2008-2009, with passing rates of 97% for both years. First-time takers from non-US/Canadian medical schools numbered 13,787 and 13,181 during these two periods. The respective passing rates for this group were 72% and 73%.

Examinees taking Step 2 CS must pass three separate sub-components in order to record an overall pass on Step 2 CS. The three sub-components are: Integrated Clinical Encounter (ICE), Communication and Interpersonal Skills (CIS), and Spoken English Proficiency (SEP). For the US/Canadian and the non-US/Canadian medical school groups separately, Table 2C provides first-taker passing rates on each of the CS sub-components.

*(2009 NBME annual report)*

# END STEP 2 CS (/)

**HOME** (/)
**UPDATES** (/UPDATES/)
**GET INVOLVED** (/GET-INVOLVED/)
**LEARN MORE**
**ABOUT STEP 2 CS** (/LEARN/)
**ABOUT US** (/ABOUT/)
**CONTACT US** (/CONTACT-US/)

    **SIGN THE PETITION** (/PETITION/)



**US·MLE**
United States
Medical
Licensing
Examination ®

UNITED STATES MEDICAL LICENSING EXAMINATION®

STEP 2 CLINICAL SKILLS (CS) SCORE REPORT

This score report is provided for the use of the examinee.
Third-party users of USMLE information are advised to rely solely on official USMLE transcripts.

## Eliminate Step 2 CS for US Medical Graduates

In 2004, the US Medical Licensing Exam (USMLE) was expanded to include a clinical skills assessment -- Step 2 CS. A similar exam had previously been administered only to foreign medical graduates, but since the change all graduates of US medical schools are required to pass the exam prior to obtaining a medical license. **We strongly believe eliminating the national clinical skills exam for US medical graduates reduces unnecessary costs in the education process without negatively affecting patient care.**

### EXPENSE

The exam fee alone currently **costs $1,275,** and most students pay hundreds of dollars more to travel and stay near one of five national testing centers. Nationally, the test fee alone costs students $36 million annually. **Over 95% of US medical students pass on their first attempt.**

### LACK OF EFFICACY



Despite 11 years of data since the exam was broadened to include US medical graduates, **there are no data to support a causal link between Step 2 CS and improved patient outcomes.** The Step 2 CS exam aims to assure that all licensed physicians have basic clinical competencies and can communicate effectively with patients. These **skills can be more efficiently evaluated by individual medical schools,** the vast majority of which already conduct their own clinical skills exams. While Step 2 CS provides students only a pass/fail grade, exams by individual schools can provide students with a more comprehensive assessment as well as targeted feedback to help students to improve their skills in communication, history taking, physical examination, and clinical reasoning.

## POOR VALUE

Currently, **it costs over $1 million to catch a single student who fails the Step 2 CS** on back-to-back attempts. Step 2 CS adds no provable benefit to US medical education or patient safety at an enormous cost. The exam should not be required for licensing of US medical school graduates.

## CURRENT SIGNATURE COUNT



| 0 | 5,000 | 10,000 | 15,000 | 20,000 |

15,930

## PLEASE **SIGN YOUR NAME BELOW** TO SUPPORT THE MOVEMENT TO END STEP 2 CS AS A REQUIRED EXAM FOR GRADUATES OF US MEDICAL SCHOOLS.

*This petition was written by a group of fourth year students at Harvard Medical School. We are building a national coalition to convince NBME to eliminate Step 2 CS, and we promise not to share your contact information with anyone.*

First Name *

Last Name *

Email Address *

What is your current level of training? *
○ Medical Student
○ Resident
○ Fellow

(fli 図 財 国)

# Join the national movement to End Step 2 CS

In 2004, the US Medical Licensing Exam (USMLE) was expanded to include a clinical skills assessment -- Step 2 CS. A similar exam had previously been administered only to foreign medical graduates, but since the change all graduates of US medical schools are required to pass the exam prior to obtaining a medical license. **We strongly believe eliminating the national clinical skills exam for US medical graduates reduces unnecessary costs in the education process without negatively affecting patient care.**

## THOUSANDS HAVE ALREADY SIGNED THEIR NAMES



**SIGN THE PETITION (/PETITION)**

RECENT UPDATES

# END STEP 2 CS (/,

**HOME (/)**
**UPDATES (/UPDATES/)**
**GET INVOLVED (/GET-INVOLVED/)**
**LEARN MORE**
**ABOUT STEP 2 CS (/LEARN/)**
**ABOUT US (/ABOUT/)**
**CONTACT US (/CONTACT-US/)**

     SIGN THE PETITION (/PETITION/)

## Learn More

**ABOUT STEP 2 CS
(/LEARN/)**

**ABOUT US (/ABOUT/)**



# Frequently Asked Questions

## WHY WAS STEP 2 CS CREATED?

The Step 2 CS exam was implemented to address important concerns -- assuring that all licensed physicians have basic clinical competencies and can effectively communicate with patients. These are important goals that deserve attention and resources. However, an expensive standardized exam is not a cost-effective method.

