1  Eric A. Herzog (Bar No. 229066)
   eric.herzog@nortonrosefulbright.com
2  **NORTON ROSE FULBRIGHT US LLP**
   555 South Flower Street
3  Forty-First Floor
   Los Angeles, California 90071
4  Telephone:   (213) 892-9200
   Facsimile:   (213) 892-9494
5
6  Attorneys for Defendant
   NATIONAL BOARD OF MEDICAL EXAMINERS

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOANA AYANOVA KIPRILOV,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>　　　　　Defendant. | Case No.: 5:16-cv-00952 JGB (SPx)<br><br>**PROOF OF SERVICE**<br><br>Hearing Date:   August 22, 2016<br>Hearing Time:   9:00 a.m.<br>Courtroom No.: 1<br><br>Judge Jesus G. Bernal |

# PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On July 15, 2016, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

1. **DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS' NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

2. **[PROPOSED] ORDER GRANTING DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS' MOTION TO DISMISS**

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Yoana Ayanova Kiprilov<br>1053 E. 6th Street, Apt. 26<br>Ontario, CA 91764<br>Phone: (707) 570-5155<br>Email: yoana_ayanova@yahoo.com | Elisa P. McEnroe, Esq.<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Phone: (215) 963-5917<br>Email: elisa.mcenroe@morganlewis.com<br><br>Counsel for Educational Commission for Foreign Medical Graduates |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 15, 2016, at Los Angeles, California.

/s/ Mylene Ruiz