1   Yoana Ayanova Kiprilov
    1053 E. 6th Street, Ap.26
2   Ontario, CA 91764
    707-570-5155
3   Yoana_ayanova@yahooo.com

4            **IN THE UNISTED STATES DISTRICT COURT**

5

6          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

7   Yoana Ayanova Kiprilov,              Case No.: 5:16-cv-00952

8              Plaintiff,

9   vs.                                  **PLAINTIFF'S DECLARATION IN**
                                         **SUPPORT OF PARTIAL MOTION**
10                                       **FOR A PARTIAL SUMMARY**
    National Board of Medical Examiners, **JUDGEMENT**
11  Educational Commission for Foreign   **PURSUANT TO LOCAL RULE 56-1**
    Medical Graduates
12
             Defendants
13
                                         Hearing date: August 22, 2016
14                                       Hearing time:  9:00 am
                                         Judge: Hon. Jesus G. Bernal
15                                       Courtroom: 1

16

17

18      I, Yoana Ayanova Kiprilov, declare as follows:
19
20  1.  I am the Plaintiff in the above-entitled case.
21  2.  I have personal knowledge of the following facts, and if called as a witness, I

22      could and would completely testify thereto.
23  3.  I discussed and attempted to resolve the issues raise in this motion with the
24
        opposing counsel in this case on July 17, 2016 (NBME) and July 18 (ECFMG).
25

26

27

28  PLAINTIFF'S DECLARATION IN SUPPORT OF PARTIAL MOTION FOR A PARTIAL SUMMARY
    JUDGEMENTPURSUANT TO LOCAL RULE 56-1 - 1

4. I am an International Medical Graduate. In order to continue my medical education and training in a residency program, I have to pass three exams – USMLE Step 1, Step 2 CK, and Step 2 CS.

5. NBME/ECFMG jointly assess the clinical skills by administering and scoring the STEP 2 CS-exam. "ECFMG serves as the designated Dean's office for all international medical students and graduates (IMGs) who use the Electronic Residency Application Service (ERAS) to apply for first- and second-year (PGY-1 and PGY-2) residency positions in U.S. programs of graduate medical education (GME). As your designated Dean's office, ECFMG is your primary contact for assistance and information throughout the ERAS application process." After passing this exam, the graduate receives the ECFMG-certification, which allows him/her to practice medicine. (see http://www.ecfmg.org/eras/applicants-index.html )

These two organizations are the only authority who administers and scores the exam. Only they can issue the ECFMG-certification as well.

In California, the ECFMG-certification is required for the so-called "PTAL", which allows the graduate to apply for residency in California.

6. I have passed Step 1, Step 2 CK (which has the CIS component, which is tested again in Step 2 CS).

7. I have passed all the three parts of Step 2 CS (ICE, CIS, SEP-components). I purchased and took the exam in May and September 2015. However, my "pass" results on each of these three components/subcomponents/parts are not recognized as an "overall" pass result on Step 2 CS. This is due to the

PLAINTIFF'S DECLARATION IN SUPPORT OF PARTIAL MOTION FOR A PARTIAL SUMMARY JUDGEMENTPURSUANT TO LOCAL RULE 56-1 - 2

"subcomponent-component" wordplay created by NBME/ECFMG. The two words

are used as synonyms, but in reality, due to unknown reasons these parts are

considered by NBME/ECFMG to have different characteristics ('Retakes" and

"time-limit" rules, which are the official NBME/ECFMG's policy rules apply only to

"components').

8. All the official available information regarding Step 2 CS is provided on usmle.org

by NBME/ECFMG.

9. On the same website (usmle.org) the three "separate" parts of Step 2 CS exam

are described as "subcomponents" and "components" without specifying if there

is a difference (if any) between these two descriptive words.

(Attached is EXHIBIT A, a true and correct copy of some of the publications with

"CIS-/ICE-components" descriptions. Attached is also EXHIBIT B – NBME 2009

and 2015 Annual reports with the names of the Authors of the publications (which

state that these "NBME staff members are recognized for their research

accomplishments and service to the field", and that they are "sought after as

speakers and panel members at meetings and conferences throughout the

world."). Attached hereto are the true and correct links to the publications.

http://usmle.org/frequently-asked-questions/#step2cs ,

http://www.usmle.org/pdfs/data-research/USMLE_Related_Publications.pdf

10. In *Hartman v. NBME*, 'Civil Action No. 09-5028, The Hon. Judge stated:

"[1]I note that the USMLE Composite Committee has considered whether... alters

the Step 2 CS examination. The committee concluded...alter the ICE and CIS

PLAINTIFF'S DECLARATION IN SUPPORT OF PARTIAL MOTION FOR A PARTIAL SUMMARY
JUDGEMENTPURSUANT TO LOCAL RULE 56-1 - 3

components, but does fundamentally alter the SEP component. The Committee recommended that passing score on those components would be reported as "Pass (ICE and CIS only)."

USMLE Composite Committee   Meeting, January 24, 2005, Meeting Summary. There has been at least one test-taker...passed both the ICE and CIS components."

The Hartman Court referred to the three parts-ICE, CIS, and SEP of Step 2 CS-exam as "components" (and a synonym of "subcomponents"). Defendant NBME also called the parts "components" and "subcomponents" interchangeably in his own responses/pleadings during the case. NBME also have not contested/argued or appealed due this description, NBME does not contest that the parts are "components" in the this/our case as well.

11. Based on this information, describing the three parts of 2 CS-exam as components and subcomponents at the same time (in the period 2009-2015), many other medical graduates and physicians refer to the three parts of 2 CS-exam (ICE, SEP and CIS) as "components". Attached hereto is EXHIBIT C, a true and correct copy of some USMLE-forums and websites where graduates/physicians describe their experience with the exam and refer to the three parts of 2 CS-exam, as "components".

Attached here is youtube-video posted by a graduate, referring to the parts of 2 CS as "component" in 2016.

https://www.youtube.com/watch?v=k8FBxA6g6wl

PLAINTIFF'S DECLARATION IN SUPPORT OF PARTIAL MOTION FOR A PARTIAL SUMMARY JUDGEMENTPURSUANT TO LOCAL RULE 56-1 - 4

12. On the official website, usmle.org., in the section frequently asked questions, general, there is a "Retakes" section that reads: "If you pass a Step or Step Component, you are not allowed to retake it, except to comply with certain state board requirements ..." . These state board requirements are not an issue here. (Attached hereto is true and correct copy of the USMLE-website, "Retakes"-rule.) Attached hereto is EXHIBIT D, a true and correct copy of the "Retakes" and "time-limit" Rule.

13. The other rule, applicable to components, is the "time-limit" rule: "This means that once an applicant passes a Step or Step Component, the applicant will have seven years to pass the other Step(s) or Step Component(s) required for ECFMG Certification...This seven-year period begins on the exam date for the first Step or Step Component passed and ends exactly seven years from this exam date." Attached hereto as "EXHIBIT E" is true and correct copy and correct link to the ECFMG-website regarding "time-limit" rule.

http://www.ecfmg.org/news/2009/04/23/reminder-time-limit-for-completing-examination-requirements-for-ecfmg-certification/

Based on this information my pass results on each component is valid until 2019, including the pass results on the three Step 2 CS components (ICE, CIS, and SEP).

14. On the same usmle.org- website it is stated that "(USMLE®) is a three-step examination for medical licensure in the United States...".

(http://www.usmle.org/ )

PLAINTIFF'S DECLARATION IN SUPPORT OF PARTIAL MOTION FOR A PARTIAL SUMMARY JUDGEMENTPURSUANT TO LOCAL RULE 56-1 - 5

5

These three Steps are- Step 1, Step 2 and Step 3 (usually taken during the first years of residency and required for the license to practice without supervision). NBME Defendant's Motion to dismiss it is stated that "The USMLE has multiple components, or "Steps", that are taken…".

15. As stated by the NBME Defendant in his Motion to dismiss: "Step 2 has a ("CS") **component** … and ("CS") **componen**t."

Step 2 component of USMLE consists of two components (CS and CK), i.e. a component consists of components. Component has the meaning of a part.

It is my understanding that the three parts of the CS-exam- ICE, CIS, and SEP are also "components"/parts.

The components ICE, CIS and SEP are evaluated by different people (ICE-physicians, CIS-Standardize patients/SPs).

It is my understanding that the parts -ICE, CIS and SEP are subcomponents in relation to the whole Step 2, and subsubcomponents ($sub^2$components) in relation to the whole USMLE.

16. A first time taker is "told" by reading the official USMLE- website (as stated in NBME Defendant's Motion to dismiss, page 5, line 5) that in order to achieve an "overall" passing score on 2 CS-exam, he/she has to pass all the three parts -CIS, ICE, SEP in a single administration. And, if one component is not passed, this means that the examinee does not have the necessary skills tested (on the CIS, ICE and SEP components).

17. But combining "passing" scores is also not forbidden and is not stated to be unacceptable alternative for people who have passed all

PLAINTIFF'S DECLARATION IN SUPPORT OF PARTIAL MOTION FOR A PARTIAL SUMMARY JUDGEMENTPURSUANT TO LOCAL RULE 56-1 - 6

components/subcomponents/parts of 2 CS-exam. Since these are passing scores after all, and the purpose of the exam is to test knowledge and skills. My pass results on each component/subcomponent are not different (or reported as different) than other examinees' pass results on the same components. Despite the fact that NBME/ECFMG do not contest: my pass results in each part of the 2 CS-exam, and they do not contest my skills and knowledge, Defendants treat me like I have never taken and passed the exam and have never shown knowledge and skills on these components.

18. NBME/ECFMG have never provided information how will my second/third pass on the same components that I have passed will differ than my previous ones. NBME/ECFMG have never provided information about what mistakes specifically I made during the exam. ECFMG Representative, Mr. Roman Mizak, in his response to my email regarding the problem, stated that "it is possible to pass one section on one attempt, and fail it at a later date".

Attached hereto as EXHIBIT F, a true and correct copy of my correspondence with ECFMG (Mr. Mizak) and NBME (Ms. Ward)

19. I am not a first-time test-taker, and i have passed all the three components/subcomponents of Step 2 CS. NBME/ECFMG do not have guidelines what should be done in situations like mine, when I have shown that I have the necessary knowledge and skills and passed each component in a 4-month period.

PLAINTIFF'S DECLARATION IN SUPPORT OF PARTIAL MOTION FOR A PARTIAL SUMMARY JUDGEMENTPURSUANT TO LOCAL RULE 56-1 - 7

20. My result report (Attached hereto as EXHIBIT G, a true and correct copy of my result reports), state that "It is necessary to pass all three subcomponents in order to obtain an overall passing outcome on Step 2 CS."

There is no "single administration" requirements on my exam reports.

2009 NBME Annual report, also does not have the "single administration"- Attached hereto as EXHIBIT "H", a true and correct copy of page 57 of the 2009 report.

21. The second time, I was evaluated by different people and I received completely opposite results on two of the components. Based on these results, one can conclude that I have lost my skills to communicate with patients for 4-months. The part that failed tests skills such as "support emotions", "foster a relationship", "helping the patient make decisions by outlining what should happen next, linked to a rationale, and by assessing a patient's level of agreement, willingness, and ability to carry out next steps."

Attached is a true and correct copy of the link to the website:

http://www.usmle.org/step-2-cs/#scoring

All of which skills tested do not have a clear measurable value (either A or B)

22. Currently, there is an online-petition called "End Step 2 CS" created by four Harvard medical Students and signed by 16,000+ American medical graduates, who claim that this exam- Step 2 CS has "poor vales" and "lacks efficacy", and insist that this exam be removed as a requirement for getting into residency.

Attached hereto is website link to the petition:

http://endstep2cs.com/lear http://endstep2cs.com/learn/ n/

PLAINTIFF'S DECLARATION IN SUPPORT OF PARTIAL MOTION FOR A PARTIAL SUMMARY JUDGEMENTPURSUANT TO LOCAL RULE 56-1 - 8

23. The exam had problems with reliability, subjectivity, "contrast" effects, "sequence" effects, and discriminatory results (when the passing score was changed in 2013, the passing rate of non-US graduates decreased with 18% compared to US-grads 3%). Attached hereto is EXHIBIT I, true and correct copy of the available research regarding Step 2 CS problems.

There is also difference in the price of the exam for US-graduates ($1,275) and non-US-graduates ($1,535). And due to this price, I cannot afford to take it.

24. Based on this information, and that NBME/ECFMG admit that the exam reliability problems before, and that my totally opposite exam results are the very definition of reliability problem, I am not confident that this exam will show reliable results next time, or that there will be no subjectivity, no contrast/sequence effects that distort the exam results. When time is so important in medical career, due the requirements of program directors (that the candidate preferably graduated less than 5 years of medical school), I cannot afford to waste it. For me it will be 8 years in 2017, and I can apply for residency 2017, which starts on July 1, due to the problems that NBME/ECFMG have created.

Department of Labor says:

"Test reliability

Reliability refers to how dependably or consistently a test measures a characteristic. If a person takes the test again, will he or she get a similar test score, or a much different score? A test that yields similar scores for a person who repeats the test is said to measure a characteristic reliably".

(http://qrcinc.com/dol_standards3.htm ), (https://www.opm.gov/policy-data-

PLAINTIFF'S DECLARATION IN SUPPORT OF PARTIAL MOTION FOR A PARTIAL SUMMARY JUDGEMENTPURSUANT TO LOCAL RULE 56-1 - 9

oversight/assessment-and-selection/reference-materials/assessmentdecisionguide.pdf , page 6) a true and correct copy of the website.

Another website (proftesing.com) says: "If a test yields inconsistent scores, it may be unethical to take any substantive actions on the basis of the test." ( http://proftesting.com/test_topics/test_quality.php )

All this leaves the impression that NBME/ECFMG tries to prevent some graduates from entering the medical practice, which reminds me of an article on a CNN-website: "Why your waiter has an MD" ( http://thechart.blogs.cnn.com/2012/03/16/why-your-waiter-has-an-m-d/ )

25. And most importantly, what else should a study for this exam, when I passed all components? NBME/ECFMG have not contested my knowledge and skills on the components and on the whole Step 2 CS-EXAM.

