At its December 2009 meeting, the Step 1 Committee considered the results of the surveys and the standard setting exercises, as well as data on recent trends in examinee performance and on the relationship of score precision to the pass/fail decision. As a result of its review, the Committee decided to raise the three-digit score recommended to pass Step 1 from 185 to 188. The new minimum passing score was applied to Step 1 examinations for which the first day of testing was on or after January 1, 2010.

## Step 2 CK

Details on the performance of examinees taking Step 2 CK in the 2007-2008 and 2008-2009 academic years are provided below. First-time takers from US and Canadian medical schools granting the MD degree numbered approximately 16,500 in the 2007-2008 academic year and 17,100 in 2008-2009. First-time takers from non-US/Canadian medical schools numbered 12,847 and 11,868, respectively. The pass rates for first-time takers from MD-granting US and Canadian medical schools were 96% and 97% for the academic years. As noted with Step 1, given the opportunity for this same group to repeat the examination, the ultimate Step 2 CK passing rate across test administrations is expected to increase to approximately 99% for this same group.

### TABLE 2A — 2007–2009 STEP 2 CK ADMINISTRATIONS
Number Tested and Percent Passing

|  | 2007-2008* | | 2008-2009* | |
|---|---|---|---|---|
|  | # Tested | % Passing | # Tested | % Passing |
| Examinees From US/Canadian Schools that Grant |  |  |  |  |
| MD Degree | 17,440 | 94% | 17,842 | 96% |
|   1st Takers | 16,499 | 96% | 17,060 | 97% |
|   Repeaters** | 941 | 69% | 782 | 72% |
| DO Degree | 701 | 87% | 829 | 90% |
|   1st Takers | 672 | 87% | 806 | 90% |
|   Repeaters** | 29 | 72% | 23 | 78% |
| Total US/Canadian | 18,141 | 94% | 18,671 | 95% |
| Examinees From Non-US/Canadian Schools |  |  |  |  |
|   1st Takers | 12,847 | 81% | 11,868 | 83% |
|   Repeaters** | 3,320 | 51% | 2,865 | 54% |
| Total non-US/Canadian | 16,167 | 74% | 14,733 | 78% |

\* Data for Step 2 CK are provided for examinees tested during the period of July 1 to June 30.
\*\* 'Repeaters' represents examinations given, not number of different examinees.

## Step 2 CS

Details on the numbers and overall performance of examinees taking Step 2 CS in the 2007-2008 and 2008-2009 academic years are provided in Table 2B. First-time takers from US and Canadian medical schools granting the MD degree numbered 16,715 for 2007-2008 and 17,054 for 2008-2009, with passing rates of 97% for both years. First-time takers from non-US/Canadian medical schools numbered 13,787 and 13,181 during these two periods. The respective passing rates for this group were 72% and 73%.

Examinees taking Step 2 CS must pass three separate sub-components in order to record an overall pass on Step 2 CS. The three sub-components are: Integrated Clinical Encounter (ICE), Communication and Interpersonal Skills (CIS), and Spoken English Proficiency (SEP). For the US/Canadian and the non-US/Canadian medical school groups separately, Table 2C provides first-taker passing rates on each of the CS sub-components.



# Step 2 CS (Clinical Skills)

Show All Answers »

## General

### Rationale

1. **Why does the USMLE include a clinical skills component?**

2. **What studies support this need?**

3. **If assessment of clinical skills is so important, why was it absent from the USMLE until 2004?**

    A version of the medical licensing exam many decades ago, in fact, included a "bedside encounter" to assess clinical skills but it was dropped in the 1960s because of questions at the time about its reliability. In 2004, an assessment of clinical skills was added to the USMLE because pilot studies showed it was reliable. Advances in testing science and in computerization made this possible.

