FILED

1  YOANA AYANOVA Kiprilov _(Full Name)
2  1053 E. 6th Street, Ap-26 _(Email Address)
3  Ontario, CA 91764 _(Address Line 1)
4  _____ (Address Line 2)
5  707-570-5155 _(Phone Number)
6  Plaintiff _ in Pro Per
7  (indicate Plaintiff or Defendant)

2016 JUL 25  PM 3:14

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY_____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

YOANA AYANOVA Kiprilov,

    Plaintiff,

vs.

National Board of Medical Examiners, Educational Commission for Foreign Medical Graduates

    Defendant(s).

Case No.: 5:16-cv-00952 JGB (SPX)

**PROOF OF SERVICE BY MAIL**

I, YOANA A. Kiprilov, declare as follows:
(name of person serving documents)

My address is 1053 E. 6th Street, Ap-26 Ontario, CA 91764, which is located in the county where the mailing described below took place.

On July 25, 2016, I served the document(s) described as:
(date of mailing)

1
Proof of Service by Mail

- Notice of Motion and Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56
- Memorandum of Points and Authorities in Support of Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56
- Declaration in Support of Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56
- Statement of Uncontroverted Facts and Conclusions of Law Pursuant to Local Rule 56-1
- Proposed Judgment Granting Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56

on all interested parties in this action by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid thereon, and deposited said envelope in the United States mail at or in __Ontario, CA__ (city and state of mailing), addressed to:

__Eric Herzog__ (name)  __ECFMG__ (name)
__Los Angeles, CA 90071__ (address)  __Los Angeles or Pennsylvania office__ (address)
__555 Flower Street__ (address)  __100 N. Sepulveda Blvd__ (address)
_____ (address)  __El Segundo CA 90245__ (address)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __25, July__ (date) at __Ontario, CA__ (city and state of signing).

_____ (sign)
__YOANA Kiprilov__ (print name)

2
Proof of Service by Mail