UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOANA AYANOVA KIPRILOV,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | Case No. 5:16-CV-00952<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

On July 28, 2016, Defendant Educational Commission for Foreign Medical Graduates ("ECFMG") moved to dismiss Plaintiff's First Amended Complaint. The Court, having considered all papers, arguments and evidence in support and in opposition to Defendant ECFMG's Motion to Dismiss First Amended Complaint, finds and concludes as follows:

///

///

Morgan, Lewis & Bockius LLP
Attorneys at Law
Philadelphia

DB1/ 88454666.1

[PROPOSED] ORDER GRANTING DEFENDANT EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT
5:16-CV-00952

1  ECFMG's motion to dismiss Plaintiff's First Amended Complaint is
2  GRANTED and Plaintiff's First Amended Complaint is hereby DISMISSED
3  WITH PREJUDICE.

5  **IT IS SO ORDERED**.

6  Dated: _____, 2016

    _____
9   HON. JESUS G. BERNAL

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

DB1/ 88454666.1

2

[PROPOSED] ORDER GRANTING
DEFENDANT EDUCATIONAL
COMMISSION FOR FOREIGN MEDI 5:16-
CV-00952

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2016, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING DEFENDANT EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES' Motion to Dismiss PLAINTIFFS' FIRST AMENDED COMPLAINT** with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Meghan Lynn Phillips
Meghan Lynn Phillips

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

DB1/ 88454666.1

3

[PROPOSED] ORDER GRANTING
DEFENDANT EDUCATIONAL
COMMISSION FOR FOREIGN MEDI 5:16-
CV-00952

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On July 28, 2016, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**[PROPOSED] ORDER GRANTING DEFENDANT EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

in a sealed envelope, postage fully paid, addressed as follows:

Plaintiff Yoana Ayanova Kiprilov
1053 E. 6th Street, Apt. 26
Ontario, CA 91764

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

Executed on July 28, 2016, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

/s/ Christine Zavala
Christine Zavala

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

DB1/ 88454666.1

4

[PROPOSED] ORDER GRANTING
DEFENDANT EDUCATIONAL
COMMISSION FOR FOREIGN MEDI 5:16-
CV-00952