MORGAN, LEWIS & BOCKIUS LLP
Meghan Lynn Phillips, Bar No. 272095
meghan.phillips@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Brian W. Shaffer (*pro hac vice* to be filed)
brian.shaffer@morganlewis.com
Elisa P. McEnroe (*pro hac vice* to be filed)
elisa.mcenroe@morganlewis.com
1701 Market Street
Philadelphia, PA 19103-2921
Tel:   +1.215.963.5000
Fax:   +1.215.963.5001

Attorneys for Defendant
Educational Commission for Foreign Medical Graduates

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOANA AYANOVA KIPRILOV,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | Case No. 5:16-CV-00952<br><br>**PROOF OF SERVICE**<br><br>Ctrm:   1<br>Judge:  Hon. Jesus G. Bernal |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

DB1/ 88590323.1

PROOF OF SERVICE
5:16-CV-00952

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On July 28, 2016, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**DEFENDANT EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES' NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

in a sealed envelope, postage fully paid, addressed as follows:

Plaintiff Yoana Ayanova Kiprilov
1053 E. 6th Street, Apt. 26
Ontario, CA 91764

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

Executed on July 28, 2016, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Christine Zavala

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

9

NOTICE OF MOTION TO DISMISS AND
MEMORANDUM IN SUPPORT OF
DISMISSAL
5:16-CV-00952

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2016, I electronically filed the foregoing **PROOF OF SERVICE** with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Meghan Lynn Phillips
Meghan Lynn Phillips

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

DB1/ 88590323.1

2

PROOF OF SERVICE
5:16-CV-00952

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On July 28, 2016, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**PROOF OF SERVICE**

in a sealed envelope, postage fully paid, addressed as follows:

Plaintiff Yoana Ayanova Kiprilov
1053 E. 6th Street, Apt. 26
Ontario, CA 91764

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

Executed on July 28, 2016, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*/s/ Christine Zavala*
Christine Zavala

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

DB1/ 88590323.1

3

PROOF OF SERVICE
5:16-CV-00952