Eric A. Herzog (Bar No. 229066)
eric.herzog@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOANA AYANOVA KIPRILOV,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | Case No.: 5:16-cv-00952 JGB (SPx)<br><br>**DECLARATION OF GERARD F. DILLON IN SUPPORT OF NBME'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: August 22, 2016<br>Hearing Time: 9:00 a.m.<br>Courtroom No.: 1<br><br>Judge Jesus G. Bernal |

I, Gerard F. Dillon, declare:

1. I am employed by the National Board of Medical Examiners ("NBME") as Vice President for Licensure Programs. I am over eighteen years of age and have personal knowledge of the facts stated below.

2. The National Board of Medical Examiners ("NBME") is a non-profit organization based in Pennsylvania.

3. In conjunction with the Federation of State Medical Boards, NBME sponsors the United States Medical Licensing Examination ("USMLE").

4. The USMLE has comprises three "Steps" that are typically taken at different times in an individual's medical education and training. The Step exams that make up the USMLE are designed to assess whether an individual has the knowledge and skills deemed necessary for safe and effective patient care.

5. The USMLE is administered each year to tens of thousands of examinees. Results of the USMLE are reported to state medical licensing authorities for use in evaluating applicants seeking an initial license to practice medicine. Each state's authority sets its own rules and regulations for those seeking a license to practice in that jurisdiction. The USMLE provides them with a common evaluation system for these applicants.

6. Step 1 of the USMLE assesses whether the candidate understands and can apply important concepts of the sciences that are basic to the practice of medicine, with special emphasis on principles and mechanisms underlying health, disease, and modes of therapy. Attached hereto at **Exhibit 1** is a true and correct copy of overview information from the USMLE website regarding the Step 1 examination, which is available at http://www.usmle.org/step-1/.

7. Step 2 of the USMLE assesses the ability of examinees to apply medical knowledge, skills, and understanding of clinical science essential for the provision of patient care under supervision, with an emphasis on health promotion and disease prevention, and with attention to the basic patient-centered skills that provide the foundation for the safe and competent practice of medicine. Step 2 has a Clinical Knowledge ("CK") component (a multiple-choice examination) and a Clinical Skills ("CS") component (a simulation of doctor-patient encounters). Attached hereto at **Exhibit 2** is a true and correct copy of overview information from the USMLE website regarding the Step 2 CS examination, which is available at http://www.usmle.org/step-2-cs/. Attached hereto at **Exhibit 3** is a true and correct copy of overview information from the USMLE website regarding the Step 2 CK examination, which is available at http://www.usmle.org/step-2-ck/.

8. Step 3 of the USMLE assesses whether the applicant can apply medical knowledge and understanding of biomedical and clinical science essential for the unsupervised practice of medicine. Attached hereto at **Exhibit 4** is a true and correct copy of information from the USMLE website regarding the Step 3 examination, which is available at http://www.usmle.org/step-3/.

9. As discussed in **Exhibit 2** hereto, Step 2 CS uses standardized patients – individuals trained to portray a patient – to test medical students and graduates on their ability to gather information from patients, perform physical examinations, and communicate their findings to patients and colleagues.

10. The Step 2 CS exam includes twelve patient encounters, each of which lasts 15 minutes under standard testing time. The testing area consists of a series of examination rooms equipped with examination tables, commonly used diagnostic instruments, gloves, sinks and paper towels. When examinees enter the examination room, they encounter a standardized patient who presents with a clinical problem. Outside each examination room is a cubicle equipped with a computer, where the examinee writes a patient note after conducting the examination and diagnostic interview.

11. Step 2 CS assesses whether physicians seeking an initial license to practice medicine in the United States can communicate effectively with patients.

12. Step 2 CS is a pass/fail examination on which examinees are scored on three separate subcomponents: Communication and Interpersonal Skills (CIS), Spoken English Proficiency (SEP), and Integrated Clinical Encounter (ICE).

