1  Eric A. Herzog (Bar No. 229066)
   eric.herzog@nortonrosefulbright.com
2  **NORTON ROSE FULBRIGHT US LLP**
   555 South Flower Street
3  Forty-First Floor
   Los Angeles, California 90071
4  Telephone:  (213) 892-9200
   Facsimile:   (213) 892-9494
5
   Attorneys for Defendant
6  NATIONAL BOARD OF MEDICAL EXAMINERS

7

8                   IN THE UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | YOANA AYANOVA KIPRILOV, | Case No.:  5:16-cv-00952 JGB (SPx) |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | v. | **EXHIBITS REFERENCED IN THE DECLARATION OF GERARD F. DILLON IN SUPPORT OF NBME'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| 14 | NATIONAL BOARD OF MEDICAL EXAMINERS, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | |
| 15 | | |
| 16 | Defendant. | Hearing Date:    August 22, 2016 |
| 17 | | Hearing Time:  9:00 a.m. Courtroom No.: 1 |
| 18 | | Judge Jesus G. Bernal |

19

20

21

22

23

24

25

26

27

28

**INDEX OF EXHIBITS IN SUPPORT OF DECLARATION OF GERARD F. DILLON IN SUPPORT OF NBME'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

| PAGES | EXHIBIT | DESCRIPTION |
|---|---|---|
| 3 | 1 | Information from the USMLE website regarding the Step 1 Examination. |
| 4 | 2 | Information from the USMLE website regarding the Step 2 CS Examination. |
| 5 | 3 | Information from the USMLE website regarding the Step 2 CK Examination. |
| 6-7 | 4 | Information from the USMLE website regarding the Step 3 Examination. |
| 8-9 | 5 | Scoring policy for Step 2 CS Examination. |
| 10-29 | 6 | *Step 2 Clinical Skills (CS) Content Description and General Information* booklet (2015). |
| 30-57 | 7 | *Bulletin of Information* regarding the USMLE. |
| 58-59 | 8 | Yoana Ayanova Kiprilov's Step 2 Clinical Skills (CS) Score Report for May 20, 2015 examination. |
| 60-61 | 9 | Yoana Ayanova Kiprilov's Step 2 Clinical Skills (CS) Score Report for September 30, 2015 examination. |

# EXHIBIT 1

# Step 1

Overview | Content Outline and Specifications | Content Description | Test Question Formats

## Overview

Step 1 assesses whether you understand and can apply important concepts of the sciences basic to the practice of medicine, with special emphasis on principles and mechanisms underlying health, disease, and modes of therapy. Step 1 ensures mastery of not only the sciences that provide a foundation for the safe and competent practice of medicine in the present, but also the scientific principles required for maintenance of competence through lifelong learning. Step 1 is constructed according to an integrated content outline that organizes basic science material along two dimensions: **system and process.**

Step 1 is a **one-day** examination. It is divided into seven 60-minute blocks and administered in one 8-hour testing session The number of questions per block on a given examination form will vary, but will not exceed 40. The total number of items on the overall examination form will not exceed 280.

If you have a medical need for an item during your USMLE administration, a list of approved personal items is available.

# EXHIBIT 2

# Step 2 CS



## Overview

Step 2 of the USMLE assesses the ability of examinees to apply medical knowledge, skills, and understanding of clinical science essential for the provision of patient care under supervision, and includes emphasis on health promotion and disease prevention. Step 2 ensures that due attention is devoted to the principles of clinical sciences and basic patient- centered skills that provide the foundation for the safe and effective practice of medicine.

Step 2 CS uses standardized patients to test medical students and graduates on their ability to gather information from patients, perform physical examinations, and communicate their findings to patients and colleagues.



## Other Step 2 CS Resources

- Step 2 CS Frequently Asked Questions (FAQs)
- Bulletin: Examinations - Step 2 CS
- Bulletin: Testing - Step 2 CS

# EXHIBIT 3

# Step 2 CK

| Overview ▾ | Content Outline and Specifications | Content Description | Test Question Formats |

## Overview

Step 2 assesses whether you can apply medical knowledge, skills, and understanding of clinical science essential for the provision of patient care under supervision and includes emphasis on health promotion and disease prevention. Step 2 ensures that due attention is devoted to principles of clinical sciences and basic patient-centered skills that provide the foundation for the safe and competent practice of medicine.

Step 2 CK is constructed according to an integrated content outline that organizes clinical science material along two dimensions: physician task and disease category.

Step 2 CK is a **one-day** examination. It is divided into eight 60-minute blocks, administered in one 9-hour testing session. Test item formats may vary within each block.

**Examinees testing before July 13, 2016:**
The number of items in a block will be displayed at the beginning of each block. This number will vary among blocks, but will not exceed 44 items. The total number of items on the overall examination form will not exceed 355 items. Regardless of the number of items, 60 minutes are allotted for the completion of each block.

On the test day, examinees have a minimum of 45 minutes of break time and a 15-minute optional tutorial. The amount of time available for breaks may be increased by finishing a block of test items or the optional tutorial before the allotted time expires.

If you have a medical need for an item during your USMLE administration, a list of approved personal items is available.

**Examinees testing on or after July 13, 2016:**
The number of items in a block will be displayed at the beginning of each block. This number will vary among blocks, but will not exceed 40 items. The total number of items on the overall examination form will not exceed 318 items. Regardless of the number of items, 60 minutes are allotted for the completion of each block.

On the test day, examinees have a minimum of 45 minutes of break time and a 15- minute optional tutorial. The amount of time available for breaks may be increased by finishing a block of test items or the optional tutorial before the allotted time expires.

If you have a medical need for an item during your USMLE administration, a list of approved personal items is available.

# EXHIBIT 4

# Step 3

Overview | Content Description and Questions | Content Description | Test Question Formats

## Overview

Step 3 assesses whether you can apply medical knowledge and understanding of biomedical and clinical science essential for the unsupervised practice of medicine, with emphasis on patient management in ambulatory settings. It is the **final examination** in the USMLE sequence leading to a license to practice medicine without supervision. The examination material is prepared by examination committees broadly representing the medical profession. The committees comprise recognized experts in their fields, including both academic and non-academic practitioners, as well as members of state medical licensing boards. Step 3 content reflects a data-based model of generalist medical practice in the United States. The test items and cases reflect the clinical situations that a general, as-yet undifferentiated, physician might encounter within the context of a specific setting. Step 3 provides a final assessment of physicians assuming independent responsibility for delivering general medical care.

The Step 3 examination ensures that attention is devoted to the importance of assessing the knowledge and skills of physicians who are assuming independent responsibility for providing general medical care to patients. The first day of the Step 3 examination is referred to as Foundations of Independent Practice (FIP), and the second day is referred to as Advanced Clinical Medicine (ACM).

### Day 1
*Step 3 Foundations of Independent Practice (FIP)*
This test day focuses on assessment of knowledge of basic medical and scientific principles essential for effective health care. Content areas covered include application of foundational sciences; understanding of biostatistics and epidemiology/population health, and interpretation of the medical literature; and application of social sciences, including communication and interpersonal skills, medical ethics, systems-based practice, and patient safety.

The test day also includes content assessing knowledge of diagnosis and management, particularly focused on knowledge of history and physical examination, diagnosis, and use of diagnostic studies. This test day consists solely of multiple-choice questions and includes some of the newer item formats, such as those based on scientific abstracts and pharmaceutical advertisements.

### Day 2
*Step 3 Advanced Clinical Medicine (ACM)*
This test day focuses on assessment of the ability to apply comprehensive knowledge of health and disease in the context of patient management and the evolving manifestation of disease over time. Content areas covered include assessment of knowledge of diagnosis and management, particularly focused on prognosis and outcome, health maintenance and screening, therapeutics, and medical decision making. Knowledge of history and physical examination, diagnosis, and use of diagnostic studies also is assessed. This test day includes multiple-choice questions and computer-based case simulations.

## Exam Format

Step 3 is a **two-day** examination. The first day of testing includes 233 multiple-choice items divided into 6 blocks of 38-40 items; 60 minutes are allotted for completion of each block of test items. **Items with an associated pharmaceutical advertisement or scientific abstract are included in each of these multiple-choice blocks.** There are approximately 7 hours in the test session on the first day, including 45 minutes of break time and a 5-minute optional tutorial. Note that the amount of time available for breaks may be increased by finishing a block of test items or the optional tutorial before the allotted time expires.

There are approximately 9 hours in the test session on the second day. This day of testing includes a 5-minute optional tutorial followed by 180 multiple-choice items, divided into 6 blocks of 30 items; 45 minutes are allotted for completion of each block of test items. The second day also includes a 7-minute CCS tutorial. This is followed by 13 case simulations, each of which is allotted a maximum of 10 or 20 minutes of real time. A minimum of 45 minutes is available for break time. There is an optional survey at the end of the second day, which can be completed if time allows.

If you have a medical need for an item during your USMLE administration, a list of approved personal items is available.

# EXHIBIT 5

# Step 2 CS



## Scoring the Step 2 CS Exam

Step 2 CS is designed to evaluate your ability to gather information that is important for a given patient presentation. During your physical examination of the standardized patient, you should attempt to elicit important positive and negative signs. Make sure you engage the patient in discussion of your initial diagnostic impression and the diagnostic studies you will order.

The patients may ask questions, and you will see a range of personalities and styles in asking questions and presenting information. You should address each patient's concern as you would in a normal clinical setting.

The ability to communicate effectively with patients, demonstrating appropriate interpersonal skills, is essential to safe and effective patient care. Step 2 CS is intended to determine whether physicians seeking an initial license to practice medicine in the United States, regardless of country of origin, can communicate effectively with patients. The standardized patients assess communication skills, interpersonal skills, and English-speaking skills via carefully developed rating scales on which the standardized patients (SPs) have received intensive training.

On the patient note, your ability to document the findings from the patient encounter, diagnostic impression, and initial diagnostic studies will be rated by physician raters. You will be rated based upon the quality of documentation of important positive and negative findings from the history and physical examination, as well as the differential diagnoses, justification of those diagnoses, and diagnostic assessment plans that you list. As is the case with other aspects of Step 2 CS scoring, physician raters receive intensive training and monitoring to ensure consistency and fairness in rating.

### Scoring the Subcomponents

USMLE Step 2 CS is a pass/fail examination.

Examinees are scored on three separate subcomponents: Communication and Interpersonal Skills (CIS), Spoken English Proficiency (SEP), and Integrated Clinical Encounter (ICE). Each of the three subcomponents must be passed in a single administration in order to achieve a passing performance on Step 2 CS.

The **CIS subcomponent** includes assessment of the patient-centered communication skills of fostering the relationship, gathering information, providing information, helping the patient make decisions, and supporting emotions. CIS performance is assessed by the standardized patients, who record these skills using a checklist based on observable behaviors.

Examinees demonstrate the ability to foster the relationship by listening attentively, showing interest in the patient as a person, and by demonstrating genuineness, caring, concern, and respect.

Examinees demonstrate skills in gathering information by using open-ended techniques that encourage the patient to explain the situation in his/her own words and in a manner relevant to the situation at hand, and by developing an understanding of the expectations and priorities of the patient and/or how the health issue has affected the patient.

Examinees demonstrate skills in providing information by using terms the patient can understand and by providing reasons that the patient can accept. These statements need to be clear and understandable and the words need to be those in common usage. The amount of information provided needs to be matched to the patient's need, preference, and ability. The patient should be encouraged to develop and demonstrate a full and accurate understanding of key messages.

Examinees demonstrate helping the patient make decisions by outlining what should happen next, linked to a rationale, and by assessing a patient's level of agreement, willingness, and ability to carry out next steps.

Examinees demonstrate the ability to support emotions when a clinical situation warrants it by seeking clarification or elaboration of the patient's feelings and by using statements of understanding and support.

The **SEP subcomponent** includes assessment of clarity of spoken English communication within the context of the doctor-patient encounter (for example, pronunciation, word choice, and minimizing the need to repeat questions or statements). SEP performance is assessed by the standardized patients using a global rating scale, where the rating is based upon the frequency of pronunciation or word choice errors that affect comprehension and the amount of listener effort required to understand the examinee's questions and responses.

The **ICE subcomponent** includes assessments of both data gathering and data interpretation skills. Scoring for this subcomponent consists of a checklist completed by the standardized patients for the physical examination portion of the encounter, and global ratings provided by trained physician raters. The patient note raters provide ratings on the documented summary of the findings of the patient encounter (history and physical examination), diagnostic impressions, justification of the potential diagnoses, and initial patient diagnostic studies.

Copies of the patient note template, sample patient note styles, and software to practice typing the note are available in the practice materials. Although it is not feasible to list every action that might affect an examinee's patient note score, the descriptions below are meant to serve as examples of actions that would add to or subtract from the score.

**The following are examples of actions that would result in higher scores on the patient note:**

- Using correct medical terminology
- Providing detailed documentation of pertinent history and physical findings. For example: writing "pharynx without exudate or erythema" is preferable to stating that the pharynx is clear.
- Listing only diagnoses supported by the history and findings (even if this is fewer than three)
- Listing the correct diagnoses in the order of likelihood, with the most likely diagnosis first
- Supporting diagnoses with pertinent findings obtained from the history and physical examination

**The following are examples of actions that would result in lower scores on the patient note:**

- Using inexact, nonmedical terminology, such as *pulled muscle*
- Listing improbable diagnoses with no supporting evidence
- Listing an appropriate diagnosis without listing supporting evidence
- Listing diagnoses without regard to the order of likelihood

# EXHIBIT 6





US·MLE

United States
Medical
Licensing
Examination ®

# Step 2 Clinical Skills (CS)

## Content Description and General Information





10

This booklet updated February 2015.

