1  Eric A. Herzog (Bar No. 229066)
   eric.herzog@nortonrosefulbright.com
2  **NORTON ROSE FULBRIGHT US LLP**
   555 South Flower Street
3  Forty-First Floor
   Los Angeles, California 90071
4  Telephone:  (213) 892-9200
   Facsimile:   (213) 892-9494
5
   Attorneys for Defendant
6  NATIONAL BOARD OF MEDICAL EXAMINERS

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11 | YOANA AYANOVA KIPRILOV, | Case No.:  5:16-cv-00952 JGB (SPx) |

12 | Plaintiff, | **NBME'S OBJECTIONS TO PLAINTIFF'S EVIDENCE PROFFERED IN SUPPORT OF SUMMARY JUDGMENT** |

13 | v. | |

14 | NATIONAL BOARD OF MEDICAL EXAMINERS, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES, | Hearing Date:   August 22, 2016 |

15 | | Hearing Time:  9:00 a.m. Courtroom No.: 1 |

16 | Defendant. | Judge Jesus G. Bernal |

17

18

19

20

21

22

23

24

25

26

27

28

27411731.1

DOCUMENT PREPARED ON RECYCLED PAPER

**NBME's Objections to Plaintiff's Evidence:**

| Pl.'s SUF No. | Fact | Objection |
|---|---|---|
| 1. | The three parts (ICE, CIS, SEP) are called and refer to as "components" of Step 2 CS, by NBME.<br><br>See also 7.<br><br>"Hartman v. NBME" case, NBME used word "components" for parts of Step 2 CS-exam<br><br>(Pl's. Decl. Exhibit A-Defendant's own official website-posted publications (btw.2009-2015), and in "Hartman v. NBME"- case- NBME's own answers and responses.) | Hearsay (as to Hartman v. NBME).  F.R.E. 801-802.<br><br>Irrelevant.  F.R.E. 401-402. |
| 2. | The three parts (ICE, CIS, SEP) are also called "subcomponents" of Step 2 CS, by NBME.<br><br>See also 7.  (Defendant's own official website-publications and statements; motions to dismiss.) | Irrelevant.  F.R.E. 401-402. |
| 3. | The official NBME-publications (between 2009-2015) are made by NBME-staff members and in their official capacity (as NBME-representatives). See also 10.  (Pl.'s Decl. Exhibit B.) | Lack of Personal Knowledge.  F.R.E. 602.<br>Lack of Foundation.  F.R.E. 901. |
| 4. | The official NBME-publications (btw. 2009-2015) about Step 2 CS are made by NBME-staff members, who have superior knowledge and experience than the Plaintiff, regarding Step 2 CS.  Or, the NBME-staff members claim to have "considerable knowledge and experience" regarding the 2 CS, which the Plaintiff does not claim have.  (Pl.'s Decl. Exhibit B, publication ('Enhancement of the Assessment of Physician Patient Communication Skills in …[USMLE]." NBME's 2009 and 2014' annual reports.) | Lack of Personal Knowledge.  F.R.E. 602.<br>Lack of Foundation.  F.R.E. 901. |

DOCUMENT PREPARED
ON RECYCLED PAPER

| 5. | The official NBME's and ECFMG's publications, and their own annual reports, are published and provided to the public/society (incl. med. graduates/physicians), and with the intent to induce reliance on the information provided by them about Step 2 CS-exam (among other information in the reports).  (Pl.'s Declaration.) | Lack of Personal Knowledge.  F.R.E. 602. Improper Opinion Testimony.  F.R.E. 701. Lack of Foundation. F.R.E. 901. |
|---|---|---|
| 6. | Other (international medical graduates and physicians, who are taking or have taken the exam, refer to and call the parts of step 2 CS (ice, cis, sep) "components" (as seen in the Internet, USMLE-related forums, websites or youtube-videos).  (Pl's Declaration, Exhibit C.) | Hearsay to the extent it is offered for the truth of the assertion.  F.R.E. 801-802. Irrelevant.  F.R.E. 401-402. |
| 7. | There is no officially announced difference (if any) between "component" and "subcomponent", in terms of their characteristic features.  (Pl.'s Declaration.) | Irrelevant.  F.R.E. 401-402. |
| 8. | NBME and ECFMG have two official policy Rules "Retakes" and "time-limit", that apply to "components" only (since only "component" is mentioned in them). (Pl.'s Declaration, And Exhibit D.) | Lack of Foundation. F.R.E. 901. Incorrect summary of document.  F.R.E. 403. |
| 9. | The "Retakes" and "time-limit" rules have not been applied in Plaintiff's case regarding Step 2 CS- ICE and CIS components, due to unknown reasons (considering that the three parts of 2 CS-exam are "components").  (Pl.'s Declaration) | Improper Opinion Testimony.  F.R.E. 701. Lack of Foundation. F.R.E. 901. |

