Eric A. Herzog (Bar No. 229066)
eric.herzog@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOANA AYANOVA KIPRILOV,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>　　　　　Defendant. | Case No.: 5:16-cv-00952 JGB (SPx)<br><br>**PROOF OF SERVICE RE: DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: August 22, 2016<br>Hearing Time: 9:00 a.m.<br>Courtroom No.: 1<br><br>Judge Jesus G. Bernal |

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

On August 1, 2016, I electronically filed the attached document(s):

1. **DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

2. **DECLARATION OF GERARD F. DILLON IN SUPPORT OF NBME'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

3. **EXHIBITS REFERENCED IN THE DECLARATION OF GERARD F. DILLON IN SUPPORT OF NBME'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

4. **NBME'S OBJECTIONS TO PLAINTIFF'S EVIDENCE PROFFERED IN SUPPORT OF SUMMARY JUDGMENT**

5. **NBME'S STATEMENT OF GENUINE DISPUTES OF MATERIAL FACTS; AND**

6. **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

Meghan Lynn Phillips, Esq.
Morgan, Lewis & Bockius LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
Phone: (213) 612-2500
Email: meghan.phillips@morganlewis.com

*Counsel for Educational Commission for Foreign Medical Graduates*

    I also placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s) in a sealed envelope, postage fully paid, addressed as follows:

Yoana Ayanova Kiprilov
1053 E. 6th Street, Apt. 26
Ontario, CA 91764
Phone: (707) 570-5155
Email: yoana_ayanova@yahoo.com

    Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on August 1, 2016, at Los Angeles, California.

Darla M. Rodrigo