MORGAN, LEWIS & BOCKIUS LLP
Meghan Lynn Phillips, Bar No. 272095
meghan.phillips@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Brian W. Shaffer (*pro hac vice* to be filed)
brian.shaffer@morganlewis.com
Elisa P. McEnroe (*pro hac vice* to be filed)
elisa.mcenroe@morganlewis.com
1701 Market Street
Philadelphia, PA 19103-2921
Tel:   +1.215.963.5000
Fax:   +1.215.963.5001

Attorneys for Defendant
Educational Commission for Foreign Medical Graduates

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOANA AYANOVA KIPRILOV,<br><br>    Plaintiff,<br><br>    vs.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>    Defendants. | Case No. 5:16-CV-00952<br><br>**DEFENDANT EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES' EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   August 22, 2016<br>Time:   9:00 a.m.<br>Ctrm:   1<br>Judge:  Hon. Jesus G. Bernal<br><br>[Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Partial Summary Judgment and Response to Plaintiff's Statement of Undisputed Facts and Conclusions of Law concurrently filed herewith]<br><br>[Proposed Order concurrently filed herewith] |

# EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT [DKT. NO. 13]

Defendant Educational Commission for Foreign Medical Graduates ("ECFMG") respectfully joins co-Defendant National Board of Medical Examiners' ("NBME") Objections to Plaintiff's Evidence Proferred in Support of Summary Judgment [Dkt. No. 19-3][1], except that (i) ECFMG joins in NBME's Response to Plaintiff's Statement of Facts No. 11 only insofar and to the extent it refers to ECFMG; and (ii) ECFMG joins in NBME's Response to Plaintiff's Statement of Facts No. 13 only insofar and to the extent it refers to ECFMG. Further, while ECFMG agrees that it has not issued Plaintiff a certificate as she has not yet met the requirements for certification, ECFMG denies that it has established ECFMG certification as a necessary prerequisite for U.S. residency programs. Residency programs and their accreditation bodies in the United States determine their own eligibility requirements; ECFMG does not set or control them.

Dated: August 1, 2016                MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Meghan Lynn Phillips
    Meghan Lynn Phillips

    Attorney for Defendant
    EDUCATIONS COMMISSION FOR
    FOREIGN MEDICAL GRADUATES

---

[1] The Court may consider arguments of another party incorporated by reference in a dispositive motion. *See*, *e.g.*, *Sebastian Int'l, Inc. v. Russolillo*, 2005 U.S. Dist. LEXIS 45828, *40 (C.D. Cal. Feb. 22, 2005) ("the retailer Defendants' papers request independently that the retailer Defendants be granted partial summary judgment and simply incorporate by reference the arguments in [co-defendant's] papers. This is permissible, and Plaintiff cites no rule or authority prohibiting it."); *Designing Health v. Erasmus*, 1999 U.S. Dist. LEXIS 23610, *11 (C.D. Cal. Sept. 8, 1999) ("each of the defendants incorporate by reference the arguments made by the other defendant. As such, the Court addresses both motions at once."); *Nat'l Wildlife Fedn v. Nat'l Marine Fisheries Serv.*, 2016 U.S. Dist. LEXIS 59195, *44 (D. Ore. May 4, 2016) ("Because [the plaintiffs] incorporate by reference or otherwise adopt each other's arguments, the Court simply attributes arguments collectively to Plaintiffs, unless otherwise specified").

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

88602658_1                          2                    EVIDENTIARY OBJECTIONS TO
                                                         PLAINTIFF'S DECL. ISO MSJ
                                                         5:16-CV-00952

# CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2016, I electronically filed the foregoing **DEFENDANT EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES' EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Meghan Lynn Phillips
Meghan Lynn Phillips

Morgan, Lewis & Bockius LLP
Attorneys at Law
Philadelphia

88602658_1

3

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECL. ISO MSJ
5:16-CV-00952

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On August 1, 2016, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**DEFENDANT EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES' EVIDENTIARY OBJECTIONS TO PLAINTIFF'S DECLARATION IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

in a sealed envelope, postage fully paid, addressed as follows:

Plaintiff Yoana Ayanova Kiprilov
1053 E. 6th Street, Apt. 26
Ontario, CA 91764

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

Executed on August 1, 2016, at Los Angeles, California.

I declare under the penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

_____
Gloria Moonesinghe

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

88602658_1                                4                    EVIDENTIARY OBJECTIONS TO
                                                               PLAINTIFF'S DECL. ISO MSJ
                                                               5:16-CV-00952