MORGAN, LEWIS & BOCKIUS LLP
Meghan Lynn Phillips, Bar No. 272095
meghan.phillips@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

MORGAN, LEWIS & BOCKIUS LLP
Brian W. Shaffer (*pro hac vice* to be filed)
brian.shaffer@morganlewis.com
Elisa P. McEnroe (*pro hac vice* to be filed)
elisa.mcenroe@morganlewis.com
1701 Market Street
Philadelphia, PA 19103-2921
Tel:   +1.215.963.5000
Fax:   +1.215.963.5001

Attorneys for Defendant
Educational Commission for Foreign Medical Graduates

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOANA AYANOVA KIPRILOV,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendants. | Case No. 5:16-CV-00952<br><br>**DEFENDANT EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES' RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:   August 22, 2016<br>Time:   9:00 a.m.<br>Ctrm:   1<br>Judge:   Hon. Jesus G. Bernal<br><br>[Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Partial Summary Judgment and Evidentiary Objections to Plaintiff's Declaration concurrently filed herewith]<br><br>[Proposed Order concurrently filed herewith] |

## RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAW

Defendant Educational Commission for Foreign Medical Graduates ("ECFMG") respectfully responds to Plaintiff Yoana Ayanova Kiprilov's ("Plaintiff") Statement of Undisputed Facts and Conclusions of Law in Support of her Motion for Partial Summary Judgment [Dkt. No. 14].

ECFMG will respond to Plaintiff's statements of fact and conclusions of law point-by-point at the proper time. At this point, doing so would be premature for a number of reasons including because Plaintiff filed her Motion for Partial Summary Judgment prior to ECFMG filing *any* responsive pleading (or motion) to Plaintiff's Amended Complaint and because no discovery has been taken in this matter. Moreover, Plaintiff's Motion for Partial Summary Judgment is untimely because she did not make service at least 31 days before the Motion Day designated in the Notice of Motion, as required by Local Rule 6-1 related to service by mail. ECFMG will substantively and point-by-point respond to Plaintiff's Statement of Undisputed Facts and Conclusions of Law if and when the appropriate time arises or as this Court otherwise orders.

Dated: August 1, 2016          MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Meghan Lynn Phillips
Meghan Lynn Phillips

Attorney for Defendant
EDUCATIONS COMMISSION FOR
FOREIGN MEDICAL GRADUATES

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2016, I electronically filed the foregoing **DEFENDANT EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES' RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Meghan Lynn Phillips
Meghan Lynn Phillips

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On August 1, 2016, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**DEFENDANT EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES' RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

in a sealed envelope, postage fully paid, addressed as follows:

Plaintiff Yoana Ayanova Kiprilov
1053 E. 6th Street, Apt. 26
Ontario, CA 91764

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

Executed on August 1, 2016, at Los Angeles, California.

I declare under the penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

Gloria Moonesinghe

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

88602658_1

4

RESPONSE TO PLAINTIFF'S SUF AND
COL ISO MTN FOR PARTIAL SUMMARY
JDGMT 5:16-CV-00952