# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOANA AYANOVA KIPRILOV,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS, EDUCATIONAL COMMISSION FOR FOREIGN MEDICAL GRADUATES,<br><br>Defendant. | Case No. 5:16-CV-00952<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

On July 25, 2016, Plaintiff Yoana Ayanova Kiprilov filed a Motion for Partial Summary Judgment (Dkt. No. 13). The Court, having considered all papers, arguments and evidence in support of and in opposition to Plaintiff's Motion, finds and concludes as follows:

Plaintiff's Motion for Partial Summary Judgment is hereby DENIED.

**IT IS SO ORDERED**.

Dated: _____, 2016

_____
HON. JESUS G. BERNAL

Morgan, Lewis & Bockius LLP
Attorneys at Law
Philadelphia

DB1/ 88613572.1

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
5:16-CV-00952

# CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2016, I electronically filed the foregoing **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Meghan Lynn Phillips
Meghan Lynn Phillips

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

DB1/ 88613572.1

2

[PROPOSED] ORDER DENYING
PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT
5:16-CV-00952

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On August 1, 2016, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

in a sealed envelope, postage fully paid, addressed as follows:

Plaintiff Yoana Ayanova Kiprilov
1053 E. 6th Street, Apt. 26
Ontario, CA 91764

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

Executed on August 1, 2016, at Los Angeles, California.

I declare under the penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

_____
Gloria Moonesinghe

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

DB1/ 88613572.1

3

[PROPOSED] ORDER DENYING
PLAINTIFF'S MOTION FOR PARTIAL
SUMMARY JUDGMENT
5:16-CV-00952