NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Yoana A. Kiprilov
1053 E. 6th Street, Ap. 26
Ontario, CA 91764
yoana_ayanova@yahoo.com
707-570-5155

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Yoana A. Kiprilov

PLAINTIFF(S),

v.

NBME - National Board of Medical Examiners,
ECFMG - Educational Commission for
Foreign Medical Graduates

DEFENDANT(S).

CASE NUMBER

5:16-CV-00952 JGB (SPx)

**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, ~~employed~~ in the County of Ontario, San Bernardino, State of California, and ~~not~~ a party to the above-entitled cause. On 08/01/2016, 2016, I served a true copy of My Response to Motion to dismiss filed by Defendants by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.) and via email.

Place of Mailing: Ontario, CA
Executed on 08/01, 2016 at Ontario, California, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

Signature                            Party Served

CV-40 (01/00)                PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE