# Exhibit A




## TABLE OF CONTENTS

| | Page # |
|---|---|
| **QUICK FACTS** *(you must become familiar with this Bulletin in its entirety.)* | **4** |
| ▫ Eligibility for the USMLE Examinations | 4 |
| ▫ Applying and Scheduling | 5 |
| ▫ Examination Day and Testing | 6 |
| ▫ Scoring and Score Reporting | 7 |
| ▫ Irregular Behavior | 8 |
| **OVERVIEW** | **9** |
| ▫ Purpose and Mission of the USMLE | 9 |
| ▫ Examination Committees | 9 |
| ▫ Ownership and Copyright of Examination Materials | 9 |
| ▫ The USMLE: Purpose, Test Format, and Test Lengths | 9 |
| **ELIGIBILITY** | **11** |
| ▫ Who is Eligible to take the USMLE? | 11 |
| ▫ Change in Eligibility Status | 12 |
| ▫ Graduates from Unaccredited Medical Schools in the US or Canada | 12 |
| ▫ Sequence of Steps | 12 |
| ▫ Number of Attempts and Time Limits | 12 |
| ▫ Retaking Failed Examinations | 12 |
| ▫ Retaking Previously Passed Steps | 12 |
| ▫ Previously Licensed Physicians | 13 |
| **APPLYING FOR THE TEST AND SCHEDULING YOUR TEST DATE** | **14** |
| ▫ Application Materials | 14 |
| ▫ Examinees With Disabilities Requesting Test Accommodations | 14 |
| ▫ Examinees Who Require Additional Break Time | 14 |
| ▫ Personal Item Exceptions (PIEs) | 14 |
| ▫ Obtaining an Eligibility Period and Scheduling Your Test Date | 15 |
| **EXAMINATION DAY AND TESTING** | **16** |
| ▫ Testing Regulations and Rules of Conduct | 16 |
| ▫ Personal Belongings – What You Can Bring Into the Testing Room | 17 |
| ▫ Admission to the Test | 17 |
| ▫ Break Time | 19 |
| ▫ Starting and Completing the Test | 19 |
| **SCORING AND SCORE REPORTING** | **21** |
| ▫ Examination Results and Scoring | 21 |
| ▫ Score Reporting | 21 |
| ▫ Score Rechecks | 22 |
| ▫ Score Validity | 22 |
| ▫ Anomalous Performance | 22 |
| **IRREGULAR BEHAVIOR** | **24** |
| ▫ Irregular Behavior Defined | 24 |
| ▫ Examples of Irregular Behavior | 24 |
| ▫ Irregular Behavior – Investigation Process | 25 |
| **COMMUNICATING WITH THE USMLE** | **26** |
| ▫ Application and Registration Inquiries | 26 |
| ▫ Scheduling and Test Center Inquiries | 26 |
| ▫ Test Administration Inquiries | 27 |
| ▫ Security Concerns | 27 |
| ▫ General Inquiries | 27 |
| **APPENDIX** *(list of definition of acronyms and abbreviations)* | **28** |

EXHIBIT A
16

### IMPORTANT

You must become familiar with the information in this *Bulletin* if you are an applicant with an eligibility period in 2015. If your eligibility period extends into 2016 and you test in 2016, you must become familiar with and will be subject to the policies and procedures detailed in the 2016 *Bulletin of Information*. If changes in the USMLE program occur after the release of this *Bulletin*, they will be effective when posted on the USMLE website. You are responsible for checking the website for updates and changes to the USMLE policies and procedures.

### IMPORTANT

In addition to becoming familiar with this *Bulletin*, students and graduates of medical schools outside the US and Canada, with an eligibility period in 2015, who apply to take the USMLE examinations also must be familiar with the contents of the *Information Booklet* published by ECFMG. If your eligibility period extends into 2016 and you test in 2016, you must become familiar with and will be subject to the policies and procedures detailed in the ECFMG 2016 *Information Booklet*. The ECFMG *Information Booklet* is available on the ECFMG website. Since information contained in this publication is subject to change, students and graduates of medical schools outside the US and Canada should monitor the ECFMG website to ensure an understanding of current ECFMG policies and procedures.

