# Exhibit B

United States Medical Licensing Examination | Step 2 CS (Clinical Skills) • Page 1 of 2

# Step 2 CS



## Scoring the Step 2 CS Exam

Step 2 CS is designed to evaluate your ability to gather information that is important for a given patient presentation. During your physical examination of the standardized patient, you should attempt to elicit important positive and negative signs. Make sure you engage the patient in discussion of your initial diagnostic impression and the diagnostic studies you will order.

The patients may ask questions, and you will see a range of personalities and styles in asking questions and presenting information. You should address each patient's concern as you would in a normal clinical setting.

The ability to communicate effectively with patients, demonstrating appropriate interpersonal skills, is essential to safe and effective patient care. Step 2 CS is intended to determine whether physicians seeking an initial license to practice medicine in the United States, regardless of country of origin, can communicate effectively with patients. The standardized patients assess communication skills, interpersonal skills, and English-speaking skills via carefully developed rating scales on which the standardized patients (SPs) have received intensive training.

On the patient note, your ability to document the findings from the patient encounter, diagnostic impression, and initial diagnostic studies will be rated by physician raters. You will be rated based upon the quality of documentation of important positive and negative findings from the history and physical examination, as well as the differential diagnoses, justification of those diagnoses, and diagnostic assessment plans that you list. As is the case with other aspects of Step 2 CS scoring, physician raters receive intensive training and monitoring to ensure consistency and fairness in rating.

### Scoring the Subcomponents

USMLE Step 2 CS is a pass/fail examination.

Examinees are scored on three separate subcomponents: Communication and Interpersonal Skills (CIS), Spoken English Proficiency (SEP), and Integrated Clinical Encounter (ICE). Each of the three subcomponents must be passed in a single administration in order to achieve a passing performance on Step 2 CS.

The **CIS subcomponent** includes assessment of the patient-centered communication skills of fostering the relationship, gathering information, providing information, helping the patient make decisions, and supporting emotions. CIS performance is assessed by the standardized patients, who record these skills using a checklist based on observable behaviors.

Examinees demonstrate the ability to foster the relationship by listening attentively, showing interest in the patient as a person, and by demonstrating genuineness, caring, concern, and respect.

Examinees demonstrate skills in gathering information by using open-ended techniques that encourage the patient to explain the situation in his/her own words and in a manner relevant to the situation at hand, and by developing an understanding of the expectations and priorities of the patient and/or how the health issue has affected the patient.

Examinees demonstrate skills in providing information by using terms the patient can understand and by providing reasons that the patient can accept. These statements need to be clear and understandable and the words need to be those in common usage. The amount of information provided needs to be matched to the patient's need, preference, and ability. The patient should be encouraged to develop and demonstrate a full and accurate understanding of key messages.

Examinees demonstrate helping the patient make decisions by outlining what should happen next, linked to a rationale, and by assessing a patient's level of agreement, willingness, and ability to carry out next steps.

Examinees demonstrate the ability to support emotions when a clinical situation warrants it by seeking clarification or elaboration of the patient's feelings and by using statements of understanding and support.

The **SEP subcomponent** includes assessment of clarity of spoken English communication within the context of the doctor-patient encounter (for example, pronunciation, word choice, and minimizing the need to repeat questions or statements). SEP performance is assessed by the standardized patients using a global rating scale, where the rating is based upon the frequency of pronunciation or word choice errors that affect comprehension and the amount of listener effort required to understand the examinee's questions and responses.

**The ICE subcomponent** includes assessments of both data gathering and data interpretation skills. Scoring for this subcomponent consists of a checklist completed by the standardized patients for the physical examination portion of the encounter, and global ratings provided by trained physician raters. The patient note raters provide ratings on the documented summary of the findings of the patient encounter (history and physical examination), diagnostic impressions, justification of the potential diagnoses, and initial patient diagnostic studies.

Copies of the patient note template, sample patient note styles, and software to practice typing the note are available in the practice materials. Although it is not feasible to list every action that might affect an examinee's patient note score, the descriptions below are meant to serve as examples of actions that would add to or subtract from the score.

**The following are examples of actions that would result in higher scores on the patient note:**

- Using correct medical terminology
- Providing detailed documentation of pertinent history and physical findings. For example: writing "pharynx without exudate or erythema" is preferable to stating that the pharynx is clear.
- Listing only diagnoses supported by the history and findings (even if this is fewer than three)
- Listing the correct diagnoses in the order of likelihood, with the most likely diagnosis first
- Supporting diagnoses with pertinent findings obtained from the history and physical examination

**The following are examples of actions that would result in lower scores on the patient note:**

- Using inexact, nonmedical terminology, such as *pulled muscle*
- Listing improbable diagnoses with no supporting evidence
- Listing an appropriate diagnosis without listing supporting evidence
- Listing diagnoses without regard to the order of likelihood