# Exhibit C




# Step 2 Clinical Skills (CS)

## Content Description and General Information

A Joint Program of the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners®




EXHIBIT C
25

**This booklet updated February 2015.**

Copyright © 2003-2015 by the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners® (NBME®). The USMLE® is a joint program of the Federation of State Medical Boards of the United States, Inc., and the National Board of Medical Examiners. Portions reproduced with permission from the Educational Commission for Foreign Medical Graduates (ECFMG®) Clinical Skills Assessment (CSA®) Candidate Orientation Manual, Copyright © 2002 by the ECFMG.

EXHIBIT C
26

# CONTENTS

Introduction ................................................................. 3

Step 2 CS Case Development ................................................. 4

Description of the Examination ............................................. 5

    Examination Length ..................................................... 5

    Equipment and Examinee Instructions .................................... 6

    The Patient Encounter .................................................. 6

    Physical Examination ................................................... 7

    Telephone Patient Encounters ........................................... 7

    The Patient Note ....................................................... 8

    Other Case Formats ..................................................... 9

Scoring the Step 2 CS Examination .......................................... 10

    Scoring of the Step 2 Clinical Skills Subcomponents .................... 10

    Step 2 CS Score Reporting Schedule ..................................... 11

Testing Regulations and Rules of Conduct ................................... 12

Common Abbreviations for the Patient Note .................................. 13

Appendix A: Patient Note Screen ............................................ 14

Appendix B: Sample Patient Note Styles ..................................... 15

EXHIBIT C
27

# INTRODUCTION

The United States Medical Licensing Examination (USMLE), through its three Steps (Step 1, Step 2, and Step 3), assesses a physician's ability to apply knowledge, concepts, and principles, and to demonstrate fundamental patient-centered skills that are important in health and disease management and that constitute the basis of safe and effective patient care.

Results of the USMLE are reported to medical licensing authorities in the United States and its territories for use in granting the initial license to practice medicine. The USMLE is sponsored by the Federation of State Medical Boards (FSMB) and the National Board of Medical Examiners (NBME).

Step 2 of the USMLE assesses the ability of examinees to apply medical knowledge, skills, and understanding of clinical science essential for the provision of patient care under supervision, and includes emphasis on health promotion and disease prevention. Step 2 ensures that due attention is devoted to the principles of clinical sciences and basic patient-centered skills that provide the foundation for the safe and effective practice of medicine.

There are two components of Step 2, Clinical Knowledge (CK) and Clinical Skills (CS). Step 2 CK uses the multiple-choice examination format to test clinical knowledge. Step 2 CS uses standardized patients to test medical students and graduates on their ability to be patient-centered, to address the diagnostic challenges posed, to prepare the patient for next steps, and to document the encounter appropriately.

This document is intended to help examinees prepare for the Step 2 CS component of the USMLE. Persons preparing to take the Step 2 CS examination should also view the orientation video available at the USMLE website (www.usmle.org).

Information on eligibility, registration, and scheduling is available in the USMLE *Bulletin of Information*, which is posted on the USMLE website. Students and graduates of international medical schools must also consult the ECFMG *Information Booklet* on the ECFMG website (www.ecfmg.org).

The information in this document, as well as other materials, are available at the USMLE website. Changes in the USMLE program may occur after the release of this document. **If changes occur, information will be posted on the USMLE website. You must obtain the most recent information to ensure an accurate understanding of current USMLE policy.**

## STEP 2 CS CASE DEVELOPMENT

**Standardized Patient–Based Examinations**

The patients you will see are people trained to portray real patients with a clinical problem. This method of assessment is referred to as a standardized patient examination. The standardized patient–based testing method was established more than 35 years ago, and its procedures have been tested and validated in the United States and internationally.

When you take the Step 2 CS examination, you will have the same opportunity as all other examinees to demonstrate your clinical skills proficiency. The examination is standardized, so that all examinees receive the same information when they ask standardized patients the same or similar questions. An ongoing mechanism of quality control is employed to ensure that the examination is fair to all. The quality control approach focuses on consistency in portrayal and scoring of the individual cases, and utilizes both observation of live encounters and review of digital recordings.

**Examination Blueprint**

As part of the test development process, practicing physicians and medical educators develop and review cases to ensure that they are accurate and appropriate. These cases represent the kinds of patients and problems normally encountered during medical practice in the United States. Most cases are specifically designed to elicit patient-centered communication with methods of data collection that demonstrate the examinee's ability to relate to the patient and to list and pursue various plausible diagnoses. Other cases are designed to elicit a process of assisting patients with making decisions and/or with disease or problem management.

The cases that make up each administration of the Step 2 CS examination are based upon an examination blueprint. An examination blueprint defines the requirements for each examination, regardless of where and when it is administered. The sample of cases selected for each examination reflects a balance of cases that is fair and equitable across all examinees. On any examination day, the set of cases will differ from the combination presented the day before or the following day, but each set of cases has a comparable degree of difficulty.

