# SCORING THE STEP 2 CS EXAMINATION

Step 2 CS is designed to evaluate your ability to engage in a conversation that allows you to gather information relevant for a given patient presentation, and to begin to develop an effective physician patient relationship. During your physical examination, you should attempt to elicit important positive and negative signs. Make sure you engage the patient in discussion of your initial diagnostic impression and the diagnostic studies you will order. The patients may ask questions, and you will see a range of personalities and styles in asking questions and presenting information. You should address each patient's concern as you would in a normal clinical setting.

The ability to engage in patient-centered communication is essential to safe and effective patient care. Step 2 CS is intended to determine whether physicians seeking an initial license to practice medicine in the United States, regardless of country of origin, can communicate effectively with patients. The standardized patients assess communication skills, interpersonal skills, and English-speaking skills via carefully developed rating scales, for which SPs have participated in intensive training.

Your ability to document in the patient note the findings from the patient encounter, diagnostic impression, and initial diagnostic studies will be rated by physician raters. You will be rated based upon the quality of documentation of important positive and negative findings from the history and physical examination, as well as your listed differential diagnoses, justification of those diagnoses, and diagnostic assessment plans. As is the case with other aspects of Step 2 CS scoring, physician raters receive intensive training and monitoring to ensure consistency and fairness in rating.

### Scoring of the Step 2 Clinical Skills Subcomponents

USMLE Step 2 CS is a pass/fail examination.

Examinees are scored in three separate subcomponents: Communication and Interpersonal Skills (CIS), Spoken English Proficiency (SEP), and Integrated Clinical Encounter (ICE). Each of the three subcomponents must be passed in a single administration in order to achieve a passing performance on Step 2 CS.

**The CIS subcomponent** includes assessment of the patient-centered communication skills of fostering the relationship, gathering information, providing information, helping the patient make decisions about next steps and supporting emotions. CIS performance is assessed by the standardized patients, who record these skills using a checklist based on observable behaviors.

Examinees demonstrate the ability to foster the relationship by listening attentively, showing interest in the patient as a person, and by demonstrating genuineness, caring, concern and respect.

Examinees demonstrate skills in gathering information by use of open-ended techniques that encourage the patient to explain the situation in his/her own words and in a manner relevant to the situation at hand, and by developing an understanding of the expectations and priorities of the patient and/or how the health issue has affected the patient.

Examinees demonstrate skills in providing information by use of terms the patient can understand, and by providing reasons that the patient can accept. These statements need to be clear and understandable and the words need to be those in common usage. The amount of information provided needs to be matched to the patient's need, preference, and ability. The patient should be encouraged to develop and demonstrate a full and accurate understanding of key messages.

Examinees demonstrate helping the patient make decisions by outlining what should happen next, linked to a rationale, and by assessing a patient's level of agreement, willingness, and ability to carry out next steps.

Examinees demonstrate ability to support emotions when a clinical situation warrants by seeking clarification or elaboration of the patient's feelings and by using statements of understanding and support.

EXHIBIT C
35

**The SEP subcomponent** includes assessment of clarity of spoken English communication within the context of the doctor-patient encounter (for example, pronunciation, word choice, and minimizing the need to repeat questions or statements).

SEP performance is assessed by the standardized patients using a global rating scale, where the rating is based upon the frequency of pronunciation or word choice errors that affect comprehension, and the amount of listener effort required to understand the examinee's questions and responses.

**The ICE subcomponent** includes assessments of both data gathering and data interpretation skills. Scoring for this subcomponent consists of a checklist completed by the standardized patients for the physical examination portion of the encounter, and global ratings provided by trained physician raters. The patient note raters provide ratings on the documented summary of the findings of the patient encounter (history and physical examination), diagnostic impressions, justification of the potential diagnoses, and initial patient diagnostic studies.

Although it is not feasible to list every action that might affect an examinee's patient note score, the descriptions below are meant to serve as examples of actions that would add to or subtract from an examinee's score.

