## PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

On August 8, 2016, I electronically filed the attached document(s):

**REPLY BRIEF IN SUPPORT OF DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS' MOTION TO DISMISS**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

> Meghan Lynn Phillips, Esq.
> Morgan, Lewis & Bockius LLP
> 300 South Grand Avenue, 22nd Floor
> Los Angeles, CA 90071
> Phone: (213) 612-2500
> Email: meghan.phillips@morganlewis.com
>
> *Counsel for Educational Commission for Foreign Medical Graduates*

I also placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s) in a sealed envelope, postage fully paid, addressed as follows:

> Yoana Ayanova Kiprilov
> 1053 E. 6th Street, Apt. 26
> Ontario, CA 91764
> Phone: (707) 570-5155
> Email: yoana_ayanova@yahoo.com

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 8, 2016, at Los Angeles, California.

            /s/ Mylene Ruiz
            Mylene Ruiz