NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Yoana A. Kiprilov
1053 E. 6th Str. Ap 26
Ontario, CA 91764
707-570-5155

JGB

FILED 2016 AUG -5 PM 4:03 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Yoana A. Kiprilov

PLAINTIFF(S),

v.

National Board of Medical Examiners, and Educational Commission for Foreign Medical Graduates

DEFENDANT(S).

CASE NUMBER

5:16-cv-00952 JGB (SPx)

PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Ontario, San Bernardino, State of California, and not a party to the above-entitled cause. On 08/05/2016, 20 16, I served a true copy of Plaintiff's Reply to Defendant's Opposition to Motion for a partial summary judgment by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: Ontario
Executed on 08/05/2016, 20____ at Ontario, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____        _____
Signature                                                         Party Served

CV-40 (01/00)                         PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE