NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Yoana A. Kiprilov
1093 E. 6th St. Ap. 26
Ontario, CA, 91764
Phone: 703-570-5155
yoana-ayamove@yahoo.com

FILED
2016 AUG -8  PM 4:03
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY ___

(SPx)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Yoana A. Kiprilo
                                    PLAINTIFF(S),
v.
National Board of Medical Examiners and Educational Commission for Foreign Medical Graduates (ECFMG)
                                    DEFENDANT(S).

CASE NUMBER 5:16-cv-00952

**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, ~~employed~~ in the County of __SAN BERNARDINO__, State of California, and not a party to the above-entitled cause. On __08/08__, 20__16__, I served a true copy of __Plaintiff's Addendum to Plaintiff's Reply to Defendant's Opposition to MSJ__ by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: __Ontario__
Executed on __08/08__, 20__16__ at __San Bernardino__, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____         _____
Signature                                          Party Served

CV-40 (01/00)           PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE