

Yoana Ayanova Kiprilov, Pro per
1053 E. 6th Street, Ap.26
Ontario, CA 91764
email:yoana_ayanova@yahoo.com
phone:707-570-5155

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Yoana Ayanova Kiprilov,

          **Plaintiff,**

vs.

National Board of Medical Examiners,
        Defendant

)
)
)
)
)
)
)
)
)
)
)

**Case No:** 5:16-CV-00952 JGB
Assigned to Hon. Jesus G. Bernal

**PLAINTIFF'S SECOND
AMENDED COMPLAINT**

September, 2016

---

**THIS LAWSUIT IS ALSO TO BE ACCEPTED AS A PROTEST (IN SUPPORT OF THE
ONGOING American Medical Graduates' PUBLIC PETITION "Endstep 2 CS") AGAINST
THE UNPROVEN[1], INEFFICIENT[2,3], UNFAIR[4], EXPENSIVE "DUBIOUS ENTERPRISE"[5],
ESTABLISHED BY NBME and ECFMG (due to its collaboration with NBME in this practice
and requirement for an ECFMG-certification), AND THE LACK OF A LAW THAT
PROTECTS MEDICAL GRADUATES, WHICH RESULTS IN A PARADOXICAL PROTECTION
OF NBME/ECFMG'S "DUBIOUS PRACTICE" (and NBME's "unclean hands" ).**

[1] "To date, there is no evidence that Step 2 CS improves patient safety" ("EndStep 2 CS"petition);

[2] "<u>Real patient and standardized patient ratings of physician communication style differ
substantially</u> and appear to provide different information about physicians' communication style."
("Ratings of physician communication by real and standardized patients", 2007, Fiscella, NY, USA).

[3] "Use of selection procedures to evaluate applicants for a higher level job <u>would not be
appropriate</u>: If the selection procedures measure knowledges, skills, or abilities required for
advancement which would be expected to develop principally from the training or experience on
the job", <u>residency is a training program</u>. (*EEOC-GUIDELINES, "These guidelines… are
designed **to assist… licensing and certification boards**… to provide a framework for
determining the proper use of tests and other selection procedures".*)

[4] "NBME's examiners (and practicing MDs) have <u>never </u>taken this exam and will never take **it to protect**

1 **their own patients, but require other physicians to take it.** This way, there are patients that are not protected.

2 **NBME/ECFMG has not fulfilled its duty to protect the public and breached their duty of fairness to the public**

3 **and to the physicians.** Some NBME-examiners (who have never taken this exam) have unhappy reviews by their

4 own unhappy patients, for example: "*Dr. [J. Z]. took more time to inform me about his personal success than in*

5 *asking questions to help diagnose my child*"; "*Dr. [C.S.C] was condescending and her medical advice was not*

6 *helpful…*

7 *But as a doctor, she does not seem to see the importance of availability and honesty to new parents*");

8 NBME claims that "Step 2 CS (clinical skills) "assesses whether physicians …can communicate effectively with

9 patients" (NBME'S Motion).

10 **5** "**A Critique of the USMLE Clinical Skills Examination**", by two Harvard Med.Graduates- Nupur P. Mehta, and

11 Daniel B. Kramer, MedGenMed. **2005**;

12

13 <u>**Jurisdiction and Venue:**</u>

14 This Court has Jurisdiction under 28 U.S.C.1332 and 28 U.S.C. 1391 (b) (2).

15 <u>**Parties:**</u>

16 Yoana A. Kiprilov, Plaintiff resides in San Bernardino, CA.

17 Defendant National Board of Medical Examiners, with place of business in Philadelphia,

18 Pennsylvania, engaged in an interstate commerce.

19 **Defendant ECFMG- removed as a Defendant by the Court, since the Court ruled**

20 **that *[my]* "*her causes of action, if any, must be directed toward the creators or***

21 ***administrators of the test- that is to entities with authority to create the test and***

22 ***issue scores. ECFMG has the authority to do neither.*" The test is 2 CS-clinical**

23 **skills.**

24 Plaintiff contends that as per F.R.C.P. 60 (b) (1), the Court has been misled by ECFMG

25 and Plaintiff respectfully requests for a RECONSIDERATION based on the arguments

26 that follow.

27

28

ECFMG clearly states "*ECFMG partners with the National Board of Medical Examiners (NBME) in **administering** the Step 2 Clinical Skills (CS)…**Through this collaboration, ECFMG uses its experience in assessment to ensure…**", "The **Clinical Skills Evaluation Collaboration (CSEC) is a partnership of ECFMG and the National Board of Medical Examiners® (NBME®) formed to develop and administer clinical skills assessments** of health care professionals. Because they evaluate critical skills not measured by multiple choice questions or computer-based testing, clinical skills assessments are essential to safe and effective patient care. CSEC strives to protect the public by ensuring that health care professionals meet standards of competence in communication and interpersonal skills, patient examination, spoken English proficiency, and clinical reasoning)*". **(ECFMG - REPORT).** **"ECFMG partners with the National Board of Medical Examiners (NBME) in administering the Step 2 Clinical Skills (CS)…Through this collaboration, ECFMG uses its experience in <u>assessment</u> to ensure that all physicians entering U.S"** (http://www.ecfmg.org/about/index.html*). **Attached hereto as an EXHIBIT as the official statement by ECFMG about the CSEC.**

My results showed reliability issues (which depend on the way of testing, raters and other factors during the administration), which is another reason that ECFMG as a test administrator of 2 CS-exam should be a Defendant here and help with explanations, which they promised in their pleading to provide later (i.e. they have valuable comments on this case ).

Thus, **ECFGM should share responsibility regarding the product -Step 2 CS**, and they never claimed in our conversations that they have no authority to resolve issues with STEP 2 CS. Moreover, after a <u>recheck of 2 CS-score</u> (first with ECFMG and then with NBME), NBME stated in an email:"Please contact ECFMG with any other questions you may have". **Thus, as per Rule 60 (b)(1), I respectfully request for reconsideration regarding this Defendant.**

Dear Honorable Judge,

I am grateful that the Court gave me a last chance to proof that I have suffered damages **due to the NBME's and ECFMG's unfair and deceptive practice regarding Step 2 CS, and the lack of law that specifically protects medical students against such practices.** NBME's testing is in contrast with the evidence-based medicine.

**"End STEP 2CS"- petition is signed by 17,000 US-med. Graduates and physicians. This shows how abnormal the situation is.**

"A monopolist has little incentive to improve their product because customers have no alternatives. Instead, their motivation is focused on protecting the monopoly." (Investopedia). As Dr. Jane Orient, MD, (executive director of AAPS), stated: "*One thing is known for certain about the testing industry, It makes millions of dollars for the self-certified experts.*". Here, NBME's and ECFMG's "self-certified experts" (practicing physicians) have never taken and passed exam to protect their own patients).

I would like to point out here, that after I filed this lawsuit, **I was contacted by NBME'S attorney, from the same company- Norton Rose Full bright (Pennsylvania office) to discuss if I am willing to take the exam for a third time for free,** which was NBME's settlement offer, I suppose.

**However, my concerns are that since the exam showed a reliability problem and adversely affected my results and damaged my career, I have NO guarantee (by NBME) that the third time the exam will be reliable and that I my results will not be artificially decreased**. Since after the change in 2013 in the passing score, foreign medical graduates' passing rate was decreased more that the passing rate for US-graduates.

**I have passed each part of the exam in two administrations (in a 4 month-period), and thus, I have shown "*competence in communication and interpersonal skills, patient examination, spoken English proficiency, and clinical reasoning*", which is what the sole purpose of the exam is. NBME/ECFMG refused to consider my two attempts and pass results (part of my "overall" performance).**

**NBME/ECFMG refused to provide information about what I specifically I failed and what I should study again and why I should pass AGAIN each of the "separate" and 'different" parts of Step 2 CS, and what exactly constitute a pass result on their reports.**

Hopefully it is not an ominous sign the fact that this Court chose to cite NBME's citation of the law regarding breach of contract elements, even though it was not accurate/full as to (element 2) and was depriving me from my right (under CA law) to plead an "excuse for non-performance" or at least excuse for a non-full-performance. The "excuse for non-performance" right was omitted in the citations. I also provided the full citation of the breach of contract elements, but my citation was not considered, unfortunately. As a Pro se, I have, of course, some difficulties interpreting the law, but I believe that NBME intentionally did not cite the full provision, so that I will be misled and not use my right to plead the "excuse".

And, since the hearing was cancelled by the Court, I was not able to clarify this issue at the hearing (including the ECFMG-role in the STEP 2 CS), and plead performance (even though substantial) and an excuse for a non-performance.

Our dispute is about my Step 2 CS "overall" performance. I have passed NBME's Step1 and Step 2 (which, at the time I was tested, included CIS section). I have passed each part of Step 2 CS in 2015, within a four-month period, in two administrations.

**Here, I contend that NBME (with or without ECFMG) breached our contract by not granting passing outcome based on my substantial performance and breached the duty of good faith and fairness**, a statement that satisfies F.R.C.P.

Rule 8. I will rely on the accurate breach of contract elements, and I will use my right to plead a "substantial" performance and "an excuse for a non-full-performance" due to

**Defendants':**

1) **deviation from evidence-based fair scoring decisions and fair (evidence-based) use of the methods of testing,**

2) **use of an exam with reliability and other issues, which prevented me from a full performance and fair evaluation on this exam,**

3) **breach of contract** caused by the refusal to recognize my "substantial performance" (NBME refuses to accept the results from my 2 attempts, ALTHOUGH there is no clause in our contract that the pass results on each of the three "separate" parts of the exam / attempts are invalidated, which also **violates our contract *** (see below).

4) **and based on that, a second breach- breach of good faith and duty of fairness**, since "Every contract imposes upon each party a duty of good faith and fair dealing in its performance and its enforcement."

NBME wants to have it both ways – they invalidate and refuse to consider my two attempts/pass results, BUT at the same time- they keep the information for my two previous attempts, use it and report it to my future employer and for other purposes.