## WHO WAS BEHIND THE CREATION OF STEP 2 CS?

The USMLE is jointly controlled by two organizations -- The National Board of Medical Examiners



Case 5:16-cv-00952-JGB-SP   Document 3-3   Filed 06/28/16   Page 14 of 25   Page ID #:186

(NBME) and the Federation of State Medical Boards (https://www.fsmb.org/) (FSMB). These two organizations were responsible for the addition of a national clinical skills exam to the medical licensure process in 2004.

However, Step 2 CS has been fought by many medical school administrators and the American Medical Association (http://journalofethics.ama-assn.org/2003/12/pfor1-0312.html) (AMA) since its introduction, Many medical schools initially made a symbolic stand against the new test by not requiring it for graduation. However, this gesture was short-lived, as doing so prohibited students from receiving additional financial aid to pay for the exam.

## HOW MUCH DOES STEP 2 CS COST?

> The test fee alone, currently $1,275 per student, costs over $36 million annually.

Step 2 CS is expensive. The test fee alone, currently $1,275 per student, costs over $36 million annually.[1] Since over 99% US medical students pass on their first or second try, it costs over $1 million to "catch" a single student who fails the exam on back-to-back attempts.[1] These costs do not include travel and lodging expenses, which are substantial for many students due to the scarcity of testing facilities, often exceeding $500. Given that most students finance their medical education with loans, the final cost can easily exceed $2000 per student.

## WHY DO YOU THINK COST IS SO IMPORTANT?



The total student debt burden in the United States has never been greater. In a climate where qualified, compassionate Americans might be deterred from the resource- and time-intensive commitment of medical school, eliminating unnecessary

– 87 –

costs to medical education is vita    s these costs often fall hardest on underrepresented minorities in medicine, it is imperative that we, as a community of medical professionals, take actions to reduce the financial burdens of our education.

## BUT SHOULDN'T MEDICAL LICENSING HAVE SOME MECHANISM TO IDENTIFY MEDICAL STUDENTS DEFICIENT IN CLINICAL SKILLS?

Yes, it absolutely should. And this identification is already done, time and time again, through each medical school's clinical curricula.

Over the past several decades, evaluating students' clinical skills has become increasingly important in medical education in the United States and around the world. Consequently, the vast majority of schools already employ their own clinical skills exams. A survey from 2005 revealed that 84% of medical schools already conducted at least one clinical skills examination in the third or fourth year even before Step 2 CS was implemented.[2] Over the past decade, the adoption of a school-based skills exam has almost certainly increased.

Just as state medical licensing boards and the NBME trust medical schools to deliver a standardized education for each physician's degree, so too should they trust schools to perform a rigorous, high-quality clinical assessment as a component of that degree.

## IF CLINICAL SKILLS TESTING IS FEDERATED TO INDIVIDUAL MEDICAL SCHOOLS, WON'T WE LOSE STANDARDIZATION?

Standardization is a major argument used to support a national skills exam rather than school-specific exams. However, with something as complicated as an examination of clinical skills, we do not believe that 100% standardization is possible even with the current exam. Despite the best efforts of the USMLE, there will always be subjective variability by examiner.

Furthermore, the ultimate



— 88 —

Case 5:16-cv-00952-JGB-SP   Document 8-3   Filed 06/28/16   Page 16 of 25   Page ID #:188



goal of the Step 2 CS exam is not to provide a reproducible score but rather to identify students who fail to meet basic qualifications expected of a good physician. Medical school-specific exams can conform to a standardized set of required competencies, which can be enforced through the accreditation process.

In addition, school-based skills exams have several benefits over the national CS exam. For example, while Step 2 CS provides students only a pass/fail grade and a bar graph of clinical versus interpersonal performance, medical schools can provide students with a much more comprehensive assessment as well as targeted feedback that can allow them to improve their skills in communication, history taking, physical examination, and clinical reasoning.