In a similar way to "*Griggs v. Duke Power Co., 401 U.S. 424 (1971)*, majority of the practicing physicians, and the NBME/ECFMG physicians and medical examiners (incl. the NBME's President and CEO) have never taken and will never take this exam, but are still successful physicians and also medical examiners.

"The evidence, however, shows that employees who have not completed high school or taken the tests have continued to perform satisfactorily, and make progress in departments for which the high school and test criteria are now used. The promotion record of present employees who would not be able to meet the new criteria thus suggests the possibility that the requirements may not be

PLAINTIFF'S DECLARATION IN SUPPORT OF PARTIAL MOTION FOR A PARTIAL SUMMARY JUDGEMENTPURSUANT TO LOCAL RULE 56-1 - 10

needed even for the limited purpose of preserving the avowed policy of advancement within the Company...

The facts of this case demonstrate the inadequacy of broad and general testing devices as well as the infirmity of using diplomas or degrees as fixed measures of capability. History is filled with examples of men and women who rendered highly effective performance without the conventional badges of accomplishment in terms of certificates, diplomas, or degrees. Diplomas and tests are useful servants, but Congress has mandated the commonsense proposition that they are not to become masters of reality."

But like Dr. Jane Orient (the executive director of the Association of American Physicians and Surgeons, a voice for patients' and physicians' independence since 1943) once said: "Practicing medicine is not like controlling a machine in which hundreds could die instantly if a pilot's reflexes are not optimal," states Jane M. Orient, M.D., executive director of the Association of American Physicians and Surgeons (AAPS). "Doctors deal with one patient at a time. Most situations are not instantly life-threatening, and years of experience and good judgment count...". ""One thing is known for certain about the testing industry," Orient states. "It makes millions of dollars for the self-certified experts."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2016, in Ontario, California.


Respectfully submitted, ------- Yoana Kiprilov Pro per ----------

PLAINTIFF'S DECLARATION IN SUPPORT OF PARTIAL MOTION FOR A PARTIAL SUMMARY
JUDGEMENTPURSUANT TO LOCAL RULE 56-1 - 11

Yoana A. Kiprilov
1053 E. 6th Street, Apt.26
Ontario CA 91764
707-570-5155
yoana_ayanova@yahoo.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOANA AYANOVA KIPRILOV,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES<br><br>    Defendants | Case No.: 5:16-CV-00952<br><br>**PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS and CONCLUSIONS OF LAW in SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGEMENT PURSUANT TO LOCAL RULE 56-1**<br><br>**Hearing date: August, 22,2016**<br>**Hearing time: 9:00 am**<br>**Courtroom:    1** |

   Pursuant to Local Rule 56-1, Plaintiff Yoana Ayanova Kiprilov, respectfully submits

the following Statement of Uncontroverted Facts and Conclusions of Law in support of

its Motion for Partial Summary Judgement:

PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAWIN SUPPORT OF
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGEMENTPURSUANT TO LOCAL RULE 56-
1HEARING DATE: AUGUST, 22,2016HEARING TIME: 9:00 AMCOURTROOM:    1 - 1

Statement of Undisputed Facts:

| Pl.'s SUF No: | Fact: | Supporting Evidence: |
|---|---|---|
| 1. | The three parts (ICE, CIS, SEP) are called and refer to as "components" of Step 2 CS, by NBME. See also 7.<br><br>"Hartman v. NBME" case, NBME used word "components" for parts of Step 2 CS-exam. | Pl's.Decl. Exhibit A- Defendant's own official website-posted publications (btw.2009-2015), and in<br><br>"Hartman v. NBME"-case- NBME'S own answers and responses. |
| 2. | The three parts (ICE, CIS, SEP) are also called "subcomponents" of Step 2 CS, by NBME. See also 7. | Defendant's own official website-publications and statements; motions to dismiss. |
| 3. | The official NBME-publications (between 2009-2015) are made by NBME-staff members and in their official capacity (as NBME-representatives). See also 10. | Pl's. Decl. Exhibit B. |
| 4. | The official NBME-publications (btw.2009-2015) about Step 2 CS are made by NBME-staff members, who have superior knowledge and experience than the Plaintiff, regarding Step2 CS. Or, the NBME-staff members claim to have "considerable knowledge and experience" regarding the 2 CS, which the Plaintiff does not claim have. | Pl's. Decl. Exhibit B, publication ('Enhancement of the Assessment of Physician Patient Communication Skills in…[USMLE]." NBME's 2009 and 2015' annual reports. |

PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAWIN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGEMENTPURSUANT TO LOCAL RULE 56-1HEARING DATE: AUGUST, 22,2016HEARING TIME: 9:00 AMCOURTROOM:   1 - 2

13

| | | |
|---|---|---|
| 5. | The official NBME's and ECFMG's publications, and their own annual reports, are published and provided to the public/society (incl. med. graduates/physicians), and with the intent to induce reliance on the information provided by them about Step 2 CS-exam (among other information in the reports). | Pl.'s Declaration. |
| 6. | Other (international) medical graduates and physicians, who are taking or have taken the exam, refer to and call the parts of step 2 CS (ice,cis,sep) "components" (as seen on the Internet, USMLE-related forums, websites or youtube-videos). | Pl's Declaration, Exhibit C. |
| 7. | There is no officially announced difference (if any) between "component" and "subcomponent", in terms of their characteristic features. | Pl.'s Declaration. |
| 8. | NBME and ECFMG have two official policy Rules "Retakes" and "time-limit", that apply to "components" only (since only "component" is mentioned in them). | Pl.'s Declaration, And Exhibit D. |
| 9. | The "Retakes" and "time-limit" rules have not been applied in Plaintiff's case regarding Step 2 CS- ICE and CIS components, due to unknown reasons (considering that the three parts of 2 CS-exam are "components"). | Pl.'s Declaration |
| 10. | NBME-staff members are aware of the information published in their own publications or the published information (by their NBME-colleagues' regarding) step 2 CS and its parts. | Pl.'s Motion for a partial summary judgement. |

PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAWIN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGEMENTPURSUANT TO LOCAL RULE 56-1HEARING DATE: AUGUST, 22,2016HEARING TIME: 9:00 AMCOURTROOM:   1 - 3

| 11. | NBME and ECFMG do not consider Plaintiff's overall 2 CS-score as a "pass" result. | Pl.'s Declaration and Motion for partial summary judgement, Defendant- NBME's motions for dismiss. |
|---|---|---|
| 12. | Plaintiff has passed each of the three "components"/"subcomponents" of step 2 CS in 2015, in her two attempts, not in one. | Pl.'s Am.Complaint, Motion for partial summary judgement and Declaration. |
| 13. | NBME and ECFMG have not issued the ECFMG-certification (based on her exam-results) to the Plaintiff and she cannot be employed as a resident physician due to the residency program's requirement for the certificate. | Pl.'s Am. Complaint, Declarations and Motion for Partial summary Judement. |
| 14. | Plaintiff and Defendants have demonstrated a "reciprocal"/mutual activities, or they have an implied agreement/contract: Pl. pays and take the exam and receives the certificate after passing the exam, Defendants take the money, administer and score the exam, and issue the certificate (when the exam is passed). | Pl.'s Motion for Summary Judgement. |
| 15. | Plaintiff' two result reports from 2015, read that "it is necessary to pass all three subcomponents in order to obtain an overall passing outcome on the Step 2 CS." No "single administration" is written in the reports. NBME 2009 Annual report also does not have "single administration" requirement. | Pl.'s Declaration and Exhibits G and H (NBME 2009 Annual report). |
| 16. | Step 2 CS had reliability problems before, and research studies have shown other factors that affect the | Pl.'s Declaration, Exhibit I. |

15

| scores, but are unrelated to the skills tested." | |

## **Conclusions of law:**

<u>All the allegations and facts in this lawsuit are to be considered and incorporated here.</u>

**1.** Fed. R. of Evid.: Rule 901 **(3), (4), (7);** Rule 902 (5), (6), (8),(10).

**2**. Fraud" and "deceit" are defined in Civil Code sections 1572, 1709, and 1710

**3.** "A misrepresentation may be verbal, written or implied by conduct." (See Thrifty-Tel, Inc. v. Bezenek (1996) 46 Cal.App.4th 1559, 1567.)

**4.** "A misrepresentation is judged to be `material' if `a reasonable man would attach importance to its existence or nonexistence in determining his choice of action in the transaction in question' (Engalla v. Permanente Medical Group, Inc. (1997) 15 Cal.4th 951, 976-977 [ 64 Cal.Rptr.2d 843, 938 P.2d 903].

**5.** California Evid. Code, Sections 622 and 623:

Section 622. "The facts recited in a written instrument are conclusively presumed to be true as between the parties thereto, or their successors in interest;…"

""The written paper or instrument need not represent an agreement". (See Generes v. Justice Court (1980) 106 Cal. App. 3d 678, 684 [165 Cal. Rptr. 222].)

**6.** Section 623. "Whenever a party has, by his own statement or conduct, intentionally and deliberately led another to believe a particular

PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAWIN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGEMENTPURSUANT TO LOCAL RULE 56-1HEARING DATE: AUGUST, 22,2016HEARING TIME: 9:00 AMCOURTROOM:    1 - 5

16

thing true and to act upon such belief, he is not, in any litigation

arising out of such statement or conduct, permitted to contradict it."

Civil Code section1654: In cases of uncertainty not removed by the preceding rules,

the language of a contract should be interpreted most strongly

against the party who caused the uncertainty to exist.

**7.** The purpose of the doctrine of judicial estoppel, which the Court can also apply "sua

sponte" (Russell v. Rolfs, 893 F.2d 1033, 1037 (9th Cir. 1990)), is to "protect the

integrity of the judicial process," Jackson v. County of Los Angeles; to "protect against a

litigant playing fast and loose with the courts", and to avoid "the perception that either

the first or the second court was misled," (New Hampshire v. Maine

532 U.S. 742 (2001) cited Edwards, 690 F. 2d, at 599.

**8.** New Hampshire v. Maine 532 U.S. 742 (2001), cited Davis, 156 U. S., at 689;

Philadelphia, W, & B. R. Co. v. Howard, 13 How. 307, 335-337 (1852); Scarano, 203 F.

2d, at 513 (judicial estoppel forbids use of "intentional self-contradiction ... as a means

of obtaining unfair advantage"); Totally inconsistent" definition finds an "application to

situations in which a party has argued that a certain fact or rule of law is true, and then

switched course and in a separate litigation, "reverse[d]" its position. Furia v. Helm, 111

Cal. App. 4th 945, 958-59 (2003)

**9.** In such situations the defendant believes the representations to be true but is without

reasonable grounds for such belief. His liability is based on negligent misrepresentation

which has been made a form of actionable deceit. (Yellow Creek Logging Corp. v. Dare

Civ. No. 20818. First Dist., Div. One. May 13, 1963, Gagne v. Bertran, supra.).

"'To be actionable deceit, the representation need not be made with knowledge of actual falsity, but need only be an "assertion, as a fact, of that which is not true, by one who has no reasonable ground for believing it to be true" ...' " The elements of negligent misrepresentation also include justifiable reliance on the representation, and resulting damage." (B.L.M. v. Sabo & Deitsch (1997) 55 Cal.App.4th 823, 834 [64 Cal.Rptr.2d

**10.** "[F]alse representations made recklessly and without regard for their truth in order to induce action by another are the equivalent of misrepresentations knowingly and intentionally uttered." (Engalla, supra, 15 Cal.4th at p. 974, quoting Yellow Creek Logging Corp. v. Dare (1963) 216 Cal.App.2d 50, 55 [30 Cal.Rptr. 629].)

**11.** Regarding matters, (here step 2 CS exam and its three parts), **"that they were matters represented to be within the knowledge of the defendant"** (Yellow Creek Logging Corp. v. Dare, Civ. No. 20818. First Dist., Div. One. May 13, 1963.].

**12.** "As the court said in Wishnick v. Frye (1952) 111 Cal. App. 2d 926, 930 [245 P.2d 352]: "In order to satisfy the requirement of scienter, it may be established either that defendant had actual knowledge of the untruth of his statements, or that he lacked an honest belief in their truth, or that the statements were carelessly and recklessly made, in a manner not warranted by the information available to defendant." (Yellow Creek Logging Corp. v. Dare,Civ. No. 20818. First Dist., Div. One. May 13, 1963.).

**13.** "The defendant's intent to induce the plaintiff to alter his position can be inferred from the fact that defendant knew the plaintiff would act in reliance upon the representation. (Gagne v. Bertran (1954) 43 Cal. 2d 481, 488 [275 P.2d 15].)

PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAWIN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGEMENTPURSUANT TO LOCAL RULE 56-1HEARING DATE: AUGUST, 22,2016HEARING TIME: 9:00 AMCOURTROOM:   1 - 7

**14**. ""Under certain circumstances, expressions of professional opinion are treated as representations of fact…Moreover, when a party possesses or holds itself out as possessing superior knowledge or special information or expertise regarding the subject matter and a plaintiff is so situated that it may reasonably rely on such supposed knowledge, information, or expertise, the defendant's representation may be treated as one of material fact." (See Bily, supra, 3 Cal.4th at p. 408, internal citations omitted.)

**15**. "Whether reliance is justified is a question of fact for the determination of the trial court; the issue is whether the person who claims reliance was justified in believing the representation in the light of his own knowledge and experience." (Gray v. Don Miller & Associates, Inc. (1984) 35 Cal.3d 498, 503 [198 Cal.Rptr. 551, 674 P.2d 253], internal citations omitted.).

**16.** "A 'complete causal relationship' between the fraud or deceit and the plaintiff's damages is required. ... Causation requires proof that the defendant's conduct was a "'substantial factor'" in bringing about the harm to the plaintiff." Williams v. Wraxall (1995) 33 Cal.App.4th 120, 132.