4. **Why isn't my passing grade on clinical skills exams in medical school sufficient for the licensing board?**



### Exam Design

5. **How are licensing boards involved in the USMLE and Step 2 CS?**

6. **How does the USMLE program decide what cases will be presented in Step 2 CS and what skills will be assessed?**

7. **What evidence is there that the design of Step 2 CS is sound?**

### Pass Rate and Impact

8. **How many people pass Step 2 CS?**

9. **Will I be able to learn how I performed on specific areas of the exam?**

### Number of Testing Sites

10. **Why are there so few testing sites for Step 2 CS?**

11. **Why doesn't the USMLE program use some of the excellent clinical skills facilities at universities to expand testing sites?**

52



Home   Bulletin   FAQs   Applications & Fees   Security   Step Examinations   Practice Materials   Test Accommodations   Scores & Transcripts   Data & Research

# FAQs

🏠  FAQs - Frequently Asked Questions

| General | Biometric Enabled Check-in System | Practice Materials | Scores | Step 2 CS | Comprehensive Review |

Stay up to date: Information and Updates

## General

Show All Answers »

1. Upcoming changes to USMLE

2. Will you continue to report scores, or change to pass/fail?

3. What are the "competencies"? Are they all going to be assessed in USMLE? How?

   In accordance with direction from the USMLE Composite Committee and the Committee to Evaluate the USMLE Program, USMLE governance will consider changes to the examination sequence in the context of competencies that have become increasingly prevalent in recent years as a means of organizing medical education and assessment. One of the most commonly used competency frameworks was developed collaboratively by the ACGME and the ABMS. This framework identifies six competencies: medical knowledge, patient care, communication and interpersonal skills, professionalism, practice-based learning and improvement, and systems-based practice. Some in the medical education and practice community have also identified a seventh competency related to surgical and other technical procedural skills.

   → The NBME will explore how best to assess examinees in all competency areas. It is likely that the assessments available via a revised USMLE will not be able to measure all competencies to an equal degree. It is possible that one or more competencies will not be measurable in ← a valid manner in the context of the USMLE. During implementation of changes to the USMLE, staff will identify how best to assess examinees' performance in each of the competencies using available methods, develop a research agenda to expand assessment tools for competencies not adequately measured presently, and identify competencies that cannot be reliably measured in USMLE so that assessments in other contexts (e.g., residency training programs) can supplement the information provided by the USMLE.

   Posted: November 2014

4. The USMLE program says that new item formats are currently under development. Can you tell me more about this?

## Step 1 and Step 2 CK

1. Will Step 1 and 2 CK be combined into one exam?

2. If the current Step structure changes, how can medical schools that make promotion decisions (from MS2 to MS3) continue to make these decisions?

3. Can you tell me more about what is meant by "an increased focus on quality improvement principles and safety science" in the Step 1 exam, and about what is meant by "an increased emphasis on quality improvement principles; safety science; epidemiology, biostatistics, and population health; professionalism; and interpersonal and communications skills" in the Step 2 CK exam?

## Step 3

1. Will the restructured Step 3 mean a change in the eligibility requirements for taking the exam?

53

EXHIBIT

PubMed

## Abstract

Full text links

Wolters Kluwer

Acad Med. 2011 Jan;86(1):48-52. doi: 10.1097/ACM.0b013e3181ffacdb.

# Are United States Medical Licensing Exam Step 1 and 2 scores valid measures for postgraduate medical residency selection decisions?

McGaghie WC[1], Cohen ER, Wayne DB.

Author information

### Abstract

**PURPOSE:** United States Medical Licensing Examination (USMLE) scores are frequently used by residency program directors when evaluating applicants. The objectives of this report are to study the chain of reasoning and evidence that underlies the use of USMLE Step 1 and 2 scores for postgraduate medical resident selection decisions and to evaluate the validity argument about the utility of USMLE scores for this purpose.

**METHOD:** This is a research synthesis using the critical review approach. The study first describes the chain of reasoning that underlies a validity argument about using test scores for a specific purpose. It continues by summarizing correlations of USMLE Step 1 and 2 scores and reliable measures of clinical skill acquisition drawn from nine studies involving 393 medical learners from 2005 to 2010. The integrity of the validity argument about using USMLE Step 1 and 2 scores for postgraduate residency selection decisions is tested.