13. The **CIS subcomponent** of Step 2 CS includes assessment of the patient-centered communication skills of fostering the relationship, gathering information, providing information, helping the patient make decisions, and supporting emotions. CIS performance is assessed by the standardized patients, who record these skills using a checklist based on observable behaviors.

14. The **SEP subcomponent** includes assessment of clarity of spoken English communication within the context of the doctor-patient encounter (for example, pronunciation, word choice, and minimizing the need to repeat questions or statements). SEP performance is assessed by the standardized patients using a global rating scale, where the rating is based upon the frequency of pronunciation or word choice errors that affect comprehension and the amount of listener effort required to understand the examinee's questions and responses.

15. The **ICE subcomponent** includes assessments of both data gathering and data interpretation skills. Scoring for this subcomponent consists of a checklist completed by the standardized patients for the physical examination portion of the encounter, and global ratings of the patient note provided by trained physician raters. Patient note raters provide ratings on the documented summary of the findings of the patient encounter (history and physical examination), diagnostic impressions, justification of the potential diagnoses, and initial patient diagnostic studies.

16. Attached hereto at **Exhibit 5** is a true and correct copy of the scoring policy for Step 2 CS. This policy is available on the USMLE website at http://www.usmle.org/step-2-cs/#scoring. Among other things, the scoring policy informs examinees that: "USMLE Step 2 CS is a pass/fail examination. Examinees are scored on three separate subcomponents: Communication and Interpersonal Skills (CIS), Spoken English Proficiency (SEP), and Integrated Clinical Encounter (ICE). Each of the three subcomponents must be passed in a single administration in order to achieve a passing performance on Step 2 CS." The information in **Exhibit 5** was available on USMLE's website before the May 20, 2015 and September 30, 2015 administrations of Step 2 CS to Dr. Kiprilov.

17. Attached hereto at **Exhibit 6** is a true and correct copy of the *Step 2 Clinical Skills (CS) Content Description and General Information* booklet that was applicable for administrations of Step 2 CS in 2015. This booklet was available on

the USMLE website before the May 20, 2015 and September 30, 2015 administrations of Step 2 CS to Dr. Kiprilov. An updated version of the booklet has been available on the USMLE website since March 2016 at http://www.usmle.org/pdfs/step-2-cs/cs-info-manual.pdf.

18. NBME publishes a *Bulletin of Information* regarding the USMLE. In addition to provide a broad range of exam-related information to prospective examinees, the *Bulletin* contains links to the USMLE website where additional information is provided. A true and correct copy of the 2015 *Bulletin of Information* is attached hereto at **Exhibit 7**, and is available on the USMLE website at http://www.usmle.org/pdfs/bulletin/2015bulletin.pdf. The 2015 *Bulletin* was available on the USMLE website before the May 20, 2015 and September 30, 2015 administrations of Step 2 CS to Dr. Kiprilov.

19. Attached hereto at **Exhibit 8** is a true and correct copy of Yoana Ayanova Kiprilov's Step 2 Clinical Skills (CS) Score Report for her May 20, 2015 examination. This score report and the score report discussed in the next paragraph reflect what I understand to be Dr. Kiprilov's name at the time she tested., Yoana Evgenieva Ayanova.

20. Attached hereto at **Exhibit 9** is a true and correct copy of Yoana Ayanova Kiprilov's Step 2 Clinical Skills (CS) Score Report for her September 30, 2015 examination.

21. According to our records, Yoana Ayanova Kiprilov took Step 1 of the USMLE and obtained a passing score on May 30, 2012.

22. NBME plays no role in the issuance of certificates by ECFMG ("Educational Commission for Foreign Medical Graduates"). The ECFMG issues certificates to graduates of foreign medical schools, when appropriate, in accordance with its policies and procedures.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___8·1·2016___ in Philadelphia, Pennsylvania.

_/s/ Gerard F. Dillon_