Copyright © 2003-2015 by the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners® (NBME®). The USMLE® is a joint program of the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners. Portions reproduced with permission from the Educational Commission for Foreign Medical Graduates (ECFMG®) Clinical Skills Assessment (CSA®) Candidate Orientation Manual, Copyright © 2002 by the ECFMG.

# CONTENTS

Introduction ............................................................................. 3

Step 2 CS Case Development ..................................................... 4

Description of the Examination .................................................. 5

    Examination Length ............................................................. 5

    Equipment and Examinee Instructions ................................... 6

    The Patient Encounter ......................................................... 6

    Physical Examination ........................................................... 7

    Telephone Patient Encounters .............................................. 7

    The Patient Note ................................................................. 8

    Other Case Formats ............................................................ 9

Scoring the Step 2 CS Examination .......................................... 10

    Scoring of the Step 2 Clinical Skills Subcomponents .............. 10

    Step 2 CS Score Reporting Schedule .................................... 11

Testing Regulations and Rules of Conduct ................................ 12

Common Abbreviations for the Patient Note ............................. 13

Appendix A: Patient Note Screen ............................................ 14

Appendix B: Sample Patient Note Styles .................................. 15

# INTRODUCTION

The United States Medical Licensing Examination (USMLE), through its three Steps (Step 1, Step 2, and Step 3), assesses a physician's ability to apply knowledge, concepts, and principles, and to demonstrate fundamental patient-centered skills that are important in health and disease management and that constitute the basis of safe and effective patient care.

Results of the USMLE are reported to medical licensing authorities in the United States and its territories for use in granting the initial license to practice medicine. The USMLE is sponsored by the Federation of State Medical Boards (FSMB) and the National Board of Medical Examiners (NBME).

Step 2 of the USMLE assesses the ability of examinees to apply medical knowledge, skills, and understanding of clinical science essential for the provision of patient care under supervision, and includes emphasis on health promotion and disease prevention. Step 2 ensures that due attention is devoted to the principles of clinical sciences and basic patient-centered skills that provide the foundation for the safe and effective practice of medicine.

There are two components of Step 2, Clinical Knowledge (CK) and Clinical Skills (CS). Step 2 CK uses the multiple-choice examination format to test clinical knowledge. Step 2 CS uses standardized patients to test medical students and graduates on their ability to be patient-centered, to address the diagnostic challenges posed, to prepare the patient for next steps, and to document the encounter appropriately.

This document is intended to help examinees prepare for the Step 2 CS component of the USMLE. Persons preparing to take the Step 2 CS examination should also view the orientation video available at the USMLE website (www.usmle.org).

Information on eligibility, registration, and scheduling is available in the USMLE *Bulletin of Information*, which is posted on the USMLE website. Students and graduates of international medical schools must also consult the ECFMG *Information Booklet* on the ECFMG website (www.ecfmg.org).

The information in this document, as well as other materials, are available at the USMLE website. Changes in the USMLE program may occur after the release of this document. If changes occur, information will be posted on the USMLE website. You must obtain the most recent information to ensure an accurate understanding of current USMLE policy.

# STEP 2 CS CASE DEVELOPMENT

## Standardized Patient–Based Examinations

The patients you will see are people trained to portray real patients with a clinical problem. This method of assessment is referred to as a standardized patient examination. The standardized patient–based testing method was established more than 35 years ago, and its procedures have been tested and validated in the United States and internationally.

When you take the Step 2 CS examination, you will have the same opportunity as all other examinees to demonstrate your clinical skills proficiency. The examination is standardized, so that all examinees receive the same information when they ask standardized patients the same or similar questions. An ongoing mechanism of quality control is employed to ensure that the examination is fair to all. The quality control approach focuses on consistency in portrayal and scoring of the individual cases, and utilizes both observation of live encounters and review of digital recordings.

## Examination Blueprint

As part of the test development process, practicing physicians and medical educators develop and review cases to ensure that they are accurate and appropriate. These cases represent the kinds of patients and problems normally encountered during medical practice in the United States. Most cases are specifically designed to elicit patient-centered communication with methods of data collection that demonstrate the examinee's ability to relate to the patient and to list and pursue various plausible diagnoses. Other cases are designed to elicit a process of assisting patients with making decisions and/or with disease or problem management.

The cases that make up each administration of the Step 2 CS examination are based upon an examination blueprint. An examination blueprint defines the requirements for each examination, regardless of where and when it is administered. The sample of cases selected for each examination reflects a balance of cases that is fair and equitable across all examinees. On any examination day, the set of cases will differ from the combination presented the day before or the following day, but each set of cases has a comparable degree of difficulty.

The intent is to ensure that examinees encounter a broad spectrum of cases reflecting common and important symptoms and diagnoses, as well as patients with a variety of backgrounds and personalities. The criteria used to define the blueprint and create individual examinations focus primarily on presenting complaints and conditions.

Presentation categories include, but are not limited to, cardiovascular, constitutional, gastrointestinal, genitourinary, musculoskeletal, neurological, psychiatric, respiratory, and women's health. Examinees will see cases from some, but not all, of these categories. The selection of cases is also guided by specifications relating to acuity, age, gender, and type of physical findings.

Your Step 2 CS administration will include twelve patient encounters. These include a very small number of nonscored patient encounters, which are added for pilot testing new cases and other research purposes. Such cases are not counted in determining your score.

## DESCRIPTION OF THE EXAMINATION

When you arrive at the test center on the day of your examination, bring the Scheduling Permit you received after your registration was completed, your Confirmation Notice, and an unexpired, government-issued form of identification that includes a photograph and signature, such as a current driver's license or passport. Your name as it appears on your Scheduling Permit must match the name on your form(s) of identification exactly. The only acceptable differences are variations in capitalization; the presence of a middle name, middle initial, or suffix on one document and its absence on the other; or the presence of a middle name on one and middle initial on the other.

**If you do not bring acceptable identification, you will not be admitted to the test.** In that event, you must pay a fee to reschedule your test. Your rescheduled test date(s) must fall within your assigned eligibility period.

The time you should arrive at the test center is listed on the Confirmation Notice you will print after scheduling your appointment.

Information on Clinical Skills Evaluation Collaboration (CSEC) test centers (addresses, maps, and travel information) is available at http://www.csecassessments.org/test-centers/.

Please note that, as part of the Step 2 CS registration process, you acknowledge and agree to abide by USMLE policies and procedures, including those related to confidentiality.

Please bring only necessary personal items with you to the center. You will place in a locker or cubicle all personal belongings, including cell phones, watches, pagers, tablet PCs, iPods/media players, fitness and tracking monitors, any device with transmitting or receiving capabilities (e.g., bluetooth), formulas, study materials, notes, papers, pens/pencils, and your purse or wallet, before you enter the testing room. These items must be stored during the examination.

Each test center contains locked storage. You will be able to place personal items that you might need during breaks at your seat in the orientation room. The proctors will ask you to put all unauthorized items into the locked storage area. Luggage may not be stored in the center. There are no waiting facilities for spouses, family, or friends; plan to meet them elsewhere after the examination.

Wear comfortable, professional clothing and a white laboratory or clinic coat. The proctors will cover with adhesive tape anything on the laboratory coat that identifies either you or your institution.

The only piece of medical equipment you may bring is an unenhanced standard stethoscope, which is subject to inspection by test center staff. All other necessary medical equipment is provided in the examination rooms. Do not bring other medical equipment, such as reflex hammers, pen lights, or tuning forks to the test center. If you forget to bring a laboratory coat or stethoscope, a limited number of coats and stethoscopes are available at each test center. However, it is strongly recommended you bring your own.

Each examination session begins with an on-site orientation. **If you arrive during the on-site orientation, you may be allowed to test; however, you will be required to sign a Late Admission Form. If you arrive after the on-site orientation, you will not be allowed to test.** You will have to reschedule your testing appointment and will be required to pay the rescheduling fee.

The clinical skills evaluation centers are secured facilities. Once you enter the secured area of the center for orientation, you may not leave that area until the examination is complete.

Throughout the examination day, staff members, wearing identifying name tags, will direct you through the examination. You must follow their instructions at all times.

**Examination Length**

Your Step 2 CS administration will include twelve patient encounters. The examination session lasts approximately 8 hours. You will have 50 minutes of break time:

- 10-minute break after the 3rd patient encounter

5

- 30-minute break (which includes a light lunch) after the 6th patient encounter
- 10-minute break after the 9th patient encounter

The test center is unable to accommodate special meal requests. However, you may bring your own food, provided that no refrigeration or preparation is required. Smoking is prohibited throughout the centers.

## Equipment and Examinee Instructions

The testing area of the clinical skills evaluation center consists of examination rooms equipped with standard examination tables, commonly used diagnostic instruments (blood pressure cuffs, otoscopes, and ophthalmoscopes), non-latex gloves, sinks, and paper towels. Examination table heights are approximately 32-33 inches, and are not adjustable. Outside each examination room is a cubicle equipped with a computer, where you will compose the patient note.

There is a one-way observation window in each examination room. These are used for quality assurance, training, and research.

Before the first patient encounter, you will be provided with a clipboard, blank paper for taking notes, and a pen. There will be an announcement at the beginning of each patient encounter. When you hear the announcement you may review the patient information posted on the examination room door (examinee instructions). You may also make notes at this time. DO NOT write on the paper before the announcement that the patient encounter has begun.

The examinee instruction sheet gives you specific instructions and indicates the patient's name, age, gender, and reason for visiting the doctor. It also indicates his or her vital signs, including heart rate, blood pressure, temperature (Celsius and Fahrenheit), and respiratory rate, unless instructions indicate otherwise. You can accept the vital signs on the examinee instruction sheet as accurate, and do not necessarily need to repeat them unless you believe the case specifically requires it. For instance, you may encounter patient problems or conditions that suggest the need to confirm or re-check the recorded vital signs and/or perform specific maneuvers in measuring the vital signs. However, if you do repeat the vital signs, with or without additional maneuvers, you should consider the vital signs that were originally

listed as accurate when developing your differential diagnosis and work-up plan.

You may encounter a case in which the examinee instructions include the results of a lab test. In this type of patient encounter the patient is returning for a follow-up appointment after undergoing testing. The doorway instructions will indicate whether, in these instances, a physical examination is required.

## The Patient Encounter

You will have 15 minutes for each patient encounter.

When you enter the room, you will usually encounter a standardized patient (if not, you will be asked to communicate with a standardized patient over the telephone). By relating to the patient in a patient-centered manner, asking relevant questions, and performing a focused physical examination, you will be able to gather enough information to develop a preliminary differential diagnosis and a diagnostic work-up plan, as well as begin to develop an effective physician-patient relationship.

Your role during the examination should be that of at least a first-year postgraduate resident physician with primary responsibility for the care of each patient. You should treat each patient you see as you would a real patient. Communicate in a professional and empathetic manner, being responsive to the patient's needs. Do not defer decision-making to others. It may be helpful to think of yourself working in a setting where you are the only provider present.

As you would when encountering real patients, respond appropriately to the patients' needs for information exchange and understanding and engage them in planning for next steps.

You may introduce yourself however you wish, as either a medical student or as a doctor. You may introduce yourself using your real name. Do not mention the name of your school or institution.

The information you need to obtain in each encounter will be determined by the nature of the patient's problems. Your approach should be focused. You will not have time to do a complete history and physical examination, nor will it be necessary to do so. Pursue the relevant parts of the examination, based on the

6

patient's problems and other information you learn during the encounter.

The cases are developed to present in a manner that simulates how patients present in real clinical settings. Therefore, most cases are designed realistically to present more than one diagnostic possibility. Based on the patient's presenting complaint and the additional information you obtain as you begin taking the history, you should consider all possible diagnoses and explore the relevant ones as time permits.

If you are unsuccessful at Step 2 CS and must repeat the examination, it is possible that during your repeat examination you will see similarities to cases or patients that you encountered on your prior attempt. **Do not assume** that the underlying problems are the same or that the encounter will unfold in exactly the same way. It is best if you approach each encounter, whether it seems familiar or not, with an open mind, responding appropriately to the information provided, the history gathered, and the results of the physical examination.

### Physical Examination

You should perform physical examination maneuvers correctly and expect that there will be positive physical findings in some instances. Some may be simulated, but you should accept them as real and factor them into your evolving differential diagnoses.

You should attend to appropriate hygiene and to patient comfort and modesty, as you would in the care of real patients. Female patients will be wearing bras, which you may ask them to loosen or move if necessary for a proper examination.

With real patients in a normal clinical setting, it is possible to obtain meaningful information during your physical examination without being unnecessarily forceful in palpating, percussing, or carrying out other maneuvers that involve touching. Your approach to examining standardized patients should be no different. Standardized patients are subjected to repeated physical examinations during the Step 2 CS exam; **it is critical that you apply no more than the amount of pressure that is appropriate** during maneuvers such as abdominal examination, examination of the gall bladder and liver, eliciting CVA tenderness, examination of the ears with an otoscope, and examination of the throat with a tongue depressor.

You should interact with the standardized patients as you would with any patients you may see with similar problems. The only exception is that certain parts of the physical examination MUST NOT BE DONE: rectal, pelvic, genitourinary, inguinal hernia, female breast, or corneal reflex examinations. If you believe one or more of these examinations are indicated, you should include them in your proposed diagnostic work-up. All other examination maneuvers are completely acceptable, including femoral pulse exam, inguinal node exam, and axillary exam.

Another exception is that you should not swab the standardized patient's throat for a throat culture. If you believe that this diagnostic/laboratory test is indicated, include it on your proposed diagnostic workup.