- 3 -

DOCUMENT PREPARED
ON RECYCLED PAPER

| 10. | NBME-staff members are aware of the information published in their own publications or the published information (by their NBME-colleagues' regarding) step 2 CS and its parts. (Pl.'s Motion for a partial summary judgement.) | Improper Opinion Testimony.  F.R.E. 701. Lack of Personal Knowledge.  F.R.E. 602. Lack of Foundation. F.R.E. 901. Irrelevant.  F.R.E. 401-402. |
|---|---|---|
| 11. | NBME and ECFMG do not consider Plaintiff's overall 2 CS-score as a "pass" result.  (Pl.'s Declaration and Motion for partial summary judgement, Defendant- NBME's motion to dismiss.) | No objection (to extent statement refers to NBME) |
| 12. | Plaintiff has passed each of the three "components"/"subcomponents" of step 2 CS in 2015, in her two attempts, not in one.  (Pl.'s Am. Complaint, Motion for partial summary judgement and Declaration.) | Improper Opinion Testimony.  F.R.E. 701. Lack of Personal Knowledge.  F.R.E. 602. Incorrect summary of evidence.  F.R.E. 403. |
| 13. | NBME and ECFMG have not issued the ECFMG-certification (based on her exam-results) to the Plaintiff and she cannot be employed as a resident physician due to the residency program's requirement for the certificate.  (Pl.'s Am. Complaint, Declarations and Motion for Partial summary Judgement.) | No objection (to extent statement refers to NBME) |

DOCUMENT PREPARED
ON RECYCLED PAPER

| | | |
|---|---|---|
| 14. | Plaintiff and Defendants have demonstrated a "reciprocal"/mutual activities, or they have an implied agreement/contract: Pl. pays and take the exam and receives the certificate after passing the exam, Defendants take the money, administer and score the exam, and issue the certificate (when the exam is passed).  (Pl.'s Motion for Summary Judgement.) | Lack of Personal Knowledge.  F.R.E. 602. Improper Opinion Testimony.  F.R.E. 701. |
| 15. | Plaintiff' two result reports from 2015, read that "it is necessary to pass all three subcomponents in order to obtain an overall passing outcome on the Step 2 CS."  No "single administration" is written in the reports. NBME 2009 Annual report also does not have "single administration" requirement.  (Pl.'s Declaration and Exhibits G and H (NBME 2009 Annual report).) | Irrelevant as to the 2009 Annual Report.  F.R.E. 401-402. Incomplete summary of evidence.  F.R.E. 403. |
| 16. | Step 2 CS had reliability problems before, and research studies have shown other factors that affect the scores, but are unrelated to the skills tested."  (Pl.'s Declaration, Exhibit I.) | Hearsay.  F.R.E. 801-802. Lack of Personal Knowledge.  F.R.E. 602. Improper Opinion Testimony.  F.R.E. 701. Lack of Foundation. F.R.E. 901. Irrelevant.   F.R.E. 401-402. |

Dated:  August 1, 2016

Respectfully submitted,

**NORTON ROSE FULBRIGHT US LLP**

By:   _/s/ Eric A. Herzog_
Eric A. Herzog

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

DOCUMENT PREPARED
ON RECYCLED PAPER