Copyright © 2014 by the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners® (NBME®). The USMLE is a joint program of the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners.

EXHIBIT A
17



## QUICK FACTS: *Eligibility for the USMLE Examinations*

| STEP COMPONENT | REQUIREMENTS | ADDITIONAL INFORMATION |
|---|---|---|
| STEPS 1, 2 CK, and 2 CS | • Officially enrolled in, or graduate of, a US or Canadian medical school leading to the MD degree (LCME accredited), OR<br>• Officially enrolled in, or graduate of, a US medical school leading to the DO degree (AOA accredited), OR<br>• Officially enrolled in, or graduate of, a medical school outside of the US and Canada listed in *IMED*; meets ECFMG criteria | • Must meet eligiblity requirements at time of application AND on your test day<br>• If you are dismissed or withdraw(n) from medical school, you are not eligible for the USMLE, even if you are appealing the school's decision to dismiss you or are otherwise contesting your status |
| STEP 3 | • Possess the MD degree (or its equivalent) or the DO degree from an LCME or AOA accredited US or Canadian medical school, or from a medical school outside the US and Canada listed in *IMED*<br>• Pass Step 1, Step 2 CK, and Step 2 CS<br>• If a graduate of a medical school outside of US and Canada, obtain ECFMG certification or successfully complete a Fifth Pathway program (*see page 11*) | • Must meet eligibility requirements prior to submitting your application |

**If you meet the eligibility requirements, you may take Step 1, Step 2 CK, and Step 2 CS in any sequence.**
*Please see pages 11-13 for more information regarding eligibility requirements.*

### RETAKES

You may take the same examination no more than three times within a 12-month period. Your fourth and subsequent attempts must be at least 12 months after your first attempt at that examination and at least six months after your most recent attempt at that examination.

If you have passed an examination, you are not permitted to retake a Step or Step Component, except to comply with certain requirements approved by the USMLE governance.

### MULTIPLE ATTEMPTS AND TIME LIMITS

You are ineligible to take a Step or Step Component if you have made **six or more prior attempts** to pass that Step or Step Component, including incomplete attempts, regardless of when the examinations were taken.

Time limits to complete the USMLE, for purposes of licensure, are established by state medical boards and many require completion of all Steps or Step Components within seven years from the date the first Step is passed.

Information regarding specific state requirements can be obtained on the FSMB website.

**NOTE: Failure to notify your registration entity that you may no longer be eligible to take an examination may result in a determination of irregular behavior.**

EXHIBIT A
18

# ELIGIBILITY FOR THE USMLE EXAMINATIONS

## WHO IS ELIGIBLE TO TAKE THE USMLE?

*Step 1, Step 2 CK, and Step 2 CS*

To be eligible, you must be in one of the following categories at the time you apply **AND** on the day of your examination:
- a medical student officially enrolled in, or a graduate of, a US or Canadian medical school program leading to the MD degree that is accredited by the Liaison Committee on Medical Education (LCME),
- a medical student officially enrolled in, or a graduate of, a US medical school leading to the DO degree that is accredited by the American Osteopathic Association (AOA), or
- a medical student officially enrolled in, or a graduate of, a medical school that is outside the US and Canada, listed in the International Medical Education Directory (*IMED*), who meets the eligibility criteria of the ECFMG.

**IMPORTANT**
Individuals who passed Step 2 prior to the implementation of Step 2 CS are not permitted to take Step 2 CK, except under the specific exceptions to the retake policy approved by the Composite Committee (see page 12), but are permitted to take Step 2 CS, provided they meet all other eligibility requirements.

Individuals who were not required to pass Step 2 CS for Step 3 eligibility but elect to take Step 2 CS and fail the examination are not eligible for Step 3 until such time as the individual's Step 2 CS performance of record (ie, most recent performance) is a pass and the individual meets all other Step 3 requirements.