The intent is to ensure that examinees encounter a broad spectrum of cases reflecting common and important symptoms and diagnoses, as well as patients with a variety of backgrounds and personalities. The criteria used to define the blueprint and create individual examinations focus primarily on presenting complaints and conditions.

Presentation categories include, but are not limited to, cardiovascular, constitutional, gastrointestinal, genitourinary, musculoskeletal, neurological, psychiatric, respiratory, and women's health. Examinees will see cases from some, but not all, of these categories. The selection of cases is also guided by specifications relating to acuity, age, gender, and type of physical findings.

Your Step 2 CS administration will include twelve patient encounters. These include a very small number of nonscored patient encounters, which are added for pilot testing new cases and other research purposes. Such cases are not counted in determining your score.

## DESCRIPTION OF THE EXAMINATION

When you arrive at the test center on the day of your examination, bring the Scheduling Permit you received after your registration was completed, your Confirmation Notice, and an unexpired, government-issued form of identification that includes a photograph and signature, such as a current driver's license or passport. Your name as it appears on your Scheduling Permit must match the name on your form(s) of identification exactly. The only acceptable differences are variations in capitalization; the presence of a middle name, middle initial, or suffix on one document and its absence on the other; or the presence of a middle name on one and middle initial on the other.

**If you do not bring acceptable identification, you will not be admitted to the test.** In that event, you must pay a fee to reschedule your test. Your rescheduled test date(s) must fall within your assigned eligibility period.

The time you should arrive at the test center is listed on the Confirmation Notice you will print after scheduling your appointment.

Information on Clinical Skills Evaluation Collaboration (CSEC) test centers (addresses, maps, and travel information) is available at http://www.csecassessments.org/test-centers/.

Please note that, as part of the Step 2 CS registration process, you acknowledge and agree to abide by USMLE policies and procedures, including those related to confidentiality.

Please bring only necessary personal items with you to the center. You will place in a locker or cubicle all personal belongings, including cell phones, watches, pagers, tablet PCs, iPods/media players, fitness and tracking monitors, any device with transmitting or receiving capabilities (e.g., bluetooth), formulas, study materials, notes, papers, pens/pencils, and your purse or wallet, before you enter the testing room. These items must be stored during the examination.

Each test center contains locked storage. You will be able to place personal items that you might need during breaks at your seat in the orientation room. The proctors will ask you to put all unauthorized items into the locked storage area. Luggage may not be stored in the center. There are no waiting facilities for spouses, family, or friends; plan to meet them elsewhere after the examination.

Wear comfortable, professional clothing and a white laboratory or clinic coat. The proctors will cover with adhesive tape anything on the laboratory coat that identifies either you or your institution.

The only piece of medical equipment you may bring is an unenhanced standard stethoscope, which is subject to inspection by test center staff. All other necessary medical equipment is provided in the examination rooms. Do not bring other medical equipment, such as reflex hammers, pen lights, or tuning forks to the test center. If you forget to bring a laboratory coat or stethoscope, a limited number of coats and stethoscopes are available at each test center. However, it is strongly recommended you bring your own.

Each examination session begins with an on-site orientation. **If you arrive during the on-site orientation, you may be allowed to test; however, you will be required to sign a Late Admission Form. If you arrive after the on-site orientation, you will not be allowed to test.** You will have to reschedule your testing appointment and will be required to pay the rescheduling fee.

The clinical skills evaluation centers are secured facilities. Once you enter the secured area of the center for orientation, you may not leave that area until the examination is complete.

Throughout the examination day, staff members, wearing identifying name tags, will direct you through the examination. You must follow their instructions at all times.

**Examination Length**

Your Step 2 CS administration will include twelve patient encounters. The examination session lasts approximately 8 hours. You will have 50 minutes of break time:

- 10-minute break after the 3rd patient encounter

EXHIBIT C
30

- 30-minute break (which includes a light lunch) after the 6th patient encounter
- 10-minute break after the 9th patient encounter

The test center is unable to accommodate special meal requests. However, you may bring your own food, provided that no refrigeration or preparation is required. Smoking is prohibited throughout the centers.

**Equipment and Examinee Instructions**

The testing area of the clinical skills evaluation center consists of examination rooms equipped with standard examination tables, commonly used diagnostic instruments (blood pressure cuffs, otoscopes, and ophthalmoscopes), non-latex gloves, sinks, and paper towels. Examination table heights are approximately 32-33 inches, and are not adjustable. Outside each examination room is a cubicle equipped with a computer, where you will compose the patient note.

There is a one-way observation window in each examination room. These are used for quality assurance, training, and research.