The following are examples of actions that would result in higher scores:

- Using correct medical terminology
- Providing detailed documentation of pertinent history and physical findings. For example: writing "pharynx without exudate or erythema" is preferable to stating that the pharynx is clear.
- Listing only diagnoses supported by the history and findings (even if this is fewer than three)
- Listing the correct diagnoses in the order of likelihood, with the most likely diagnosis first
- Supporting diagnoses with pertinent findings obtained from the history and physical examination

The following are examples of actions that would result in lower scores on the patient note:

- Using inexact, nonmedical terminology, such as *pulled muscle*
- Listing improbable diagnoses with no supporting evidence
- Listing an appropriate diagnosis without listing supporting evidence
- Listing diagnoses without regard to the order of likelihood

**Appendix A** illustrates a blank patient note screen.

**Appendix B** provides examples of two completed patient notes. The samples also include annotations, highlighting actions that would add to or lower a patient note score.

A program for practicing typing the patient note is available on the USMLE website (www.usmle.org).

**Step 2 CS Score Reporting Schedule**

Step 2 CS examinees are grouped into testing periods according to the dates on which they test. The first results for a given testing period will be issued on the first day of the corresponding reporting period, and it is expected that results for the vast majority of examinees who take the exam during the testing period will be reported on this date. However, it is important to note that there will likely be a small number of examinees for whom scoring and quality assurance are not completed by the first day of the reporting period; these will typically be examinees who took the exam in the latter part of the testing period. Results for these examinees will be reported each week throughout the reporting period, and should be reported no later than the last day of the score reporting period.

This schedule allows USMLE staff to enhance the quality assurance and data collection/scoring procedures performed prior to score reporting. Additionally, it provides examinees, as well as others who rely on Step 2 CS results, with guidelines regarding when a result will be reported for a given exam date. These guidelines allow examinees to plan their exam registration and scheduling in order to have their results in time to meet specific deadlines, such as those related to graduation or participation in the National Resident Matching Program (NRMP), or "the Match." Information about testing periods and corresponding reporting periods is available at http://www.usmle.org/step-2-cs/#reporting.

EXHIBIT C
36

## TESTING REGULATIONS AND RULES OF CONDUCT

**You cannot discuss the cases with your fellow examinees, during breaks or at any time.** Conversation among examinees in languages other than English about any subject is strictly prohibited at all times, including during breaks. Test center staff will be with you to monitor activity. To maintain security and quality assurance, each examination room is equipped with video cameras and microphones to record every patient encounter.

The USMLE program retains the right to remove any examinee from the examination who appears to represent a health or safety risk to the standardized patients or staff of a clinical skills evaluation center. This includes, but is not limited to, examinees who appear ill, are persistently coughing or sneezing, have open skin lesions, or have evidence of active bleeding. Examinees who are not feeling well are encouraged to seek medical advice prior to arrival at the center and, if consistent with medical advice, should consider rescheduling the date of their examination. This can be done at the website of your registration entity.

Clinical skills evaluation center staff monitor all testing administrations for the Step 2 CS examination. You must follow instructions of test center staff throughout the examination. Failure to do so may result in a determination of irregular behavior. The USMLE *Bulletin of Information* provides a complete description of irregular behavior and the consequences of a finding of irregular behavior in the sections titled **Testing Regulations and Rules of Conduct** and **Irregular Behavior**. You must become familiar with the *Bulletin of Information* before you take your examination.