"*Your USMLE transcript includes the following: your complete examination history of all Steps and Step Components that you took* "(**usmle.org**).

-----------------------------------------------------------------------------------------------------------

\* NBME stated in previously in this lawsuit that:

"*Courts have likewise recognized that the relationship between a testing entity and an examinee is contractual, and that the terms of the contract include the published testing policies for the exam. See, e.g., Sims v. Taylor, 270 Fed. App'x 940, 944-45 (11th Cir. 2008); San Mateo High Sch. Dist. v. Educational Testing Serv., 2013 WL4711611, \*7-8 (N.D. Cal. 2013)*", and

*"NBME agrees that its relationship with Dr. Kiprilov is contractual in nature, and that the terms of the contract are found in the policies that NBME made available to her on its website prior to testing."*

**The terms and conditions do not state that "pass" results on each part will be invalidated. This is not stated in our contract.** By invalidating my results and attempts, NBME should either delete this information or, if NBME intends to use it (as stated on the website/our contract, they should consider it and recognize my pass results on each part of the exam). NBME wants to have it both ways – to invalidate my pass results/attempts, but still keep using the information about my pass results/attempts and even report it in a transcript sent my future employers.

**5) And NBME has not fulfilled its duty to protect the public. NBME's own practicing physicians and examiners have never taken and passed this exam – their own patients are not protected. Since there are other physicians that have never taken and passed this exam as well, there are patients that are no protected.**

I respectfully request that the Court accepts my arguments and pleading on the abovementioned grounds (and element 2 of breach of contract law).

I am respectfully submitting my third amended complaint and I am respectfully requesting that the research-based evidence (and the EXHIBITS) I provided earlier and I am providing now be considered here, as well as the EXHIBITS provided by the Defendant-NBME (since NBME claimed the website- information in those EXHIBITS is the terms and conditions of our contract). **Regardless of the outcome, this will case will help a lot of people and also future generations to make their own conclusions about the problem and about the exam.**

I.      **Step 2 CS- a "dubious enterprise" in contrast with the evidence-based medicine:**

**The purpose of STEP 2 CS (and the contract) is to ensure the examinee has** "*competence in communication and interpersonal skills, patient examination, spoken English proficiency, and clinical reasoning*), before continuing his TRAINING (including training in the abovementioned fields). The **opposite results that I achieved on CIS and ICE parts are consistent with a reliability problem and could not be explained by NBME/ECFMG, who stated** "*it is possible to pass one section and fail it at a later date*". Following this logic, everybody who passes an exam/section should be retested every few months (the way I am rested). Step 2 CS had previously reliability problem and it was not administered (btw 1960s-2004) (as per NBME's statement on usmle.org). **NBME/ECFMG's official statement on the USMLE-website says that "it is likely that some "competencies" are not measured in a valid manner". NBME/ECFMG could not reliably measure my skills and the results showed that I do have them and that I do not have them (in May- I had the CIS skills, four months later-according to the results I did not have them).** <u>So, I either lost these skills for 4 months or NBME/ECFMG's results are wrong obviously.</u>  **Other people who have passed the CIS are not retested to ensure that they not lost these skills for months, and normally people who have passed something are not retested again and again every 4 months. However, NBME/ECFMG's money making strategy allows this.** *Reliability* is an internal characteristic of the exam itself, in addition to the "contrast and sequence effects" that affect the examinee's score. (Acad Med. 2008 Oct; "Contrast effects in the USMLE Step 2 Clinical Skills examination.) AND

"Sequence effects in the United States Medical Licensing Examination (USMLE) step 2 clinical skills (cs) examination."Acad Med. 2007 Oct;82(10 Suppl):S101-4") Other examinees also have similar results (not surprisingly, they were tested in the same test center-LA, in the same year-2015).

**A reliability of a test** and its importance was shown in one of my exhibits. ("Assessment decision guide"), where it was stated that unreliable test should not be used for predicting "job performance" (which is what NBME claims their product Step 2 CS is used for). Moreover "**predicting job performance" would directly affect my future employer's decision for hiring since it provides the wrong information to my employer (especially if it is so inaccurate).**

A.   "*Reliability refers to how dependably or consistently a test measures a characteristic. If a person takes the test again, will he or she get a similar test score, or a much different score? <u>A test that yields similar scores for a person who repeats the test is said to measure a characteristic reliabl</u>y.*" ("Testing and Assessment: An Employer's Guide to Good Practices (Guide) was produced and funded by the Skills Assessment and Analysis Program in the U.S. Department of Labor, Employment and Training Administration").

"***Different forms of a test are known as parallel forms or alternate forms. Because the forms are not exactly the same, a test taker might do better on one form than on another.***" (showing how I was unfairly tested on a part that I have passed, but using a different form and different standardized patients that gave me different results). **Single-take examinee is not tested again on another forms by different Stand. Patients to see if he will pass again or fail.**

"*Differences in training, experience, and frame of reference among raters can produce different test scores for the test taker*" (says the same "Guide"). If the Court agrees with NBME that I should be tested again on CIS or ICE, then this would mean that everybody who has passed these parts should be tested again, using the same reasons- people might have lost these skills for 4 months. **The parts according to NBME are "separate" and "different', despite the "single administration" requirement, which allows these parts to be reviewed, taken and passed separately.**

**B.** An **NBME's own research study "(*Measurement precision for repeat examinees on a standardized patient examination, 2011*")** stated and advised that:

1) "*CIS may be more susceptible than other skills to rater drift (Harik et al. 2009), and such drift may contribute to score changes.*"

2) "*Although it is common practice **to base pass-fail decisions** only on scores from the second attempt, it has been shown that **decision consistency improves by averaging scores from the <u>two attempts</u>** (Clauser and Nungester 2001)."* **We further propose the use of a weighted average**, *where the score for each attempt is weighted by the inverse of its conditional SEM* [*], *thereby producing a composite that gives more influence to the more reliable assessment. Future research might investigate the utility of the use of conditional SEMs for this purpose.*" *SEM* [*] *(Standard error of measurement- the difference between the actual value and the measured value)*.

**NBME in its own recent research claims the scores from previous attempts should be considered and proposes a new way of (more accurate) evaluation,** but on my case refuses to do so (in my email on Jan 26, 2016-"*the result is not compared with or influenced by a previously taken examination result. Therefore, it is possible to pass a specific section of the examination on one attempt, and fail it at a later date*".

**C.** NBME's refusal to use evidence-based scoring policy has prevented me from achieving a "passing" outcome on the exam. NBME's use of a product that shows reliability issues and is unable to "measure in a valid manner some competencies" have caused damages to my career and I am not allowed to be employed as a resident.

**In other words, I have to pay way too high price for NBME's problem,** and continue damaging my career.

"For this particular exam, measurement error [i.e. difference between the actual value of a SKILL and the value obtained by a measurement] was greatest for examinees near the cut score ", "The middle of the scale presents more opportunity for variability in ratings which provides more opportunity for error".

"In conclusion, this study provides initial evidence that measurement precision is similar for different groups of examinees after accounting for, or conditioning on, **total score**."

**Despite NBME' own conclusion that "decision consistency improves by averaging scores from the two attempts" (evidence-based research), NBME refused to combine/compare the CIS scores form the two attempts for pass/fail decisions (as they stated in their pleading).**

D. **Step 2 CS- CIS-part,** evaluated by Standardized patients, is researched in **"Ratings of physician communication by real and standardized patients", <u>2007</u>,** University of Rochester School of Medicine, Rochester, NY, USA) and the **research study found that:**

"*CONCLUSION:*

*Real patient and standardized patient ratings of physician communication style differ substantially and appear to provide different information about physicians' communication style.*"

"*Standardized patients typically rate physicians based on a single first visit devoid of previous context. They are thus more useful for assessing new-patient visits **than** for assessing chronic care, a **fundamental aspect of primary care**. Because they have only one opportunity to interact with the physician, standardized patients respond to an important **first impression**. That first impression may not capture some essential elements of physician care over time. For instance, standardized patients would not be able to assess how physicians would tailor interventions based on close knowledge of patient preferences or family, whether the physician would be supportive during times of*

*emotional or personal distress, or how well they advocate for their patients in complex health systems. Ratings derived from white, middle-class standardized patients might differ from those from standardized patients who are members of racial or ethnic minority groups. **Finally, there are few data that relate standardized patient evaluations to meaningful clinical outcomes**."*

<u>**NBME cannot claim that they fully tested my skills for 15min**</u>. When I worked for few months in an intensive care unit, spending hours with patients, three of my post-operation severely ill patients (one of them was a physician) returned later just to say "thank you" for the care i provided, but these patients did not have the NBME's check list, they had their own **real patients' criteria.**

E. **As for Step 2 CS- ICE part,** NBME's own research in 2015, found that one of its two assessments is useless: **"the results show that there is less evidence to support the usefulness of Step 2 CS data gathering scores".**

"ICE subcomponent includes assessments of both data gathering and data interpretation skills" (usmle.org).",

**The question is why I was tested on the data gathering part of ICE in 2015, when NBME-staff member in this article, as a first author, found no usefulness of this score. Then, after this discovery, why my results were not reviewed and changed in the context of this discovery (and we were still arguing about my report results). Instead, NBME/ECFMG greedily wanted more money.**

Further discovery may reveal that I might have failed ICE part (on my first attempt) due to this this useless data gathering part. NBME/ECFMG do not provide information about data gathering and date interpretation separately (they used to do this few years ago, but **now conveniently this info is not provided**).

F. **My pass results and the fact that I have shown the necessary skills on ICE, CIS and SEP in 2015 are not disputed by NBME or ECFMG,** as seen from the evidence presented. The purpose of this exam is to test If I have "**competence in**

**communication and interpersonal skills, patient examination, spoken English proficiency, and clinical reasoning**". Based on the same results, NBME/ECFMG have never claimed that I have not demonstrated the necessary skills (my substantial performance) in 2015, so that I have to retake the exam to show that I have these skills. Thus, there is no reasonable explanation of why I should take the exam again and be treated like I have never taken and passed this exam.