## WILL ELIMINATING STEP 2 CS COMPROMISE PATIENT SAFETY?

To date, there is no evidence that Step 2 CS improves patient safety. This is another common argument used to support Step 2 CS -- the idea that the test serves an important public health role by protecting patients from physicians who cannot demonstrate basic clinical or communication competencies. While this is a lofty goal, it is purely theoretical and is not supported by evidence.

Two recent studies by the NBME found weak correlations between Step 2 CS scores and end-of-year evaluations of internal medicine interns, although clinical skills scores added no additional predictive value beyond the written USMLE exams. [3,4] These studies have several important limitations. They include graduates of US and international medical schools, do not provide a comparison to individuals who failed Step 2 CS, and utilize raw Step 2 CS scores that are not provided to students. Additionally, faculty evaluations of house staff performance are subjective and susceptible to bias. In summary, the data do not prove a causative link between Step 2 CS and improved patient safety.

NBME is feverishly publishing papers in hopes of uncovering

stronger evidence to support the existence of Step 2 CS, but given the extremely low failure rate of US medical graduates, this might be difficult.

Additionally, medical students who demonstrate clinical deficiencies -- whether diagnostic, communications-based, or professional -- are unlikely to be first identified during Step 2 CS, just as those struggling in basic science are unlikely to have their first problem on Step 1. Educating and mentoring medical students in clinical skills is best handled by each US medical school's faculty, who are in the best position to know, understand, and remediate their students.

## WHAT ABOUT GRADUATES OF INTERNATIONAL MEDICAL SCHOOLS?

Our proposal does not extend to graduates of international medical schools. Even before CS was introduced in 2004, international graduates were required to take a clinical skills exam to assure they have the clinical, communication, and language skills to practice medicine in an American setting.

Some might argue that it is unfair to require a clinical skills exam for only a subset of medical students. However, while nearly all US medical students pass Step 2 CS, the pass rate for international students is only 74%.[5] Furthermore, US medical schools can replace Step 2 CS with their existing Objective Structured Clinical Exam (OSCE) as part of the LCME accreditation process. However, LCME has no authority to assure that foreign medical school curricula are adequately assessing the clinical and English communication skills of their students.

## WHO ACTUALLY HAS THE POWER TO ELIMINATE STEP 2 CS? DOES THIS REQUIRE LEGAL CHANGES?

The NBME and FSMB have power to eliminate Step 2 CS as a requirement for US medical graduates. However, pressure from individuals (via our **petition** (/petition)) and other professional organizations (like the American Medical Association) may influence the NBME.

State laws for medical licensure stipulate that students must pass

USMLE Step 2, but do not explicitly mention CS by name, and thus no laws would need amendment.

## WON'T A PETITION TO ELIMINATE CS JUST ENCOURAGE THE NBME TO RAISE THE PASSING THRESHOLD?

We trust that any opposition by the NBME towards this proposal will not result in a punitive reaction in the current administration of Step 2 CS. Our argument is not that a national clinical exam is without merit because almost everyone passes -- our argument, rather, is that this exam's existence is inherently poor value for America's grossly indebted graduates. Reactively making the exam more difficult would only enhance that fundamental problem.

## HOW WILL THIS IMPACT PATIENTS' PERCEPTIONS OF DOCTORS? DO WE RISK LOOKING LIKE WE'RE "GETTING OUT OF" AN EXAM?

We believe that patient perception of their physician rests on the quality of care and compassion delivered by that physician. American patients do not screen their doctors based on USMLE scores. Additionally, medical students and residents take dozens of exams; eliminating one does not render this community "under-tested".

## REFERENCES:

[1] Lehman EP, et al. The Step 2 Clinical Skills Exam -- A Poor Value Proposition. New Eng J Med 2013; 368:889-91.

[2] Hauer KE, et al. A National Study of Medical Student Clinical Skills Assessment. Acad Med 2005; 80(10):S25-9.

[3] Winward ML, et al. The relationship between communication scores from the USMLE Step 2 Clinical Skills examination and communication ratings for first-year internal medicine residents. Acad Med. 2013 May;88(5):693-8.

[4] Cuddy MM, et al. Evaluating Validity Evidence for USMLE Step 2 Clinical Skills Data Gathering and Data Interpretation Scores: Does Performance Predict History-Taking and Physical

Case 5:16-cv-00952-JGB-SP   Document 9-3   Filed 06/28/16   Page 19 of 25   Page ID #:191

Examination Ratings for First-Year Internal Medicine Residents?
Acad Med 2016 Jan; 91(1):133-9.