**17.** "'Contracts may be express or implied….But if such agreement can only be shown by the acts and conduct of the parties, interpreted in the light of the subject- matter and of the surrounding circumstances, then the contract is an implied one.' " (Marvin v. Marvin (1976) 18 Cal.3d 660, 678, fn. 16 [134 Cal.Rptr. 815, 557 P.2d 106], internal citation omitted.). "[A]n agreement 'implied in fact' [is] founded upon a meeting of minds, which, although not embodied in an express contract, is inferred . . . from conduct of the

PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAWIN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGEMENTPURSUANT TO LOCAL RULE 56-1HEARING DATE: AUGUST, 22,2016HEARING TIME: 9:00 AMCOURTROOM:    1 - 8

19

parties showing, in the light of the surrounding circumstances, their tacit

understanding."Baltimore & O.R. Co. v. U.S., 261 U.S. 592, 597 (1996)

**18.** "Whether a partial breach of a contract is material depends on 'the importance or

seriousness thereof and the probability of the injured party getting substantial

performance.' 'A material breach of one aspect of a contract generally constitutes a

material breach of the whole contract.' " (Brown v. Grimes (2011) 192 Cal.App.4th 265,

277–278 [120 Cal.Rptr.3d 893], internal citations omitted.)

**19.** "Any nonperformance of a duty under a contract when performance is due is a

breach." Linden Partners v. Wilshire Linden Associates, 62 Cal.App.4th 508, 531-532

(1998). "Any breach, total or partial, that causes a measurable injury, gives the injured

party a right to damages as compensation therefor." 1 Witkin, Summary of California

Law, Contracts §852 at 938, citing inter alia, Borgonovo v. Henderson, 182 Cal.App.2d

220, 231 (1960).

**20.** ""The detriment that is 'likely to result therefrom' is that which is foreseeable to the

breaching party at the time the contract is entered into." (Wallis v. Farmers Group, Inc.

(1990) 220 Cal.App.3d 718, 737 [269 Cal.Rptr. 299], internal citation omitted.).

**21.** "The basic object of damages is compensation, and in the law of contracts the

theory is that the party injured by a breach should receive as nearly as possible the

equivalent of the benefits of performance. The aim is to put the injured party in as good

a position as he would have been had performance been rendered as promised. This

aim can never be exactly attained yet that is the problem the trial court is required to

20

resolve." (Brandon & Tibbs v. George Kevorkian Accountancy Corp. (1990) 226 Cal.App.3d 442, 455 [277 Cal.Rptr. 40], internal citations omitted.).

"Under contract principles, the nonbreaching party is entitled to recover only those damages, including lost future profits, which are 'proximately caused' by the specific breach. Or, to put it another way, the breaching party is only liable to place the nonbreaching party in the same position as if the specific breach had not occurred. Or, to phrase it still a third way, the breaching party is only responsible to give the nonbreaching party the benefit of the bargain to the extent the specific breach deprived that party of its bargain." (Postal Instant Press v. Sealy (1996) 43 Cal.App.4th 1704, 1709 [51 Cal.Rptr.2d 365], internal citations omitted.)

**22.** 'Where the fact of damages is certain, as here, the amount of damages need not be calculated with absolute certainty. The law requires only that some reasonable basis of computation be used, and the result reached can be a reasonable approximation." (Acree v. General Motors Acceptance Corp. (2001) 92 Cal.App.4th 385, 398 [112 Cal.Rptr.2d 99], footnotes and internal citations omitted.).

**23.** [3384.]  Section Thirty-three Hundred and Eighty-four.  Except as otherwise provided in this Article, the specific performance of an obligation may be compelled**.**

3386.  Notwithstanding that the agreed counterperformance is not or would not have been specifically enforceable, specific performance may be compelled if:

(a) Specific performance would otherwise be an appropriate remedy;

PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAWIN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGEMENTPURSUANT TO LOCAL RULE 56-1HEARING DATE: AUGUST, 22,2016HEARING TIME: 9:00 AMCOURTROOM:    1 - 10

and

(b) The agreed counterperformance has been substantially performed

or its concurrent or future performance is assured or, if the court

deems necessary, can be secured to the satisfaction of the court.

**Respectfully submitted:by**——— Yoana Kipilov Proper

———

July 25, 2016

PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAWIN SUPPORT OF
PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGEMENTPURSUANT TO LOCAL RULE 56-
1HEARING DATE: AUGUST, 22,2016HEARING TIME: 9:00 AMCOURTROOM:    1 - 11

# Enhancement of the Assessment of Physician–Patient Communication Skills in the United States Medical Licensing Examination

Ruth B. Hoppe, MD, Ann M. King, Kathleen M. Mazor, EdD, Gail E. Furman, PhD, Penelope Wick-Garcia, Heather Corcoran–Ponisciak, PhD, and Peter J. Katsufrakis, MD, MBA

A

## Abstract

The National Board of Medical Examiners (NBME) reviewed all components of the United States Medical Licensing Examination as part of a strategic planning activity. One recommendation generated from the review called for enhancements of the communication skills component of the Step 2 Clinical Skills (Step 2 CS) examination. To address this recommendation, the NBME created a multidisciplinary team that comprised experts in communication content, communication measurement, and implementation of standardized patient (SP)-based examinations. From 2007 through 2012, the team reviewed literature in physician–patient communication, examined performance characteristics of the Step 2 CS exam, observed case development and quality assurance processes, interviewed SPs and their trainers, and reviewed video recordings of examinee–SP interactions. The authors describe perspectives gained by their team from the review process and outline the resulting enhancements to the Step 2 CS exam, some of which were rolled out in June 2012.

**A**s part of a strategic planning initiative, the National Board of Medical Examiners (NBME) recently reviewed all components of the United States Medical Licensing Examination (USMLE). The USMLE, sponsored by the Federation of State Medical Boards and the NBME, is a three-step examination for medical licensure of U.S. physicians trained at MD-granting institutions here or abroad. One recommendation generated from this comprehensive review was to enhance the communication skills component of the Step 2 Clinical Skills (Step 2 CS) Examination.[1] The Step 2 CS exam assesses communication skills, clinical problem-solving skills, and spoken English proficiency. It uses simulated medical encounters and standardized patients (SPs), who both portray the case and record the examinee's performance. This Step 2 CS component, added to the USMLE sequence in 2004, was a manifestation of a long-standing commitment to assess performance of basic clinical skills.

To address the request for enhancements of the Step 2 CS exam, the NBME created a multidisciplinary team that comprised experts in communication content, communication measurement, and implementation of SP-based examinations. Four of our team members (A.K., G.E., P.W., and H.C.) are NBME employees and are routinely involved in processes involving the Step 2 CS exam (test development, SP training, measurement, and quality assurance activities). Therefore, we bring considerable working knowledge and experience to the tasks of review. Two external consultants (R.H. and K.M.) with backgrounds in physician–patient communication and measurement completed our team.

In 2007, we began by reviewing literature published since 2001 in physician–patient communication and patient-centered communication. We followed this with focus group discussions at several national meetings of communications skills teachers and researchers. We also held meetings with 14 teachers and scholars in the field of physician–patient communication to explore and update the concepts that had emerged in the literature review.

We also used parts of a survey of first-year postgraduate trainees.[2] This paper-and-pencil survey, developed by the NBME as part of a review of the USMLE to identify new residents' clinical responsibilities, was distributed to 8,793 first-year residents in September 2009, in the early months of their training. This yielded 2,523 surveys for analysis. The survey asked the residents about the frequency of and level of supervision for various clinical activities, including patient care, system-based practice, professionalism, and—of interest to us—communication skills.

Concurrently, we examined performance characteristics of the Step 2 CS exam, observed case development and quality

**Dr. Hoppe** is professor emeritus, Department of Medicine, College of Human Medicine, Michigan State University, East Lansing, Michigan, and senior consultant, National Board of Medical Examiners, Philadelphia, Pennsylvania.

**Ms. King** is senior assessment scientist, National Board of Medical Examiners, Philadelphia, Pennsylvania.

**Dr. Mazor** is professor of medicine, University of Massachusetts Medical School, Worcester, Massachusetts, assistant director, Meyers Primary Care Institute, and consultant, National Board of Medical Examiners, Philadelphia, Pennsylvania.

**Dr. Furman** is director of educational design and development, Clinical Skills Evaluation Collaboration, National Board of Medical Examiners, Philadelphia, Pennsylvania.

**Ms. Wick-Garcia** is training specialist, Clinical Skills Evaluation Collaboration, National Board of Medical Examiners, Philadelphia, Pennsylvania.

**Dr. Corcoran-Ponisciak** is research measurement analyst, National Board of Medical Examiners, Philadelphia, Pennsylvania.

**Dr. Katsufrakis** is senior vice president of assessment programs, National Board of Medical Examiners, Philadelphia, Pennsylvania.

Correspondence should be addressed to Ms. King, National Board of Medical Examiners, 3750 Market St., Philadelphia, PA 19104; telephone: (215) 590-9661; e-mail: aking@nbme.org.

*Acad Med.* 2013;88:1670–1675.
First published online September 25, 2013
doi: 10.1097/ACM.0b013e3182a7f75a

23

MILITARY MEDICINE, 18   4, 2015

# Longitudinal Effects of Medical Students' Communication Skills on Future Performance

*Ting Dong, PhD\*; Lt Col (Sel) Jeffrey S. LaRochelle, USAF MC\*; Steven J. Durning, MD, PhD\*; LTC Aaron Saguil, MC USA†; Kimberly Swygert, PhD‡; CDR Anthony R. Artino Jr., MSC USN\**

**ABSTRACT**   Background: The Essential Elements of Communication (EEC) were developed from the Kalamazoo consensus statement on physician–patient communication. The Uniformed Services University of the Health Sciences (USU) has adopted a longitudinal curriculum to use the EEC both as a learning tool during standardized patient encounters and as an evaluation tool culminating with the end of preclerkship objective-structured clinical examinations (OSCE). Medical educators have recently emphasized the importance of teaching communication skills, as evidenced by the United States Medical Licensing Examination testing both the integrated clinical encounter (ICE) and communication and interpersonal skills (CIS) within the Step 2 Clinical Skills exam (CS). Purpose: To determine the associations between students' EEC OSCE performance at the end of the preclerkship period with later communication skills assessment and evaluation outcomes in the context of a longitudinal curriculum spanning both undergraduate medical education and graduate medical education. Methods: Retrospective data from preclerkship (overall OSCE scores and EEC OSCE scores) and clerkship outcomes (internal medicine [IM] clinical points and average clerkship National Board of Medical Examiners [NBME] scores) were collected from 167 USU medical students from the class of 2011 and compared to individual scores on the CIS and ICE components of Step 2 CS, as well as to the communication skills component of the program directors' evaluation of trainees during their postgraduate year 1 (PGY-1) residency. In addition to bivariate Pearson correlation analysis, we conducted multiple linear regression analysis to examine the predictive power of the EEC score beyond the IM clerkship clinical points and the average NBME Subject Exams score on the outcome measures. Results: The EEC score was a significant predictor of the CIS score and the PGY-1 communication skills score. Beyond the average NBME Subject Exams score and the IM clerkship clinical points, the EEC score explained an additional 13% of the variance in the Step 2 CIS score and an additional 6% of the variance in the PGY-1 communication skills score. In addition, the EEC score was more closely associated with the CIS score than the ICE score. Conclusion: The use of a standardized approach with a communication tool like the EEC can help explain future performance in communication skills independent of other education outcomes. In the context of a longitudinal curriculum, this information may better inform medical educators on learners' communication capabilities and more accurately direct future remediation efforts.

## INTRODUCTION

The importance of teaching, assessing, and improving the communication skills of physicians-in-training cannot be over-emphasized—physicians must be competent communicators to effectively practice medicine.[1] The Accreditation Council for Graduate Medical Education (ACGME) and the American Board of Medical Specialties (ABMS) have jointly identified communication and interpersonal skills (CIS) as one of the six general competencies for physicians.[2,3] The Institute of Medicine also specifies communication skills as one of the six essential curricular domains for effective patient care.[4] Post-graduate accredited training programs are required to demonstrate that they teach and evaluate trainees' communication

skills. The importance of communication skills is also demonstrated in licensing examinations. The U.S. Medical Licensing Examination requires students to take a clinical skills examination with standardized patients as part of Step 2,[5] the Step 2 Clinical Skills (CS) assessment; this has a separate subcomponent and passing standard for the evaluation of CIS.

The development and administration of CIS assessment tools is challenging and resource intensive. It is difficult to assess communication skills through inauthentic means (such as a written test), as it requires in vivo demonstration.[1] Competence in communication skills is not only about the presence of specific behaviors but also about the timing of effective verbal and nonverbal behaviors in the context of interactions with patients.[6] In 1999, leaders and representatives from medical schools, residency programs, continuing medical education providers, and prominent medical educational organizations in North America gathered in Kalamazoo for the purpose of identifying and specifically articulating ways to facilitate the teaching and evaluation of physician–patient communication.[7] After examining 5 models of physician–patient communication that had been used by the conference attendees, the group reached a consensus on a set of Essential Elements of Communication (EEC).

*Department of Medicine, Uniformed Services University of the Health Sciences, 4301 Jones Bridge Road, Bethesda, MD 20814.

†Department of Family Medicine, Uniformed Services University of the Health Sciences, 4301 Jones Bridge Road, Bethesda, MD 20814.

‡National Board of Medical Examiners, 3750 Market Street, Philadelphia, PA 19104.

The views expressed in this article are those of the authors and do not necessarily reflect the official policy or position of the Department of Defense or the U.S. Government.

doi: 10.7205/MILMED-D-14-00565

Downloaded from publications.amsus.org: AMSUS - Association of Military Surgeons

Moderator: Jeffrey Barsuk,
Discussant: Brad Rosen, MD

Assessment Through Simulation

# A Multilevel Analysis of Examinee Gender, Standardized Patient Gender, and United States Medical Licensing Examination Step 2 Clinical Skills Communication and Interpersonal Skills Scores

Monica M. Cuddy, Kimberly A. Swygert, David B. Swanson, and Ann C. Jobe

## Abstract

**Background**
Women typically demonstrate stronger communication skills on performance-based assessments using human raters in medical education settings. This study examines the effects of examinee and rater gender on communication and interpersonal skills (CIS) scores from the performance-based component of the United States Medical Licensing Examination, the Step 2 Clinical Skills (CS) examination.