**RESULTS:** The research synthesis shows that USMLE Step 1 and 2 scores are not correlated with reliable measures of medical students', residents', and fellows' clinical skill acquisition.

**CONCLUSIONS:** The validity argument about using USMLE Step 1 and 2 scores for postgraduate residency selection decisions is neither structured, coherent, nor evidence based. The USMLE score validity argument breaks down on grounds of extrapolation and decision/interpretation because the scores are not associated with measures of clinical skill acquisition among advanced medical students, residents, and subspecialty fellows. Continued use of USMLE Step 1 and 2 scores for postgraduate medical residency selection decisions is discouraged.

## Comment in

The role of USMLE scores in selecting residents.  [Acad Med. 2011]
The role of USMLE scores in selecting residents.  [Acad Med. 2011]

PMID: 21099388 [PubMed - indexed for MEDLINE]

## Publication Types, MeSH Terms, Grant Support

54



Abstract ▾                  Send to: ▾

Acad Med. 2008 Oct;83(10 Suppl):S45-8. doi: 10.1097/ACM.0b013e318183e470.

## Contrast effects in the USMLE Step 2 Clinical Skills examination.

Ramineni C, Clauser BE, Harik P, Swanson DB.

### Abstract

**BACKGROUND:** As with any examination using human raters, it is possible that human subjectivity may introduce measurement error. An examinee's performance might be scored differently on the basis of the quality of the preceding performance(s) (contrast effects). This research investigated the presence of contrast effects, within and across test sessions, for the communication and interpersonal skills component of the United States Medical Licensing Examination Step 2 Clinical Skills (CS) examination.

**METHOD:** Data from Step 2 CS examinees were analyzed using hierarchical and general linear modeling procedures.

**RESULTS:** Contrast effect was significant for the communication and interpersonal skills score, both within and across test sessions. The effect was found to have a nontrivial impact on the overall score.

**CONCLUSIONS:** The presence of contrast effects suggests that scores for an examinee are influenced by the performance of other examinees. More research is needed to fully understand these effects.

PMID: 18820499 [PubMed - indexed for MEDLINE]



### MeSH Terms

### LinkOut - more resources

### PubMed Commons          PubMed Commons home

0 comments

How to join PubMed Commons

You are here: NCBI > Literature > PubMed

| GETTING STARTED | RESOURCES | POPULAR | FEATURED |
|---|---|---|---|
| NCBI Education | Chemicals & Bioassays | PubMed | Genetic Testing Registry |
| NCBI Help Manual | Data & Software | Bookshelf | PubMed Health |
| NCBI Handbook | DNA & RNA | PubMed Central | GenBank |
| Training & Tutorials | Domains & Structures | PubMed Health | Reference Sequences |

55

EXHIBIT

Acad Med. 2007 Oct;82(10 Suppl):S101-4.

## Sequence effects in the United States Medical Licensing Examination (USMLE) step 2 clinical skills (cs) examination.

Ramineni C[1], Harik P, Margolis MJ, Clauser BE, Swanson DB, Dillon GF.

### Abstract

**BACKGROUND:** Systematic trends in examinee performance across the testing day (sequence effects) could indicate that artifacts of the testing situation have an impact on scores. This research investigated the presence of sequence effects for United States Medical Licensing Exam (USMLE) Step 2 clinical skills (CS) examination components.

**METHOD:** Data from Step 2 CS examinees were analyzed using analysis of covariance and hierarchical linear modeling procedures.

**RESULTS:** Sequence was significant for three of the components; communication and interpersonal skills, data gathering, and documentation. A significant gender x sequence interaction was found for two components.

**CONCLUSIONS:** The presence of sequence effects suggests that scores on early cases are influenced by factors that are unrelated to the proficiencies of interest. More research is needed to fully understand these effects.