Excluding the restricted physical examination maneuvers, you should assume that you have consent to do a physical examination on all standardized patients, **unless you are explicitly told not to do so as part of the examinee instructions for that case.**

Announcements will tell you when to begin the patient encounter, when there are 5 minutes remaining, and when the patient encounter is over. Continuing to engage the patient after the announcement to stop has been made may be considered irregular behavior, will be reported to the USMLE, and could jeopardize your continued participation in the USMLE program.

In some cases you may complete the patient encounter in fewer than 15 minutes. If so, you may leave the examination room early, but you are not permitted to re-enter. **Be certain that you have obtained all necessary information before leaving**

the examination room. Re-entering an examination room after leaving will be considered misconduct.

### Telephone Patient Encounters

Telephone patient encounters begin like all encounters; you will read a doorway instruction sheet that provides specific information about the patient. As with all patient encounters, as soon as you hear the announcement that the encounter has begun, you may make notes about the case before entering the examination room.

When you enter the room, sit at the desk in front of the telephone.

- Do not dial any numbers.
- To place the call, press the yellow speaker button.
- You will be permitted to make only one phone call.
- Do not touch any buttons on the phone until you are ready to end the call – touching any buttons may disconnect you.
- To end the call, press the yellow speaker button.
- You will not be allowed to call back after you end the call.

Obviously, physical examination of the patient is not possible for telephone encounters, and will not be required. However, for these cases, as for all others, you will have relevant information and instructions and will be able to take a history and ask questions. As with other cases, you will write a patient note after the encounter. Because no physical examination is possible for telephone cases, leave that section of the patient note blank.

**The Patient Note**

Immediately after each patient encounter, you will have **10 minutes** to complete a patient note. **If you leave the patient encounter early, you may use the additional time for the note.** You will be asked to type (on a computer) a patient note similar to the medical record you would compose after seeing a patient in a clinic, office, or emergency department.

Patient notes are written using a standard word processing format. Examinees will not be permitted to handwrite the note, unless technical difficulties on the test day make the patient note typing program unavailable.

You should record pertinent medical history and physical examination findings obtained during the encounter, as well as your initial differential diagnoses (maximum of three). **The diagnoses should be listed in order of likelihood.** You should also indicate the pertinent positive and negative findings obtained from the history and physical examination to support each potential diagnosis.

While it is important that a physician be able to recognize findings that rule out certain serious or life-threatening diagnoses, the task for Step 2 CS examinees is to record only the most likely diagnoses, along with findings (positive and negative) that support them.

Finally, you will list the diagnostic studies you would order next for that particular patient. If you think a rectal, pelvic, inguinal hernia, genitourinary, female breast, or corneal reflex examination, or a throat swab, would have been indicated in the encounter, list it as part of the diagnostic studies. **Treatment, consultations, or referrals should not be included.**

Occasionally, due to technical or administration problems, you will not be able to type the patient note for one or more patient encounters. When this happens, examinees will be required to write their patient notes by hand. All examinees should be prepared for the possibility that they may have to write one or more patient notes by hand.

Patient notes are rated by licensed, board-certified physicians who are well trained at reading notes and can interpret most handwriting. However, extreme illegibility will be a problem and can adversely impact a score. Everyone who writes patient notes by hand should make them as legible as possible. If you have a case for which you think no diagnostic studies are necessary, write "No studies indicated" rather than leaving that section blank.

You will not receive credit for listing examination procedures you WOULD have done or questions you WOULD have asked had the encounter been longer. Write ONLY the information you elicited from the patient through either physical examination or history taking.

It is important that you follow the proctor's instructions and comply with all announcements. When you hear the announcement to stop typing, click "Submit" on the computer, or put down your pen. Continuing to type or write after the announcement to stop will be considered misconduct. Remain seated and wait for further instructions. Continuing to type or write after the announcement to stop has been made may be considered irregular behavior, will be reported to the USMLE, and could jeopardize your continued participation in the USMLE program.

## Other Case Formats

The kinds of medical problems that your patients will portray are those you would commonly encounter in a clinic, doctor's office, emergency department, or hospital setting. Although there are no young children presenting as patients, there may be cases in which you encounter—either in the examination room or via the telephone—a child's parent or caregiver, or the caregiver of an elderly patient.

In some instances you may be instructed to perform a physical examination that relates to a specific medical condition, life circumstance, or occupation. Synthetic models, mannequins, or simulators provide an appropriate format for assessment of sensitive examination skills such as genital or rectal examination, and may be used for these cases. In such cases, specific instructions regarding the use of these devices will be provided.

If you encounter any case for which you decide no physical examination is necessary, or if you are instructed not to conduct a physical examination, leave that section of the patient note blank. In those cases where you are instructed to counsel a patient regarding a particular medical problem or issue, you should continue to use patient-centered communication techniques to accomplish the counseling task.

9

# SCORING THE STEP 2 CS EXAMINATION

Step 2 CS is designed to evaluate your ability to engage in a conversation that allows you to gather information relevant for a given patient presentation, and to begin to develop an effective physician patient relationship. During your physical examination, you should attempt to elicit important positive and negative signs. Make sure you engage the patient in discussion of your initial diagnostic impression and the diagnostic studies you will order. The patients may ask questions, and you will see a range of personalities and styles in asking questions and presenting information. You should address each patient's concern as you would in a normal clinical setting.

The ability to engage in patient-centered communication is essential to safe and effective patient care. Step 2 CS is intended to determine whether physicians seeking an initial license to practice medicine in the United States, regardless of country of origin, can communicate effectively with patients. The standardized patients assess communication skills, interpersonal skills, and English-speaking skills via carefully developed rating scales, for which SPs have participated in intensive training.

Your ability to document in the patient note the findings from the patient encounter, diagnostic impression, and initial diagnostic studies will be rated by physician raters. You will be rated based upon the quality of documentation of important positive and negative findings from the history and physical examination, as well as your listed differential diagnoses, justification of those diagnoses, and diagnostic assessment plans. As is the case with other aspects of Step 2 CS scoring, physician raters receive intensive training and monitoring to ensure consistency and fairness in rating.

## Scoring of the Step 2 Clinical Skills Subcomponents

USMLE Step 2 CS is a pass/fail examination.

Examinees are scored in three separate subcomponents: Communication and Interpersonal Skills (CIS), Spoken English Proficiency (SEP), and Integrated Clinical Encounter (ICE). Each of the three subcomponents must be passed in a single administration in order to achieve a passing performance on Step 2 CS.

The CIS subcomponent includes assessment of the patient-centered communication skills of fostering the relationship, gathering information, providing information, helping the patient make decisions about next steps and supporting emotions. CIS performance is assessed by the standardized patients, who record these skills using a checklist based on observable behaviors.

Examinees demonstrate the ability to foster the relationship by listening attentively, showing interest in the patient as a person, and by demonstrating genuineness, caring, concern and respect.

Examinees demonstrate skills in gathering information by use of open-ended techniques that encourage the patient to explain the situation in his/her own words and in a manner relevant to the situation at hand, and by developing an understanding of the expectations and priorities of the patient and/or how the health issue has affected the patient.

Examinees demonstrate skills in providing information by use of terms the patient can understand, and by providing reasons that the patient can accept. These statements need to be clear and understandable and the words need to be those in common usage. The amount of information provided needs to be matched to the patient's need, preference, and ability. The patient should be encouraged to develop and demonstrate a full and accurate understanding of key messages.

Examinees demonstrate helping the patient make decisions by outlining what should happen next, linked to a rationale, and by assessing a patient's level of agreement, willingness, and ability to carry out next steps.

Examinees demonstrate ability to support emotions when a clinical situation warrants by seeking clarification or elaboration of the patient's feelings and by using statements of understanding and support.

The SEP subcomponent includes assessment of clarity of spoken English communication within the context of the doctor-patient encounter (for example, pronunciation, word choice, and minimizing the need to repeat questions or statements).

SEP performance is assessed by the standardized patients using a global rating scale, where the rating is based upon the frequency of pronunciation or word choice errors that affect comprehension, and the amount of listener effort required to understand the examinee's questions and responses.

The ICE subcomponent includes assessments of both data gathering and data interpretation skills. Scoring for this subcomponent consists of a checklist completed by the standardized patients for the physical examination portion of the encounter, and global ratings provided by trained physician raters. The patient note raters provide ratings on the documented summary of the findings of the patient encounter (history and physical examination), diagnostic impressions, justification of the potential diagnoses, and initial patient diagnostic studies.

Although it is not feasible to list every action that might affect an examinee's patient note score, the descriptions below are meant to serve as examples of actions that would add to or subtract from an examinee's score.

The following are examples of actions that would result in higher scores:

- Using correct medical terminology
- Providing detailed documentation of pertinent history and physical findings. For example: writing "pharynx without exudate or erythema" is preferable to stating that the pharynx is clear.
- Listing only diagnoses supported by the history and findings (even if this is fewer than three)
- Listing the correct diagnoses in the order of likelihood, with the most likely diagnosis first
- Supporting diagnoses with pertinent findings obtained from the history and physical examination

The following are examples of actions that would result in lower scores on the patient note:

- Using inexact, nonmedical terminology, such as *pulled muscle*

- Listing improbable diagnoses with no supporting evidence
- Listing an appropriate diagnosis without listing supporting evidence
- Listing diagnoses without regard to the order of likelihood

Appendix A illustrates a blank patient note screen.

Appendix B provides examples of two completed patient notes. The samples also include annotations, highlighting actions that would add to or lower a patient note score.

A program for practicing typing the patient note is available on the USMLE website (www.usmle.org).

## Step 2 CS Score Reporting Schedule

Step 2 CS examinees are grouped into testing periods according to the dates on which they test. The first results for a given testing period will be issued on the first day of the corresponding reporting period, and it is expected that results for the vast majority of examinees who take the exam during the testing period will be reported on this date. However, it is important to note that there will likely be a small number of examinees for whom scoring and quality assurance are not completed by the first day of the reporting period; these will typically be examinees who took the exam in the latter part of the testing period. Results for these examinees will be reported each week throughout the reporting period, and should be reported no later than the last day of the score reporting period.

This schedule allows USMLE staff to enhance the quality assurance and data collection/scoring procedures performed prior to score reporting. Additionally, it provides examinees, as well as others who rely on Step 2 CS results, with guidelines regarding when a result will be reported for a given exam date. These guidelines allow examinees to plan their exam registration and scheduling in order to have their results in time to meet specific deadlines, such as those related to graduation or participation in the National Resident Matching Program (NRMP), or "the Match." Information about testing periods and corresponding reporting periods is available at http://www.usmle.org/step-2-cs/#reporting.

11

## TESTING REGULATIONS AND RULES OF CONDUCT

**You cannot discuss the cases with your fellow examinees, during breaks or at any time.** Conversation among examinees in languages other than English about any subject is strictly prohibited at all times, including during breaks. Test center staff will be with you to monitor activity. To maintain security and quality assurance, each examination room is equipped with video cameras and microphones to record every patient encounter.

The USMLE program retains the right to remove any examinee from the examination who appears to represent a health or safety risk to the standardized patients or staff of a clinical skills evaluation center. This includes, but is not limited to, examinees who appear ill, are persistently coughing or sneezing, have open skin lesions, or have evidence of active bleeding. Examinees who are not feeling well are encouraged to seek medical advice prior to arrival at the center and, if consistent with medical advice, should consider rescheduling the date of their examination. This can be done at the website of your registration entity.

Clinical skills evaluation center staff monitor all testing administrations for the Step 2 CS examination. You must follow instructions of test center staff throughout the examination. Failure to do so may result in a determination of irregular behavior. The USMLE *Bulletin of Information* provides a complete description of irregular behavior and the consequences of a finding of irregular behavior in the sections titled **Testing Regulations and Rules of Conduct and Irregular Behavior**. You must become familiar with the *Bulletin of Information* before you take your examination.

Irregular behavior includes any action by applicants, examinees, potential applicants, or others when solicited by an applicant and/or examinee that subverts or attempts to subvert the examination process. Specific examples of irregular behavior include, but are not limited to:

❑ Seeking and/or obtaining unauthorized access to examination materials;
❑ Providing false information or making false statements on application forms or other USMLE-related documents;
❑ Taking an examination without being eligible for it or attempting to do so;

❑ Impersonating an examinee or engaging someone else to take the examination for you;
❑ Giving, receiving, or obtaining unauthorized assistance during the examination or attempting to do so;
❑ Making notes of any kind during the examination, except on the blank paper provided to you;
❑ Failure to adhere to any USMLE policy, procedure or rule, including instructions of the test center staff;
❑ Disruptive or unprofessional behavior at the test center;
❑ Interacting with any standardized patient outside of that standardized patient's given case portrayal, before, during, or after the examination;
❑ Conversing with other Step 2 CS examinees in any language other than English at any time while at the test center;
❑ Possessing unauthorized materials, including notes and study guides, photographic equipment, communication or recording devices, pagers, cellular phones, watches of any type, and personal digital assistants (PDAs) during any part of the testing session, including during breaks;
❑ Altering or misrepresenting examination scores;
❑ Any unauthorized reproduction by any means, including reconstruction through memorization and/or dissemination of copyrighted examination materials and examination content (this includes the reproduction and dissemination of examination content on the Internet, email, and listservs);
❑ Providing or attempting to provide any information, including that relating to examination content, that may give or attempt to give unfair advantage to individuals who may be taking the examination;
❑ Engaging in behaviors that could constitute a real or potential threat to a patient's safety, such as careless or dangerous actions during physical examination.

Instances of possible irregular behavior are thoroughly investigated and actions may be taken under the USMLE policies and procedures on irregular behavior.