**IMPORTANT**
If you are dismissed or withdraw(n) from medical school, you are not eligible for the USMLE, even if you are appealing the school's decision to dismiss you or are otherwise contesting your status.

*Step 3*

To be eligible for Step 3, prior to submitting your application, you must:
- obtain the MD degree (or its equivalent) or the DO degree from an LCME- or AOA- accredited US or Canadian medical school, or from a medical school outside the US and Canada that is listed in *IMED*,
- pass Step 1, Step 2 CK, and Step 2 CS,
- obtain certification by the ECFMG or successfully complete a "Fifth Pathway" program if you are a graduate of a medical school outside the US and Canada

**IMPORTANT**
Individuals who hold valid Fifth Pathway certificates issued through December 31, 2009, and are otherwise eligible, may use their Fifth Pathway certificates to meet Step 3 eligibility requirements for applications submitted through December 31, 2016.  Effective January 1, 2017, the USMLE Program will no longer accept Fifth Pathway certificates for the purpose of meeting Step 3 eligibility requirements.

Individuals holding Fifth Pathway certificates that are not accepted by the USMLE Program for purposes of meeting Step 3 eligibility must obtain ECFMG certification in order to meet Step 3 eligibility requirements.

*NOTE*: The USMLE program recommends that, for Step 3 eligibility, applicants should have completed, or be near completion, of at least one postgraduate training year in a US-accredited graduate medical education program that meets state board licensing requirements.

EXHIBIT A
19

Eligibility for the USMLE Examinations

## CHANGE IN ELIGIBILITY STATUS

If your eligibility for a Step or Step Component changes after you submit your application but before your scheduled test date(s), you must notify your registration entity promptly. Failure to notify your registration entity that you may no longer be eligible to take the examination may result in a finding of irregular behavior. If you take a Step or Step Component for which you are not eligible, results for that examination may not be reported or, if previously reported, may be canceled.

## GRADUATES FROM UNACCREDITED MEDICAL SCHOOLS IN THE US OR CANADA

If you graduated from an unaccredited medical school in the US or Canada and are eligible for initial licensure by a US medical licensing authority but are not in one of the eligibility categories, you may take the USMLE only upon specific request by that medical licensing authority. The medical licensing authority should submit the request to sponsor you to the USMLE Secretariat in advance of your application for each Step. You must pass Steps 1, 2 CK, and 2 CS before you can take Step 3.

## SEQUENCE OF STEPS

If you meet the eligibility requirements, you may take Step 1, Step 2 CK, and Step 2 CS in any sequence. You may only take Step 3 after passing Step 1, Step 2 CK, and Step 2 CS.

## NUMBER OF ATTEMPTS AND TIME LIMITS

The USMLE program limits to six the total number of times an examinee can take the same Step or Step Component. An examinee is ineligible to take a Step or Step Component if the examinee has made **six or more prior attempts** to pass that Step or Step Component, including incomplete attempts. All attempts at a Step or Step Component are counted toward the limit, regardless of when the examinations were taken.

Information regarding state-specific requirements for licensure can be obtained on the FSMB website. Note: MD/PhD students should reference the USMLE website for more specific information regarding exceptions to time limits.

## RETAKING FAILED EXAMINATIONS

You may not take the same examination more than three times within a 12-month period. Your fourth and subsequent attempts must be at least 12 months after your first attempt at that examination and at least six months after your most recent attempt at that examination.

## RETAKING PREVIOUSLY PASSED STEPS

If you pass a Step or Step Component, you are not allowed to retake it, except to comply with the time limit of a medical licensing authority or another authority recognized by the USMLE program. Visit the USMLE website for more information. If you have not yet passed Step 3 and need to retake a previously passed Step 1 or Step 2 examination in order to meet a time limit imposed by a US medical licensing authority or another authority

EXHIBIT A
20