Before the first patient encounter, you will be provided with a clipboard, blank paper for taking notes, and a pen. There will be an announcement at the beginning of each patient encounter. When you hear the announcement you may review the patient information posted on the examination room door (examinee instructions). You may also make notes at this time. DO NOT write on the paper before the announcement that the patient encounter has begun.

The examinee instruction sheet gives you specific instructions and indicates the patient's name, age, gender, and reason for visiting the doctor. It also indicates his or her vital signs, including heart rate, blood pressure, temperature (Celsius and Fahrenheit), and respiratory rate, unless instructions indicate otherwise. You can accept the vital signs on the examinee instruction sheet as accurate, and do not necessarily need to repeat them unless you believe the case specifically requires it. For instance, you may encounter patient problems or conditions that suggest the need to confirm or re-check the recorded vital signs and/or perform specific maneuvers in measuring the vital signs. However, if you do repeat the vital signs, with or without additional maneuvers, you should consider the vital signs that were originally listed as accurate when developing your differential diagnosis and work-up plan.

You may encounter a case in which the examinee instructions include the results of a lab test. In this type of patient encounter the patient is returning for a follow-up appointment after undergoing testing. The doorway instructions will indicate whether, in these instances, a physical examination is required.

**The Patient Encounter**

You will have 15 minutes for each patient encounter.

When you enter the room, you will usually encounter a standardized patient (if not, you will be asked to communicate with a standardized patient over the telephone). By relating to the patient in a patient-centered manner, asking relevant questions, and performing a focused physical examination, you will be able to gather enough information to develop a preliminary differential diagnosis and a diagnostic work-up plan, as well as begin to develop an effective physician-patient relationship.

Your role during the examination should be that of at least a first-year postgraduate resident physician with primary responsibility for the care of each patient. You should treat each patient you see as you would a real patient. Communicate in a professional and empathetic manner, being responsive to the patient's needs. Do not defer decision-making to others. It may be helpful to think of yourself working in a setting where you are the only provider present.

As you would when encountering real patients, respond appropriately to the patients' needs for information exchange and understanding and engage them in planning for next steps.

You may introduce yourself however you wish, as either a medical student or as a doctor. You may introduce yourself using your real name. Do not mention the name of your school or institution.

The information you need to obtain in each encounter will be determined by the nature of the patient's problems. Your approach should be focused. You will not have time to do a complete history and physical examination, nor will it be necessary to do so. Pursue the relevant parts of the examination, based on the

patient's problems and other information you learn during the encounter.

The cases are developed to present in a manner that simulates how patients present in real clinical settings. Therefore, most cases are designed realistically to present more than one diagnostic possibility. Based on the patient's presenting complaint and the additional information you obtain as you begin taking the history, you should consider all possible diagnoses and explore the relevant ones as time permits.

If you are unsuccessful at Step 2 CS and must repeat the examination, it is possible that during your repeat examination you will see similarities to cases or patients that you encountered on your prior attempt. **Do not assume** that the underlying problems are the same or that the encounter will unfold in exactly the same way. It is best if you approach each encounter, whether it seems familiar or not, with an open mind, responding appropriately to the information provided, the history gathered, and the results of the physical examination.

**Physical Examination**

You should perform physical examination maneuvers correctly and expect that there will be positive physical findings in some instances. Some may be simulated, but you should accept them as real and factor them into your evolving differential diagnoses.

You should attend to appropriate hygiene and to patient comfort and modesty, as you would in the care of real patients. Female patients will be wearing bras, which you may ask them to loosen or move if necessary for a proper examination.

With real patients in a normal clinical setting, it is possible to obtain meaningful information during your physical examination without being unnecessarily forceful in palpating, percussing, or carrying out other maneuvers that involve touching. Your approach to examining standardized patients should be no different. Standardized patients are subjected to repeated physical examinations during the Step 2 CS exam; **it is critical that you apply no more than the amount of pressure that is appropriate** during maneuvers such as abdominal examination, examination of the gall bladder and liver, eliciting CVA tenderness, examination of the ears with an otoscope, and examination of the throat with a tongue depressor.

You should interact with the standardized patients as you would with any patients you may see with similar problems. The only exception is that certain parts of the physical examination MUST NOT BE DONE: rectal, pelvic, genitourinary, inguinal hernia, female breast, or corneal reflex examinations. If you believe one or more of these examinations are indicated, you should include them in your proposed diagnostic work-up. All other examination maneuvers are completely acceptable, including femoral pulse exam, inguinal node exam, and axillary exam.

Another exception is that you should not swab the standardized patient's throat for a throat culture. If you believe that this diagnostic/laboratory test is indicated, include it on your proposed diagnostic workup.

Excluding the restricted physical examination maneuvers, you should assume that you have consent to do a physical examination on all standardized patients, **unless you are explicitly told not to do so** as part of the examinee instructions for that case.