Irregular behavior includes any action by applicants, examinees, potential applicants, or others when solicited by an applicant and/or examinee that subverts or attempts to subvert the examination process. Specific examples of irregular behavior include, but are not limited to:

- Seeking and/or obtaining unauthorized access to examination materials;
- Providing false information or making false statements on application forms or other USMLE-related documents;
- Taking an examination without being eligible for it or attempting to do so;
- Impersonating an examinee or engaging someone else to take the examination for you;
- Giving, receiving, or obtaining unauthorized assistance during the examination or attempting to do so;
- Making notes of any kind during the examination, except on the blank paper provided to you;
- Failure to adhere to any USMLE policy, procedure or rule, including instructions of the test center staff;
- Disruptive or unprofessional behavior at the test center;
- Interacting with any standardized patient outside of that standardized patient's given case portrayal, before, during, or after the examination;
- Conversing with other Step 2 CS examinees in any language other than English at any time while at the test center;
- Possessing unauthorized materials, including notes and study guides, photographic equipment, communication or recording devices, pagers, cellular phones, watches of any type, and personal digital assistants (PDAs) during any part of the testing session, including during breaks;
- Altering or misrepresenting examination scores;
- Any unauthorized reproduction by any means, including reconstruction through memorization and/or dissemination of copyrighted examination materials and examination content (this includes the reproduction and dissemination of examination content on the Internet, email, and listservs);
- Providing or attempting to provide any information, including that relating to examination content, that may give or attempt to give unfair advantage to individuals who may be taking the examination;
- Engaging in behaviors that could constitute a real or potential threat to a patient's safety, such as careless or dangerous actions during physical examination.

Instances of possible irregular behavior are thoroughly investigated and actions may be taken under the USMLE policies and procedures on irregular behavior.

EXHIBIT C
37

## COMMON ABBREVIATIONS FOR THE PATIENT NOTE

Lists similar to the one below will be available on-site for reference during Step 2 CS administrations.

| UNITS OF MEASURE | |
|---|---|
| C | Celsius |
| cm | Centimeter |
| F | Fahrenheit |
| hr | Hour |
| kg | Kilogram |
| lbs | Pounds |
| mcg | Microgram |
| mg | Milligram |
| min | Minute |
| oz | Ounces |

| VITAL SIGNS | |
|---|---|
| BP | Blood pressure |
| HR | Heart rate |
| R | Respirations |
| T | Temperature |

| ROUTES OF DRUG ADMINISTRATION | |
|---|---|
| IM | Intramuscularly |
| IV | Intravenously |
| po | Orally |

| MEDICAL ABBREVIATIONS | |
|---|---|
| ∅ | Without or no |
| + or pos | Positive |
| − or neg | Negative |
| Abd | Abdomen |
| AIDS | Acquired Immune Deficiency Syndrome |
| AP | Anteroposterior |
| CABG | Coronary artery bypass grafting |
| CBC | Complete blood count |
| CHF | Congestive heart failure |
| COPD | Chronic obstructive pulmonary disease |
| CPR | Cardiopulmonary resuscitation |
| CT | Computed tomography |
| CVA | Cerebrovascular accident |
| CVP | Central venous pressure |
| CXR | Chest X-ray |
| DM | Diabetes mellitus |
| DTR | Deep tendon reflexes |
| ECG or EKG | Electrocardiogram |
| ED | Emergency department |
| EMT | Emergency medical technician |
| ENT | Ears, nose, and throat |
| EOM | Extraocular muscles |

| MEDICAL ABBREVIATIONS CONTINUED | |
|---|---|
| EtOH | Alcohol |
| Ext | Extremities |
| f or ♀ | Female |
| FH or FHx | Family history |
| GI | Gastrointestinal |
| GU | Genitourinary |
| h/o | History of |
| HEENT | Head, eyes, ears, nose, and throat |
| HIV | Human immunodeficiency virus |
| HRT | Hormone replacement therapy |
| HTN | Hypertension |
| Hx | History |
| JVD | Jugular venous distention |
| L | Left |
| LMP | Last menstrual period |
| LP | Lumbar puncture |
| m or ♂ | Male |
| Meds | Medications |
| MI | Myocardial infarction |
| MRI | Magnetic resonance imaging |
| MVA | Motor vehicle accident |
| Neuro | Neurologic |
| NIDDM | Non insulin-dependent diabetes mellitus |
| NKA | No known allergies |
| NKDA | No known drug allergy |
| nl | Normal/Normal limits |
| PA | Posteroanterior |
| PERRLA | Pupils equal, round and reactive to light and accommodation |
| PMH or PMHx | Past medical history |
| PT | Prothrombin time |
| PTT | Partial thromboplastin time |
| R | Right |
| RBC | Red blood cells |
| ROM | Range of motion |
| SH or SHx | Social history |
| SOB | Shortness of breath |
| TIA | Transient ischemic attack |
| U/A | Urinalysis |
| URI | Upper respiratory tract infection |
| WBC | White blood cells |
| wnl | Within normal limits |
| yo | Year-old |