**There is no clause in our contract that my "pass" result on each part (ICE, CIS, and SEP) is not a valid "pass" when it is not achieved in a "single administration". Thus, each of my pass result on ICE, CIS and SEP is still valid, despite the fact that due to the "single administration" requirement, my "overall" outcome on STEP 2 CS is not considered a "pass" result by NBME/ECFMG.**

**That is why I respectfully request that either my previous exam results be removed and deleted, or be considered as an overall performance.**

**As we know, the main purpose of the exam is to tests skills on each these "separate" parts, and a passing them shows a substantial performance.**

G. NBME's research (already cited in the pleading) explained that a "lower score" on a second attempt may be due to "overconfidence", not due to lack of knowledge or skills. NBME uses the "single administration" requirement, which has no evidence-based application in cases like mine. As seen with Lanham Act and many other laws, the plain text leaves the impression that the statue is applicable in many situations (like reading the "single administration" requirement), but in reality they are applicable to very few situations and not to every case. **In other words, every rule has exceptions, which makes this rule more reasonably applicable in certain situations and prevents its unreasonable use in other situations.** In a similar way, the "single administration" requirement is more reasonably applicable to a person who will take the exam for a first time (to ensure that he has the skills on all three parts if he wants a "pass" result at his first attempt), rather

than in this situation especially when there is no evidence-based proof that "single-administration" -pass results are "more pass" that "two-administration"-pass results. NBME cited in support of "single administration" the case (Barbosa v. Committee on Accountancy). However, this case shows how in the "single administration" requirement was removed and currently the CPA-exam is allowed to be taken in parts. If "single administration" was the only proof of competency, there will be no exam allowed to be taken in parts in USA. However, even the CA BPC 2177 allows the very final medical licensing exam to be taken in parts, which exam allows practicing WITHOUT SUPERVISION (unlike step 2 CS- under supervision) **Thus, as seen from testing practice, NBME/ECFMG's requirement about the "single administration" of that the "separate" and "different" parts (specifically in my case) has no merits and is "arbitrary and capricious" (since taking the final licensing exam in parts, as per the CA-law BPC 2177 also protects the public).** In fact, as we all can see, it just ensures more money for NBME.

H.  In 21st century, **for every new testing/treatment/drug, in order to become a "gold standard" and officially used, there must be an evidence based on research studies proving that this specific test/drug/treatment leads to some (measurable) effects. Companies/organizations which are not able to provide such proof, despite their speculative (unproven) claims about their products, are not allowed to administer the treatment/drug/test to their clients.** Allowing NBME to do so would be a double standard, since between 1960s and 2004, when there was no proof that Step2 CS was reliable, it was not administered to physicians (many of them are now current NBME-examiners, who have not taken this exam, and even now, when it is administered, NBME examiners/physicians will NEVER take it).

I.  **It is NOT capricious, that American medical graduates want to see such evidence/DATA that Step2 CS specifically improves patients' outcome.**

Or evidence that "single administration"-pass results shows superior skills than "two administration"-pass results, or better patients' outcomes.

**"*But just as physicians are trained to be deliberate, evidence-based, and cost-conscious, certification processes should be held accountable to the same high standards. In our view, the required Step 2 Clinical Skills (CS) examination, which purports to evaluate clinical and communication skills, fails to meet these standards.*"**

("Time to Eliminate the Step 2 Clinical Skills Examination for US Medical Graduates" July 11, 2016**).**

Unfortunately, **NBME uses Step 2 CS- test without being able to prove that this test specifically protects the public and adequately assesses clinical skills (leading to better outcomes).**

J. **NBME cited only one article (by W. Levinson) to support Step 2 CS existence, but W. Levinson used as a reference #14 the following article (Mead N, Bower P. Patient-centered consultations and outcomes in primary care: a review of the literature. Patient Educ Couns. 2002;48(1):51–61.:) which reads:**

**"*A number of observational studies were identified, all of which reported some relationships between doctor behaviour defined as 'patient-centred' and a variety of patient health outcomes. However, the pattern of associations was not clear or consistent, and some of the studies had shortcomings in terms of their internal and external validity. Although the current evidence base may be suggestive of a relationship between patient-centred consulting behaviour and patient outcomes, the case has not been made definitively.*"**

**W. Levinson's article does not claim or prove that Step2 CS specifically improves clinical outcome, patients' adherence to treatment or patients' satisfaction and results in fewer malpractice claims), since Step 2 CS does not include and assess the detailed discussion of patient's diagnosis and**

**treatment plan**, which are also **important skills affecting patient outcomes. Thus, STEP 2 CS is not even a full evaluation, but a partial (15-min first impression) of some clinical skills.**

K. The same author (W. Levinson) in another article shows that physicians who spent 15min with patients (like on Step 2 CS) have more malpractice claims than physicians who spent 18-min with patients, regardless of the other skills. Also, that the necessary communication skills required are different for physicians with different specialties (i.e. primary care and surgeons). The clinical skills reviewed by W. Levinson's article are the skills used when dealing with cancer patients, and patients with chronic diseases, which require multiple contacts with the physician and multiple levels of communication. Step 2 CS could be called a 15min-initial impression exam. But most importantly, it should be considered that different skills are required in different specialties to protect the public, i.e. a pathologist should be able to accurately diagnoses cancer (whether the patient has cancer or not) under the microscope without seeing the patient and such an accurate diagnosis will result in a better patient outcome. Not the communication with patient. **Moreover, we live in a country where we change our physicians, dentist, lawyers when we do not like them and can post a bad review of experience.**

L. **The fact that 17,000 US- graduates and physicians decided to start a petition searching for a public support and achieving Justice this way, means that they do not believe that Justice can be achieved through the legal system, perhaps due to the lack of law that protects this group of the US-society.**

   In other words, there is a problem that affects a certain group of the society, which problem cannot be resolved since NBME- a monopolistic, rich and powerful company has NO incentive to resolve it due to that fact that this deceptive and unfair practice brings NBME millions of dollars. Still, there is no resolution of the problem, but we continue paying millions of dollars.

Unfortunately, medical graduates are forced to take this exam under fear /extortion that we will never be able to practice medicine without passing this **exam,** due to the current requirements. In order to continue his/her training as a physician, medical graduate must pass this exam. At the same time, majority of practicing physicians, including the NBME's President and CEO (who has 1 out of 5-star patient rating), and NBME's medical examiners/physicians have never taken and passed this exam.

**M. As shown in the case Griggs v. Duke Power Co, when such exam is not necessary for a successful [medical] career and becoming a good physician,** and also affects differently certain groups of people due to the way of evaluation (US and non-US graduates, US-citizens and non-US-citizens, i.e. it is discriminatory policy against foreign graduates/citizens) it should not be used. As seen, without ever taking this exam, some NBME-physicians have good, some have unhappy reviews by their patients.

**N. Which is even more frustrating, NBME/ECFMG failed to act in good faith (breached their duty of fairness) and deceived me <u>as a member of this society (patient),</u> and <u>as an examinee,</u> with their claims that they protect the society by administering this exam:**

**NBME's own practicing physicians and examiners have never taken and passed this exam – their own patients are not protected. <u>Since there are other physicians that have never taken and passed this exam as well, there are patients that are no protected.</u> And NBME has not fulfill its duty to protect the public.**

**And, STEP 2 CS DOES NOT test and ensure that the physician has the necessary skills on other important aspects of the physician-patient relationship that affect the outcomes- detailed discussion of patient's diagnosis and treatment options/plan. Thus, the patient is only partially protected (if at all).**

## II.This CASE-BACKGROUND:

1. "Step 1 assesses whether you understand and can apply important concepts of the sciences basic to the practice of medicine", "Step 2 CK uses the multiple-choice examination format to test clinical knowledge", "Step 2 CS assesses whether you can demonstrate the fundamental clinical skills" (usmle.org).   NBME' s witness, Mr. Dillon's declaration at 11 and 12, stated:

> "*11. Step 2 CS assesses whether physicians seeking an initial license to practice medicine in the United States can communicate effectively with patients.*"
> "*12. Step 2 CS is a **pass/fail** examination on which examinees are scored on three separate subcomponents: Communication and Interpersonal Skills (CIS), poken English Proficiency (SEP), and Integrated Clinical Encounter (ICE).*"

**Only a "pass" result is accepted as a proof of knowledge and skills on each component/subcomponent.**

2. I have passed each of the three "separate" and different parts of Step 2 CS in 2015, within a four-month period, in two administrations. (CIS and SEP in MAY, 2015) and (SEP and ICE in September, 2015).

3.NBME refuses to consider my "overall" performance on Step 2 CS in 2015 as a "pass" outcome and, AND without denying that I have demonstrated the necessary skills on each part already, insist that I have to pay again $1,535 and pass each part again (for a second time) in a "single administration". As pointed out, "single administration" does not make my pass results "more pass" than my previous "pass"-es. I even asked NBME's President and CEO Dr. D. Melnick, and the CS -EXECUTIVE COMMITTEE-members (two of them are ECFMG-representatives) what is the difference btw. single-take examinee's pass results and my (double-take) examinee's pass results. I did not receive an answer, the physicians were hiding and avoiding answering these questions, and transferring the responsibility to people who are not MD's or examiners. Only one CS-exam Executive COMMITTEE member (Dr.

Cassimatis) had the dignity to respond and at least say that he has no power to resolve the issue and transferred it back to a person who is not a physician or examiner. NBME/ECFMG were just "transferring the ball" and not providing answers, that will show the deception.

4. **The entirely opposite results show a reliability problem (as per the definition for Reliability).  As a result, I have been prevented to fully perform and achieve an overall passing outcome by the Defendant-NBME and its** refusal to accept the results from my 2 attempts, since there is no clause in our contract that the pass results on each of the three "separate" parts of the exam or the attempts are invalidated, which violates our contract.

5. My two attempts cannot be and should not ignored as a part of my "overall" performance. From the above statement, it can be seen that a pass result on each component/ subcomponent [*] indicates that the examinee has the necessary skills in these three "separate" parts.