[5] USMLE Performance Data.
http://www.usmle.org/performance-data/
(http://www.usmle.org/performance-data/)

CONTACT@ENDSTEP2CS.COM (MAILTO:CONTACT@ENDSTEP2CS.COM)

HOME (/HOME)   UPDATES (/UPDATES)   GET INVOLVED (/GET-INVOLVED)
LEARN MORE (/LEARN)   CONTACT US (/CONTACT-US)

Powered by Squarespace (http://www.squarespace.com?
channel=word_of_mouth&subchannel=customer&source=footer&campaign=4fd1028ee4b02be53c65dfb3)



**US·MLE**
United States
Medical
Licensing
Examination

# USMLE®
## UNITED STATES MEDICAL LICENSING EXAMINATION ®

Search

Home   Bulletin   FAQs   Applications & Fees   Security   Step Examinations   Practice Materials   Test Accommodations   Scores & Transcripts   Data & Research

# FAQs

🏠  >  FAQs · Frequently Asked Questions

General | Biometric Enabled Check-In System | Practice Materials | Scores | Step 2 CS | Comprehensive Review

## Step 2 CS (Clinical Skills)

Show All Answers »

### General

#### Rationale

1. Why does the USMLE include a clinical skills component?

2. What studies support this need?

3. If assessment of clinical skills is so important, why was it absent from the USMLE until 2004?

   A version of the medical licensing exam many decades ago, in fact, included a "bedside encounter" to assess clinical skills but it was dropped in the 1960s because of questions at the time about its reliability. In 2004, an assessment of clinical skills was added to the USMLE because pilot studies showed it was reliable. Advances in testing science and in computerization made this possible.

4. Why isn't my passing grade on clinical skills exams in medical school sufficient for the licensing board?

#### Exam Design

5. How are licensing boards involved in the USMLE and Step 2 CS?

6. How does the USMLE program decide what cases will be presented in Step 2 CS and what skills will be assessed?

7. What evidence is there that the design of Step 2 CS is sound?

#### Pass Rate and Impact

8. How many people pass Step 2 CS?

9. Will I be able to learn how I performed on specific areas of the exam?

#### Number of Testing Sites



# Assessment
# Decision Guide

UNITED STATES OFFICE OF PERSONNEL MANAGEMENT



# Section II:  Evaluating and Implementing Assessment Tools

In selecting and evaluating an assessment tool, one must consider a number of important factors such as: (1) reliability, (2) validity, (3) technology, (4) the legal context, and (5) face validity/applicant reactions.  Each of these issues is discussed below as well as considerations concerning the design and effectiveness of selection systems.

***Reliability.***  The term reliability refers to consistency.  Assessment reliability is demonstrated by the consistency of scores obtained when same applicants are reexamined with the same or equivalent form of an assessment (e.g., a test of keyboarding skills).  No assessment procedure is perfectly consistent.  If an applicant's keyboarding skills are measured on two separate occasions, the two scores (e.g., net words per minute) are likely to differ.

Reliability reflects the extent to which these individual score differences are due to "true" differences in the competency being assessed and the extent to which they are due to chance, or random, errors.  Common sources of such error include variations in:

- Applicant's mental or physical state (e.g., the applicant's level of motivation, alertness, or anxiety at the time of testing)

- Assessment administration (e.g., instructions to applicants, time limits, use of calculators or other resources)

- Measurement conditions (e.g., lighting, temperature, noise level, visual distractions)

- Scoring procedures (e.g., raters who evaluate applicant performance in interviews, assessment center exercises, writing tests)

A goal of good assessment is to minimize random sources of error.  As a general rule, the smaller the amount of error, the higher the reliability.

Reliability is expressed as a positive decimal number ranging from 0 to 1.00, where 0 means the scores consist entirely of error.  A reliability of 1.00 would mean the scores are free of any random error.  In practice, scores always contain some amount of error and their reliabilities are less than 1.00.  For most assessment applications, reliabilities above .70 are likely to be regarded as acceptable.

The practical importance of consistency in assessment scores is they are used to make important decisions about people.  As an example, assume two agencies use similar versions of a writing skills test to hire entry-level technical writers.  Imagine the consequences if the test scores were so inconsistent (unreliable) applicants who applied at both agencies received low scores on one test but much higher scores on the other.  The decision to hire an applicant might depend more on the reliability of the assessments than his or her actual writing skills.