**Method**
Data included demographic and performance information for examinees that took Step 2 CS for the first time in 2009. The sample contained 27,910 examinees, 625 standardized patient/case combinations, and 278,776 scored patient encounters. Hierarchical linear modeling techniques were employed with CIS scores as the outcome measure.

**Results**
Females tend to slightly outperform males on CIS, when other variables related to performance are taken into account. No evidence of an examinee and rater gender interaction effect was found.

**Conclusions**
Results provide validity evidence supporting the interpretation and use of Step 2 CS CIS scores.

**S**trong communication skills aid physicians in successful patient care. Indeed, with strong communication skills, physicians identify patients' health problems more accurately.[1] Furthermore, when physicians are effective communicators, patients adhere to treatment plans and lifestyle recommendations more often.[2] Patient satisfaction is also greater when effective communication between patients and physicians exists.[1]

Studies suggest that communication skills differ by physician gender in medical education settings, where women typically outperform men on performance-based assessments using human raters.[3–10] Moreover, research shows no consistent evidence of serious physician and rater gender interaction effects on communication scores: The congruence or discordance of physician and rater gender does not seem to impact performance.[3–7,9,10]

Correspondence: Monica M. Cuddy, MA, 3750 Market Street, Philadelphia, PA 19104; e-mail: mcuddy@nbme.org.

Acad Med. 2011;86:S17–S20.
doi: 10.1097/ACM.0b013e31822a6c05

The present study extends past research by examining the effects of examinee and rater gender on communication scores from the performance-based assessment included in the United States Medical Licensing Examination (USMLE). It examines (1) the relationship between examinee gender and USMLE communication scores and (2) whether rater gender influences the relationship between examinee gender and USMLE communication scores.

## Method

The USMLE includes a performance-based assessment (Step 2 Clinical Skills [CS]) during which examinees complete 12 stations, each resembling a patient encounter in an ambulatory setting. For each encounter, examinees interact with a standardized patient (SP) trained to portray a real patient. Examinees see balanced examination forms with approximately equal numbers of male and female SPs.

SPs evaluate examinee performance in three main areas: communication and interpersonal skills (CIS), data gathering (DG), and spoken English proficiency (SEP). CIS, the focus of this research, includes three subcomponents:

questioning skills, information-sharing skills, and professional manner and rapport, each of which is rated by SPs using a nine-point holistic rating scale. Results are summed to obtain an overall CIS score. DG assesses the ability to take a history and perform a physical examination using a percentage-of-possible-points scale, and SEP assesses the clarity of spoken English using a nine-point holistic rating scale. The ratings for CIS and DG are calibrated prior to scoring to adjust for the effects of SP stringency and case difficulty. SEP ratings are not calibrated. SP stringency refers to the degree to which SPs are lenient or severe in their evaluations, and case difficulty refers to the overall degree of challenge associated with the content of a case.

SPs must complete intensive training to learn to use the CIS scale, during which they must pass a standardized assessment, and are evaluated in unscored encounters in the live examination before officially being certified to enter it. Overall, 97% of SPs in the live examination perform without error or with minor errors unrelated to scoring. The small percentage of SPs committing serious errors are retrained

## Table 2
**Results of Encounters-Nested-in-SP/Case Combinations HLM Analyses**

| Fixed effect | Regression coefficient | Standard error | t ratio | df | P value |
|---|---|---|---|---|---|
| Intercept | 19.56 | 0.01 | 3580.14 | 624 | .00 |

| Random effect | Standard deviation | Variance component | df | Chi-square | P value |
|---|---|---|---|---|---|
| Intercept | 0.08 | 0.01 | 624 | 1086.17 | .00 |
| Within SP/case | 2.11 | 4.45 | N/A | N/A | N/A |

| Fixed effect | Regression coefficient | Standard error | t ratio | df | P value |
|---|---|---|---|---|---|
| Intercept | 19.57 | 0.01 | 2258.24 | 624 | .00 |
| Examinee gender | 0.23 | 0.02 | 13.93 | 624 | .00 |
| IMG status | −0.46 | 0.01 | −49.79 | 278768 | .00 |
| Examinee age | 0.004 | 0.00 | 4.19 | 278768 | .00 |
| Step 2 CK scores | 0.01 | 0.00 | 44.892 | 278768 | .00 |
| Step 2 CS SEP scores | 0.50 | 0.00 | 121.93 | 278768 | .00 |
| Step 2 CS DG scores | 0.04 | 0.00 | 121.69 | 278768 | .00 |

| Random effect | Standard deviation | Variance component | df | Chi-square | P value |
|---|---|---|---|---|---|
| Intercept | 0.19 | 0.04 | 623 | 3387.98 | .00 |
| Examinee gender | 0.36 | 0.13 | 623 | 2969.08 | .00 |
| Within SP/case | 1.88 | 3.54 | N/A | N/A | N/A |

| Fixed effect | Regression coefficient | Standard error | t ratio | df | P value |
|---|---|---|---|---|---|
| Examinee gender | 0.23 | 0.02 | 14.18 | 623 | .00 |
| SP age | −0.003 | 0.00 | −3.56 | 623 | .02 |

| Random effect | Standard deviation | Variance component | df | Chi-square | P value |
|---|---|---|---|---|---|
| Intercept | 0.19 | 0.04 | 623 | 3388.36 | .00 |
| Examinee gender | 0.35 | 0.13 | 622 | 2908.07 | .00 |
| Within SP/case | 1.88 | 3.54 | N/A | N/A | N/A |

predictor of the relationship between examinee gender and CIS scores. SP age was not significantly related to average CIS scores. All other between-SP/case predictors were not significantly related to the intercept or the examinee gender coefficient and were removed.

The lower portion of Table 2 presents selected results of the final intercepts-and-slopes-as-outcomes model. The within-SP/case regression coefficients were consistent with the results of the final random-coefficients model in terms of significance, direction, and magnitude and were excluded from the lower portion of Table 2. Results indicated that SP age affected the relationship between examinee gender and CIS scores. As SP age increases, the degree to which women

outperformed men on CIS decreases, indicating that the gender-related score gap closes for older SPs. More specifically, for every 10-year increase in SP age, the examinee gender coefficient decreases by 0.03.

### Discussion

The current study shows that females outperform males slightly on the CIS component of USMLE Step 2 CS when other variables related to examinee performance are taken into account. This is consistent with past research in medical education and medical practice where female physicians engage in more patient-centered communication than male physicians.[12] As such, the results of this study may indicate that the small,

gender-related difference in CIS scores is a function of differing proficiencies and not a function of bias in the examination. Female physicians may be socialized in ways that produce somewhat stronger communication and interpersonal skills compared with male physicians. Depending on such factors as examination stakes, the magnitude of the gender-related score gap in communication skills may vary within medical education settings. It may also differ in medical practice compared with medical education settings.

When human raters assess communication skills, the potential for bias exists because rater characteristics not intended to influence ratings may add systematic error to scores. Of

55       26

Applications of Technology: Student Selection, Communication, and Learning

Moderator: Stephen Man. . hD
Discussant: Robyn Tamblyn, PhD

# The Relationship Between USMLE Step 2 CS Communication and Interpersonal Skills (CIS) Ratings and the Time Spent by Examinees Interacting With Standardized Patients

Kimberly Swygert, Eric S. Muller, David B. Swanson, and Colette L. Scott

## Abstract

**Background**
During the United States Medical Licensing Examination Step 2 Clinical Skills exam, examinees rotate through 12 standardized patient (SP) encounters. SPs rate examinees on Communication and Interpersonal Skills (CIS). Examinees have at most 15 minutes to interact with each SP, but can end the encounter sooner. The current work assesses the relationship between CIS ratings and time examinees spend interacting with the SP.

**Method**
A total of 5,955 encounters from a fall 2007 sample of examinees were time-stamped to indicate total encounter time and closure time. Hierarchical linear modeling was employed to assess how well total and closure time, in conjunction with other examinee- and SP–case-related variables, predicted CIS scores.

**Results**
Time spent on closure had a larger impact on CIS scores than overall time used. Other variables, such as examinee

gender, Spoken English Proficiency, and SP stringency, were also significantly related to CIS scores.

**Conclusions**
Both time measures were significantly positively related to the CIS outcome variable, indicating a link between time used and SP satisfaction with communication, with closure time having the larger coefficient. This finding suggests that a good closure may be a lengthy one.

Acad Med. 2009;84(10 Suppl):S1–S4.

**C**lear communication between physicians and patients has been shown to be one of the most crucial components of patient satisfaction.[1] Poor communication is a significant predictor of patient complaints and malpractice lawsuits.[2] In particular, physician communication perceived as disrespectful, less focused on the patient, or suggesting the physician is not listening is associated with lower patient satisfaction ratings.[2–4] What is less clear in the literature is the relationship between patient satisfaction and the time the physician spends interacting with the patient. Patients do not like to feel "rushed" during doctor visits, but studies of the relationship between the length of office visits and patient satisfaction surveys have produced inconsistent results.[2,5]

One venue in which the relationship between patient satisfaction with communication and interaction time can be investigated is the clinical skills

Correspondence: Kimberly Swygert, PhD, NBME, 3750 Market Street, Philadelphia, PA, 19104; e-mail (kswygert@nbme.org).

performance assessment, where standardized patients (SPs) are used and encounter times and communication skills are measured. The United States Medical Licensing Examination Step 2 Clinical Skills (CS) examination is an example of this type of assessment, and the format of the exam allows for the measurement of both communication skills and the time that examinees spend with SPs.[6]

During CS, examinees demonstrate their skills in a high-fidelity testing situation by interacting as physicians with a series of SPs trained to portray the clinical presentations of real patients. During the test, each examinee interacts with 12 SPs, each of whom portrays a different clinical presentation. Two components that SPs rate for each encounter are Spoken English Proficiency (SEP), a nine-point scale assessing clarity of the examinee's spoken English, and Communication and Interpersonal Skills (CIS), which is three nine-point subscales summed into a single rating ranging from 3 to 27. The summed CIS rating incorporates the SP's judgment of the examinee's questioning skills (e.g., appropriate use of open-ended questions, avoidance of jargon),

information-sharing skills (e.g., providing closure to the encounter, and counseling where appropriate), and general professional manner and rapport.[6]

Examinees are limited to 15 minutes per SP interaction. During this time, an examinee must read the introductory information on the doorway of the examining room, gather a focused history from the SP, and on most stations, perform a relevant physical exam. Previous research concluded that 15 minutes was sufficient time, and that station format affected time usage.[7] A more recent study expanded on these results by demonstrating that gender and location of medical school of the examinee, as well as the encounter sequence, were related to time used.[8] An underinvestigated research question is whether the amount of time examinees actually spend with SPs affects the SPs' perceptions of communication skills. The present study uses time as a predictor and investigates the extent to which the time used across and within encounters, in addition to other case and examinee characteristics, predicts CIS ratings. Results, if generalizable to physician

MILITARY MEDICINE, 180, 4:97, 20

# Development and Initial Validation of a Program Director's Evaluation Form for Medical School Graduates

*Ting Dong, PhD*; *Steven J. Durning, MD, PhD*; *COL William R. Gilliland, MC USA (Ret.)†;
Kimberly A. Swygert, PhD‡; CDR Anthony R. Artino Jr., MSC USN*

**ABSTRACT**   Background: In the early 1990s, our group of interdepartmental academicians at the Uniformed Services University (USU) developed a PGY-1 (postgraduate year 1) program director evaluation form. Recently, we have revised it to better align with the core competencies established by the Accreditation Council for Graduate Medical Education. We also included items that reflected USU's military-unique context. Purpose: To collect feasibility, reliability, and validity evidence for our revised survey. Method: We collected PGY-1 data from program directors (PD) who oversee the training of military medical trainees. The cohort of the present study consisted of USU students graduating in 2010 and 2011. We performed exploratory factor analysis (EFA) to examine the factorial validity of the survey scores and subjected each of the factors identified in the EFA to an internal consistency reliability analysis. We then performed correlation analysis to examine the relationship between PD ratings and students' medical school grade point averages (GPAs) and performance on U.S. Medical Licensing Examinations Step assessments. Results: Five factors emerged from the EFA——Medical Expertise, Military-unique Practice, Professionalism, System-based Practice, and Communication and Interpersonal Skills." The evaluation form also showed good reliability and feasibility. All five factors were more strongly associated with students' GPA in the initial clerkship year than the first 2 years. Further, these factors showed stronger correlations with students' performance on Step 3 than other Step Examinations. Conclusions: The revised PD evaluation form seemed to be a valid and reliable tool to gauge medical graduates' first-year internship performance.

## INTRODUCTION

Medical educators are responsible for training competent physicians. This responsibility is not simply a goal; it is a fundamental obligation to society. To help fulfill this obligation, medical educators need to develop reliable and valid assessment measurements that evaluate domains of competence across the spectrum of medical education.

Medical educators currently lack diverse, reliable, and valid measures to assess trainees at the transition between undergraduate and graduate medical education (GME).[1] This gap is due, in part, to the fact that undergraduate medical education assessment tools typically differ from GME assessment tools. Furthermore, from a feasibility standpoint, it is difficult to track graduates across the wide spectrum of residency programs offered in the United States.

Another potential reason for this gap in assessment measures is that medical schools and GME programs use different evaluation frameworks. In GME, the emphasis is on competencies including patient care, medical knowledge, professionalism, communication and interpersonal skills, systems-based practice, and practice-based learning and improvement. These competencies are used in

multiple GME settings and evidence to support their reliability and validity has been gathered previously.[2] Medical schools, until recently, have not adapted competencies from the Accreditation Council for Graduate Medical Education (ACGME) or other sources into their evaluation frameworks.