PMID: 17895671 [PubMed - indexed for MEDLINE]

EXHIBIT



# News

## Change in the Performance Standard of the Step 2 CS Examination that Will Affect Examinees Testing on or after January 1, 2013




As stated in the USMLE *Bulletin of Information* and as explained in a previous posting to the USMLE website, the level of proficiency required to meet the recommended minimum passing level for each USMLE Step examination is reviewed periodically and may be adjusted at any time. Notice of such review and any adjustments are posted on the USMLE website.

At its December 2012 meeting, the Step 2 Committee conducted such a review for USMLE Step 2 Clinical Skills (CS). During the meeting, the Step 2 Committee considered information from multiple sources, including:

1. Recommendations from independent groups of physicians who participated in content-based standard-setting activities in 2012;
2. Results of surveys of various groups (e.g., state licensing representatives, medical school faculty, examinees) concerning the appropriateness of current pass/fail standards for the Step 2 CS examinations;
3. Data on trends in examinee performance;
4. Data on precision of pass/fail classifications.

The results of the review are described below. Because numerical scores are not reported for Step 2 CS, the decisions of the Step 2 Committee are reflected in terms of potential impact on examinees using data from recent administrations.

The Step 2 Committee decided to increase the performance levels required to receive a passing outcome on two of the three Step 2 CS subcomponents: Communication and Interpersonal Skills (CIS) and Integrated Clinical Encounter (ICE). There will be no change to minimum passing requirements for the Spoken English Proficiency (SEP) subcomponent of Step 2 CS at this time.

These changes will be applied to Step 2 CS examinees testing on or after **January 1, 2013**.

Because of the changes that were made to the design and content of the ICE and CIS subcomponents earlier this year, as announced, the ability to use historical trends to predict the impact of the changes in minimum passing requirements is limited. If the new minimum passing requirements were applied to the group of first-time examinees who recently tested under the new examination structure, the overall passing rate for examinees from U.S. medical schools would be approximately three percent lower and the overall passing rate for examinees from international medical schools would be approximately eighteen percent lower.

The impact of these changes on future examinees will depend on the examinees' performance. The overall impact will be reviewed by the Step 2 Committee when more examinees have tested under these new requirements.

 G+1



On the go?
Download our mobile app. 

All News

Home > Programs > ERAS Support Services > Applicants: Introduction

# ERAS Support Services for Applicants

Introduction
Timeline and Fees
NRMP
Eligibility
Supporting Documents
FAQs
Application Process
Irregular Behavior
Resources

# Introduction to the ERAS Residency Application Process

ECFMG serves as the designated Dean's office for all international medical students and graduates (IMGs) who use the Electronic Residency Application Service (ERAS) to apply for first- and second-year (PGY-1 and PGY-2) residency positions in U.S. programs of graduate medical education (GME). As your designated Dean's office, ECFMG is your primary contact for assistance and information throughout the ERAS application process.

**IMPORTANT NOTE**: If you are a student or graduate of a U.S. (LCME- or AOA-accredited) medical school/program, you must apply for residency positions through the Dean's office at your medical school. If you are a student or graduate of a Canadian medical school/program, the Canadian Resident Matching Service (CaRMS) acts as your Dean's office for the purpose of applying to positions in the United States; for more detailed information, go to www.carms.ca.

**Your pursuit of a residency position involves three separate organizations:**

It is vital that you read all websites carefully to understand the role of each organization and to understand the intricacies of resident recruitment, eligibility criteria, and what is expected of you as a prospective candidate for a residency position.

Expand All | Collapse All

+ **ERAS Support Services at ECFMG:**

+ **AAMC's Electronic Residency Application Service (ERAS):**

+ **National Resident Matching Program (NRMP, or "the Match"):**



Back to top

---

**Live Chat** is currently unavailable.
Click to leave a message for ECFMG's ERAS Support Services.

**Important Dates:**

**June 23:** ERAS 2017 residency Tokens are now available.

**Independence Day Holiday:** ERAS Support Services will close at 2:00 p.m. on July 1 and reopen July 5.

*All times shown are Eastern Time in the United States.*