# COMMON ABBREVIATIONS FOR THE PATIENT NOTE

Lists similar to the one below will be available on-site for reference during Step 2 CS administrations.

| UNITS OF MEASURE | |
|---|---|
| C | Celsius |
| cm | Centimeter |
| F | Fahrenheit |
| hr | Hour |
| kg | Kilogram |
| lbs | Pounds |
| mcg | Microgram |
| mg | Milligram |
| min | Minute |
| oz | Ounces |
| **VITAL SIGNS** | |
| BP | Blood pressure |
| HR | Heart rate |
| R | Respirations |
| T | Temperature |
| **ROUTES OF DRUG ADMINISTRATION** | |
| IM | Intramuscularly |
| IV | Intravenously |
| po | Orally |
| **MEDICAL ABBREVIATIONS** | |
| ø | Without or no |
| + or pos | Positive |
| - or neg | Negative |
| Abd | Abdomen |
| AIDS | Acquired Immune Deficiency Syndrome |
| AP | Anteroposterior |
| CABG | Coronary artery bypass grafting |
| CBC | Complete blood count |
| CHF | Congestive heart failure |
| COPD | Chronic obstructive pulmonary disease |
| CPR | Cardiopulmonary resuscitation |
| CT | Computed tomography |
| CVA | Cerebrovascular accident |
| CVP | Central venous pressure |
| CXR | Chest X-ray |
| DM | Diabetes mellitus |
| DTR | Deep tendon reflexes |
| ECG or EKG | Electrocardiogram |
| ED | Emergency department |
| EMT | Emergency medical technician |
| ENT | Ears, nose, and throat |
| EOM | Extraocular muscles |

| MEDICAL ABBREVIATIONS CONTINUED | |
|---|---|
| EtOH | Alcohol |
| Ext | Extremities |
| f or ♀ | Female |
| FH or FHx | Family history |
| GI | Gastrointestinal |
| GU | Genitourinary |
| h/o | History of |
| HEENT | Head, eyes, ears, nose, and throat |
| HIV | Human immunodeficiency virus |
| HRT | Hormone replacement therapy |
| HTN | Hypertension |
| Hx | History |
| JVD | Jugular venous distention |
| L | Left |
| LMP | Last menstrual period |
| LP | Lumbar puncture |
| m or ♂ | Male |
| Meds | Medications |
| MI | Myocardial infarction |
| MRI | Magnetic resonance imaging |
| MVA | Motor vehicle accident |
| Neuro | Neurologic |
| NIDDM | Non insulin-dependent diabetes mellitus |
| NKA | No known allergies |
| NKDA | No known drug allergy |
| nl | Normal/Normal limits |
| PA | Posteroanterior |
| PERRLA | Pupils equal, round and reactive to light and accommodation |
| PMH or PMHx | Past medical history |
| PT | Prothrombin time |
| PTT | Partial thromboplastin time |
| R | Right |
| RBC | Red blood cells |
| ROM | Range of motion |
| SH or SHx | Social history |
| SOB | Shortness of breath |
| TIA | Transient ischemic attack |
| U/A | Urinalysis |
| URI | Upper respiratory tract infection |
| WBC | White blood cells |
| wnl | Within normal limits |
| yo | Year-old |

**Note:** This is not intended to be a complete list of acceptable abbreviations, but rather represents the types of common abbreviations that may be used on the patient note. There is no need to use abbreviations on the patient note; if you are in doubt about the correct abbreviation, write it out.

# APPENDIX A
## Patient Note Screen

When you type the patient note, you will use a program similar to the one pictured below. You can practice using the patient note software by using the program provided at the USMLE website (www.usmle.org). The patient note screen that appears during the actual examination will have a status bar for each field, indicating how much space remains.

---

**CLINICAL SKILLS EVALUATION**
**PATIENT NOTE**

HISTORY: Describe the history you just obtained from this patient. Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

PHYSICAL EXAMINATION: Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include only those parts of examination you performed in *this* encounter.

DATA INTERPRETATION: *Based on what you have learned from the history and physical examination*, list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial *diagnostic* studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

**DIAGNOSIS #1:**

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
| | |

Add a Row

**DIAGNOSIS #2:**

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
| | |

Add a Row

**DIAGNOSIS #3:**

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
| | |

Add a Row

| DIAGNOSTIC STUDIES |
|---|
| |

Add a Row

Copyright ©2014 by the National Board of Medical Examiners (NBME®) and the Educational Commission for Foreign Medical Graduates (ECFMG®).

14

## APPENDIX B
## Sample Patient Note Styles

Various styles of writing patient notes for the Step 2 CS examination are acceptable. Two examples of patient notes are shown on the following pages. These examples are not meant to represent ideal or perfect patient notes, nor should they be assumed to be complete or accurate with respect to content. Both, however, would be considered acceptable. In addition, guidelines to help examinees understand patient note scoring are provided in callouts.

15

**Patient Note Example 1**

CLINICAL SKILLS EVALUATION
PATIENT NOTE

HISTORY: Describe the history you just obtained from this patient. Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

Ms. Bingham is a 24 yo woman who complains of worsening sore throat since yesterday morning. She has never had a similar problem in the past. She has no difficulty swallowing, but notes that swallowing makes the pain worse. Nothing makes it better. There is no SOB or sensation of choking or dysphagia. She has fatigue and has had some anorexia since the symptoms began. She has had some subjective fevers at home but has not taken her temperature. She has had no cough or rhinorrhea. There are no sick contacts at home or at work. She denies seasonal allergies and post-nasal drip.
ROS: No chest pain, cough, wheezing, abdominal pain, N/V, headache
PMHx: none
Meds: none; Allergies: none
PSHx: none
FHx: father with HTN
SHx: married with 2 children, No ETOH or drugs, monogamous with husband

PHYSICAL EXAMINATION: Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include only those parts of examination you performed in this encounter.

She is in no acute distress, throat clear, abdomen soft, nontender and without distension. There is no notable splenic or hepatic enlargement or tenderness.



DATA INTERPRETATION: Based on what you have ...ned from th... ...noses that might explain this patient's complaint(s). List your dia... appropriate. Then, enter the positive or ... each diagnosis. Lastly, list initial diagn... maneuvers, laboratory tests, imaging, E...

The physical exam includes a cursory examination of the throat. A higher level of detail such as specific mention of erythema or exudate, and evaluation for regional lymphadenopathy would result in a higher score.

DIAGNOSIS #1: Viral Pharyngitis



| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
| Sore throat | Tender submandibular lymph nodes |
| Subjective fever | |
| Fatigue | |
| Anorexia | |
| Pain with swallowing | |

Appropriate supporting information is drawn from the history and PE section above and used to support a likely diagnosis

DIAGNOSIS #2: Bacterial Pharyngitis

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
| | |

Including a diagnosis without supporting information will result in a lower score, even if the diagnosis is likely.

Copyright ©2014 by the National Board of Medical Examiners (NBME®) and the Educational Commission for Foreign Medical Graduates (ECFMG®)

16

26

**Patient Note Example 1 (continued)**



Copyright ©2014 by the National Board of Medical Examiners (NBME®) and the Educational Commission for Foreign Medical Graduates (ECFMG®).

17

## Patient Note Example 2

CLINICAL SKILLS EVALUATION
PATIENT NOTE

HISTORY: Describe the history you just obtained from this patient. Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

75-y-o woman with sudden onset back pain last night while lifting turkey from oven.
-pain in midline, mid-thoracic
-sharp, stabbing in nature
-worse with movement or deep breath, better with r⌐    History can be presented in
-not improved with acetaminophen                      either narrative or listed
-no symptoms in legs, no fever or chills              format (or full credit).
-had minor back pain in past that resolved on its own
-Post-menopausal due to hysterectomy at age 40, not on HRT
PMH: fracture of foot bone last year
Meds: acetaminophen for occasional headache and daily multivitamin

PHYSICAL EXAMINATION:         The examiner has described the findings relevant to the back pain, and
those parts of examination       is not required to report a complete physical examination.

Well-nourished woman looks her age, alert and lucid; Appears in pain, especially with movements; point tenderness over T8; straight leg test negative; sensation intact on bilateral feet. No weakness of ankle, knee or hip musculature. Deep tendon reflexes 2+ at patella and ankle:

                              "Pulled back muscle" is a vague, non-medical
                              term. The most likely diagnosis, a spinal fracture
DATA INTERPRETATION: Based on what you have    related to osteoporosis, has been overlooked,
explain this patient's complaint(s). List your di    despite strong evidence from the history and
appropriate. Then, enter the positive or negative    physical examination. This will result in a lower
each diagnosis. Lastly, list initial diagnostic studies (i    score.
maneuvers, laboratory tests, imaging, ECG, etc.).

DIAGNOSIS #1: Pulled back muscle

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
| Sudden onset back pain with lifting | ROM limited by pain |
| Pain worse with movement | |

[1]                                                    Add a Row

Copyright ©2014 by the National Board of Medical Examiners (NBME®) and the Educational Commission for Foreign Medical Graduates (ECFMG®).

18

## Patient Note Example 2 (continued)



**DIAGNOSIS #2:** Herniated disc/nerve root compression

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
| Sudden onset back pain | ROM limited by pain |
| Occurred when lifting object | Few facts in the history and physical support |
| Pain worse with movement | this diagnosis, so it is appropriately listed |
|  | lower than more likely diagnoses. |

**DIAGNOSIS #3:** Epidural abscess

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
| Back pain | This diagnosis is poorly supported. Listing |
|  | diagnoses that are not supported by the |
|  | history will result in lower score. |

| DIAGNOSTIC STUDIES |
|---|
| Imaging of back/spine |

Copyright ©2014 by the National Board of Medical Examiners (NBME®) and the Educational Commission for Foreign Medical Graduates (ECFMG®).

29

# EXHIBIT 7



US·MLE
United States
Medical
Licensing
Examination

# Bulletin
## *of* Information






2015

30

# TABLE OF CONTENTS

| | Page # |
|---|---|
| **QUICK FACTS** *(you must become familiar with this Bulletin in its entirety.)* | 4 |
|    ▫ Eligibility for the USMLE Examinations | 4 |
|    ▫ Applying and Scheduling | 5 |
|    ▫ Examination Day and Testing | 6 |
|    ▫ Scoring and Score Reporting | 7 |
|    ▫ Irregular Behavior | 8 |
| **OVERVIEW** | 9 |
|    ▫ Purpose and Mission of the USMLE | 9 |
|    ▫ Examination Committees | 9 |
|    ▫ Ownership and Copyright of Examination Materials | 9 |
|    ▫ The USMLE: Purpose, Test Format, and Test Lengths | 9 |
| **ELIGIBILITY** | 11 |
|    ▫ Who is Eligible to take the USMLE? | 11 |
|    ▫ Change in Eligibility Status | 12 |
|    ▫ Graduates from Unaccredited Medical Schools in the US or Canada | 12 |
|    ▫ Sequence of Steps | 12 |
|    ▫ Number of Attempts and Time Limits | 12 |
|    ▫ Retaking Failed Examinations | 12 |
|    ▫ Retaking Previously Passed Steps | 12 |
|    ▫ Previously Licensed Physicians | 13 |
| **APPLYING FOR THE TEST AND SCHEDULING YOUR TEST DATE** | 14 |
|    ▫ Application Materials | 14 |
|    ▫ Examinees With Disabilities Requesting Test Accommodations | 14 |
|    ▫ Examinees Who Require Additional Break Time | 14 |
|    ▫ Personal Item Exceptions (PIEs) | 14 |
|    ▫ Obtaining an Eligibility Period and Scheduling Your Test Date | 15 |
| **EXAMINATION DAY AND TESTING** | 16 |
|    ▫ Testing Regulations and Rules of Conduct | 16 |
|    ▫ Personal Belongings – What You Can Bring Into the Testing Room | 17 |
|    ▫ Admission to the Test | 17 |
|    ▫ Break Time | 19 |
|    ▫ Starting and Completing the Test | 19 |
| **SCORING AND SCORE REPORTING** | 21 |
|    ▫ Examination Results and Scoring | 21 |
|    ▫ Score Reporting | 21 |
|    ▫ Score Rechecks | 22 |
|    ▫ Score Validity | 22 |
|    ▫ Anomalous Performance | 22 |
| **IRREGULAR BEHAVIOR** | 24 |
|    ▫ Irregular Behavior Defined | 24 |
|    ▫ Examples of Irregular Behavior | 24 |
|    ▫ Irregular Behavior – Investigation Process | 25 |
| **COMMUNICATING WITH THE USMLE** | 26 |
|    ▫ Application and Registration Inquiries | 26 |
|    ▫ Scheduling and Test Center Inquiries | 26 |
|    ▫ Test Administration Inquiries | 27 |
|    ▫ Security Concerns | 27 |
|    ▫ General Inquiries | 27 |
| **APPENDIX** *(list of definition of acronyms and abbreviations)* | 28 |

# IMPORTANT

You must become familiar with the information in this *Bulletin* if you are an applicant with an eligibility period in 2015. If your eligibility period extends into 2016 and you test in 2016, you must become familiar with and will be subject to the policies and procedures detailed in the 2016 *Bulletin of Information*. If changes in the USMLE program occur after the release of this *Bulletin*, they will be effective when posted on the USMLE website. You are responsible for checking the website for updates and changes to the USMLE policies and procedures.

# IMPORTANT

In addition to becoming familiar with this *Bulletin*, students and graduates of medical schools outside the US and Canada, with an eligibility period in 2015, who apply to take the USMLE examinations also must be familiar with the contents of the *Information Booklet* published by ECFMG. If your eligibility period extends into 2016 and you test in 2016, you must become familiar with and will be subject to the policies and procedures detailed in the ECFMG 2016 *Information Booklet*. The ECFMG *Information Booklet* is available on the ECFMG website. Since information contained in this publication is subject to change, students and graduates of medical schools outside the US and Canada should monitor the ECFMG website to ensure an understanding of current ECFMG policies and procedures.