Announcements will tell you when to begin the patient encounter, when there are 5 minutes remaining, and when the patient encounter is over. Continuing to engage the patient after the announcement to stop has been made may be considered irregular behavior, will be reported to the USMLE, and could jeopardize your continued participation in the USMLE program.

In some cases you may complete the patient encounter in fewer than 15 minutes. If so, you may leave the examination room early, but you are not permitted to re-enter. **Be certain that you have obtained all necessary information before leaving the examination room.** Re-entering an examination room after leaving will be considered misconduct.

**Telephone Patient Encounters**

Telephone patient encounters begin like all encounters; you will read a doorway instruction sheet that provides specific information about the patient. As with all patient encounters, as soon as you hear the announcement that the encounter has begun, you may make notes about the case before entering the examination room.

EXHIBIT C
32

When you enter the room, sit at the desk in front of the telephone.

- Do not dial any numbers.
- To place the call, press the yellow speaker button.
- You will be permitted to make only one phone call.
- Do not touch any buttons on the phone until you are ready to end the call – touching any buttons may disconnect you.
- To end the call, press the yellow speaker button.
- You will not be allowed to call back after you end the call.

Obviously, physical examination of the patient is not possible for telephone encounters, and will not be required. However, for these cases, as for all others, you will have relevant information and instructions and will be able to take a history and ask questions. As with other cases, you will write a patient note after the encounter. Because no physical examination is possible for telephone cases, leave that section of the patient note blank.

**The Patient Note**

Immediately after each patient encounter, you will have **10 minutes** to complete a patient note. **If you leave the patient encounter early, you may use the additional time for the note.** You will be asked to type (on a computer) a patient note similar to the medical record you would compose after seeing a patient in a clinic, office, or emergency department.

Patient notes are written using a standard word processing format. Examinees will not be permitted to handwrite the note, unless technical difficulties on the test day make the patient note typing program unavailable.

You should record pertinent medical history and physical examination findings obtained during the encounter, as well as your initial differential diagnoses (maximum of three). **The diagnoses should be listed in order of likelihood.** You should also indicate the pertinent positive and negative findings obtained from the history and physical examination to support each potential diagnosis.

While it is important that a physician be able to recognize findings that rule out certain serious or life-threatening diagnoses, the task for Step 2 CS examinees is to record only the most likely diagnoses, along with findings (positive and negative) that support them.

Finally, you will list the diagnostic studies you would order next for that particular patient. If you think a rectal, pelvic, inguinal hernia, genitourinary, female breast, or corneal reflex examination, or a throat swab, would have been indicated in the encounter, list it as part of the diagnostic studies. **Treatment, consultations, or referrals should not be included.**

Occasionally, due to technical or administration problems, you will not be able to type the patient note for one or more patient encounters. When this happens, examinees will be required to write their patient notes by hand. All examinees should be prepared for the possibility that they may have to write one or more patient notes by hand.

Patient notes are rated by licensed, board-certified physicians who are well trained at reading notes and can interpret most handwriting. However, extreme illegibility will be a problem and can adversely impact a score. Everyone who writes patient notes by hand should make them as legible as possible.
If you have a case for which you think no diagnostic studies are necessary, write "No studies indicated" rather than leaving that section blank.

You will not receive credit for listing examination procedures you WOULD have done or questions you WOULD have asked had the encounter been longer. Write **ONLY** the information you elicited from the patient through either physical examination or history taking.

It is important that you follow the proctor's instructions and comply with all announcements. When you hear the announcement to stop typing, click "Submit" on the computer, or put down your pen. Continuing to type or write after the announcement to stop will be considered misconduct. Remain seated and wait for further instructions. Continuing to type or write after the announcement to stop has been made may be considered irregular behavior, will be reported to the USMLE, and could jeopardize your continued participation in the USMLE program.

EXHIBIT C
33

**Other Case Formats**

The kinds of medical problems that your patients will portray are those you would commonly encounter in a clinic, doctor's office, emergency department, or hospital setting. Although there are no young children presenting as patients, there may be cases in which you encounter—either in the examination room or via the telephone—a child's parent or caregiver, or the caregiver of an elderly patient.

In some instances you may be instructed to perform a physical examination that relates to a specific medical condition, life circumstance, or occupation. Synthetic models, mannequins, or simulators provide an appropriate format for assessment of sensitive examination skills such as genital or rectal examination, and may be used for these cases. In such cases, specific instructions regarding the use of these devices will be provided.

If you encounter any case for which you decide no physical examination is necessary, or if you are instructed not to conduct a physical examination, leave that section of the patient note blank. In those cases where you are instructed to counsel a patient regarding a particular medical problem or issue, you should continue to use patient-centered communication techniques to accomplish the counseling task.