**Note:** This is not intended to be a complete list of acceptable abbreviations, but rather represents the types of common abbreviations that may be used on the patient note. There is no need to use abbreviations on the patient note; if you are in doubt about the correct abbreviation, write it out.

EXHIBIT C
38

**APPENDIX A**
**Patient Note Screen**

When you type the patient note, you will use a program similar to the one pictured below. You can practice using the patient note software by using the program provided at the USMLE website (www.usmle.org). The patient note screen that appears during the actual examination will have a status bar for each field, indicating how much space remains.

---

**CLINICAL SKILLS EVALUATION**
**PATIENT NOTE**

HISTORY: Describe the history you just obtained from this patient. Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

PHYSICAL EXAMINATION: Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include *only* those parts of examination you performed in *this* encounter.

DATA INTERPRETATION: *Based on what you have learned from the history and physical examination*, list up to 3 diagnoses that might explain this patient's complaint(s). List your diagnoses from most to least likely. For some cases, fewer than 3 diagnoses will be appropriate. Then, enter the positive or negative findings from the history and the physical examination (if present) that support each diagnosis. Lastly, list initial *diagnostic* studies (if any) you would order for each listed diagnosis (e.g. restricted physical exam maneuvers, laboratory tests, imaging, ECG, etc.).

DIAGNOSIS #1:

| HISTORY FINDING(s) | PHYSICAL EXAM FINDING(s) |
|---|---|
| | |

[Add a Row]

DIAGNOSIS #2:

| HISTORY FINDING(s) | PHYSICAL EXAM FINDING(s) |
|---|---|
| | |

[Add a Row]

DIAGNOSIS #3:

| HISTORY FINDING(s) | PHYSICAL EXAM FINDING(s) |
|---|---|
| | |

[Add a Row]

| DIAGNOSTIC STUDIES |
|---|
| |

[Add a Row]

Copyright ©2014 by the National Board of Medical Examiners (NBME®) and the Educational Commission for Foreign Medical Graduates (ECFMG®).

14

EXHIBIT C
39

## APPENDIX B
## Sample Patient Note Styles

Various styles of writing patient notes for the Step 2 CS examination are acceptable. Two examples of patient notes are shown on the following pages. These examples are not meant to represent ideal or perfect patient notes, nor should they be assumed to be complete or accurate with respect to content. Both, however, would be considered acceptable. In addition, guidelines to help examinees understand patient note scoring are provided in callouts.

**Patient Note Example 1**

**CLINICAL SKILLS EVALUATION**
**PATIENT NOTE**

**HISTORY:** Describe the history you just obtained from this patient. Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

Ms. Bingham is a 24 yo woman who complains of worsening sore throat since yesterday morning. She has never had a similar problem in the past. She has no difficulty swallowing, but notes that swallowing makes the pain worse. Nothing makes it better. There is no SOB or sensation of choking or dysphagia. She has fatigue and has had some anorexia since the symptoms began. She has had some subjective fevers at home but has not taken her temperature. She has had no cough or rhinorrhea. There are no sick contacts at home or at work. She denies seasonal allergies and post-nasal drip.
ROS: No chest pain, cough, wheezing, abdominal pain, N/V, headache
PMHx: none
Meds: none; Allergies: none
PSHx: none
FHx: father with HTN
SHx: married with 2 children, No ETOH or drugs, monogamous with husband

**PHYSICAL EXAMINATION:** Describe any positive and negative findings relevant to this patient's problem(s). Be careful to include *only* those parts of examination you performed in *this* encounter.