--------------------------------------------------------------------------------------------------------
[*]

As per CA Evid. Code 622-623, NBME's publicly made descriptions, regardless of the context (as per this code), the ICE, CIS, SEP-parts as "components" (NBME's multiple publications) and "subcomponents" (for scoring purposes NBME consider the parts to be "subcomponents" only, so that examinees will have to retake parts when they have been passed, but not in a "single administration"; a component cannot be retaken once it is passed despite this rule). As pointed out previously, all four authors of one of these publications are NBME-employees who (in the references) showed that they used USMLE-website-content, description of STEP 2 CS (where the parts are described as subcomponents), but still in the article described the parts as components. i have previously alleged that the use of component - subcomponent wordplay, which appears to be unethical regardless of the context of the statement. Also the judicial estoppel should (considering Hartman v NBME-case) have prevented NBME's wordplay.

Cited was also Baji v. Board of Dentals examiners, where Dr. Baji, was allowed to take only the part the previously failed, and after a second failure, he had to retake the whole exam again. I have passed Step1 and Step 2 (which, at the time I was tested, included CIS section).

6.In my First Amended Complaint I claimed that the use of component-subcomponent wordplay regardless of the context is unethical, since it is posted on the USMLE-website, and the scoring policy for components and subcomponents I different. Thus, NBME describing the same parts as components and subcomponents regarding of the context, as per Evid. Code 622-623) is not lawful and confuses medical graduates (evidence was presented that other med. Graduates refer to the parts as "components"). NBME claimed these statements were made in "irrelevant context" (NBME's official publications in journals) and this Court favored NBME regarding my claims for negligent and intentional misrepresentation, false descriptions, unfair and deceptive practice and breach of contract.

7. ECFMG reported in 2013, that a change in the passing score for ICE and CIS will affect differently US and non US-graduates -there will be a decrease of the passing rate with 3% and 18%, respectively. Change in the passing score of the other Steps does not result in such discriminatory results, which in addition to the hidden and obscure way of evaluation, strengthens argument about discriminatory practice and policy.

NBME shows statistical data dividing examinees into US and non-US graduates. ECFMG shows their own statistical data dividing people by their citizenship status: US-citizens and non-US citizens. Only on STEP 2 CS, US-citizens have higher scores than non-US citizens, again strengthening the argument that a discriminatory problem exist on this exam. Information and statistical data are provided on NBME/ECFMG's websites. ECFMG promised in their responses that they will provide information later. But since ECFMG are removed as a Defendant, we will never be able to obtain information, since as showed in my emails, NBME/ECFMG provide scant to no information, trying to keep us conveniently disinformed, but keep taking a lot of money from us.  Regarding the discriminatory defect of STEP 2 CS and the Fourteenth Amendment and 42 U.S.C. section 2000e-2 (l), NBME/ECFMG will always claim that they are not an "employer" and that they have the right to set a higher passing rate for US-medical graduates, or somehow the rule/the law does not apply to NBME. It will

even turn out EVENTUALLY that there is no law that applies to NBME and they can never be held liable for wrongdoing. Depending on the applicable cases and the way the problem is reviewed (including the dissenting opinions), the discriminatory problem could also have different interpretations.

8. **NBME/ECFMG *"have exercised substantial control over significant aspects of ... terms and conditions of plaintiff's employment"*** by claiming thus convincing that their product (2 CS-testing) evaluates readiness of the future employee to enter residency, and these claims implying that the product protects the public. Which is why the employer-residency program (directors), based on these claims, requires the examinee to pass Step 2 CS. If NBME/ECFMG publicly announce and show the problems of the exam and that there is no proof that STEP 2 CS SPECIFICALLY it will affect the patient outcomes, residency will highly like change and remove Step 2 CS as a requirement.

9. **I claimed that ECFMG should be a Defendant based** on their own online statements about "COLLABORATION" that ECFMG not only administer the test, but participate in the assessment, **its "area of expertise is assessing clinical skills"** (ecfmg.org). ECFMG not only issues the test results for Foreign Graduates, but also **ECFMG does the recheck of the scores**, and decides based on the STEP2 CS results whether to issue the ECFMG-certification or not (which every employer requires before hiring an employee and my future employers' decision would be directly affected by this this certification or lack thereof). After i decided on my own to contact NBME for another recheck (after the one that ECFMG did), NBME stated *"Please contact ECFMG with any other questions you may have"*:

ECFMG officially states on its website:

- "areas of expertise: assessing clinical skills" (ecfmg.org), which are tested by Step 2 CS.

- "ECFMG partners with the National Board of Medical Examiners (NBME) in **administering** the Step 2 Clinical Skills…Through this <u>collaboration</u>, ECFMG uses its experience **in assessment** to ensure that…". (ecfmg.org).

Thus, ECFMG claims that they are administrator (indeed, the test is administered at the ECFMG-center in LA) and it likely that Court have been misled.

This Court previously ruled that [my] "*her causes of action, if any, must be directed toward the creators or administrators of the test- that is to entities with authority to create the test and issue scores. ECFMG has the authority to do neither.*"

ECFMG also claim that "End Step 2 CS" petition does not mention them. As pointed out, the petition was created by American Med. Graduates (AMGs), and ECFMG is only responsible for International Medical Graduates' assessment. In other words, a petition created by IMGs will include ECFMG.  I have pointed out and presented evidence that before filing the lawsuit I did try to discuss the problem with NBME, and also requested information about what constitutes a "pass" result on my exam reports in terms of number of "Xs".

**10.**NBME in another lawsuit regarding Step 2 CS (Hartman v. NBME) used provisions from EEOC and Title VII, to strengthen their arguments against the Plaintiff- medical graduate even though the provisions were effective for "employer" only. In other words, **in that case NBME took the role of an "employer" of an examinee (medical graduate) to benefit from Title VII and EEOC provisions, but in this case - when I used the provisions from the same law, NBME started whining that they are not my "employer" and the provisions regarding discriminatory use of different cut off levels on exams cannot be used.** NBME again wants to have it both ways.

I claimed that in the medical field, the employer has transferred the employment-related testing to organizations like NBME. It was stated that the rule (regarding the use of different cut of levels) was added in 1991, when this exam was not administered and thus, the rule does not include organizations like NBME/ECFMG. The rule (42 U.S.C. section 2000e-2 (I), however, includes entities that are not "employer" of the examinee.

NBME-type of organizations that are not "employer", but administer tests to people from all over the world, are have not been included since this Rule has not been changed since then 1991. Thus, the discriminatory results (3% v 18% difference in the passing rate mentioned above) will not be lawfully considered a violation, which is how many examinees are not protected against such discriminatory use of test scores. This is the law that specifically addresses the employment-related score-discrimination issues. The Court favored NBME regarding this issue. I am grateful that Court tried to help me here with directing me to another statue that also covers discrimination (which I could not previously find). However, my concern here is that NBME/ECFMG will find another excuse to avoid justice and will win, since as stated, there is currently no law that specifically addresses problems like the ones that Step 2CS has.

**11**.  I believe that I have the right to know, after paying so much money, what exactly i failed to show in details. And since I have "fail" and "pass" results on the same component/subcomponent, I do not know what I did wrong, and it is really necessary to have more information. Courts have allowed other students to review their works (Richardson Court, when the Defendant refused to allow a review). Especially if I ever take the exam again, I will need it to prepare myself in order to pass each part (again). Since NBME/ECFMG refused to do so, I respectfully request the Court to allow me to review my full exam results (with the names of the rates removed, of course).

In Whitfield v. Illinois, Board of Law Examiners,43 despite an examinee's failing the

bar examination five times, his request to be allowed to review

his exam paper and to compare it with model answers was

rejected. Reexamination alone was held to be sufficient to satisfy

due process requirements. Despite such advocacy of reexamination

in Whitfield, Richardson maintained that "once is

enough" with respect to taking the bar exam. The court also

took it upon itself to first bring up and then reject the argument

that allowing examinees the opportunity for review would be

burdensome for the bar examiners." Perhaps in anticipation of

adverse rulings on the issue of review, after the initiation of this

suit the state had voluntarily established procedures for the

review of failing papers".

**12.** Although a little bit discouraged by a recent (2015) survey, I still believe that a prudent decision on the case is possible. The National Center for State Courts' survey for 2015 shows that majority of Americans believe that wealthy and large corporations are treated much better (according to 71%) than others within the judicial system, and the "poor" (according to 61%) are treated worse than others within the Judicial system, and 91% believe that they are likely to win if they have an attorney. Unfortunately, I cannot afford an attorney. And maybe NBME/ECFMG relied on the fact that since hiring an attorney and filing a lawsuit is expensive (NBME was surprised that instead of paying and taking the exam again, I filed a lawsuit), people will not sue them.


### III. CAUSE OF ACTION: BREACH OF CONTRACT, PLAINTIFF'S SUBSTANTIAL PERFORMANCE, FRUSTRATION OF CAUSE, EXCUSE FOR A FULL PERFORMANCE, DEFENDANT'S BREACH.

**It is not about changing scoring policy because of me, as NBME made the Court to believe. IT IS about that NBME is NOT using a fair and new EVIDENCE-BASED MEDICINE AND STUDIES/DATA (and NOT incorporating this new information in the scoring policy for a more accurate evaluation of the skills). Thus, <u>NBME does not act in a good faith to make sure its clients/examinees receive the most accurate and fair evaluation.</u>**

**THE FACT IS THAT NBME, as my two results show, has not been able to measure accurately my real skills. When addressing a Reliability as a characteristic of the exam, it is accepted that the results from the two attempts are correct, but due to differences in the test/raters (inter-rater, test-retest**

reliability), the attempts give different results (here, even opposite). That is why, NBME's most recent research showed that the results from the attempts show be considered. But NBME ignored this results.

Defendant and Plaintiff have a contractual relationship, with the terms regarding the product and the performance by both parties described on the usmle - website, as noted by NBME previously in their pleadings. As per Evid.code 622-623 they should not be allowed to contradict that). **The purpose of the contract is to:**

"*11.* Step 2 CS assesses whether physicians seeking an initial license to practice medicine…can communicate effectively with patients." AND

"*12.* Step 2 CS is a pass/fail examination on which examinees are scored on three separate subcomponents".