6

- 95 -

Reliability is also important when deciding which assessment to use for a given purpose. The test manual or other documentation supporting the use of an assessment should report details of reliability and how it was computed. The potential user should review the reliability information available for each prospective assessment before deciding which to implement. Reliability is also a key factor in evaluating the validity of an assessment. An assessment that fails to produce consistent scores for the same individuals examined under near-identical conditions cannot be expected to make useful predictions of other measures (e.g., job performance). Reliability is critically important because it places a limit on validity.

***Validity.*** Validity refers to the relationship between performance on an assessment and performance on the job. Validity is the most important issue to consider when deciding whether to use a particular assessment tool because an assessment that does not provide useful information about how an individual will perform on the job is of no value to the organization.

There are different types of validity evidence. Which type is most appropriate will depend on how the assessment method is used in making an employment decision. For example, if a work sample test is designed to mimic the actual tasks performed on the job, then a content validity approach may be needed to establish the content of the test matches in a convincing way the content of the job, as identified by a job analysis. If a personality test is intended to forecast the job success of applicants for a customer service position, then evidence of predictive validity may be needed to show scores on the personality test are related to subsequent performance on the job.

The most commonly used measure of predictive validity is a correlation (or validity) coefficient. Correlation coefficients range in absolute value from 0 to 1.00. A correlation of 1.00 (or -1.00) indicates two measures (e.g., test scores and job performance ratings) are perfectly related. In such a case, you could perfectly predict the actual job performance of each applicant based on a single assessment score. A correlation of 0 indicates two measures are unrelated. In practice, validity coefficients for a single assessment rarely exceed .50. A validity coefficient of .30 or higher is generally considered useful for most circumstances (Biddle, 2005).[3]

When multiple selection tools are used, you can consider the *combined* validity of the tools. To the extent the assessment tools measure different job-related factors (e.g., reasoning ability and honesty) each tool will provide unique information about the applicant's ability to perform the job. Used together, the tools can more accurately predict the applicant's job performance than either tool used alone. The amount of predictive validity one tool adds relative to another is often referred to as the incremental validity of the tool. The incremental validity of an assessment is important to know because even if an assessment has low validity by itself, it has the potential to add significantly to the prediction of job performance when joined with another measure.

Just as assessment tools differ with respect to reliability, they also differ with respect to validity. The following table provides the estimated validities of various assessment methods for predicting job performance (represented by the validity coefficient), as well as the incremental

---

[3] Biddle, D. (2005). *Adverse Impact and Test Validation: A Practitioner's Guide to Valid and Defensible Employment Testing.* Burlington, VT: Gower Publishing.

7

# TESTING AND ASSESSMENT:

# AN EMPLOYER'S GUIDE

# TO GOOD PRACTICES

U.S. Department of Labor
Employment and Training Administration
1999

™ The test measures what it claims to measure consistently or reliably. This means that if a person were to take the test again, the person would get a *similar* test score.

™ The test measures what it claims to measure. For example, a test of mental ability does in fact measure mental ability, and not some other characteristic.

™ The test is job-relevant. In other words, the test measures one or more characteristics that are important to the job.

™ By using the test, more effective employment decisions can be made about individuals. For example, an arithmetic test may help you to select qualified workers for a job that requires knowledge of arithmetic operations.

The degree to which a test has these qualities is indicated by two technical properties: *reliability* and *validity*.

## 2.    Test reliability

**Reliability** refers to how dependably or consistently a test measures a characteristic. If a person takes the test again, will he or she get a similar test score, or a much different score? A test that yields similar scores for a person who repeats the test is said to measure a characteristic reliably.

How do we account for an individual who does not get exactly the same test score every time he or she takes the test? Some possible reasons are the following:

™ **Test taker's temporary psychological or physical state.** Test performance can be influenced by a person's psychological or physical state at the time of testing. For example, differing levels of anxiety, fatigue, or motivation may affect the applicant's test results.

™ **Environmental factors.** Differences in the testing environment, such as room temperature, lighting, noise, or even the test administrator, can influence an individual's test performance.

™ **Test form.** Many tests have more than one version or form. Items differ on each form, but each form is supposed to measure the same thing. Different forms of a test are known as *parallel forms* or *alternate forms*. These forms are designed to have similar measurement characteristics, but they contain different items. Because the forms are not exactly the same, a test taker might do better on one form than on another.

™ **Multiple raters.** In certain tests, scoring is determined by a rater's judgments of the test taker's performance or responses. Differences in training, experience, and frame of reference among raters can produce different test scores for the test taker.

These factors are sources of chance or random measurement error in the assessment process. If there were no random errors of measurement, the individual would get the same test score, the individual's

3-2