In the early 1990s, our group of interdepartmental academicians at the Uniformed Services University of the Health Sciences (USU) developed a program director evaluation form. In a prior study composed of 1,247 forms from eight specialties with a response rate of 80%, an 18-item "postgraduate year 1" (PGY-1) survey demonstrated reliability (high internal consistency) and validity, with the items organized into a two-factor structure: "Expertise and Professionalism."[3] In this study, Expertise displayed a modest correlation with students' medical school grade point average (GPA), U.S. Medical Licensing Examination (USMLE) Step 1 and Step 2 clinical knowledge (CK).

We recently revised this program director (PD) evaluation form to better align the items with the competencies established by the ACGME. In this revised form, we also included items that reflected USU's military-unique context. Therefore, the purpose of the present study was to collect feasibility, reliability, and validity evidence for our revised survey. For the investigation of validity, we included students' performance on all USMLE Step assessments and their medical school GPAs. We hypothesized that PD evaluations would correlate more strongly with clinical GPA than preclinical GPA and show a stronger association with Step 2 Clinical Skill (CS) and Step 3 than Step 1 or Step 2 CK. The reason is that PD evaluations are mainly based on interns' clinical performance and are more proximate in time with clerkship GPA and Step 2 CS and Step 3.

*Department of Medicine, Uniformed Services University of the Health Sciences, 4301 Jones Bridge Road, Bethesda, MD 20814.

†F. Edward Hébert School of Medicine, Uniformed Services University of the Health Sciences, 4301 Jones Bridge Road, Bethesda, MD 20814.

‡National Board of Medical Examiners, 3750 Market Street, Philadelphia, PA 19104.

The views expressed in this article are those of the authors and do not necessarily reflect the official policy or position of the Department of Defense or the U.S. Government.

doi: 10.7205/MILMED-D-14-00551

28

97

*Development and Initial Validation of a Program Director's Evaluation Form*

## METHOD

### Study Context

This study was part of the larger Long-Term Career Outcome Study conducted at the F. Edward Hébert School of Medicine, USU. As the United States' only federal medical school, USU matriculates approximately 170 medical students annually and, at the time of this study, offered a traditional 4-year curriculum: 2 years of basic science courses followed by 2 years of clinical rotations (clerkships).

### Item Development

The PGY-1 survey developed in the present study was based on the 2005 survey and took into account the core competencies defined by the ACGME: (1) patient care, (2) medical and population health knowledge, (3) interpersonal and communication skills, (4) practice-based learning and improvement, (5) professionalism, and (6) systems-based practice (see Appendix).[4] The survey included 58 items organized into six sections: Patient Care, Communication and Interpersonal Skills, Medical Knowledge, Professionalism, System-based Practice, and Military-unique Practice. The last two items were general ratings of "overall clinical competence" and whether "I would trust this trainee to care for me or a close family member." These two items were excluded from subsequent exploratory factor analysis. The remainder of the 56 items are listed in Table I.

### Participants and Procedures

We collect PGY-1 data annually from program directors who oversee the training of military medical trainees. Each spring we identified military treatment facilities (and some non-military training programs) where our interns and residents are trained, and we mailed the evaluation forms for each trainee to the respective GME PDs. We asked GME directors to distribute the forms to their PDs and then return the completed forms in envelopes or via emailed attachment. Forms we received were recorded upon receipt. The cohort of the present study consisted of USU students graduating in 2010 and 2011.

### Measures and Statistical Analyses

First we conducted an exploratory factor analysis (EFA) to examine the factorial validity of the survey scores. Next, we subjected each of the factors identified in the EFA to an internal consistency reliability analysis and computed a mean score for the items associated with a particular factor (i.e., the variables were unweighted composite scores). Finally, to investigate the construct validity of the survey scores, we performed correlation analysis to examine the relationship between PD ratings and students' medical school GPAs, including preclinical GPA, initial clerkship year GPA, and cumulative GPA. We also examined the correlations between PD ratings and student's performance on USMLE Step

assessments. Statistical significance was set at $p < 0.01$ because of the number of correlation coefficients being calculated. Preclinical GPA was calculated using course grades from the first 2 years of medical school. Initial clerkship year GPA is a composite of students' clerkship clinical points (a weighted summation of a student's clinical grade recommendations), objective structured clinical examination scores, and National Board Medical Examiner Subject Examination scores. Cumulative GPA refers to the GPA calculated based on the entire 4 years of medical school study. All GPAs were on a common 4-point scale.

The USMLE is a single program consisting of four separate examinations designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health, disease, and effective patient care. We obtained study participants' USMLE Step 1 and Step 2 CK scores from USU's Registrar's Office, and Step 2 CS and Step 3 scores from the National Board of Medical Examiners. Step 2 CS is a standardized patient-based clinical skills assessment with a set of three conjunctive outcomes: Integrated Clinical Encounter (ICE), Communication and Interpersonal Skills (CIS), and Spoken English Proficiency (SEP). Because the spoken English proficiency component shows little meaningful variability for native English speakers, as medical students in the United States overwhelmingly tend to be, the present study focused only on the ICE and CIS components.

All analyses were completed using SPSS 22.0 (IBM Corporation, New York, NY), and the study was approved USU Institutional Review Board.

## RESULTS

### Exploratory Factor Analysis

We had 293 surveys returned. The response rate was 86.2% (293/340). We conducted a principal axis factor analysis with oblique rotation (Direct Oblimin). Evaluation of the correlation matrix indicated that it was factorable: Kaiser–Meyer–Olkin Measure of Sampling Adequacy was 0.95, which is "marvelous" (>0.90) according to Kaiser's criteria.[5] Bartlett's test of sphericity ($\chi^2 = 18521.47$, df = 1540, $p < 0.001$) was significant, indicating that the correlation matrix was not an identity matrix, and all measures of sampling adequacy were deemed sufficient (i.e., >0.60).[5]

We determined the number of factors to extract using several criteria, including parallel analysis, examination of the resulting scree plot, and eigenvalues greater than 1.0.[6] All three criteria suggested a five-factor solution, with the five factors accounting for 87.0% of the total variance in the items. Inspection of the table of communalities revealed all the items had high extracted communalities (i.e., >0.40; see Table I), indicating that much of the common variance in the items can be explained by the five extracted factors.[5]

We used several additional rules to determine the number of factors and individual items to retain in the final solution: (1) factors needed to contain at least three items, (2) the

29

Downloaded from publications.amsus.org/AMSUS...



No SIM 🛜   10:39 AM   usmle.org   8% ▭

# USMLE ®
**UNITED STATES MEDICAL LICENSING EXAMINATION ®**

Search

Home   Bulletin   FAQs   Applications & Fees   Security   Step Examinations   Practice Materials   Test Accommodations   Scores & Transcripts   Data & Research

# FAQs

🏠 » FAQs - Frequently Asked Questions

General | Biometric Enabled Check-In System | Practice Materials | Scores | Step 2 CS | Comprehensive Review

## Step 2 CS (Clinical Skills)

### General

Show All Answers »

#### Rationale

1. **Why does the USMLE include a clinical skills component?**

2. **What studies support this need?**

3. **If assessment of clinical skills is so important, why was it absent from the USMLE until 2004?**

4. **Why isn't my passing grade on clinical skills exams in medical school sufficient for the licensing board?**

#### Exam Design

5. **How are licensing boards involved in the USMLE and Step 2 CS?**

6. **How does the USMLE program decide what cases will be presented in Step 2 CS and what skills will be assessed?**

7. **What evidence is there that the design of Step 2 CS is sound?**

   - Baldwin SG, Harik P, Keller LA, Clauser BE, Baldwin P, Rebbecchi TA. Assessing the impact of modifications to the documentation component's scoring rubric and rater training on USMLE integrated clinical encounter scores. *Academic Medicine, 2009;84(10 Suppl):S97-100.*

   - Hoppe RB, King AM, Mazor KM, Furman GE, Wick-Garcia P, Corcoran-Ponisciak H, Katsufrakis PJ. Enhancement of the assessment of physician-patient communication skills in the United States Medical Licensing Examination. *Academic Medicine, 2013;88(11):1670-5.*

   - Raymond MR, Clauser BE, Swygert K, van Zanten M. Measurement precision of spoken English proficiency scores on the USMLE Step 2 Clinical Skills examination. *Academic Medicine, 2009;84(10 Suppl):S83-5.*

   - Swygert KA, Balog KP, Jobe A. The impact of repeat information on examinee performance for a large-scale standardized-patient examination. *Academic Medicine, 2010;85(9):1506-10.*

   - Swygert KA, Cuddy MM, van Zanten M, Haist SA, Jobe AC. Gender differences in examinee performance on the Step 2 Clinical Skills data gathering (DG) and patient note (PN) components. *Adv Health Sci Educ Theory Pract, 2012;17(4): 557-71.*

   See also http://www.usmle.org/pdfs/data-research/USMLE_Related_Publications.pdf

#### Pass Rate and Impact

20



No SIM 📶                                    10:44 AM                                    7% ▭

‹          📖                          usmle.org                          ↻   ⬆   ＋   ⧉

    Fan   Divorce So..   Suing the...   Evidence...   California...   Unfair and...   (civ:1708-...   ⊗ www.us...

**US·MLE**
United States
Medical
Licensing
Examination ®

# USMLE-Related Publications 2015–2009

## 2015

Cuddy MM, Winward ML, Johnston MM, Lipner RS, Clauser BE. Evaluating validity evidence for USMLE Step 2 Clinical Skills data gathering and data interpretation scores: does performance predict history-taking and physical examination ratings for first-year internal medicine residents? *Academic Medicine*. 2015. Sept 21 [Epub ahead of print]

Dong T, LaRochelle JS, Durning SJ, Saguil A, Swygert KA, Artino AR. Longitudinal effects of medical students' communication skills on future performance. *Military Medicine*. 2015;180(4 Suppl):24-30.

Feinberg RA, Raymond MR, Haist SA. Repeat testing effects on credentialing exams: are repeaters misinformed or uninformed? *Educational Measurement: Issues and Practice*. 2015;34(1):34-39.

Furman G. Proving our worth: foundational literature supporting the standardized patient educational methodology. *ASPE eNews*. 2015; December 8. http://multibriefs.com/briefs/aspeorg/ASPEORG120815.php. Accessed 01/13/2016

Kahraman N, Brown CB. Using multigroup confirmatory factor analysis to test measurement invariance in raters: a clinical skills examination application. *Applied Measurement in Education*. 2015;28:350-366.

Lane S, Raymond MR, Haladyna TM, Downing SM. Test development process. In: Lane S, Raymond MR, Haladyna TM, eds. *Handbook of test development*. 2nd ed. New York: Routledge; 2015:3-18.

Ouyang W, Cuddy MM, Swanson DB. US medical student performance on the NBME Subject Examination in Internal Medicine: do clerkship sequence and clerkship length matter? *Journal of General Internal Medicine*. 2015;30:1307-1312.

Peitzman SJ, Cuddy MM. Performance in physical examination on the USMLE Step 2 Clinical Skills examination. *Academic Medicine*. 2015;90:209-213.

Prober CG, Kolars JC, First LR, Melnick DE. A plea to reassess the role of United States Medical Licensing Examination Step 1 scores in residency selection. *Academic Medicine*. 2015. Aug 3. [Epub ahead of print]

## 2014

Clauser JC, Clauser BE, Hambleton RK. Increasing the validity of Angoff standards through analysis of judge-level internal consistency. *Applied Measurement in Education*. 2014;27:19-30.

Clauser JC, Margolis MJ, Clauser BE. An examination of the replicability of Angoff Standard setting results Within a generalizability theory framework. *Journal of Educational Measurement*. 2014;51:127-140.

Dillon GF, Johnson DA. Implementing strategic changes to the USMLE. *Journal of Medical Regulation*. 2014;100(3):19-23.

Dong T, Swygert KA, Durning SJ, Saguil A, Gilliland WR, Cruess DF, DeZee KJ, LaRochelle J, Artino AR. Validity evidence for medical school OSCEs: associations with USMLE step assessments. *Teaching and Learning in Medicine*. 2014;26:379-386.

Dong T, Swygert KA, Durning SJ, Saguil A, Zahn CM, Dezee KJ, Gilliland WR, Cruess DF, Balog EK, Servey JT, Welling DR, Ritter M, Goldenberg MN, Ramsay LB, Artino AR. Is poor performance on NBME clinical subject examinations associated with a failing score on the USMLE Step 3 Examination? *Academic Medicine*. 2014;89:762-766.

Grabovsky I, Hess BJ, Haist SA, Lipner RS, Hawley JL, Woodward S, Engleberg NC. The relationship between performance on the infectious diseases in-training and certification examinations. *Clinical Infectious Diseases*. 2014: 2014 Nov 18. [Epub ahead of print]

Haist SA, Katsufrakis PJ, Dillon GF. Basic science content in the USMLE Step 1—reply. *JAMA*. 2014;311:1359-1360.

Holtzman KZ, Swanson DB, Ouyang W, Dillon GF, Boulet JR. International variation in performance by clinical discipline and task on the United States Medical Licensing Examination Step 2 Clinical Knowledge component. *Academic Medicine*. 2014;89:1558-1562.

Morrison CA, Ross LP, Sample L, Butler A. Relationship between performance on the NBME Comprehensive Clinical Science Self-Assessment and USMLE Step 2 Clinical Knowledge for USMGs and IMGs. *Teaching and Learning in Medicine*. 2014;26:373-378.

Norcini JJ, Boulet JR, Opalek A, Dauphinee WD. The Relationship Between Licensing Examination Performance and the Outcomes of Care by International Medical School Graduates. *Academic Medicine*. 2014;89(8):1157-1162.

Updated 4-4-16                                                                                                                   1

No SIM 🛜                 10:44 AM                 7% ▭
                         usmle.org

Peitzman SJ, Cuddy MM. Performance in physical examination on the USMLE Step 2 Clinical Skills Examination. *Academic Medicine*. 2014;Nov 18. [Epub ahead of print].

Raymond MR, Mee J, Haist SA, Young A, Dillon GF, Katsufrakis PJ, McEllhenney SM, Johnson DA. Expectations for physician licensure: a national survey of practice. *Journal of Medical Regulation*. 2014;100(1):15-23.