Copyright © 2014 by the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners® (NBME®). The USMLE is a joint program of the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners.



**QUICK FACTS:** *Eligibility for the USMLE Examinations*

| STEP COMPONENT | REQUIREMENTS | ADDITIONAL INFORMATION |
|---|---|---|
| *STEPS 1, 2 CK, and 2 CS* | • Officially enrolled in, or graduate of, a US or Canadian medical school leading to the MD degree (LCME accredited), OR<br>• Officially enrolled in, or graduate of, a US medical school leading to the DO degree (AOA accredited), OR<br>• Officially enrolled in, or graduate of, a medical school outside of the US and Canada listed in *IMED*; meets ECFMG criteria | • Must meet eligibility requirements at time of application AND on your test day<br>• If you are dismissed or withdraw(n) from medical school, you are not eligible for the USMLE, even if you are appealing the school's decision to dismiss you or are otherwise contesting your status |
| *STEP 3* | • Possess the MD degree (or its equivalent) or the DO degree from an LCME or AOA accredited US or Canadian medical school, or from a medical school outside the US and Canada listed in *IMED*<br>• Pass Step 1, Step 2 CK, and Step 2 CS<br>• If a graduate of a medical school outside of US and Canada, obtain ECFMG certification or successfully complete a Fifth Pathway program (*see page 11*) | • Must meet eligibility requirements prior to submitting your application |

**If you meet the eligibility requirements, you may take Step 1, Step 2 CK, and Step 2 CS in any sequence.**
*Please see pages 11-13 for more information regarding eligibility requirements.*

### RETAKES

You may take the same examination no more than three times within a 12-month period. Your fourth and subsequent attempts must be at least 12 months after your first attempt at that examination and at least six months after your most recent attempt at that examination.

If you have passed an examination, you are not permitted to retake a Step or Step Component, except to comply with certain requirements approved by the USMLE governance.

### MULTIPLE ATTEMPTS AND TIME LIMITS

You are ineligible to take a Step or Step Component if you have made six or more prior attempts to pass that Step or Step Component, including incomplete attempts, regardless of when the examinations were taken.

Time limits to complete the USMLE, for purposes of licensure, are established by state medical boards and many require completion of all Steps or Step Components within seven years from the date the first Step is passed.

Information regarding specific state requirements can be obtained on the FSMB website.

NOTE: Failure to notify your registration entity that you may no longer be eligible to take an examination may result in a determination of irregular behavior.



**QUICK FACTS:** *Applying and Scheduling*

| STEP COMPONENT | APPLICATION AND SCHEDULING PROCESS | ADDITIONAL INFORMATION |
|---|---|---|
| **STEPS 1 AND 2 CK** | • Students/graduates of LCME- or AOA-accredited programs should apply via the NBME Application Website<br>• Students/graduates of medical schools outside of the US/Canada should apply via the ECFMG Application Website<br>• During the application process, select a three-month eligibility period in which you wish to test<br>• You will receive an e-mail notifying you that your scheduling permit is available for download<br>• Visit the Prometric website to schedule your test date | • You cannot schedule your test month more than six months in advance<br>• If you are unable to test within your eligibility period, contact your registration entity (NBME or ECFMG) to inquire about a one-time eligibility period extension – a fee is charged for this service<br>• If you do not take the examination within your eligibility period, you must reapply with a new application and fee |
| **STEP 2 CS** | • Students/graduates of LCME- or AOA-accredited programs should apply via the NBME Application Website<br>• Students/graduates of medical schools outside of the US/Canada should apply via the ECFMG Application Website<br>• You will be assigned a 12-month eligibility period, which begins upon acceptance and verification of your application<br>• You will receive an email notifying you that your scheduling permit is available for download<br>• Visit the USMLE website to schedule your test date | • You cannot schedule your test month more than six months in advance<br>• Once assigned, your eligibility period cannot be changed<br>• If you do not take the examination within your chosen eligibility period, you must submit a new application and fee. Your initial application fee is non-refundable |
| **STEP 3** | • *All graduates* should apply for Step 3 via the FSMB website<br>• During the application process, select an eligibility period in which you wish to test<br>• You will receive an email notifying you that your scheduling permit is available for download<br>• Visit the Prometric website to schedule your test dates | • You cannot schedule your test month more than six months in advance<br>• If you are unable to test within your eligibility period, contact the FSMB to inquire about a one-time eligibility period extension – a fee is charged and restrictions may apply. Visit the FSMB website for more information.<br>• If you do not take the examination within your eligibility period, you must reapply with a new application and fee |

For information about requesting test accommodations, additional break time, and personal item exceptions (PIE), see page 14 of this *Bulletin.*



**US·MLE**
United States
Medical
Licensing
Examination

## QUICK FACTS: *Examination Day and Testing*

# DO

✓ Review the USMLE *Rules of Conduct* prior to taking your examination

✓ Follow all instructions of test center staff before, during, and after your examination

✓ Remember to bring your scheduling permit and required identification (see below); **you will not be permitted to test without them**

✓ Arrive 30 minutes prior to your testing appointment (computer-based examinations); for Step 2 CS, arrive at the time listed on your confirmation notice

✓ Complete the tutorial to ensure your headphones are working properly

✓ Use personal items only during authorized breaks; you are not permitted to access your locker during unauthorized breaks (computer-based examinations)

✓ Be sure to complete all sections of the examination

# DON'T

✘ Feel compelled to test if you are ill, under unusual stress or feeling unprepared for the examination

✘ Bring family and friends to the center; instead, arrange to meet them after the examination ends

✘ Bring unauthorized items to the testing room: for computer-based examinations, only soft-foam earplugs are allowed; for Step 2 CS, only your white lab coat and stethoscope are allowed

✘ Write on laminated note boards prior to entering your CIN and starting your test session (computer-based examinations)

✘ Work past the announcements to stop; you may be charged with irregular behavior and your examination results invalidated (Step 2 CS only)

*Please see pages 16-20 for more information regarding examination day rules and regulations*

## ACCEPTABLE FORMS OF UNEXPIRED IDENTIFICATION

✓ Passport
✓ Driver's License with photograph
✓ National Identity Card
✓ Other forms of dated, unexpired, government-issued identification
✓ ECFMG-issued Identification Card

Your identification must contain both your signature and a recent photograph.

Your name, as it appears on your scheduling permit, must match the name on your identification exactly. If the name listed is not correct, contact your registration entity *immediately.*

## SECURITY PROCEDURES ON TEST DAY

During check-in, you will:
✓ be scanned with a handheld metal detector (computer- based examinations)
✓ be asked to empty and turn your pockets inside out
✓ place your personal belongings in bins that are inaccessible for the duration of the examination (Step 2 CS)
✓ have your photo ID checked
✓ scan your fingerprint using biometric technology (computer-based examinations; not available at all locations)
✓ write your unique Candidate Identification Number (CIN), as shown on your scheduling permit, on one of the laminated surfaces provided (computer-based examinations)

You will be asked to repeat much of this process each time you return to the testing room after a break.



**US·MLE**
United States
Medical
Licensing
Examination

# QUICK FACTS: *Scoring and Score Reporting*

## WHAT HAPPENS WHILE YOU WAIT FOR YOUR SCORES?

### STEPS 1, 2 CK, AND 3

✓ After testing, the examination data are delivered electronically to the NBME

✓ Examinee responses are converted into a raw score (the sum of the points earned from correct scores)

✓ The raw score is converted into a three-digit score

✓ A series of analyses to detect aberrant examinee response behaviors is completed. Candidates who are identified may be asked to provide an explanation of their testing behaviors

✓ Final quality assurance procedures are performed to verify that the correct set of score reports is produced

✓ Score reports are then posted to the registration entity's (NBME, ECFMG, or FSMB) secure website and made available to examinees

### STEP 2 CS

✓ Examinee test dates are batched into scoring cohorts that are usually eight weeks long

✓ Each day, after testing ends, the testing center performs quality control measures on the examination data before the information is delivered to the NBME

✓ SP rating scales are converted to scores and patient notes are assigned to specially trained Patient Note (PN) raters

✓ Once the testing period for the cohort ends, the data from the entire cohort are used to generate the data needed to apply minimum passing requirements and report outcomes

✓ The scores go through a final quality control process involving computation of statistical quality control measures

✓ Once scores are verified and approved for release, the scores are made available as indicated in the Step 2 CS Score Reporting Schedule

## HOW LONG DOES IT TAKE TO GET RESULTS?

Results for computer-based examinations (Steps 1, 2 CK, and 3) are typically available within three to four weeks after your test date. However, delays are possible for various reasons. In selecting your test date and inquiring about results, you should allow at least eight weeks to receive notification that your score report is available.

For Step 2 CS, you should refer to the Step 2 CS Score Reporting Schedule.

When your score is available, follow the instructions in the email for accessing your USMLE score report. The report will remain available for approximately 120 days from the date of the email notification. After 120 days, your scores will be provided to you only in the form of an official USMLE transcript.

## HOW TO RECEIVE/SEND TRANSCRIPTS

To obtain your USMLE transcript or have it sent to a third party, you must contact your registration entity; there is a fee for this service.

Please visit the USMLE website to determine which registration entity to contact to request your transcript and the fees associated with the request.

Your USMLE transcript includes: biographical information, complete examination history, and information regarding findings of irregular behavior and actions reported to the FSMB Board Action Data Bank.

> NOTE: The USMLE does not provide scores or outcomes by telephone, email, or fax to anyone. Additionally, the scoring process is not expedited or accelerated for any individual or group



# QUICK FACTS: *Irregular Behavior*

## DO

- ✓ Put all of your personal belongings, including your cell phone and study materials, in the locker provided
- ✓ Access your personal belongings only during authorized breaks
- ✓ End your patient encounter and stop typing your PN as soon as announcements are made (Step 2 CS only)
- ✓ *Contact the USMLE program via security@usmle.org or the USMLE website if you know of anyone who has violated a USMLE rule or regulation*

## DON'T

- ✗ Ask people what they saw on their examination or share what you saw on yours, including on web forums
- ✗ Change any information on Score Reports, Transcripts, or on any other USMLE-related document
- ✗ Write on your hand, tissue, or any surface other than the one provided to you by test center staff on your examination day
- ✗ Apply and/or sit for an examination if you are not a current student or a graduate of a medical school program, even if you are appealing your school's decision to withdraw or dismiss you
- ✗ Provide examination content to test preparation companies or other entities

Please read the USMLE *Bulletin of Information* in its entirety; contact the USMLE Secretariat's office for clarification if you are unsure about whether something you are thinking of doing is allowed

*Please see pages 24-25 for more information regarding irregular behavior*



# STOP! THINK BEFORE YOU ACT!

*Irregular behavior includes, but is not limited to:*
- Registering for or taking an exam when ineligible
- Seeking/obtaining prior access to exam content
- Altering exam scores
- Having unauthorized items in the testing area
- Using a proxy to take your exam

*The penalties for irregular behavior may include:*
- Cancellation of your exam scores
- Ban on future testing
- Permanent annotation of your USMLE transcript
- Report to the Federation of State Medical Boards' databank
- Possible legal action

The USMLE program takes examination security seriously. If you have information concerning activities or behavior that may threaten the security or integrity of USMLE, please contact us at USMLE.

# OVERVIEW

## PURPOSE AND MISSION OF THE USMLE

The United States Medical Licensing Examination® (USMLE®) is a three-step examination for medical licensure in the United States and is sponsored by the Federation of State Medical Boards (FSMB) and the National Board of Medical Examiners® (NBME®). The USMLE program supports medical licensing authorities in the United States through its leadership in the development, delivery, and continual improvement of high-quality assessments across the continuum of physicians' preparation for practice.

## EXAMINATION COMMITTEES

Examination committees, composed of medical educators and clinicians, create the examination materials. Committee members broadly represent the teaching, practice, and licensing communities across the United States. At least two committees critically appraise each test item or case, revising or discarding any materials that are in doubt.

## OWNERSHIP AND COPYRIGHT OF EXAMINATION MATERIALS

The examination materials in the USMLE are the confidential, copyrighted property of the USMLE program. If you reproduce and/or distribute any examination materials, by any means, including by memorizing and reconstructing them, you are violating the legal rights of the USMLE program. The USMLE program will use every legal means available to protect the copyrighted materials and secure redress against those who violate copyright law.