She is in no acute distress, throat clear, abdomen soft, nontender and without distension. There is no notable splenic or hepatic enlargement or tenderness.

**DATA INTERPRETATION:** *Based on what you have ... ned from the hi...* ...noses that might explain this patient's complaint(s). List your dia... appropriate. Then, enter the positive or ... each diagnosis. Lastly, list initial *diagno...* maneuvers, laboratory tests, imaging, EC...

The physical exam includes a cursory examination of the throat. A higher level of detail such as specific mention of erythema or exudate, and evaluation for regional lymphadenopathy would result in a higher score.

**DIAGNOSIS #1:** Viral Pharyngitis

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
| Sore throat | Tender submandibular lymph nodes |
| Subjective fever | |
| Fatigue | |
| Anorexia | |
| Pain with swallowing | |

Appropriate supporting information is drawn from the history and PE section above and used to support a likely diagnosis

Add a Row

**DIAGNOSIS #2:** Bacterial Pharyngitis

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
| | |
| | |

Including a diagnosis without supporting information will result in a lower score even if the diagnosis is likely.

Add a Row

Copyright ©2014 by the National Board of Medical Examiners (NBME®) and the Educational Commission for Foreign Medical Graduates (ECFMG®).

**Patient Note Example 1 (continued)**



Copyright ©2014 by the National Board of Medical Examiners (NBME®) and the Educational Commission for Foreign Medical Graduates (ECFMG®).

17

EXHIBIT C
42

**Patient Note Example 2**

**CLINICAL SKILLS EVALUATION**
**PATIENT NOTE**

HISTORY: Describe the history you just obtained from this patient. Include only information (pertinent positives and negatives) relevant to this patient's problem(s).

75-y-o woman with sudden onset back pain last night while lifting turkey from oven.
-pain in midline, mid-thoracic
-sharp, stabbing in nature
-worse with movement or deep breath, better with re[st]
-not improved with acetaminophen
-no symptoms in legs, no fever or chills
-had minor back pain in past that resolved on its own
-Post-menopausal due to hysterectomy at age 40, not on HRT
PMH: fracture of foot bone last year
Meds: acetaminophen for occasional headache and daily multivitamin

> History can be presented in either narrative or listed format for full credit.

**PHYSICAL EXAMINATION:** [Indicate] those parts of examination [...]

> The examinee has described the findings relevant to the back pain, and is not required to report a complete physical examination.

Well-nourished woman looks her age, alert and lucid; Appears in pain, especially with movements; point tenderness over T8; straight leg test negative; sensation intact on bilateral feet. No weakness of ankle, knee or hip musculature. Deep tendon reflexes 2+ at patella and ankle.

**DATA INTERPRETATION:** *Based on what you have [...], explain this patient's complaint(s). List your d[...] appropriate. Then, enter the positive or negative [...] each diagnosis. Lastly, list initial diagnostic studies (if a[...] maneuvers, laboratory tests, imaging, ECG, etc.).*

> "Pulled back muscle" is an inexact, non-medical term. The most likely diagnosis, vertebral fracture related to osteoporosis, has been overlooked, despite strong evidence from the history and physical examination. This will result in a lower score.

**DIAGNOSIS #1:** Pulled back muscle

| HISTORY FINDING(S) | PHYSICAL EXAM FINDING(S) |
|---|---|
| Sudden onset back pain with lifting | ROM limited by pain |
| Pain worse with movement | |

Add a Row

Copyright ©2014 by the National Board of Medical Examiners (NBME®) and the Educational Commission for Foreign Medical Graduates (ECFMG®).

18

EXHIBIT C
43

**Patient Note Example 2 (continued)**



Copyright ©2014 by the National Board of Medical Examiners (NBME®) and the Educational Commission for Foreign Medical Graduates (ECFMG®).

19

EXHIBIT C
44