**The purpose for which an examinee enters this contract is to receive a passing outcome on Step 2 CS, which allows him to be employed as a physician. That is why a full performance and passing the exam is entirely for Plaintiff's benefit and the examinee promised to take it in good faith under NBME/ECFMG's conditions. NBME/ECFMG charges the same amount of money, regardless of the result. NBME's offer and promise, in accordance with the purpose the test, is to grant a passing outcome when the examinee demonstrates these skills so that the examinee can continue his training.**

Civil Code section 1549 provides: "A contract is an agreement to do or not to do a certain thing." Courts have defined the term as follows: "A contract is a voluntary and lawful agreement, by competent parties, for a good consideration, to do or not to do a specified thing." (Robinson v. Magee (1858) 9 Cal. 81, 83.).

"1708. Every person is bound, without contract, to abstain from injuring the person or property of another, or infringing upon any of his or her rights."

**NBME breached the contract by a) not granting a passing outcome corresponding to the Plaintiff's substantial performance, b) NBME intentionally**

**did not consider the Plaintiff's substantial performance** (pass results on each part of 2 CS), c) NBME **prevented Plaintiff from a full performance** and NBME **intentionally did not consider Plaintiff's reasonable excuse for a non-full-performance (due to NBME's product's reliability defect and because NBME did not follow their evidence-based medicine and research studies** shown above). **Thus Defendant's misconduct and the resulting breach contract and breach of good faith and fairness by the Defendants has caused the Plaintiff to suffer significant career and financial damages (decreasing her chances to get into residency and by preventing her from employment (as a physician), which is what she has been trained for).** "A party can be liable for a breach of the covenant when their conduct frustrates the overarching purpose of the contract."
 Winshall v. Viacom Int'l, Inc., 55 A.3d 629, 636 & n.26 (Del. Ch. 2011) (quoting Dunlap, 878 A.2d at 442).

   **NBME's breach is material, since NBME's refusal (to grant a passing outcome on a substantial performance),** when the purpose of the contract has been fulfilled (plaintiff has demonstrated skills on each part) affects the essence of the contract: demonstration of skills on each part of 2 CS – passing outcome. The breach is also a breach of good faith, since NBME refused to use and consider the data from its own and other's research studies- which recommended, for example, considering the scores from examinee's two attempts, and the uselessness of ICE-data gathering scores, (as DISCUSSED above in I. Step CS- 'DUBIOUS ENTERISE").

   **The essence (purpose) of the contract can simply be described as having to two elements contracted for by the two parties: demonstration of skills on each part of 2 CS, and passing outcome.** Here, the first one has been fulfilled by the Plaintiff, Defendant refused to fulfill the second one.

   **Plaintiff's right to a reasonable (evidence-based) application of the scoring policy and consideration of other known evidence-based factors affecting the STEP 2 CS exam scores, have been violated. Her substantia performance and the**

**Defendant's refusal to consider it and perform accordingly, also violated her right to a fair and ethical evaluation/assessment. A**s it can be seen further down, Courts always determine whether the purpose of the contract is fulfilled regardless of whether all the criteria have been met, since we all know that some of these criteria are made to benefit the Defendant (even though in some situations they are unreasonable).

### ELEMENT 1.

Defendant and Plaintiff entered a written bilateral contract specifically for Step 2 CS in March 2015. The terms and conditions are published online and also on my exam reports (the "single administration" requirement is missing from my result reports). Consideration seemed relatively adequate, (although the exam is considered as extremely expensive and its effectiveness is questionable). NBME offers a passing outcome if the examinee demonstrates the necessary skills and thus "**readiness to enter a residency**" (hence: NBME does not claim and guarantee that the public is protected by the passing the 2 CS – exam).

As seen from the contract, Plaintiff had to pay ECFMG for the exam and take the exam at the ECFMG-center. Plaintiff did this, which is not disputed. A pass evaluation is given if the examinee demonstrates the necessary "skills to communicate effectively with the patient".

**The only purpose for the medical graduates to enter this contract with NBME/ECFMG is to receive a pass evaluation.**

**NBME/ECFMG receives the same amount of money regardless of the examinee's score, but of course, if the examinee fails, this will bring more money to NBME/ECFMG, since the examinee will have to retake the exam.**

**The essence (purpose) of the contract can simply be described as having to two elements contracted for by the two parties: demonstration of skills on each part of 2 CS, and passing outcome. Here, the first one has been fulfilled by the Plaintiff, Defendant refused to fulfill the second one.**

Parties (both capable of contracting) agreed, as demonstrated by parties' subsequent conduct in accordance with terms of the contract (payment, acceptance of payment, each party's performance of the contract). NBME Defendant although initially argued that I have not proven the existence of a contract (and tried to deny it), later admitted in their pleadings that we are in a contract and even cited cases:

"*Courts have likewise recognized that the relationship between a testing entity and an examinee is contractual, and that the terms of the contract include the published testing policies for the exam. See, e.g., Sims v. Taylor, 270 Fed. App'x 940, 944-45 (11th Cir. 2008); San Mateo High Sch. Dist. v. Educational Testing Serv., 2013 WL4711611, *7-8 (N.D. Cal. 2013)*", and

"**NBME agrees that its relationship with Dr. Kiprilov is contractual in nature, and that the terms of the contract are found in the policies that NBME made available to her on its website prior to testin***g*."

The same policy does state that my pass results on each part (even though achieved in two attempts are not valid, or that my previous attempts will be invalidated and not considered). The same policy also states that transcripts "*Your USMLE transcript includes the following: your complete examination history of all Steps and Step Components that you took*".

Thus, the fact that we are in a contractual relationship is not disputed by NBME (and by the parties). We are in agreement that we are in a written contract and NBME has already provided to this COURT EXHIBITS (purporting to be copy of the online-specified contract terms, step 2 CS-SECTION on usmle.org-website). **I respectfully request the Court to consider all the EXHIBITs and Statements made so far (including for the motion for summary judgement) in order to avoid further re-submission of the same documents, which would be an extreme financial hardship to me (and very high printing costs.). If I still have to prove the existence/elements of the contract, I respectfully request that I will do it in my reply or during the hearing.**

**ELEMENT 4:**

I have suffered significant career and financial damages (I have paid $3,160 for the exam, and for a recheck of the scores). Since my valid pass results on each part of the exam (substantial performance) have not been recognized by NBME and ECFMG as an "overall" passing outcome, I am not allowed to be employed as physician. All residency programs consider number of the attempts to pass the exam and the time passed between the attempts, and NBME's conduct has adversely affected my chance for employment in a residency program, and it will continue to do so in the future, since more attempts and time lost will make the damages bigger.

The contract between the parties in this case states that "It is possible that one or more competencies will not be measurable in a valid manner in the context of the USMLE" (http://www.usmle.org/frequently-asked-questions/#cru) incl. competencies like: "communication and interpersonal skills", "professionalism" , etc). **But the contract terms do not provide information about the available remedies that are available for the client/examinee when this "possibility" becomes and fact/problem with some examinees' scores, and what can be further done to compensate him for the problem. Since it would be unfair and unethical if the examinee has to pay the price and suffer damages, just because the product sold to him, turns out to be defective and unreliable later.**

**That is why I have turned toward this Court to determine and compel the remedies, according to the law.** After the examinee pays and takes the test, believing that the exam will be reliable and will measure accurately his skills.

**4.1** "The plaintiff may recover damages for detriment that will be suffered in the future because of the defendant's breach, if the nature, existence, and cause of those future damages is proven with reasonable certainty" [Caminetti v. Pacific Mut. Life Ins. Co (1943) 23 Cal.2d 94, 103, 142 P2d 741;

"The requirement of "reasonable certainty" must be established by a preponderance of the evidence" [see Khan v.Southern Pac. Co. (1955) 132 CA2d 410, 416, 282 P2d 78]. On Internet, there are available interviews with Residency program directors and information regarding Step2CS-attempts, scores and requirements (time spent to take the exams). Furthermore, additional evidence may be presented, If necessary.

**4.2.** The governing statue requires a showing of "sufficient grounds" for preliminary injunction as a remedy for the injured party in a breach of contract claim. Courts traditionally consider that **showing irreparable harm is required to obtain preliminary injunction in federal court** (*Kaiser Trading Co. Associated Metals & Minerals Corp. (N.D. Cal 1970) 321 F Supp 923, 930*-931).

4.3. **All residency programs require a passing result on Step 2 CS (but they do not specify whether in a "single administration" or "in two administrations", just a passing outcome**"), which NBME and ECFMG refused to grant. That is why **specific performance** is appropriate remedy.

Since residency programs considers the time spent and attempts to pass an exam, as well as the years since graduation, my career due to NBME's conduct has suffered severe damages and significantly decreased my chances to get into a residency. The number of the attempts cannot be changed, and the time I have lost (and will lose for a third attempt) cannot be changed. Time always runs forwards. This way, regarding the adequate remedy, **the only available adequate remedy is a specific performance, since I have lost time and money, I will lose more time to study and repeat material that have passed**, and **there is no guarantee that the exam will be reliable this time, and there is no guarantee that I will not be put in the same situation again (having two opposite and completely results). There is no other adequate available remedy currently in the contract, except specific performance.** Courts, in determining to what extent the applicant would be harmed by withholding the injunction, usually will consider whether an adequate alternative remedy is available [see,e.g., Abrams v. St. John's Hosp. & Health Ctr. (1994) 25 CA4th 628, 636, 30 CR2d

603].

The remedy of specific performance is used to procure the promised performance of a contract by a party who has failed or refused to perform, when there is no adequate remedy at law [CC §§ 3384–3395; Schaefer v. United Bank & Trust Co. (1930) 104 CA 635, 641, 286 P 723; Patterson v. Reddish (1922) 56 CA 197, 202, 204 P 565; see 8.33 et seq.].