Stoffel H, Raymond MR, Bucak SD, Haist SA. Editorial changes and item performance: implications for calibration and pretesting. *Practical Assessment, Research & Evaluation*. 2014;19(14):available online: http://pareonline.net/genpare.asp?wh=4&abt=stoffel

Wainer H. The route to USMLE; the shibboleth of modern medical licensure. *Journal of Medical Regulation*. 2014;100(4):21-28.

### 2013
Brown CB, Kahraman N. Exploring psychometric models to enhance standardized patient quality assurance: evaluating standardized patient performance over time. *Academic Medicine*. 2013;88:866-871.

Chavez AK, Swygert KA, Peitzman SJ, Raymond MR. Within-session score gains for repeat examinees on a standardized patient examination. Academic Medicine. 2013;88:688-692.

Clauser BE, Mee J, Margolis MJ. The effect of data format on integration of performance data into Angoff judgments. *International Journal of Testing*. 2013;13:65-85.

Cuddy MM, Swanson DB, Drake RL, Pawlina W. Changes in anatomy instruction and USMLE performance: empirical evidence on the absence of a relationship. *Anatomical Sciences Education*. 2013;6:3-10.

Dillon GD, Swanson DB, McClintock JC, Gravlee GP. The Relationship Between the American Board of Anesthesiology Part 1 Certification Examination and the United States Medical Licensing Examination. *Journal of Graduate Medical Education*. 2013;6:276-283.

Haist SA, Katsufrakis PJ, Dillon GF. The evolution of the United States Medical Licensing Examination (USMLE): enhancing assessment of practice-related competencies. *JAMA*. 2013;310:2245-2246.

Hoppe RB, King AM, Mazor KM, Furman GE, Wiek-Garcia P, Corcoran-Ponisciak H, Katsufrakis PJ. Enhancement of the assessment of physician–patient communication skills in the United States Medical Licensing Examination. *Academic Medicine*. 2013;88:1670-1675.

Kahraman N, Cuddy MM, Clauser BE. Modeling Pacing Behavior and Test Speededness Using Latent Growth Curve Models. *Applied Psychological Measurement*. 2013;37:343-360.

King AM, Hoppe RB. "Best practice" for patient-centered communication: a narrative review. *Journal of Graduate Medical Education*. 2013;5:385-393.

Mee J, Clauser BE, Margolis MJ. The impact of process instructions on judges' use of examinee performance data in Angoff standard setting exercises. *Educational Measurement: Issues and Practice*. 2013;32(3):27-35.

Swygert KA, Haist SA. A response to "Bridging the gender gap in communication skills" by Wu and McLaughlin (2012). *Advances in Health Sciences Education: Theory and Practice*. 2013;18:133-134.

Winward ML, Lipner RS, Johnston MM, Cuddy MM, Clauser BE. The relationship between communication scores from the USMLE Step 2 Clinical Skills examination and communication ratings for first-year internal medicine residents. *Academic Medicine*. 2013;88: 693-698.

### 2012
Feinberg RA, Swygert KA, Haist SA, Dillon GF, Murray CT. The impact of postgraduate training on USMLE Step 3 and its computer-based case simulation component. *Journal of General Internal Medicine*. 2012;27:65-70.

Kahraman N, De Champlain AF, Raymond MR. Modeling the psychometric properties of complex performance assessment tasks using confirmatory factor analysis: a multistage model for calibrating tasks. *Applied Measurement in Education*. 2012;25:79-95.

Raymond MR, Swygert KA, Kahraman N. Measurement precision for repeat examinees on a standardized patient examination. *Advances in Health Sciences Education: Theory and Practice*. 2012;17:325-337.

Raymond MR, Swygert KA, Kahraman N. Psychometric equivalences of ratings for repeat examinees on a performance assessment for physician licensure. *Journal of Educational Measurement*. 2012;49:339-361.

Swygert KA, Cuddy MM, van Zanten M, Haist SA, Jobe AC. Gender differences in examinee performance on the Step 2 Clinical Skills data gathering (DG) and patient note (PN) components. *Advances in Health Sciences Education Theory and Practice*. 2012: 17:557-571.

van Zanten M, McKinley DW, Durante Montiel I, Pijano CV. Medical education accreditation in Mexico and the Philippines: impact on student outcomes. *Medical Education*. 2012;46(6):568-592.

**2011**

Baldwin P, Baldwin SG, Haist SA. F-type testlets and the effects of feedback and case-specificity. *Academic Medicine.* 2011;86(10 Suppl):S55-S58.

Cuddy MM, Swygert KA, Swanson DB, Jobe AC. A multilevel analysis of examinee gender, standardized patient gender, and United State Medical Licensing Examination Step 2 Clinical Skills communication and interpersonal skills scores. *Academic Medicine.* -2011;8610 Suppl):S17-S20.

Dillon GF, Clauser BE, Melnick DE. The role of USMLE scores in selecting residents [letter]. *Academic Medicine.* 2011;86:793-794.

Katsufrakis PJ, Scoles PV, Melnick DE. Correcting a misperception [letter]. *Academic Medicine.* 2011;86:1333.

Raymond MR, Harik P, Clauser BE. The impact of statistically adjusting for rater effects on conditional standard errors of performance ratings. *Applied Psychological Measurement.* 2011;35:235-246.

Raymond MR, Kahraman N, Swygert KA, Balog KP. Evaluating construct equivalence and criterion-related validity for repeat examinees on a standardized patient examination. *Academic Medicine.* 2011;86:1253-1259.

Raymond MR, Mee JM, King AM, Haist SA, Winward ML. What new residents do during their initial months of training. *Academic Medicine.* 2011;86(10 Suppl):S59-S62.

**2010**

Furman GE, Smee S, Wilson C. Quality assurance best practices for simulation-based examinations. *Simulation in Healthcare: Journal of the Society for Simulation in Healthcare.* 2010;5:226-231.

Margolis MJ, Clauser BE, Winward M, Dillon GF. Validity evidence for USMLE examination cut scores: results of a large-scale survey. *Academic Medicine.* 2010;85(10 Suppl):S93-S97.

Morrison C, Ross LP, Fogle T, Butler A, Miller JG, Dillon GF. Relationship between performance on the NBME Comprehensive Basic Sciences Self-Assessment and USMLE Step 1 for U.S. and Canadian medical school students. *Academic Medicine.* 2010;85(10 Suppl):S98-S101.

Raymond MR, Clauser BE, Furman GE. The impact of statistical adjustment on conditional standard errors of measurement in the assessment of physician communication skills. *Advances in Health Sciences Education: Theory and Practice.* 2010;15:587-600.

Swygert KA, Balog KP, Jobe AC. The impact of repeat performance on examinee performance for a large-scale standardized-patient examination. *Academic Medicine.* 2010;85:1506-1510.

Swygert KA, Muller ES, Scott CL, Swanson DB. The relationship between USMLE Step 2 CS patient note ratings and time spent on the note: do examinees who spend more time write better notes? *Academic Medicine.* 2010;85(10 Suppl):S89-S92.

**2009**

Baldwin SG, Harik P, Keller LA, Clauser BE, Baldwin P, Rebbecchi TA. Assessing the impact of modifications to the documentation component's scoring rubric and rater training on USMLE Integrated Clinical Encounter scores. *Academic Medicine.* 2009;84(10 Suppl):S97-S100.

Boulet JR, Smee SM, Dillon GF, Gimpel JR. The use of standardized patient assessments for certification and licensure decisions. *Simulation in healthcare: Journal of the Society for Simulation in Healthcare.* 2009;4:35-42.

Clauser BE, Balog KP, Harik P, Kahraman N. A multivariate generalizability analysis of history-taking and physical examination scores from the USMLE Step 2 Clinical Skills examination. *Academic Medicine.* 2009;84(10 Suppl):S86-S89.

Dillon GF, Clauser BE. Computer-delivered patient simulations in the United States Medical Licensing Examination (USMLE). *Simulation in healthcare: Journal of the Society for Simulation in Healthcare.* 2009;4:30-34.

Harik P, Clauser BE, Grabovsky I, Nungester RJ, Swanson DB, Nandakumar R. An examination of rater drift within a generalizability theory framework. *Journal of Educational Measurement.* 2009;46:43-58.

Harik P, Cuddy MM, O'Donovan S, Murray CT, Swanson DB, Clauser BE. Assessing potentially dangerous medical actions with the computer-based case simulation portion of the USMLE Step 3 examination. *Academic Medicine.* 2009;84(10 Suppl):S79-S82.

Holtzman KZ, Swanson DB, Ouyang W, Hussie K, Albee K. Use of multimedia on the Step 1 and Step 2 Clinical Knowledge components of USMLE: a controlled trial of the impact on item characteristics. *Academic Medicine.* 2009;84(10 Suppl):S90-S93.

Johnson DA. An Assessment of USMLE examinees found to have engaged in Irregular Behavior. *Journal of Medical Regulation.* 2009/2010;95(4):26-35.

Melnick DE. Licensing examinations in North America: is external audit valuable? *Medical Teacher.* 2009;31:212-214.

4 of 4

Raymond MR, Clauser BE, Swygert KA, van Zanten M. Measurement precision of spoken English proficiency scores on the USMLE Step 2 Clinical Skills examination. *Academic Medicine.* 2009;84(10 Suppl):S83-S85.

Swanson DB, Holtzman KZ, Johnson DA. Developing test content for the United States Medical Licensing Examination. *Journal of Medical Licensure and Discipline.* 2009;95(2):22-29.

Swanson DB, Sawhill AJ, Holtzman KZ, Bucak SD, Morrison C, Hurwitz S, DeRosa GP. Relationship between performance on Part I of the American Board of Orthopaedic Surgery Certifying Examination and scores on USMLE Steps 1 and 2. *Academic Medicine.* 2009;84(10 Suppl):S21-S24.

Swygert KA, Muller ES, Swanson DB, Scott CL. The relationship between USMLE Step 2 CS Communication and Interpersonal Skills (CIS) ratings and the time spent by examinees interacting with standardized patients. *Academic Medicine.* 2009;84 (10 Suppl):S1-S4.

van Zanten M, Boulet JR. Medical education in the Caribbean: variability in Educational Commission for Foreign Medical Graduate certification rates and United States Medical Licensing Examination attempts. *Academic Medicine.* 2009;84(10 Suppl):S13-S16.

# Published Papers and Invited Presentations



The list of published papers and invited presentations during 2009 reflects the scholarly work of the NBME staff members, who are sought after as speakers and panel members at meetings and conferences throughout the world.

Names of NBME staff members are shown in blue.

### Publications 2009 

Baldwin P, Bernstein J, **Wainer H**. Hip psychometrics. *Statistics in Medicine.* 2009;28:2277-2292.

Baldwin P, **Wainer H**. A little ignorance: how statistics rescued a damsel in distress. *Chance.* 2009;22(3):51-55.

**Baldwin SG, Harik P**, Keller LA, **Clauser BE**, Baldwin P, Rebbecchi TA. Assessing the impact of modifications to the documentation component's scoring rubric and rater training on USMLE Integrated Clinical Encounter scores. *Academic Medicine.* 2009;84(10 Suppl):S97-S100.

Barberio JA, Gomella LG, Adams AG, **Haist SA**, Smith KM. *Nurse's Pocket Drug Book 2009.* 5th ed. New York, NY: McGraw-Hill; 2009.

Boulet JR, Smee SM, **Dillon GF**, Gimpel JR. The use of standardized patient assessments for certification and licensure decisions. *Simulation in Healthcare: The Journal of the Society for Simulation in Healthcare.* 2009;4:35-42.

**Clauser BE**, Balog K, **Harik P, Kahraman N**. A multivariate generalizability analysis of history-taking and physical examination scores from the USMLE Step 2 Clinical Skills examination. *Academic Medicine.* 2009;84(10 Suppl):S86-S89.

**Clauser BE, Harik P, Margolis MJ**, McManus IC, Mollon A, Chis L, Williams S. An empirical examination of the impact of group discussion and examinee performance information on judgments made in the Angoff standard-setting procedure. *Applied Measurement in Education.* 2009;22:1-21.

**Clauser BE**, Mee JM, **Baldwin SG, Margolis MJ, Dillon GF**. Judges' use of examinee performance data in an Angoff standard-setting exercise for a medical licensing examination: an experimental study. *Journal of Educational Measurement.* 2009;46:390-407.

Davis D, **Galbraith RM**. Continuing medical education effect on practice performance: effectiveness of continuing medical education: American College of Chest Physicians Evidence-Based Educational Guidelines. *Chest.* 2009;135(3 Suppl):42S-48S.

In 2015 the RIC established an institutional research agenda and identified three high-priority programs within that agenda that are germane to NBME's goals. Those programs include: assessment of teamwork and health-care team interactions; methods to improve the quality and effectiveness of performance ratings; and criterion-related validation strategies, including studies of the relationships between test scores and practice or patient outcomes. Other research efforts promoted and coordinated by TOR are summarized in a later section.

Periodically, NBME staff members are recognized for their research accomplishments and service to the field. Here are a few from 2015:

- **Peter Baldwin** – recipient of the 2015 NCME Alicia Cascallar Award
- **Kimberly Swygert** – recipient of the 2015 Academic Medicine Excellence in Reviewing Award
- **Howard Wainer** – recipient of the 2015 AERA E.F. Lindquist Award

EDWARD J. STEMMLER MEDICAL EDUCATION RESEARCH FUND

The Stemmler Fund was established in 1995 and subsequently named in honor of Dr. Edward J. Stemmler, who was largely responsible for the conception of the program while chair of the NBME. The goal of the Stemmler Fund is to provide support for research or development of innovative assessment approaches that will enhance the evaluation of those preparing to, or continuing to, practice medicine.