## THE USMLE: Purpose, Test Format, and Test Lengths

| STEP & PURPOSE | FORMAT | LENGTH | ADDITIONAL INFORMATION |
|---|---|---|---|
| STEP 1 assesses the examinee's understanding and ability to apply important concepts of the sciences basic to the practice of medicine, with special emphasis on principles and mechanisms underlying health, disease, and modes of therapy. | ▪ Approximately 325 multiple-choice questions, divided into seven 60-minute blocks ▪ Computer based – given at Prometric Test Centers around the world | ▪ One day test session – eight hours | *For more information on Step 1, including applications, practice materials, and updates, visit http://www.usmle.org/step-1/#overview* |
| STEP 2 assesses the examinee's ability to apply medical knowledge, skills, and understanding of clinical science essential for the provision of patient care under supervision, with an emphasis on health promotion and disease prevention. | **Clinical Knowledge (CK)** ▪ Approximately 350 multiple-choice questions, divided into eight 60-minute blocks ▪ Computer based – given at Prometric Test Centers around the world | ▪ One day test session – nine hours | *For more information on Step 2CK, including applications, practice materials, and updates, visit http://www.usmle.org/step-2-ck* |

## OVERVIEW

| | | | |
|---|---|---|---|
| The clinical skills examination is a separate component of STEP 2 and uses standardized patients to test examinees on their ability to gather information from patients, perform physical examinations, and communicate their findings to patients and colleagues. | **Clinical Skills (CS)**<br>▪ 12 patient cases: Fifteen minutes for each patient encounter + ten minutes to record each patient note (PN)<br>▪ Administered at five regional test centers in the US – Atlanta, Chicago, Houston, Los Angeles, and Philadelphia | ▪ One day test session<br>– eight hours | *For more information on Step 2 CS, including applications, practice materials, and updates, visit http://www.usmle.org/step-2-cs/* |
| STEP 3 assesses whether you can apply medical knowledge and understanding of biomedical and clinical science essential for the unsupervised practice of medicine, with emphasis on patient management in ambulatory settings.<br><br>**Day 1: FOUNDATIONS OF INDEPENDENT PRACTICE (FIP)** assesses the examinee's knowledge of basic medical and scientific principles essential for effective health care.<br><br>**Day 2: ADVANCED CLINICAL MEDICINE (ACM)** assesses the examinee's ability to apply comprehensive knowledge of health and disease in the context of patient management and the evolving manifestation of disease over time. | **Day 1 (FIP):**<br>▪ Approximately 260 multiple-choice test questions, divided into six 60-minute blocks, each containing approximately 44 questions<br><br>**Day 2 (ACM):**<br>▪ Approximately 200 multiple-choice test questions, divided into six 45-minute blocks, each containing approximately 33 questions<br>▪ Thirteen computer-based case simulations (CCS). Each simulation is allotted a maximum of 10 or 20 minutes of real time | ▪ One day test session<br>– seven hours<br><br><br>▪ One day test session<br>– nine hours | *For more information on Step 3, including applications, practice materials, and updates, visit http://www.usmle.org/step-3* |

# ELIGIBILITY FOR THE USMLE EXAMINATIONS

## WHO IS ELIGIBLE TO TAKE THE USMLE?

*Step 1, Step 2 CK, and Step 2 CS*
To be eligible, you must be in one of the following categories at the time you apply **AND** on the day of your examination:
- a medical student officially enrolled in, or a graduate of, a US or Canadian medical school program leading to the MD degree that is accredited by the Liaison Committee on Medical Education (LCME),
- a medical student officially enrolled in, or a graduate of, a US medical school leading to the DO degree that is accredited by the American Osteopathic Association (AOA), or
- a medical student officially enrolled in, or a graduate of, a medical school that is outside the US and Canada, listed in the International Medical Education Directory ( *IMED),* who meets the eligibility criteria of the ECFMG.

---

**IMPORTANT**
Individuals who passed Step 2 prior to the implementation of Step 2 CS are not permitted to take Step 2 CK, except under the specific exceptions to the retake policy approved by the Composite Committee (see page 12), but are permitted to take Step 2 CS, provided they meet all other eligibility requirements.

Individuals who were not required to pass Step 2 CS for Step 3 eligibility but elect to take Step 2 CS and fail the examination are not eligible for Step 3 until such time as the individual's Step 2 CS performance of record (ie, most recent performance) is a pass and the individual meets all other Step 3 requirements.

---

**IMPORTANT**
If you are dismissed or withdraw(n) from medical school, you are not eligible for the USMLE, even if you are appealing the school's decision to dismiss you or are otherwise contesting your status.

---

*Step 3*
To be eligible for Step 3, prior to submitting your application, you must:
- obtain the MD degree (or its equivalent) or the DO degree from an LCME- or AOA- accredited US or Canadian medical school, or from a medical school outside the US and Canada that is listed in *IMED,*
- pass Step 1, Step 2 CK, and Step 2 CS,
- obtain certification by the ECFMG or successfully complete a "Fifth Pathway" program if you are a graduate of a medical school outside the US and Canada

---

**IMPORTANT**
Individuals who hold valid Fifth Pathway certificates issued through December 31, 2009, and are otherwise eligible, may use their Fifth Pathway certificates to meet Step 3 eligibility requirements for applications submitted through December 31, 2016.  Effective January 1, 2017, the USMLE Program will no longer accept Fifth Pathway certificates for the purpose of meeting Step 3 eligibility requirements.

Individuals holding Fifth Pathway certificates that are not accepted by the USMLE Program for purposes of meeting Step 3 eligibility must obtain ECFMG certification in order to meet Step 3 eligibility requirements.

---

*NOTE*: The USMLE program recommends that, for Step 3 eligibility, applicants should have completed, or be near completion, of at least one postgraduate training year in a US-accredited graduate medical education program that meets state board licensing requirements.

## CHANGE IN ELIGIBILITY STATUS

If your eligibility for a Step or Step Component changes after you submit your application but before your scheduled test date(s), you must notify your registration entity promptly. Failure to notify your registration entity that you may no longer be eligible to take the examination may result in a finding of irregular behavior. If you take a Step or Step Component for which you are not eligible, results for that examination may not be reported or, if previously reported, may be canceled.

## GRADUATES FROM UNACCREDITED MEDICAL SCHOOLS IN THE US OR CANADA

If you graduated from an unaccredited medical school in the US or Canada and are eligible for initial licensure by a US medical licensing authority but are not in one of the eligibility categories, you may take the USMLE only upon specific request by that medical licensing authority. The medical licensing authority should submit the request to sponsor you to the USMLE Secretariat in advance of your application for each Step. You must pass Steps 1, 2 CK, and 2 CS before you can take Step 3.

## SEQUENCE OF STEPS

If you meet the eligibility requirements, you may take Step 1, Step 2 CK, and Step 2 CS in any sequence. You may only take Step 3 after passing Step 1, Step 2 CK, and Step 2 CS.

## NUMBER OF ATTEMPTS AND TIME LIMITS

The USMLE program limits to six the total number of times an examinee can take the same Step or Step Component. An examinee is ineligible to take a Step or Step Component if the examinee has made six or more prior attempts to pass that Step or Step Component, including incomplete attempts. All attempts at a Step or Step Component are counted toward the limit, regardless of when the examinations were taken.

Information regarding state-specific requirements for licensure can be obtained on the FSMB website. Note: MD/PhD students should reference the USMLE website for more specific information regarding exceptions to time limits.

## RETAKING FAILED EXAMINATIONS

You may not take the same examination more than three times within a 12-month period. Your fourth and subsequent attempts must be at least 12 months after your first attempt at that examination and at least six months after your most recent attempt at that examination.

## RETAKING PREVIOUSLY PASSED STEPS

If you pass a Step or Step Component, you are not allowed to retake it, except to comply with the time limit of a medical licensing authority or another authority recognized by the USMLE program. Visit the USMLE website for more information. If you have not yet passed Step 3 and need to retake a previously passed Step 1 or Step 2 examination in order to meet a time limit imposed by a US medical licensing authority or another authority

recognized by the USMLE program, you should understand that failing a retake will preclude Step 3 eligibility. In order to meet the examination requirements for Step 3 eligibility, you must have achieved a passing performance on the *most recent administration* of the examinations intended to meet those requirements.

## PREVIOUSLY LICENSED PHYSICIANS

If you have already been granted a license by a US medical licensing authority based on previous licensure examinations, such as the Federation Licensing Examination (FLEX) or the NBME certifying examinations, you are not eligible to take the USMLE.

# APPLYING FOR THE TEST AND SCHEDULING YOUR TEST DATE

## APPLICATION MATERIALS

*Step 1, Step 2 CK, and Step 2 CS*
Students and graduates of LCME- or AOA- accredited programs should apply for Step 1, Step 2 CK, and Step 2 CS by following the instructions on the NBME website. Students and graduates of medical schools outside the US and Canada should apply for Step 1, Step 2 CK, and Step 2 CS by following the instructions on the ECFMG website.

| IMPORTANT |
|---|
| If you are dismissed or withdraw(n) from medical school, you are not eligible for USMLE, even if you are appealing the school's decision to dismiss you or are otherwise contesting your status. |

*Step 3*
Graduates with an MD or DO degree from an LCME- or AOA- accredited medical school, and graduates of medical schools outside the US and Canada that are listed in *IMED*, should apply for Step 3 by following the instructions on the FSMB website.

## EXAMINEES WITH DISABILITIES REQUESTING TEST ACCOMMODATIONS

The USMLE program provides reasonable accommodations for examinees with disabilities covered under the Americans with Disabilities Act (ADA). If you are a disabled individual covered under the ADA and require test accommodations, you must obtain information regarding procedures and documentation requirements in advance of applying for each Step or Step Component. Please visit the USMLE website for more information on test accommodations.

## EXAMINEES WHO REQUIRE ADDITIONAL BREAK TIME

Examinees with medical conditions, such as lactation, may apply for additional break time by submitting a written request with a letter from a qualified health care professional documenting the medical necessity. Requests should be made prior to or at the same time you register for a Step examination. For more information, call 215-590-9700 or email disabilityservices@nbme.org.

## PERSONAL ITEM EXCEPTIONS (PIEs)

Unauthorized possession of personal items while you are in the secure areas of the testing center is prohibited. However, in certain limited circumstances, exceptions to this policy may be made for medical reasons. If you believe you have a medical condition that requires you to use medication, an external appliance, electronic device, or other items in the secure areas of the testing center, please contact the Personal Item Exception (PIE) Coordinator by email at PIE@nbme.org or by fax to 215-590-9422 at least four weeks prior to your anticipated test date. Visit the USMLE website for more information on requesting Personal Item Exceptions.

## OBTAINING AN ELIGIBILITY PERIOD AND SCHEDULING YOUR TEST DATE

| STEP COMPONENT | OBTAINING AN ELIGIBILITY PERIOD AND SCHEDULING YOUR TEST DATE | ADDITIONAL INFORMATION |
|---|---|---|
| STEPS 1 AND 2 CK | • When applying for the examination, you must select a three-month eligibility period in which you wish to test (e.g., January – March).<br>• Once your application is processed, a scheduling permit with your assigned eligibility period will be issued. You will receive an email with instructions for accessing your permit.<br>• After obtaining the scheduling permit, you may visit the Prometric website to schedule a test date. Scheduling may not be available more than six months in advance. | • You are permitted to reschedule within your eligibility period – a fee is charged if a change is made during the 30 calendar days before your scheduled appointment.<br>• If you are unable to test within your eligibility period, contact your registration entity to inquire about a one-time contiguous eligibility period extension. A fee is charged for this service.<br>• If you do not take the examination within your original or extended eligibility period, you must reapply by submitting a new application and fee(s). Fees are nonrefundable and nontransferable. |
| STEP 2 CS | • When you apply for Step 2 CS, you are assigned a 12-month eligibility period that begins when your application is accepted and eligibility verified.<br>• A scheduling permit, including the assigned eligibility period, will be issued. You will receive an email with instructions for accessing your permit.<br>• After obtaining the scheduling permit, you may visit the USMLE website to schedule your test date. | • Once your eligibility period is assigned, it cannot be changed or extended.<br>• Please check the Step 2 CS Score Reporting Schedule before scheduling a testing appointment if you need your results by a specific deadline.<br>• You are permitted to reschedule within your eligibility period – a fee is charged if a change is made during the 14 calendar days before your scheduled appointment.<br>• If you do not take the examination within your eligibility period, you must reapply by submitting a new application and examination fee. Fees are nonrefundable and nontransferable. |
| STEP 3 | • When applying for an examination, you must select an eligibility period in which you wish to test.<br>• Once your application is processed, a scheduling permit with your assigned eligibility period will be issued. You will receive an email with instructions for accessing your permit.<br>• After obtaining the scheduling permit, you may visit the Prometric website to schedule your test dates. | • You are permitted to reschedule within your eligibility period – a fee is charged if a change is made during the 30 calendar days before your scheduled appointment.<br>• If you are unable to test within your eligibility period, contact FSMB to inquire about a one-time contiguous eligibility period extension. A fee is charged for this service and restrictions may apply. Visit the FSMB website for more information on eligibility period extensions.<br>• If you do not take the examination within your original or extended eligibility period, you must reapply by submitting a new application and fee(s). Fees are nonrefundable and nontransferable. |

**IMPORTANT: You should not feel compelled to test on a particular day if you are ill, under unusual personal stress, feel unprepared for the examination, or are otherwise not ready to test. Contact your registration entity for further details regarding rescheduling your examination.**

# EXAMINATION DAY AND TESTING

## TESTING REGULATIONS AND RULES OF CONDUCT

Testing sessions for the USMLE Steps are monitored by test center staff, in person and through audio and visual recording. Staff are required to report any violations of USMLE or test center rules. You must follow instructions of test center staff throughout the examinations; failure to do so may result in a finding of irregular behavior and permanent annotation of your transcript. Test center staff are not authorized to answer questions regarding registration, examination content or format, testing software, scoring, or retesting.

---

### RULES OF CONDUCT

*When you apply to take the USMLE, you are agreeing to the following:*

1. You are the person named on the scheduling permit for the examination.
2. You will not give, receive, or obtain any form of unauthorized assistance during the examination or during breaks.
3. You will not have prohibited materials, including formulas, study materials, notes, papers, or electronic devices of any kind in your possession while you are in the secure areas of the center.
4. You will place in a locker or cubicle all personal belongings, including cell phones, watches, pagers, tablet PCs, iPods/media players, fitness and tracking monitors, any device with transmitting or receiving capabilities (e.g., bluetooth), formulas, study materials, notes, papers, pens/pencils, and your purse or wallet, before you enter the testing room (or Orientation Room for Step 2 CS).
5. During computer-based testing (Steps 1, 2 CK, and 3), you will leave your testing station for breaks only when the break screen is visible on your monitor. It is a violation of the Rules of Conduct if you indicate on the center log that your break screen is visible when it is not.
6. During computer-based testing (Steps 1, 2 CK, and 3), you may use a telephone or other communication device outside the secure testing area and only during an authorized break. You may not use it for any purpose related to test content. During Step 2 CS, you may not use a personal telephone at any time while you are in the testing center.
7. You will not remove materials in any form, including, but not limited to, written, printed, recorded, or any other type from the test center.
8. You will maintain the confidentiality of the materials, including, but not limited to, the multiple-choice items and the case content for Step 2 CS and *Primum* CCS. You will not reproduce or attempt to reproduce examination materials through recording, memorization, or by any other means. Also, you will not provide information relating to examination content to individuals who may be taking the examination. This includes postings regarding examination content and/or answers on the Internet.