**As shown, in addition to the possible reliability issues, "contrast" and "sequence effects", the "possibility that some competencies will not be measured in a valid manner in the context of USMLE", NBME also wants to test me again on data gathering score (ICE) even though their own research form Jan. 2016 shows that the score is useless for** ("for predicting subsequent performance in…supervised practice and thus provide evidence for their intended use as an indication of readiness to enter supervised practice. The results show that there is less evidence to support the usefulness of Step 2 CS data gathering scores."). These factors create a predisposition to further harm and damages, which makes the **preliminary injunction- specific performance necessary here to lessen the impact of the problems that NBME's product has caused and will cause to the Plaintiff.**

**Thus, the current damages and a third attempt (and the time spent for it) will result in bigger future harm to Plaintiff's career and will not be adequately compensated without a specific performance. (**Korabek v. Weaver Corp. (1944)).

In determining the adequacy of the Plaintiff's remedy at law, the Court will look at whether the remedy at law on the contract itself is sufficient, rather than whether the plaintiff has some remedy at law outside the contract. (Henderson v. Fisher (1965) 236 CA 2d 468,56 CR 173). Granting a passing outcome is the available remedy in the contract, and it is not unlawful activity, which here is not. **ECFMG claim that they have no power to decide on the results. But they can decide based on the results whether to issue the ECFMG-certificate (for which they do not require specifically a "pass outcome" achieved in a "single administration").**

**Specific performance would be also just and reasonable to both parties**, since: NBME/ECFMG have received the full amount of money, regardless of whether I pass or fail; specific performance will not affect or cause any damages to them at all; NBME has been able to see that I have the necessary clinical skills on each part of the exam (the purpose of the exam), considering also that NBME's examiners have never taken this exam and will never take it (in case NBME claims that the exam is used to protect the public); In other words, specific performance is just and reasonable, and Defendant has received adequate consideration and got what was contracted for ((Young v. Matthew Turner Co (1914), Rose v. Lawton (1936)). – i.e. proof of necessary skills on each part of the exam.

The plaintiff may recover for only those damages that may reasonably be supposed to have been in the contemplation of both parties at the time they made the contract, as the probable result of the breach [Overstreet v.Merritt (1921) 186 C 494, 503, 200 P 11] . Trial courts traditionally consider and weigh two factors in determining whether to issue a preliminary injunction [e.g., Common Cause of Cal. v. Board of Supervisors (1989) 49 C3d 432, 441–442, 261 CR 574, 777 P2d 610; Jay Bharat Developers, Inc. v. Minidis (2008) 167 CA4th 437, 443–444, 84 CR3d 267:

• Is the applicant likely to prevail on the merits in the action?

• Would the applicant be more harmed by withholding the injunction than the other party would be harmed by issuing it?

The greater the showing on one factor, the less must be shown on the other to support an injunction [Butt v. State (1992) 4 C4th 668, 678, 15 CR2d 480, 842 P2d 1240].

Most importantly "an incomplete performance is not necessarily a defense to an action for specific performance. This is true where there has been a substantial performance and a full performance is prevented by the action of the other party." ( Lucy v. Davis, 163 Cal. 611 [ 126 P. 490]. [Ambrose v. Alioto (1944) 65 Cal. App. 2d 362, 369, 150 P.2d 502**.**

**In this case**, <u>**Plaintiff has substantially performed**</u> **(passed each part of the exam), and** <u>**Defendant prevented Plaintiff form a full performance**</u> **by : ignoring its own evidence-based recommendations about using the scores from two attempt for a more precise pass/fail decisions; ignoring the reliability issues; using gathering score which is not useful for a "job performance" prediction, and other factors discussed in I., and violation the its good faith duty.**

"Even if a breach might be considered partial at the time performance is due, there is a limit to the time a promisee must thereafter await performance. The trial court could reasonably conclude that that limit was reached here. **It was not shown that despite defendants' delay, plaintiffs would be assured of getting the improvements**. ( Cf. South Memphis Land Co. v. McLean Hardwood Lbr. Co., 179 F. 417, 426 [102 C.C.A. 563].) Despite repeated requests by plaintiffs, defendants had not installed the improvements called for by the contract. It was uncertain when if ever they would do so… *th*eir conduct clearly justified plaintiffs' belief that performance was either unlikely or would be forthcoming only when it suited defendants' convenience. Plaintiffs were not required to endure that uncertainty or to await that convenience and were therefore justified in treating defendants' nonperformance as a total breach of the contract. *(See Gold Min. Water Co. v. Swinerton, supra; Walker v. Harbor Business Blocks Co., 181 Cal. 773, 780-781 [ 186 P. 356]; Losei Realty Co. v. City of New York, 254 N.Y. 41, 47 [ 171 N.E. 899].)* The question remains whether the court applied a proper measure of damages. [16] Unless a statute otherwise specifically provides, the proper measure of damages for the breach of a contract "is the amount which will compensate the party aggrieved for all the detriment proximately caused thereby, or which, in the ordinary course of things, would be likely to result therefrom." (Civ. Code, § 3300)"

(see *Coughlin v. Blair*, 41 Cal. 2d 587, 599, 600, 262)

**ELEMENT 2**:

2.1 I have **substantially performed (passed and showed skills on each part of the exam),** the IMPORTANT parts of the contract – i.e. conditions, promises or covenants, required by me on my part in accordance with the terms of the contract (to show that I can effectively communicate with patients by being tested on the three "separate" parts**). I tried in good faith to fully perform, since a full performance will only benefit only me, and the price for the exam is the same, regardless of if a fail or pass.**

To establish substantial performance, the plaintiff must show that there was no willful departure from the terms of the contract and that any defects can be easily remedied or compensated for, so that the other party practically got what was contracted for [*Posner v. Grunwald-Marx,Inc. (1961) 56 C2d 169, 186–187, 14 CR 297, 363 P2d 313; Murray's Iron Works, Inc. v. Boyce (2008) 158 CA4th 1279, 1291–1293, 71 CR3d 317*].

**The variance of the contract is minimal and insignificant, and the object of contract is achieved (obtaining pass result on ICE-, CIS- and SEP-part as a proof that I can effectively communicate with patients).**

**The** omission in performance ("single administration" requirement) is slight and will not impair the value of the contract (to test skills on each parts and change the pass result on each parts), **since the parts-ICE, CIS, SEP are also "separate" and "different" (as claimed by NBME) despite the "single administration". (***Thomas Haverty Co. Jones (1921) 1985 c 285,290,197 P 105*).

The doctrine of substantial performance permits recovery on the contract despite the lack of strict performance.

"*The court's final conclusion was that the imperfections due to plaintiff's failure to perform the contract in strict accordance with its terms are trivial and of a minor character as compared with the extent and magnitude of the entire work embraced in said contract… We agree with this conclusion, and we are of the opinion that the case comes within the established doctrine under which a contractor may recover in a suit for*

1   *the contract price, upon showing substantial, though not in all respects complete,*

2   *performance"*. (*Thomas Haverty Co. Jones (1921) 1985 Cal.285,290,197 P 105*).

3      Substantial performance has been applied in different cases: *Division of Labor Law*

4   *Enforcement v. Ryan Aero Co.* (1951) 106 Cal.App.2d Supp. 833,

5   835, 236 P.2d 236 (substantial performance to earn vacation pay); Cline v. Yamaga

6   (1979) 97 Cal.App.3d239, 248, 158 Cal.Rptr. 598 (substantial performance to earn real

7   estate broker's commission)]

8      **My two attempts and results from them as an indicator of my overall**

9   **performance cannot be and should not be ignored, as advised by NBME's own**

10  **researchers. Moreover, the contract does not state that the previous "pass"**

11  **results on each part of Step 2 CS will not be considered and will be invalidated.**

12    2.2  **I have substantially performed since the variance in performance from**

13  **contract specifications ("single administration") does not impair object of the**

14  **contract- that is to test if the examinee has the necessary skills on the three**

15  **"separate" parts- ICE, CIS, SEP. The object, my test results and passing scores,**

16  **can be used for decisions regarding the necessary skills (<u>since only a pass result</u>**

17  **<u>on each part is considered as a proof of having the necessary skills on each</u>**

18  **<u>part</u>**), i.e. the pass results can be used for its intended purpose.

19     **Our written contract also does not prohibit the use of the pass results I have**

20  **achieved on each part of 2 CS-EXAM for an "overall" passing outcome on Step**

21  **2CS.**

22   Defendant got what was contracted for, *(Murray's Iron Works, Inc. v. Boyce,* 158 Cal.

23  App. 4th 1279, 1292 (Cal. Ct. App. 2008): *Posner v. Grunwald-Marx, Inc (1961)  56 Cal.*

24  *2d 16),* **i.e. assurance that I have the necessary clinical skills on each part of the**

25  **exam.**

26     Substantial performance is established where "variance in performance from contract

27  specifications does not impair object of contract; object of contract can be used as

intended; plaintiff acted in good faith in doing all that was required under contract. (Thomas Haverty Co. v. Jones (1921) 185 C 285, 290, 197 P 105).

In "*Division of Labor Law Enforcement v. Ryan Aero.* Co.," 106 Cal. App. 2d Supp. 833 [236 P.2d 236, 30 A.L.R.2d 347] (cited as an authority in Witkin, supra), where the employee was short five working days of the required one- year period for a vacation, the court, in affirming recovery by the employee, concluded...that the purpose of the clause was "to accomplish continuous and faithful service and as an inducement to the employee to remain in the employment" (106 Cal.App.2d Supp. at p. 835); The Court in that case considered whether the purpose of the clause was fulfilled or not (for a decision on substantial performance). Regardless of the requirement (one year-period) and the fact that the plaintiff worked for a shorter period, the Court recognized that the purpose of the requirement was fulfilled, even if the requirement itself was not satisfied (plaintiff worked less than a year). Substantial performance on these grounds **was recognized. In a similar way, with/without "single administration" requirement, the purpose of the contract is to test if the examinee has the necessary skills (a proven by the pass result on each part) and can effectively communicate with patients. The clause in our contract does not say that only "single administration" proves that the examinee has the necessary skills.** As with every exam, only a "pass" result guarantees knowledge on the exam. CPA-exam for example, which is allowed to be taken in parts, requires a pass result. Another example, the CA-licensing exam, according to BPC 2177 is allowed to be taken in parts.