Since its inception, the Stemmler Fund has awarded 80 grants for a total of approximately 7.15 million dollars. During the 2014-2015 grant cycle, 47 proposals were reviewed by the Stemmler Fund Committee.  On April 13, the committee met and made three recommendations for awardees, which were announced as follows:

> **Dr. Matthew Lineberry, University of Illinois at Chicago**
> *Leveraging assessment for learning: Optimizing challenge and engagement in an intelligent formative assessment system*

> **Dr. Todd P. Chang, Keck School of Medicine at University of Southern California**
> *Teaching and assessing cost and time effective patient care using serious gaming strategies*

> **Dr. Kathleen Mary Finn, Harvard Medical School**
> *The assessment of resident decision making and patient safety: A randomized trial of inpatient medical supervision of trainees*

Additional information is available on the NBME website.

During the 2015-2016 letter of intent (LOI) cycle, 48 applicants submitted LOIs describing their proposed research projects.  LOIs were reviewed by the Stemmler Committee in November, and 10 applicants were invited to submit full proposals.  Pending the outcome of content expert review and rating, proposals will be selected for funding in April of 2016.

**STEMMLER FUND STEERING COMMITTEE**



*Chair*
LEWIS R. FIRST, MD, MS
University of Vermont College of Medicine

MARK A. ALBANESE, PHD
University of Wisconsin School of Medicine
and Public Health

PETER B. ANGOOD, MD
American Association for Physician Leadership
Tampa, Florida

PETER J. BRUNS, PHD
Chevy Chase, Maryland

ERIC S. HOLMBOE, MD
Yale School of Medicine

RUTH HOROWITZ, PHD
New York University School of Arts and Science

HEIDI HULLINGER, MD
Rutgers New Jersey Medical School

CATHY J. LAZARUS, MD
Tulane University School of Medicine

KENNETH M. LUDMERER, MD, MA
Washington University in St. Louis School of Medicine

DAVE SWANSON, PHD
American Board of Medical Specialties
Chicago, Illinois

*NBME Staff*
BRIAN E. CLAUSER, EDD
MONICA CUDDY, MA
RICHARD FEINBERG, PHD
MARC GESSAROLI, PHD
THOMAS REBBECCHI, MD
KIMBERLY A. SWYGERT, PHD

*Consultant*
ROBERT M. GALBRAITH, MD, MBA





USMLE          Board Certification          Nursing

Menu ▾

**ICE component**

**pratikad** (Posts 1)
6/23/2013 2:56:45 PM

What in the world do you need to do in order to pass the ICE component? I received my score recently, and failed in ICE. CIS and SEP are all the way to the right. Now, i have to make sure i do the same thing i did before for CIS and figure out what went wrong with ICE. Please help, thank you!

**wanali** (Posts 1)
6/23/2013 5:55:36 PM

Hi, I m in the same boat.Infact me and my friend prepare toghether but she passesd Mashallah ICE although on borderline but I failed ICE with high scores in other two.Anyways I started again but still try to find out abt ICE, I heard from someone that it is pt notes in which most of us fail.if you have some information how tk pass ICE plz help me too.thanks

**pratikad** (Posts 1)
6/25/2013 3:02:13 AM

For all the people who failed ICE, can you please post a comment as to why you think you might have

## UWorld
### YOUR WORLD OF LEARNING

MENU

LOGIN

**wanali** (Posts 1)
6/15/2013 2:32:15 PM

I failed ICE, in other components ihave higher score, I really want to know wat happened.For each case I make D/D before entering into the room, ask qs according to D/D, ask every patient if they wanna tell me anything, openended qs, etc finish ontime except first case, then wat happen. Plz advice I couldn't sleep for three days but crying, badly need help.thanks

**Nufa26** (Posts 1)
6/15/2013 8:37:57 PM

**wanali** wrote:
I failed ICE, in other components ihave higher score, I really want to know wat happened.For each case I make D/D before entering into the room, ask qs according to D/D, ask every patient if they wanna tell me anything, openended qs, etc finish ontime except first case, then wat happen. Plz advice I couldn't sleep for three days but crying, badly need help.thanks


Hello wanali,

I'm very sorry to hear about your result. It's really a painful situation.
Please start for cs study again. since you just took the test, the content for cs exam is still in your mind.

Improve your ICE component- study more & don't leave SEP & CIS components. So, work more on all three components. Please read my original post regarding ICE component.

In addition, I would like to give some tips for ICE-

For history taking- please memorize the questions from 44 long cases in FA. I heard that, these questions mostly covered SP's check-list.

For P/E- watch P/E videos from UW, the old version, these videos are also available in u-tube.

For PN- you can also follow PN style from FA. Just add 3 D/D- with history & P/E findings.
Please learn signs-symptoms of diseases from mini cases in FA.

PRACTICE very well.
Work on your typing speed accordingly.

39

No SIM 🛜   11:36 AM   19% 🔋
usmleforum.com



USMLE Forum.com

**Dr. Najeeb Lectures**

World's Most Popular Lectures on Basic Medical Sciences.

Learn More



PASS ICE 1st TIME!
TARGET USMLE
CS HANDBOOK
AMAZON.COM


DRUG SAFETY
JOBS
848-299-5900


TUTOR
1 IS YOUR TICKET TO PASS
STEP 2 CS BUDDY


on 1st attempt
Join our team at

| USMLE Forum |
| --- |
| Step 1 |
| Step 2 CK |
| Step 2 CS |
| Matching & Residency |
| Step 3 |
| Classifieds |

Archives


c3ny
OUR STEP 2 CS
WORKSHOP IN NYC
WILL HELP YOU
PASS YOUR EXAM

<<  <          * Step 2 CS *          >  >>

**> Failed CS today-ICE part**

eddyheart - 10/14/09 23:08

I got higher performance in CIS and SEP but I failed the ICE.

What should I do to improve that?????

Report Abuse

 **Dr. Najeeb Lectures** 

**\* Re:Failed CS today-ICE part**

irvinedawg - 10/15/09 00:05

I know how stressful can this process be and the CS exam is an added stress. I am a "committed" study "tutor" who is also meticulous and skilled in training others. I offer Study schedule, case simulation, feedback and improve your English. I have tutored IMGs and US medical students – all of them successfully passed from the first attempt so far :-) I give critical case by case feedback practicing all cases as many times as you want!
Rates: $25 per hour with a free discussion about the exam, study plans and goals.
Email me directly at medtutor2009@hotmail.com

About me:
I am a 4th year medical student at UCSF. I went to UC Bekerley for undergrad and Chicago Med. for my masters. I have 8 years of tutoring experience, as I was tutor for Kaplan before and was trained through their program.

Report Abuse

**\* Re:Failed CS today-ICE part**

forumguest - 10/15/09 00:38

Eddyheart,
I am so sorry, especially when most have obtained a pass score today. Regarding the ICE part, I think the most possible reason for your failure is that you have not practiced enough. I would like to suggest you to find a serious partner and practice the FA and UW cases at least three times for each. Organize the questions for each system, and write the memories that you are easier to remember. And practice the PN again and again until you can write each without thinking after the encounter, based on the template of FA. You may think it is impossible, but after write more than 100 PN, I am sure you can do it within 10 min. I actually wrote more than 200 PN before the test, and could finish it within 8-9 min during the test. Also, this part was the only which I got high performance asterisk.
All these preparation only needs 4 weeks, and I am sure everyone can pass if he/she take it seriously. Good luck!

Report Abuse

**\* Re:Failed CS today-ICE part**

jayusmle - 10/15/09 13:25



→  Hi eddyheart,
In the ICE component, pay a great deal of attention to your patient notes, they would give you more marks than the data gathering because no one is absolutely sure what is on the checklists of the SPs. In my exam, i thought I tried in the data gathering but my results show that my patients notes made me pass that component since it was much better than the data gathering from the xxxxxx going to the higher performance area for the patients notes and xxxxx going very close to the lower performance area...Practise patients notes over and over.. Make photocopies of FA with the empty page that has space for patients notes and make many copies and try practising squeezing what you have to write in the space..

ALWAYS START WRITING DIFFERENTIAL DIAGNOSES AND INVESTIGATIONS FIRST and EXAMINATION FINDINGS next and HISTORY last!!!!! VIP..AND YOU WILL FINISH IN 10 MINUTES...

Report Abuse

**\* Re:Failed CS today-ICE part**

drrk2009 - 10/16/09 00:13

I also failed, my part of failure is data gathering.



Vital Checklist – Official Website    Dr. Singh MD – Portfolio Website    Authors    USMLE* »

**VitalChecklist**

| VITAL CHECKLIST WORKSHOP FOR STEP 2 CS GRAND RAPIDS | HOUSTON | NEW YORK | VITAL CHECKLIST ONLINE WORKSHOP/SKYPE PARTNER FOR 10 HOURS EMAIL US - HI@VITALCHECKLIST.COM |

Patient Experience    USMLE* »    Medical Students    Residency Interviews    Medical News

## WHY MEDICAL STUDENTS FAIL IN USMLE STEP 2 CLINICAL SKILLS EXAM?



Vital Checklist Step 2 CS Baymont INN houston

**Live training sessions Vital Checklist Workshop at Houston**

## WHY MEDICAL STUDENTS FAIL IN USMLE STEP 2 CLINICAL SKILLS EXAM?

USMLE Step 2 CS exam has three components—Integrated Clinical Encounter (ICE), Spoken English Proficiency (SEP) and Communication and Interpersonal Skills (CIS). Students appearing for Step 2 CS test have to pass all the components in one sitting. As a USMLE Instructor, a lot of students tell me they did everything right in the Step 2CS encounter but still failed.

I just failed in the ICE component of the exam, should I ask ECFMG to recheck my score?

I write this to explain, how to pass the USMLE Step 2 Clinical Skills Exam in first attempt with flying colors.

## FAILED IN INTEGRATED CLINICAL ENCOUNTER (ICE)

If you fail to extract a good history and lack a good clinical acumen, it will lead to poor patient note and obviously will affect your outcome in the Step 2 CS Exam. When I coach medical students, I teach them the Simon Sinek's "Start with Why" approach.

| Why | I failed in Step 2 CS because of poor approach. |
| How | I was not able to collect the clinical information from the patient correctly |
| What | Poor patient note, as I have nothing to write now. |

My training methodology is to coach them with the help of Vital Checklists that can provide them with quick memory aid to recall all the questions.

### FEATURED VIDEO



iCrush Multiple Sclerosis

Popular    Recent    Comments    Tags

 Unmatched to Matched- My Journey!

 USMLE Step 2 Clinical Skills Exam- My preparation experience

ROLE OF PHYSICIAN IN MULTIPLE SCLEROSIS PATIENT- A YOUNG PHYSICIAN'S PERSPECTIVE

 Cerebral Palsy- A cause of Plight and Unite

 Why Medicine?- Choosing Medicine as a Profession

### FIND US ON FACEBOOK

USMLE Coach by...
2,988 likes

Like Page    Share

Be the first of your friends to like this





No SIM 📶       11:35 AM       20% 🔋

🔒 targetusmle.com



# Target USMLE
### One stop solution to Step 2 CS

Call us : +91-9003271258   Ⓢ : mjjune1

Login ▾   |   Sign up   |   Contact   |   Feedback

Follow us on: 🅕 🅖 🅣 🅖 🅟 🅦

DY PLAN   FREE TIPS   VIDEO TUTORIALS   ASSESS MY PREP   ONLINE COURSE   ONLINE MOCK   RAPID CS REVIEW   LIVE MOCK / PREP   STEP 2 CS TIPS

**USMLE STEP 2 CS**

| | |
|---|---|
| USMLE STEP 2 CS | |

SAMPLE PDF

1.

PATIENT NOTE CORRECTION 📄

**FIRST AID USMLE STEP 2 CS**

**USMLE Step 2 CS** is a very unique exam which requires a unique way of preparation. It is an examination that assesses you as a medical doctor before you get to practice in the United States. USMLE Step 2 CS tests you on 3 components: ICE (integrated clinical encounter), CIS (Communication interpersonal skills) and SEP ( spoken English proficiency).

**STEP 2 CS PATIENT NOTE**



**ECFMG STEP 2 CS**

The "ICE component" encompasses the data gathering and patient note skills. Most of the ICE component gets graded by the physician who corrects your patient note and the physical exam component gets judged by the Standardized patient

**STEP 2 CS SCHEDULE**

(SP). The CIS and SEP part are entirely judged by the SPs. USMLE Step 2 CS pass requires you to pass all three components. Even if you fail in one component you still fail the USMLE Step 2 CS exam!

**STEP 2 CS VIDEO TIPS**

The **USMLE Step 2 CS** exam appears to be an easy exam especially after all the efforts you have taken for the USMLE step 1 and USMLE step 2 CK exam. So most students take it for granted and just glance at a few books /forums/ask their seniors how to go about it before they take this expensive exam. Unfortunately those resources alone are not sufficient. There are nuances to the USMLE Step 2 CS exam that are overlooked by many students until they have taken it several times. The examinees then search for reasons why they failed the exam because the result comes as a shock to them though they asked all the questions and recall being nice to their patients during the exam!

Target USMLE has created a very comprehensive, thorough and well thought out game plan for cracking the step 2 cs the first time in the form of 7 Easy steps 2 cs. It is a self study program from home with a 24 hour access for 30 days. Please don't start practicing cases before you know you are doing it the right way. We have had many students who failed step 2 cs pass with this program even after their 3rd or 4th attempt using other resources. It is the first of its kind - an online teaching program with short video lectures and demos that covers A-Z of the USMLE Step 2 CS exam at very nominal prices (1/10th of live coaching rates). You get to watch these videos at your own free time! By going through our step by step program for USMLE Step 2 CS you are all set to practice with your study partners the right way. Step 2 cs Do it once. Do it right!



   

42

usmle.org

2. **Do the Steps have to be taken at particular points during my medical education and career?**

3. **If a physician currently holds a license in one state and has not taken USMLE, is it necessary to pass USMLE to seek licensure in another state?**

4. **I am a graduate of a medical school outside the United States and Canada. How can I get information on what is required to enter graduate medical education and/or practice medicine in the United States?**

5. **I am a MD/PhD candidate and the state board where I am applying for licensure requires applicants to complete all three Steps within seven years. Is there an exception to this policy?**

## Retakes



1. **What are the rules regarding retakes?**

   You may take the same examination no more than three times within a 12-month period. Your fourth and subsequent attempts must be at least 12 months after your first attempt at that exam and at least six months after your most recent attempt at that exam.