IMPORTANT: If you violate these Rules of Conduct, you may be directed to leave the test center before you complete the examination. Also, evidence of violation of any test administration rule, including these Rules of Conduct, will result in actions being taken under the USMLE policies and procedures on irregular behavior. If you are found to have engaged in irregular behavior, your score report and transcripts will include this finding, and you may be barred from taking the USMLE in the future.

---

# PERSONAL BELONGINGS – WHAT YOU CAN BRING INTO THE TESTING ROOM

Personal items are prohibited in the secure areas of the testing center. **For computer-based examinations (Step 1, Step 2 CK, and Step 3), the only items you are allowed to bring into the testing room are soft-foam earplugs.** Earplugs must be removed from the packaging and ready for inspection by test center staff during check-in and must also remain at your workstation during all breaks. Visit the USMLE website for more information.

For Step 2 CS, the entire test center, including the orientation room and the restrooms, is considered a secure testing area. **The only items you are allowed to bring into the secure testing area are your white lab coat (pockets must be empty) and your personal stethoscope (there is limited supply at the test center).** All other equipment, including pens, gloves, writing paper, and other medical equipment is provided by the test center. Visit the USMLE website for more information regarding the Step 2 CS examination experience and test center regulations.

For all Steps, if you bring personal items to the test center, you must store them in a small designated locker outside the secure testing area or in the designated storage area for Step 2 CS; electronic devices must be turned off. All personal items are subject to inspection.

## ADMISSION TO THE TEST

### Check-In Procedures
*Step 1, Step 2 CK, Step 3*
You should arrive at the test center approximately 30 minutes prior to your scheduled testing appointment. If you arrive after your appointment time, you may not be admitted. If you arrive more than 30 minutes after your scheduled testing appointment, you will not be admitted and must pay a fee to reschedule your test. Your rescheduled test date(s) must fall within your eligibility period.

*Step 2 CS*
You should arrive at the test center at the time listed on the confirmation notice you will have printed after scheduling your appointment. There will be an on-site orientation to demonstrate the equipment available for you to use in the examination rooms and to review examination rules and procedures. If you arrive during the on-site orientation, you may be allowed to test after signing a Late Admission Form. If you arrive after the on-site orientation, you will not be allowed to test and must pay a fee to reschedule your test.

*All Steps*
When you arrive at the test center, you must present your **scheduling permit** and the **required identification** as described on your scheduling permit. Acceptable forms of unexpired identification include:

- passport
- driver's license with photograph
- ECFMG-issued identification card
- national identity card
- other form of dated, unexpired, government-issued identification

Your name, as it appears on your scheduling permit, must match the name on your form(s) of identification exactly. Please review your scheduling permit for details and limited exceptions. If the name listed on your

scheduling permit is not correct, contact your registration entity immediately. Your identification must contain both your signature and a recent photograph.

**If you do not bring your scheduling permit and acceptable identification, you will not be admitted to the test and will be required to pay a fee (see page 17) to reschedule your test. Your rescheduled test date(s) must fall within your eligibility period.**

<u>Security Procedures</u>
*For Step 1, Step 2 CK, and Step 3 ONLY*
During check-in, test center staff will scan you with a handheld metal detector and ask you to empty and turn your pockets inside out before entering the testing room to confirm that you have no prohibited items. You will be asked to repeat this process each time you return to the testing room after a break. Additionally, your photo ID and fingerprint may be scanned electronically and you must sign the test center log.

Prior to entering the test room, you will be provided with laminated writing surfaces and markers to be used for making notes and/or calculations during the testing session. They should be used only at your assigned testing station, and only after you have entered your Candidate Identification Number (CIN) to start your test session. If you have filled the laminated writing surfaces and need additional space for making notes, raise your hand to ask test center staff for a replacement. You must return laminated writing surfaces to test center staff at the end of the testing session. **Do NOT write on anything other than the laminated writing surface (eg, your hand, other body part, tissue, etc.). Failure to comply may result in a finding of irregular behavior.**

You will be instructed to write your name and CIN, as shown on your scheduling permit, on one of the laminated writing surfaces provided.

Test center staff will escort you to your assigned testing station and provide brief instructions on use of the computer equipment. You must enter your CIN to start the examination. A brief tutorial is available before each examination. It is important that you run the sound check for the audio headphones in the tutorial so that, if a problem is detected, it can be resolved before you start the examination.

*For Step 2 CS ONLY*
During check-in, in addition to having your photo ID scanned electronically, you will be asked to place your personal belongings (e.g., pens, study materials, cell phones, etc.) in small, locked bins, which are inaccessible for the duration of the examination day. Any personal belongings that you may need during breaks or during the examination, including your lab coat and stethoscope, can be placed at your seat in the orientation room.

Please note that every area of the testing center is under video surveillance at all times; examinees are escorted by proctors at all times, with the exception of restroom breaks.

*All Steps*
There are no facilities available for family and friends to wait at the center while you test; plan to meet them elsewhere after the examination ends.

## BREAK TIME

### Step 1, Step 2 CK, and Step 3
Your test session is scheduled for a fixed amount of time and the computer keeps track of the time allocated for each block and for breaks. At the start of the testing session, you have a total of 45 minutes of break time for authorized breaks and for computer transitions between blocks. Authorized breaks include any time you spend between test blocks, whether you remain at your seat or you leave the testing room. If you complete the tutorial or other testing blocks early, the remaining time will be added to your total break time.

Once you begin a testing block, no authorized breaks are provided during the block. During the blocks, the block and daytime clocks continue to run even if you leave the testing room (eg, for a personal emergency). If you leave during the block, the test center will file a report of the incident. Additionally, the unauthorized break screen, described in the examination tutorial, will appear on the monitor after a defined period of inactivity. After the unauthorized break screen appears, you will need to enter your CIN to continue with the examination. Each time you leave the testing room, you are required to sign out and sign in when you return. You must present your identification each time you sign in.

If you take too much break time and exceed the allocated or accumulated break time, the excess will be deducted from your total testing time. Use the time summary feature (explained in the tutorial on test day) to keep track of your time.

### Step 2 CS
Your test session is scheduled for approximately eight hours. Two breaks are provided (one 30-minute break and one 15-minute break); you may not leave the test center until the examination is completed. A light meal is provided during the first break; you may also bring your own food (provided that it does not require refrigeration or preparation). No special meals are available.

## STARTING AND COMPLETING THE TEST

### Step 1, Step 2 CK, and Step 3
The test session ends when you have started and exited all blocks or the total test time expires. You will receive a notice during checkout that you have appeared for the test. If your test is scheduled for multiple days, be sure to bring a copy of your permit with you each day or you may not be permitted to test.

After you start taking an examination, you cannot cancel or reschedule that examination. If you experience a computer issue during the test, notify test center staff immediately. The testing software is designed to restart the test at the point that it was interrupted.

However, in the rare event that a technical problem occurs that does not permit you to complete your examination, please send a written description of the incident to Test Administration Services (see page 27 for contact information) at the NBME. Test Administration Services must receive your notice within 10 days of your testing date or it may not be possible to investigate your concerns. Your correspondence should include your name, your USMLE ID number, the examination name (Step 1, 2 CK, 2 CS, or 3), date of administration, and a

detailed description of the difficulty experienced. Please allow at least 15 business days for your report to be investigated and evaluated. You will receive written notification of the investigation results.

If you start the examination but do not complete it for reasons other than a technical problem or expiration of time, you should promptly write to Test Administration Services explaining, in detail, the reasons you decided not to finish the examination. The attempt may appear as an "incomplete" on your USMLE transcript.

For more information on how to report a test administration problem, visit the USMLE website.

### Step 2 CS

Once you enter the secure areas of the test center, which includes the orientation area, you may not leave the area until the examination has been completed. All examinees taking the Step 2 CS examination are required to type the patient note portion of the exam. You are only permitted to handwrite your patient note if you were approved to receive an accommodation for a disability or in the event that technical difficulties make the patient note-typing program unavailable.

You may not discuss the cases with other examinees at any time (before, during or after your examination) and all conversation at the testing center among examinees must be in English.

*NOTE*: The USMLE program may prohibit an examinee from completing the exam and/or may impose conditions on retesting if the examinee appears to represent a health or safety risk to the standardized patients or test center staff. Such circumstances include, but are not limited to, an examinee performing careless or hazardous acts during the physical examination, exhibiting signs of illness (eg, persistent coughing or sneezing) during the examination, or showing visibly open skin lesions or active bleeding.

If you do not feel well on the day of your examination, we strongly encourage you to consider rescheduling your examination.

# SCORING AND SCORE REPORTING

## EXAMINATION RESULTS AND SCORING

For up-to-date information on minimum passing scores, examination performance data, and general scoring methodology, please visit the USMLE website.

## SCORE REPORTING

*Score Availability*
Results for computer-based examinations (Steps 1, 2 CK, and 3) are typically available within three to four weeks after your test date. However, delays are possible for various reasons. In selecting your test date and inquiring about results, you should allow at least eight weeks to receive notification that your score report is available. For Step 2 CS results, you should refer to the Step 2 CS Schedule for Reporting Results.

When your score is available, you will receive an email notification from your registration entity; follow the instructions to access your password-protected score report. Your score report will remain available for approximately 120 days from the date of the email notification. After the score report is removed from the website, your scores will only be provided to you in the form of an official transcript, for a fee, via your registration entity. Visit the USMLE website for more details, including how to request a transcript for you or for a third party.

*Reporting to Third Parties*
The NBME reports the results of the USMLE to LCME- and AOA- accredited medical school programs for their students and graduates. For Step 1, Step 2 CK, and Step 2 CS, if you do not want your results reported to your medical school, you must send a signed request to the NBME, which must be received at least two weeks before your scheduled test date.  For Step 3, you must indicate your reporting preference on your application.

The ECFMG may provide the results of the USMLE to international medical schools for their students and graduates.  For Step 1, Step 2 CK, and Step 2 CS, if you do not want your results reported to your medical school, you must submit a request for each examination administration, via the ECFMG website, at least 10 days before your scheduled test date.

*Incomplete Scores*
In order to receive a score on Step 1, Step 2 CK, and Step 3, you must open every block of the examination. If you do not open every block, your examination will not be scored and the attempt will be reported as an incomplete on your USMLE transcript.

For Step 2 CS, if you leave the test early, or otherwise fail to carry out one or more of the cases, your performance may be assessed on those cases you completed. If, based on the performance of the completed cases, a pass/fail determination cannot be made, the attempt may be recorded as an incomplete on your USMLE transcript.

*To avoid misinterpretation and to protect your privacy, the USMLE program does not provide scores or outcomes by telephone, email, or fax to anyone. Additionally, the scoring process is not expedited or accelerated for any individual or group.*

## SCORE RECHECKS

For all Steps and Step Components, a change in your score or in your pass/fail outcome based on a recheck is an extremely remote possibility. A rigorous process is used, including a double scoring process involving independent scoring systems, to ensure accurate results – to date, the score recheck process has not resulted in a score change. However, a recheck will be performed if you submit a written request and service fee to the entity that registered you for the examination. Your registration entity must receive the request no later than 90 days after your result was released to you.

| REGISTRATION ENTITY | TO REQUEST A SCORE RECHECK, VISIT: |
|---|---|
| NBME | http://examinee.nbme.org/interactive |
| ECFMG | http://www.ecfmg.org/forms/steprchk.pdf |
| FSMB | http://www.fsmb.org/medical-professionals/usmle-step-3/forms-documents |

For Step 1, Step 2 CK, and Step 3, when a request for a score recheck is received, the original response record is retrieved and rescored using a system that is outside of the normal processing routine. The rechecked score is then compared with the original score.

For Step 2 CS, the ratings received from the standardized patients and from the physician note raters are retrieved, re-summed, and reconverted into final scores to verify the accuracy of the original outcome. Encounters and patient notes are not re-rated and videos are not re-reviewed during the recheck.

## SCORE VALIDITY

The performance of examinees is monitored and may be analyzed to detect aberrancies that raise questions about the validity of scores. The USMLE program reserves the right to cancel scores that are at or above the passing level if the USMLE program has a good faith basis for questioning whether they represent a valid measure of knowledge or competence as sampled by the examination. Questions about score validity may result from irregular behavior (please refer to the Irregular Behavior section of this Bulletin on pages 24-25) or other factors. If there are questions related to the validity of your score, your score report may be delayed, or any further reporting or verification of such scores may be withheld, pending completion of further review and/or investigation. You will have an opportunity to provide information that you consider relevant.

After review and analysis of all available information, scores will either be classified as valid and will be reported, or scores will be canceled and will not appear on your record. If scores are canceled, you will be advised of the options for retaking the examination. Anyone who has received a report of scores that are later canceled will be notified.

## ANOMALOUS PERFORMANCE

Anomalous performance and/or unusual testing history may impact your access to the USMLE. If your performance raises concerns about your readiness to test or your motivation to pass, the USMLE program reserves the right to restrict your future access to its examinations and/or impose conditions upon future access. Do not

test if you are unable or unready to test on your scheduled test date.

## IMPORTANT

Taking a Step examination to familiarize yourself with the examination format, or for any reason other than to pass, is prohibited and may limit your future access to the USMLE.