2.3. I have substantially performed due to the fact that a **reliability problem, and many other factors (contrast and sequence effects, artificially set lower passing rates for IMGs) that have been proven to affect 2 CS-scores, affected specifically my test scores. For example, my CIS-score was reported once as a pass and later as a fail result. ICE-score was also reported as a fail and later as a pass.** As seen from the definition for test's reliability, if the results are so different (opposite as here) on two occasions, the test, at least, In this case is not considered as reliable.

Unfortunately, the **reliability problem (among others things) resulting in two opposite results, prevented me from achieving reliable and passing results in a "single administration"** (as NBME insisted). **NBME did not consider the evidence based studies (available currently and discussed in I.), and thus did not act in a good faith when taking decisions on exam results. As a result, NBME breached the contract and the good faith covenant.**

2.4. Performance may be excused when the value of the performance (that is, the purpose of the contract) has been destroyed by a supervening and unforeseen event (*Dorn v. Goetz (1948) 85 CA2d 407, 410, 193 P2d121*).

But due to frustration of purpose (unexpected reliability problem, which NBME claimed that had been resolved), I was not able to fully perform (excuse for a non-full-performance).

After the begging of the lawsuit, **NBME's attorney Mr. R. BURGOYNE contacted me to discuss the option for taking the exam for a third time for free** and their filing of a motion to dismiss (as per "meet and confer rule"). **I specifically expressed my concerns about the reliability of the exam. NBME has not been able to guarantee that there will be no reliability problem on my third attempt** if i take it for a third time.

Due to Step 2 CS' reliability problems, contrast and sequence defects (evidence-based) that affected my exam results before, there is **NO** guarantee (from NBME) that my results will not be adversely affected **again.** I respectfully request that this **frustration of purpose be taken in consideration since it prevented a full performance on my part (due the fact that NBME claimed that the test was reliable and this problem was not expected when I took the exam). As pointed out, it is NBME's (in "collaboration" with ECFMG) PRODUCT, that was offered to me and that had this problem.** The use of such defective product prevented me to fully perform my part of the contract. Also, **if the Court considers the evidence-based**

**articles cited above in "I", this should lead to a fair and honest decision on this case and the appropriate remedies**.

 2.5. In addition to the unexpected reliability problem, NBME prevented me from a full performance, since despite its own research studies (evidence-based medicine) regarding the a more accurate scoring (combining scores form the two attempts), research about usefulness of some scores and uselessness of others (data gathering score on ICE), NBME did not apply them to my case, which would have resulted in a different outcome and would have shown a full performance. **Moreover, DIFFERENT INTERPRETATIONS of my overall performance (consideration and review of my two attempts, and separate review of the three "separate" parts of 2 CS-EXAM) would have resulted in a different score**.  Since NBME claims that the parts ICE, CIS, and SEP are "separate" and "different", despite the "single administration", NBME can review them separately, which they still refuse to do. This shows, that depending on the interpretation/review, my overall score can be considered as a "pass". It is a matter of **review** of my pass results on each part of the exam, regardless of the fact that I have shown the necessary skills (which is undisputed by NBME and ECFMG).

Based on all these allegations, Defendant's "unclean hands" and wrongdoing prevented the Plaintiff's full performance. My non-full-performance concerns the deviation form a "single administration" only. But my pass results on each "separate" part of 2 CS are accurate and valid, regardless of the "single administration".

**Thus, an incomplete performance is not a defense to an action for specific performance when there has been substantial performance and full performance was prevented by the other party [Ambrose v. Alioto (1944) 65 Cal. App. 2d 362, 369, 150 P.2d 502**

**ELEMENT 3:**

 3.1 **Defendant hand are not clean ("unclean hands" doctrine) based on the previous allegations (in element 2),** California has long recognized the maxim that

"No one can take advantage of his own wrong." Civ. Code § 3517. In other words, "[h]e who comes into equity [into court] must come with clean hands." See, Wilson v. S.L. Rey, Inc. (1993) 17 Cal.App.4th 234, 244; Kendall-Jackson Winery, Ltd. v. Superior Court (1999) 76 Cal.App.4th 970, 978 (emphasis added). The rationale of the doctrine was explained in Kendall-Jackson Winery, Ltd. v. Superior Court, supra, at 978-79: "It prevents "a wrongdoer from enjoying the fruits of his transgression . . . " (emphasis added)." The party against whom the unclean hands doctrine is invoked must have `directly infected' the actual cause of action before the court.".

3.2. Despite my substantial performance, I did not get what I contracted for due to NBME's intentional refusal to act accordingly to my "substantial performance" and the circumstances. **NBME'S breach is important/material, since their refusal (to grant a passing outcome on a substantial performance), when the purpose of the contract has been fulfilled (plaintiff has demonstrated skills on each part) affects the essence of the contract: demonstration of skills on each part of 2 CS – passing outcome.**

**The essence (purpose) of the contract can simply be described as having to two elements contracted for by the two parties: demonstration of skills on each part of 2 CS, and passing outcome. Here, the first one has been fulfilled by the Plaintiff, Defendant refused to fulfill the second one.**

**NBME breached the contract since it did not grant the passing result for my substantial performance**, despite the fact that: **NBME/ECFMG do not dispute my clinical skills based on my (passing) exam scores; NBME /ECFMG do not claim that I have not demonstrated these skills on the three "separate" parts of 2CS-ecam. Despite this, NBME has not performed their part of the deal and granted an "overall" passing outcome and showed a bad faith (violation of their duty to act in a good faith and to refrain from harm).** NBME has not been even able to explain why I should take the exam again, except the "single administration'" (which NBME applies to people who will take the exam for a first time and have not previously passed

the any parts). NBME's explanation that "it is possible to fail a section previously passed" sound also illogical, since following the same logic, all single-take examinees should retake the exam every few months to see if they pass again or fail.

3.3. **NBME also prevented me from a full performance, since they ignored the reliability problem that affected my results** (although NBME admits that the exam had this problem before, but claim the problem had been resolved since 2004), NBME **ignored their own research studies showing that the scores from the two attempts should be considered** (which refused to do in their pleadings as well), that **CIS-results are affected by rater drift** (i.e. depend on the rater, not on the examinee's skills). **NBME ignored the contrast and sequence effects that affect the scores. NBME tested me on part of ICE (data gathering score) that was found to be useless for the purpose of the exam** (assessing skills and thus readiness for residency). NBME ignored the an important official guideline that is the "**Use of selection procedures to evaluate applicants for a higher level job would not be appropriate: If the selection procedures measure knowledges, skills, or abilities required for advancement which would be expected to develop principally from the training or experience on the job", residency is a training program (EEOC-GUIDELINES**, "These guidelines… are designed to assist… licensing and certification boards… to provide a framework for determining the proper use of tests and other selection procedures". **NBME ignored other W. Levinson's studies** (which show how NBME's criteria are wrong, the 15 min v 18-min visit, and the fact that depending on the specialty- the skills should be different). **And finally, NBME prevented me from a full performance, since NBME created artificially a group that is set to have a lower passing rate**, which has very likely affected my scores and should be considered as well. <u>This is how NBME's intentional misconduct and bad faith caused damages and breached the contract</u>.

3.4. **And <u>it is not about changing scoring policy because of me</u>**, as NBME made the Court to believe (and the Court believes). <u>**IT IS about NBME's practicing a fair**</u>

EVIDENCE-BASED MEDICINE AND STUDIES (and incorporate them in the scoring policy for a more accurate evaluation of the skills).

Treatment protocols, testing, laws, constantly change in order to adopt new evidence or serve better the society. NBME wants to use old and unproven scoring policy and data, when new data shows it is unreliable/unfair and useless( for the ICE-data gathering score), thus acting in bad faith in order to make money.

3.5 Which is even more frustrating, NBME/ECFMG failed to act in good faith (breached their duty of fairness) and deceived me as a member of the society and as an examinee with their claims that they protect the society by administering this exam.

The society is NOT protected, since the NBME's examiners and practicing physicians, as well as many other practicing physicians have never taken this exam and will never take it (which makes their patients currently unprotected). And, the exam DOEN NOT TEST SKILLS necessary for a long-term relationship ("assessing chronic care, a fundamental aspect of primary care"), and does not include testing of essential elements of physician care over time - detailed discussion of diagnosis and treatment (which is what every patient wants), and Step 2 CS DOES NOT TEST how physicians would tailor interventions based on close knowledge of patient preferences or family, whether the physician would be supportive during times of emotional or personal distress, or how well they advocate for their patients in complex health systems. (see above, I-D).
And as we all know, the patient-physician communication and relationship does not end after the first 15min-visit.


3.6. When the reliability, the old/unfair scoring is used (incl. scoring on a useless ICE-data gathering score), the contrast and sequence effects, and my foreign status, ALL that changed my score in an adverse way and resulted in opposite results

**(NBME's inability to measure accurately my skills). For which I have to continue pay and suffer financial and career damages.**

**The requirement that plaintiff perform is excused when the defendant's conduct prevents the plaintiff from performing [CC § 1511(1)]. When this occurs, the plaintiff is entitled to all the benefits of the contract had it been performed by both parties [CC § 1512]. Plaintiff's performance is thereby excused even when the parties have stipulated that defendant's prevention of performance will not excuse plaintiff's performance [CC § 1511(1)].**

The requirement that plaintiff perform is excused when the defendant's conduct **prevents the plaintiff** from performing [CC § 1511(1)]. When this occurs, the plaintiff is entitled to all the benefits of the contract had it been performed by both parties [CC § 1512]. Plaintiff's performance is thereby excused even when the parties have stipulated that defendant's prevention of performance will not excuse plaintiff's performance [CC § 1511(1)].