2. **Can I retake a Step that I previously passed?**

   If you pass a Step or Step Component, you are not allowed to retake it, except to comply with certain state board requirements which have been previously approved by USMLE governance. For example, you may retake a passed Step to comply with the time limit of a medical licensing authority for the completion of all Steps or a requirement imposed by another authority recognized by the USMLE program for this purpose. The medical licensing authority must provide information showing that you are an applicant for licensure in that jurisdiction; have fulfilled all requirements for licensure in that jurisdiction; are eligible for licensure except for the out-of-date examination; and have completed the full USMLE sequence, including Step 3. Information regarding retakes allowed to comply with ECFMG requirements is provided at the time of exam application using ECFMG's Interactive Web Applications (IWA).

   If you are repeating a previously passed Step or Step Component because of a time limit, you may apply to retake the examination only after the applicable time limit has expired. An exception to this policy can be granted if, at the time of application and testing:

   - you are currently enrolled in an LCME- or AOA accredited medical school program leading to the MD or DO degree;

   - you have previously passed Step 1 and/or Step 2 but have not passed Step 3;

   - you are expected to graduate from the medical school program six or more years after the date you first passed Step 1 and/or Step 2; and

   - you are otherwise eligible to retake the examination.

## Other

1. **What is ERAS?**

2. **How do I report a problem related to my testing administration?**

3. **What are the rules regarding what I can and cannot bring into the secure areas of the testing center?**

USMLE

Announcements | Frequently Asked Questions | Performance Data | The Comprehensive Review (CRU)
Test Accommodations | About | Contact | Privacy Policy | Site Map
Download Adobe Reader

 

ECFMG 2015 Information Booklet - Time Limit for Completing Examination Requireme...   Page 1

EXHIBIT

## Examinations for ECFMG Certification

Examination Requirements | Time Limit for Completing Examination Requirements

### Time Limit for Completing Examination Requirements

ECFMG policy requires that international medical students/graduates pass the USMLE Steps and Step Components required for ECFMG Certification within a seven-year period. This means that once you pass a Step or Step Component, you will have seven years to pass all of the other Step(s) or Step Component(s) required for ECFMG Certification. This seven-year period begins on the exam date of the first Step or Step Component passed and ends exactly seven years from that exam date.

If you do not pass all required Steps and Step Components within a maximum of seven years, your earliest USMLE passing performance will no longer be valid for ECFMG Certification. **It is your responsibility to track your progress toward meeting the exam requirements for ECFMG Certification. ECFMG will not notify you of upcoming deadlines to meet the seven-year requirement and will not notify you if one (or more) of your passing performances becomes invalid for ECFMG Certification because you failed to meet the seven-year requirement.**

E

**Example:** An international medical graduate took his first Step or Step Component on October 1, 2008 and passed. He has through October 1, 2015 to take and pass all other Step(s) and Step Component(s) required for ECFMG Certification. If he does not take and pass all other required Step(s) and Step Component(s) on or before October 1, 2015, his passing performance on the October 1, 2008 exam would no longer be valid for ECFMG Certification.

Under this policy, more than one USMLE passing performance can become invalid for ECFMG Certification.

**Example:** An international medical graduate passed Step 1 on April 1, 2007, and passed Step 2 CK on May 1, 2008. She had through April 1, 2014 (seven years from her Step 1 passing performance) to pass Step 2 CS, satisfying the remaining exam requirements for ECFMG Certification. She did not pass Step 2 CS by April 1, 2014, so her passing performance on Step 1 is no longer valid for ECFMG Certification. Her earliest USMLE passing performance that is valid for ECFMG Certification is now the Step 2 CK passing performance on May 1, 2008. She now has through May 1, 2015 (seven years from her Step 2 CK passing performance) to pass Step 1 and Step 2 CS, satisfying the remaining exam requirements for ECFMG Certification. If she does not pass Step 1 and Step 2 CS by May 1, 2015, her passing performance on Step 2 CK will no longer be valid for ECFMG Certification.

There are exceptions to this policy:

- This seven-year limit does **not** apply to the former ECFMG CSA because the CSA was not a USMLE Step or Step Component. International medical students/graduates who satisfied the clinical skills requirement for ECFMG Certification by passing the CSA are required to pass only Step 1 and Step 2 CK within seven years of each other for ECFMG Certification. For these individuals, the seven-year period begins on the exam date of the first USMLE Step or Step Component passed, regardless of when the CSA was passed.

- If your earliest USMLE passing performance that is valid for ECFMG Certification took place before June 14, 2004, you are required to pass only Step 1 and Step 2 CK within seven years of each other for ECFMG Certification; if required for ECFMG Certification, Step 2 CS can be passed outside the seven-year period.

   **Example:** An international medical graduate passed Step 1 on May 25, 2004, passed Step 2 CK on August 10, 2007, and passed Step 2 CS on February 15, 2012. This applicant was required to pass Step 2 CK by May 25, 2011 (within seven years from her Step 1 passing performance on May 25, 2004), a requirement she has satisfied. While this applicant was also required to pass Step 2 CS to meet the exam requirements for ECFMG Certification, she was not required to pass Step 2 CS by May 25, 2011, since her earliest USMLE passing performance that is valid for ECFMG Certification (the May 25, 2004 Step 1 passing performance) took place before June 14, 2004.

If you have passed a Step or Step Component but this passing performance is no longer valid for ECFMG Certification, you may request an exception to retake the previously passed exam that is no longer valid. The USMLE

44

EXHIBIT

No SIM 📶                                     6:33 PM                                     63% 🔋

< USMLE ID   ∧  ∨                            🚩  📁  🗑  ↩  📝

**From:** Info <Info@ECFMG.org>
**To:** "yoana_ayanova@yahoo.com" <yoana_ayanova@yahoo.com>
**Sent:** Tuesday, January 26, 2016 7:46 AM
**Subject:** 08364994

Dear Doctor:

I am writing in response to your correspondence received with the Request for a Recheck of USMLE® Step 2 CS in which you requested that your overall performance on the Step 2 CS be reviewed by factoring in your USMLE Step 2 CS administrations of May 20th and September 30th, 2015.

Please note that the USMLE program does not provide feedback beyond that which is given in the Performance Profile, nor does it inform examinees what they did wrong during their USMLE Step 2 CS examination. There are many reasons for this, most importantly, exam security. You received all of the information that is available to examinees as feedback about their exam day performances. However, the information below may be useful.

The assessment tool used in scoring Communication and Interpersonal Skills (CIS) captures the observations of standardized patients (SPs) who record an examinee's ability to gather and share information and to foster a relationship with the SP. Your final CIS score is a composite score measured across multiple SP and case scenarios.

The USMLE program does not provide information about the specific behaviors captured within the CIS subcomponent. Please visit the USMLE website at http://www.usmle.org/step-2-cs/#scoring for information on how the examination is scored and to review the types of demonstrated behaviors that may affect a CIS outcome.

The result for each USMLE Step or Step component is based entirely on your performance during that examination; the result is not compared with or influenced by a previously taken examination result. Therefore, it is possible to pass a specific section of the examination on one attempt, and fail it at a later date. I hope this information proves useful to you.   ←

Sincerely
info@ecfmg.org
RMM

This Email has been scanned for all viruses Scanning Services, utilizing A proprietary SkyScan infrastructure.

63%

**‹** USMLE ID  ∧  ∨

From: scores@nbme.org

To: yoana_ayanova@yahoo.com

Hide

## RE: <u>08364994</u>
February 24, 2016 at 9:23 AM

Dear Dr. Ayanova,

Thank you for contacting the National Board of Medical Examiners.

Your Communication and Interpersonal Skills (CIS) subcomponent as depicted on your May 20, 2015 test administration score report indicated that  your CIS performance previously fell in the borderline region.   It is not uncommon for examinees performing within a borderline region to have a change in their pass/fail outcome across multiple takes. 

We found no issue in the administration of your examination; your scores are final as reported.

Sincerely,

Inna Rozinsky, Manager
Examinee Records
NBME

Follow USMLE on Facebook  

**From:** yoana ayanova [<u>mailto:yoana_ayanova@yahoo.com</u>]
**Sent:** Friday, February 12, 2016 2:10 PM
**To:** <u>webmail@nbme.org</u>
**Cc:** Info
**Subject:** Fw: <u>08364994</u>
Dear NBME,

Please find attached my response to the vague response below. Hopefully, there will be a reasonable and fair solution of the problem soon. Please send the attached documents to the appropriate* Department for review! Thank you!
Have a great day!

Best Regards,
Yoana Ayanova, MD

*This email message and any attachments may contain privileged and/or confidential business*

46

*Page 5 of*

< Sent (5)   ∧ ∨

To: Colleen Ward

From: yoana ayanova

Hide

## Re: <u>08364994</u>
March 3, 2016 at 12:39 PM

Dear Ms. Ward,

1. Can you please, tell me if a can come and review the documents PERSONALLY, and see where exactly i failed?
2. Can you please help me understand the CIS score report on both exams, in terms of " X' in the borderline area. Can you please send examples which represent pass and fail results with 5 OR 6 "X" in the borderline area? I do not understand the interpretation, and how can we compare the two results?

Please provide more information!
Thank you in advance!
Best Regards, Yoana

---

**From:** Colleen Ward <<u>CWard@nbme.org</u>>
**To:** 'yoana ayanova' <<u>yoana_ayanova@yahoo.com</u>>
**Sent:** Thursday, March 3, 2016 12:30 PM
**Subject:** <u>08364994</u>

Dear Dr. Ayanova:

This is in response to your emails dated March 2, 2016 and March 3, 2016 requesting additional scoring information and information about the performance feedback on your Step 2 CS score reports. First, in response to your request for additional scoring information, I regret to inform you that the score report is the only feedback we can provide on the results of your Step 2 CS test administration.

Regarding your questions about the performance profile on your score reports, please note that the shaded area defines a borderline level of performance for each subcomponent (ICE, CIS, SEP); borderline performance is comparable to a HIGH FAIL/LOW PASS on the subcomponent. Performance bands indicate areas of relative strength and weakness. Some bands are wider than others. The width of a performance band reflects the precision of measurement: narrower bands indicate greater precision. The band width for a given content area is the same for all examinees. Small differences in the location of bands should not be over interpreted. If two bands overlap, performance in the associated areas should be interpreted as similar.

I hope this information is helpful.

47 -



**UNITED STATES MEDICAL LICENSING EXAMINATION ®**

**STEP 2 CLINICAL SKILLS (CS) SCORE REPORT**

This score report is provided for the use of the examinee.
Third-party users of USMLE information are advised to rely solely on official USMLE transcripts.

**Ayanova, Yoana Evgenieva**

**USMLE ID:  0-836-499-4**

**Test Date:  May 20, 2015**

The USMLE is a single examination program consisting of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care. Step 2 is designed to assess whether an examinee can apply medical knowledge, skills, and understanding of clinical science essential for the provision of patient care under supervision, including emphasis on health promotion and disease prevention. The inclusion of Step 2 in the USMLE sequence is intended to ensure that due attention is devoted to principles of clinical sciences and basic patient-centered skills that provide the foundation for the safe and competent practice of medicine. There are two components to Step 2:  a Clinical Knowledge (CK) examination and a Clinical Skills (CS) examination. This report represents results for the Step 2 CS examination only. Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. The overall Pass/Fail outcome provided below represents your result for the administration of the Step 2 CS on the test date shown above.

|  |
|---|
| *Overall Pass/Fail Outcome* |
| **FAIL** |

The overall outcome for Step 2 CS, reported above, is based upon the minimum passing levels set by USMLE for the three Step 2 CS subcomponents. The three subcomponents are Integrated Clinical Encounter (ICE), Communication and Interpersonal Skills (CIS), and Spoken English Proficiency (SEP). It is necessary to pass all three subcomponents in order to obtain an overall passing outcome on the Step 2 CS. Results for the three Step 2 CS subcomponents are reported below.

| ICE | CIS | SEP |
|------|------|------|
| FAIL | PASS | PASS |



**US·MLE**
United States
Medical
Licensing
Examination ®

# UNITED STATES MEDICAL LICENSING EXAMINATION®

## STEP 2 CLINICAL SKILLS (CS) SCORE REPORT

This score report is provided for the use of the examinee.
Third-party users of USMLE information are advised to rely solely on official USMLE transcripts.

**Ayanova, Yoana Evgenieva**

**USMLE ID:  0-836-499-4**

**Test Date:  September 30, 2015**

The USMLE is a single examination program consisting of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care. Step 2 is designed to assess whether an examinee can apply medical knowledge, skills, and understanding of clinical science essential for the provision of patient care under supervision, including emphasis on health promotion and disease prevention. The inclusion of Step 2 in the USMLE sequence is intended to ensure that due attention is devoted to principles of clinical sciences and basic patient-centered skills that provide the foundation for the safe and competent practice of medicine. There are two components to Step 2:  a Clinical Knowledge (CK) examination and a Clinical Skills (CS) examination.  This report represents results for the Step 2 CS examination only.  Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. The overall Pass/Fail outcome provided below represents your result for the administration of the Step 2 CS on the test date shown above.



| Overall Pass/Fail Outcome |
| --- |
| FAIL |

The overall outcome for Step 2 CS, reported above, is based upon the minimum passing levels set by USMLE for the three Step 2 CS subcomponents. The three subcomponents are Integrated Clinical Encounter (ICE), Communication and Interpersonal Skills (CIS), and Spoken English Proficiency (SEP). It is necessary to pass all three subcomponents in order to obtain an overall passing outcome on the Step 2 CS. Results for the three Step 2 CS subcomponents are reported below.

| ICE | CIS | SEP |
| --- | --- | --- |
| PASS | FAIL | PASS |



*Serving the public through evaluation of healthcare professionals worldwide*

NBME®

2009 Annual Report

NATIONAL BOARD OF MEDICAL EXAMINERS

H