# IRREGULAR BEHAVIOR

## IRREGULAR BEHAVIOR DEFINED

Irregular behavior includes any action by applicants, examinees, potential applicants, or others when solicited by an applicant and/or examinee that could compromise the validity, integrity, or security of the USMLE examination process.

**IMPORTANT**

If you have information that an examinee or other person or entity has, or may have, compromised the security of the USMLE, please contact the USMLE at security@usmle.org or call your registration entity.

## EXAMPLES OF IRREGULAR BEHAVIOR

Specific examples of conduct that may be deemed to be irregular behavior include, but are not limited to, the following:

- seeking, providing, and/or obtaining unauthorized access to examination materials
- providing false information or making false statements on or in connection with application forms, scheduling permits, or other USMLE-related documents
- taking or attempting to take an examination for which you are not eligible
- taking an examination for someone or engaging someone to take an examination for you
- giving, receiving, or obtaining unauthorized assistance during the examination or attempting to do so
- making notes of <u>any kind</u> while in the secure areas of the test center, except on the writing materials provided at the test center for this purpose
- failing to adhere to any USMLE policy, procedure, or rule, including instructions of the test center staff
- verbal or physical harassment of test center staff or other examination staff, or other disruptive or unprofessional behavior during the registration, scheduling, or examination process
- possessing any unauthorized materials, including photographic equipment, communication or recording devices, fitness and tracking monitors, and cell phones, in the secure testing areas
- altering or misrepresenting examination scores
- any unauthorized reproduction by any means, including, but not limited to, reconstruction through memorization, and/or dissemination of copyrighted examination materials by any means, including the Internet
- communicating or attempting to communicate about specific test items, cases, and/or answers with another examinee, potential examinee, or formal or informal test preparation group at any time before, during, or after an examination
- failure to cooperate fully in any investigation of a violation of the USMLE rules

**IMPORTANT**

Test preparation courses and materials are available from individuals and companies not associated with the USMLE. It is unlawful for any test preparation service or program to use, disclose, distribute, or solicit content from recent test takers, or to otherwise provide access to questions or answers from actual USMLE examinations. If there is evidence that you enrolled in, participated in, or used any test preparation program or service that distributes, provides access to, or uses the USMLE questions or answers, or provides a forum for others to share such information, your registration and/or testing may be canceled, your scores on the USMLE may be withheld or canceled, and you may be subject to further sanctions.

## IRREGULAR BEHAVIOR – Investigation Process

If the USMLE program receives information suggesting that any individual has engaged in irregular behavior or conduct that may compromise the integrity of the USMLE, the USMLE program will investigate. During this time, individuals alleged to have engaged in such activity will be prohibited from registering for additional exams, previously unreleased scores, if any, may be withheld, and pending examination appointments canceled. If the evidence suggests that the alleged irregular behavior affects score validity, the score will also be reviewed as described in the **Scoring and Score Reporting** section of this *Bulletin* (pages 21-23).

If you are the subject of a USMLE investigation, you will be advised of the matter and will have an opportunity to provide information that you consider relevant. Individuals who are the subject of an investigation and others must cooperate fully with the investigation, including providing all requested documentation and answering truthfully all questions posed during investigative interviews conducted on behalf of the USMLE program. Failure to cooperate with an investigation or providing misleading or untruthful information in the course of an investigation will constitute irregular behavior that may be the basis of separate proceedings or other action by the USMLE program.

If it is determined that you engaged in irregular behavior, information regarding this determination will become part of your permanent USMLE history. Your score report (if applicable) and USMLE transcript will contain a notation of the finding of irregular behavior. The USMLE program will provide information about the irregular behavior to third parties that receive or have received your USMLE transcript and may be reported to other legitimately interested entities, as determined by the USMLE program. You may be barred from taking future examinations and/or special administrative procedures or conditions may be implemented for your future examinations. The USMLE program also reserves the right to take such action when information regarding irregular behavior on predecessor examinations suggests that such actions may be appropriate ensure the security of the USMLE.

# COMMUNICATING WITH THE USMLE

## APPLICATION AND REGISTRATION INQUIRIES

Contact the appropriate registration entity (see below) for information on how to apply for the USMLE, obtain application materials, and receive information on the status of your application and scheduling permit.

| EXAMINATION | TYPE OF APPLICANT | REGISTRATION ENTITY AND CONTACT |
|---|---|---|
| STEPS 1, 2 CK, AND 2 CS | Students and graduates of medical school programs in the US or Canada accredited by the LCME or students and graduates of medical schools in the US accredited by the AOA | NBME<br>Examinee Support Services<br>3750 Market Street<br>Philadelphia, PA 19104-3102<br>Website: http://www.nbme.org<br>Telephone: (215) 590-9700<br>Fax: (215) 590-9460<br>E-mail: webmail@nbme.org |
| STEPS 1, 2 CK, AND 2 CS | Students and graduates of medical schools outside the US and Canada | ECFMG<br>3624 Market Street<br>Philadelphia, PA 19104-2685<br>Website: http://www.ecfmg.org<br>Telephone: (215) 386-5900<br>Fax: (215) 386-9196<br>E-mail: info@ecfmg.org |
| STEP 3 | All medical school graduates who have passed Step 1 and Step 2 (CK and CS) | FSMB<br>Assessment Services<br>400 Fuller Wiser Road, Suite 300<br>Euless, TX 76039-3856<br>Website: http://www.fsmb.org<br>Telephone: (817) 868-4041<br>Fax: (817) 868-4098<br>E-mail: usmle@fsmb.org |

## SCHEDULING AND TEST CENTER INQUIRIES

For Steps 1, 2 CK, and 3, your scheduling permit includes instructions on how to contact Prometric to schedule your appointment to test. Inquiries about your appointment, such as a request to reschedule an appointment within your eligibility period, must be directed to Prometric. Visit the Prometric website for information on test center locations.

To schedule an appointment for Step 2 CS, follow the instructions provided on your scheduling permit. To check test center availability and to schedule or reschedule an appointment, access the Step 2 CS Calendar and Scheduling system through the website of your registration entity.

If you receive a scheduling permit but experience a problem scheduling your appointment that Prometric or Clinical Skills Evaluation Collaboration (CSEC) scheduling staff is unable to resolve, you may contact your registration entity.

## TEST ADMINISTRATION INQUIRIES

For questions and concerns about your administration, contact the NBME Test Administration office listed below.

**Attention: Test Administration**
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102
Telephone: (215) 590-9700
Fax: (215) 590-9457
E-mail: testadmin@nbme.org

## SECURITY CONCERNS

USMLE encourages you to provide information about cheating and other activity of which you are aware that may compromise the security and integrity of the USMLE. Please visit the USMLE website to report such information.

## GENERAL INQUIRIES

Complete information about the USMLE is available on the USMLE website. General inquiries regarding the USMLE or inquiries for the USMLE Secretariat may be directed to:

**Attention: USMLE Secretariat**
3750 Market Street
Philadelphia, PA 19104-3102
Telephone: (215) 590-9700
E-mail: webmail@nbme.org

APPENDIX

# LIST OF ACRONYMS

| | |
|---|---|
| *ACM* | Advanced Clinical Medicine |
| *ADA* | Americans with Disabilities Act |
| *AOA* | American Osteopathic Association |
| *CCS* | Computer-based Case Simulations |
| *CIN* | Candidate Identification Number |
| *CK* | Clinical Knowledge |
| *CS* | Clinical Skills |
| *CSEC* | Clinical Skills Evaluation Collaboration |
| *ECFMG* | Educational Commission for Foreign Medical Graduates |
| *FLEX* | Federation Licensing Examination |
| *FSMB* | Federation of State Medical Boards |
| *FIP* | Foundations of Independent Practice |
| *IMED* | International Medical Education Directory |
| *LCME* | Liaison Committee on Medical Education |
| *NBME* | National Board of Medical Examiners |
| *PIE* | Personal Item Exception |
| *PN* | Patient Note |
| *SP* | Standardized Patient |
| *USMLE* | United States Medical Licensing Examination |

# EXHIBIT 8



**US·MLE**

United States
Medical
Licensing
Examination

# UNITED STATES MEDICAL LICENSING EXAMINATION ®

## STEP 2 CLINICAL SKILLS (CS) SCORE REPORT

This score report is provided for the use of the examinee.
Third-party users of USMLE information are advised to rely solely on official USMLE transcripts.

**Ayanova, Yoana Evgenieva**

**USMLE ID:  0-836-499-4**                     **Test Date:  May 20, 2015**

The USMLE is a single examination program consisting of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care. Step 2 is designed to assess whether an examinee can apply medical knowledge, skills, and understanding of clinical science essential for the provision of patient care under supervision, including emphasis on health promotion and disease prevention. The inclusion of Step 2 in the USMLE sequence is intended to ensure that due attention is devoted to principles of clinical sciences and basic patient-centered skills that provide the foundation for the safe and competent practice of medicine. There are two components to Step 2: a Clinical Knowledge (CK) examination and a Clinical Skills (CS) examination. This report represents results for the Step 2 CS examination only. Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. The overall Pass/Fail outcome provided below represents your result for the administration of the Step 2 CS on the test date shown above.

| Overall Pass/Fail Outcome |
| :---: |
| **FAIL** |

The overall outcome for Step 2 CS, reported above, is based upon the minimum passing levels set by USMLE for the three Step 2 CS subcomponents. The three subcomponents are Integrated Clinical Encounter (ICE), Communication and Interpersonal Skills (CIS), and Spoken English Proficiency (SEP). It is necessary to pass all three subcomponents in order to obtain an overall passing outcome on the Step 2 CS. Results for the three Step 2 CS subcomponents are reported below.

| ICE | CIS | SEP |
| :---: | :---: | :---: |
| **FAIL** | **PASS** | **PASS** |

58

## INFORMATION PROVIDED FOR EXAMINEE USE ONLY

The Performance Profile below is provided solely for the benefit of the examinee.

These profiles are developed as self-assessment tools for examinees only and will not be reported or verified to any third party.

## USMLE STEP 2 CS PERFORMANCE PROFILE



The above Performance Profile is provided to aid in self-assessment. The shaded area defines a borderline level of performance for each subcomponent (ICE, CIS, SEP); borderline performance is comparable to a HIGH FAIL/LOW PASS on the subcomponent.

Performance bands indicate areas of relative strength and weakness. Some bands are wider than others. The width of a performance band reflects the precision of measurement; narrower bands indicate greater precision. The band width for a given content area is the same for all examinees. An asterisk indicates that your performance band extends beyond the displayed portion of the scale. Small differences in the location of bands should not be over interpreted. If two bands overlap, performance in the associated areas should be interpreted as similar.

Additional information concerning the Step 2 CS subcomponents can be found in the *USMLE Step 2 CS Content Description and General Information Booklet.*

# EXHIBIT 9



# UNITED STATES MEDICAL LICENSING EXAMINATION®

## STEP 2 CLINICAL SKILLS (CS) SCORE REPORT

This score report is provided for the use of the examinee.
Third-party users of USMLE information are advised to rely solely on official USMLE transcripts.

**Ayanova, Yoana Evgenieva**

**USMLE ID:  0-836-499-4**                    **Test Date:  September 30, 2015**

The USMLE is a single examination program consisting of three Steps designed to assess an examinee's understanding of and ability to apply concepts and principles that are important in health and disease and that constitute the basis of safe and effective patient care. Step 2 is designed to assess whether an examinee can apply medical knowledge, skills, and understanding of clinical science essential for the provision of patient care under supervision, including emphasis on health promotion and disease prevention. The inclusion of Step 2 in the USMLE sequence is intended to ensure that due attention is devoted to principles of clinical sciences and basic patient-centered skills that provide the foundation for the safe and competent practice of medicine. There are two components to Step 2:  a Clinical Knowledge (CK) examination and a Clinical Skills (CS) examination.  This report represents results for the Step 2 CS examination only.  Results of the examination are reported to medical licensing authorities in the United States and its territories for use in granting an initial license to practice medicine. The overall Pass/Fail outcome provided below represents your result for the administration of the Step 2 CS on the test date shown above.



| Overall Pass/Fail Outcome |
| --- |
| **FAIL** |

The overall outcome for Step 2 CS, reported above, is based upon the minimum passing levels set by USMLE for the three Step 2 CS subcomponents. The three subcomponents are Integrated Clinical Encounter (ICE), Communication and Interpersonal Skills (CIS), and Spoken English Proficiency (SEP). It is necessary to pass all three subcomponents in order to obtain an overall passing outcome on the Step 2 CS. Results for the three Step 2 CS subcomponents are reported below.

| ICE | CIS | SEP |
| --- | --- | --- |
| **PASS** | **FAIL** | **PASS** |

## INFORMATION PROVIDED FOR EXAMINEE USE ONLY

The Performance Profile below is provided solely for the benefit of the examinee.

These profiles are developed as self-assessment tools for examinees only and will not be reported or verified to any third party.

## USMLE STEP 2 CS PERFORMANCE PROFILE



The above Performance Profile is provided to aid in self-assessment. The shaded area defines a borderline level of performance for each subcomponent (ICE, CIS, SEP); borderline performance is comparable to a HIGH FAIL/LOW PASS on the subcomponent.

Performance bands indicate areas of relative strength and weakness. Some bands are wider than others. The width of a performance band reflects the precision of measurement: narrower bands indicate greater precision. The band width for a given content area is the same for all examinees. An asterisk indicates that your performance band extends beyond the displayed portion of the scale. Small differences in the location of bands should not be over interpreted. If two bands overlap, performance in the associated areas should be interpreted as similar.

Additional information concerning the Step 2 CS subcomponents can be found in the *USMLE Step 2 CS Content Description and General Information Booklet*.

61