"*Whether a partial breach of a contract is material depends on 'the importance or seriousness thereof... 'A material breach of one aspect of a contract generally constitutes a material breach of the whole contract.'* " (Brown v. Grimes (2011) 192 Cal.App.4th 265, 277–278 [120 Cal.Rptr.3d 893], internal citations omitted.), where Grimes received consideration: the referral of cases worth millions of dollars in fees. Brown breached only a portion of the agreement by not paying Ross. Brown's non-performance did not pertain to the referral of cases, the essence of the contract. Thus Grimes was not entitled to recover money already paid to Brown. A dissenting justice would not have discharged Grimes from his duty to perform under the agreement. Which case illustrates the importance of appreciating the ethical rules pertaining both to California Practice and whichever jurisdiction governs the matter.

3.7. The Court considers circumstances of breach in determining whether the breach is material:

To determine whether a breach is material, a court considers the following factors [*Sackett v. Spindler (1967) 248 CA2d 220, 229, 56 CR 435*]:

• *Whether the aggrieved party will obtain the substantial benefit that could reasonably be anticipated from the bargain.* **So far my pass results have NOT been recognized** and I am treated like I have never taken and passed the exam.

• *Whether the aggrieved party can be adequately compensated by damages for the lack of complete performance.* **As shown at element 4- specific performance is the only adequate remedy.**

• *Whether the party in breach failed to perform or made preparations for performing.* ( the **party did not made preparations using the new evidence-based studies** and recommendations for a more accurate evaluation and for a better evaluation of the readiness for practice. NBME claims that STEP 2 evaluates readiness for entering practice. NBME was not able to prevent a reliability problem).

• *The hardship on the party failing to perform if the court terminates the contract.* **(Plaintiff has shown that a future harm will result without the special performance as an adequate remedy, on the other hand- Defendant will CONTINUE TO financially benefit if the Court   terminates the contract, or dismisses the case).**

• *The willful, negligent, or innocent behavior of the party failing to perform.* **(Plaintiff has acted in good faith to fully perform, Defendant "unclean hands" and willfully AND DESPITE THE EVIDENCE-based studies and results (INCL.THEIR OWN STUDIES) prevented Plaintiff's full performance and caused damages to the Plaintiff**).

• *The degree of certainty that the breaching party will perform the remainder of the contract.* **(Defendant will not preform the reminder with certainty, until the Plaintiff pays another $1,535 and takes the exam again (like she has never taken the exam), which will cause more damages to the Plaintiff (alleged at element 4**).

• *The timing of the breach; a slight breach at the outset is more likely to justify termination than a similar breach later in performance, which may be insubstantial.*

(here it is a **later breach, after Plaintiff's substantial performance and a large payments**).

3.8. " 2[13] The circumstances of each case determine whether the injured party may treat a breach of contract as total. (Coughlin v. Blair , 41 Cal.2d 587 , cited American Type etc. Co. v. Packer, 130 Cal. 459, 463 [ 62 P. 744]; Clarke Contracting Co. v. City of New York, 229 N.Y. 413, 419-420 [ 128 N.E. 241]; Helgar Corp. v. Warner's Features, 222 N.Y. 449, 453-454 [119 N.E. 113]; Corbin on Contracts, § 946.)

## V. RELIEF REQUESTED:

Based on the abovementioned statements, **Plaintiff respectfully requests the Court to:**

1) consider the evidence and the arguments provided <u>by her</u> <u>as well</u> (including the evidence-based articles),

2) consider her performance as a substantial performance,
   based on the fact that Plaintiff has passed each part of the 2 CS-exam, and her excuse for a non-full performance

3) grant a specific performance as an adequate remedy that willy compensate plaintiff, or as an alternative - monetary compensation,

4) If the Court favors Defendant (and the case is dismissed), Plaintiff respectfully request to be allowed to **receive more information from NBME/ECFMG about what specifically she failed** on each part: **ICE** (data gathering or data interpretation was failed?), **CIS** (whether she failed to fostering a relationship, failed to support emotions or what specifically), **since the Plaintiff received two opposite results and it is unclear where the problem is and if there is a problem at all.**

If possible - by reviewing her work and evaluations/comments by the raters and the checklists with her evaluations, with names of the raters removed.

5) If the Court favors the Defendant (and the case is dismissed), the Court to **consider that NBME already offered the Plaintiff to take exam for free the third** time. **And the Plaintiff to be allowed to take the exam for free (the third time), if she decides to retake exam**. And, the **Plaintiff to receives assurance and evidence** that the exam is reliable in terms of **test-retest reliability** and **inter-rater reliability**, as per "Current Concepts in Validity and Reliability for Psychometric Instruments: Theory and Application David A. Cook, MD, MHPE, Thomas J. Beckman, MD, FACP, Division of General Internal Medicine, Mayo Clinic College of Medicine, Rochester, Minn., **table 2**-criteria, published in The American Journal of Medicine (2006) 119, 166.e7-166.e16);

6) If the Court favors the Defendant (and the case is dismissed) the Court to consider that NBME tries to invalidate Plaintiffs' previously achieved pass results/two attempts' results by not recognizing them, but at the same time NBME will use them or report them in a transcript. Plaintiff contends and requests these results be deleted (if invalidated and no recognized at all by NBME), or if NBME wants to use or send the information to her future employers, the results to be considered for an overall scoring decision on Plaintiff's performance.

**I believe that my requirements are not unreasonable, considering the situation I am in, due to Defendants' misconduct** and I respectfully request the evidence presented to be considered in support of the facts, which should lead to a fair and just decision on the case.

Date: 09/07/2016          Respectfully submitted: Ioana Kipoilov
                                                         in Pro Per

CLINICAL SKILLS EVALUATION COLLABORATION

# CLINICAL SKILLS EVALUATION COLLABORATION

The Clinical Skills Evaluation Collaboration (CSEC) is a partnership of ECFMG and the National Board of Medical Examiners® (NBME®) formed to develop and administer clinical skills assessments of health care professionals. Because they evaluate critical skills not measured by multiple choice questions or computer-based testing, clinical skills assessments are essential to safe and effective patient care. CSEC strives to protect the public by ensuring that health care professionals meet standards of competence in communication and interpersonal skills, patient examination, spoken English proficiency, and clinical reasoning.

> To learn more about CSEC, visit www.csecassessments.org.

CSEC is an outstanding resource for members of the world's academic health professions community. CSEC provides full-service development of standardized patient (SP)-based clinical skills examinations that test all aspects of the clinical encounter. It also provides customized consultation and faculty development services to clients worldwide that have an interest in developing and administering their own clinical skills assessments. In 2015, CSEC provided four customized consultations and conducted six case-development workshops.

CSEC operates six U.S. test centers in Atlanta, Chicago, Houston, Los Angeles, and Philadelphia, where there are two centers. The CSEC centers comprise the largest network of dedicated clinical skills assessment centers in the United States, and one of the largest in the world. These specialized facilities are designed, built, and operated for the express purpose of administering SP-based exams. The CSEC centers are available for customized administration of clients' clinical skills examination programs.

Since 2004, CSEC has administered the Step 2 Clinical Skills (CS) component of the United States Medical Licensing Examination® (USMLE®). Each year, CSEC administers examinations to approximately 35,000 examinees. Exhibit 15 shows the number of Step 2 CS administrations by CSEC for the 10-year period 2006 to 2015.

 CSEC Clinical Skills Evaluation Collaboration

## CSEC by the Numbers

- Total test administrations, 2004–2015: more than 388,000
- Total SP Encounters, 2004–2015: approximately 4,700,000
- Highest number of test administrations in a calendar year: 36,030 (2015)
- Highest number of test administrations, U.S. and Canadian medical students/graduates, in a calendar year: 21,435 (2015)
- Highest number of test administrations, international medical students/graduates, in a calendar year: 17,513 (2008)

*Source: ECFMG database. Data current as of March 11, 2016.*

No SIM 📶      11:51 AM      94% 🔋
🔒 disqus.com

# DISQUS

🌐 Explore    Log In    **Sign Up**

Discussion on **KevinMD.com**   🔒 24 comments

## An objective national standard for clinical skills is critical. Here's why.

 **Robert Centor**   4 months ago

Here is the problem - the test does not discriminate properly. I have had several students who failed CS the first time, despite being excellent bedside clinicians. We can predict that students will have difficult with step 2 CK, but not CS. This "test" is arbitrary and does not test real clinical skills. The test is not objective as reported by many students who passed the test. And the price is obscene.

2 ↑ ↓   View in discussion

Discussion on **KevinMD.com**   🔒 17 comments

## It's time to instill a positive culture in medicine

 **Robert Centor** ➜ **Steven Reznick**   5 months ago

You are correct. But that only happens when the chairperson gives teaching great value. Too many do not, and that is very sad.

2 ↑ ↓   View in discussion

 **Robert Centor** ➜ **buzzkillerjsmith**   5 months ago

1. I would argue that we are talking about the same thing. Culture is not a thing, but rather your day-to-day experience. I rant constantly about how primary care is undervalued, poorly appreciated and extraordinarily important.

**Join Disqus to get your own profile like this.**

Facebook    **Twitter**    Email



No SIM 📶                    11:54 AM                    93% 🔋
                            kevinmd.com

## An objective national standard for clinical skills is critical. Here's why.   ×

16 comments

**Gerry Creager** ➔ SJ                                    —  ⚑
4 months ago

I'm reminded of the resident (long before 2CS) who was empathetic and connected well with the patient. She could also do an H&P that was a work of art. However, beyond those points, her clinical skills were rather slim. Any of us, following her, found her well-written H&P on the chart (invariably left there even after the dictated copy arrived because we could actually READ her hadwriting) easy to follow, and well organized. Save for a differential diagnosis, which, of course, she included invariably. That, in the vast majority of cases, we could ignore because pathophysiology was NOT her strong suit.

So how would she have done? Interesting question, don't you think?

1 ⌃  ⌄

**Michael** ➔ SJ                                          —  ⚑
4 months ago

Th issue is that it is a $1,200 test given to broke medical students that 98% of medical students pass on the first try--and the ones that don't are not any better than the ones that do.

Close X

48