| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S) | FILED |
|---|---|
| Yoana A. Kprolov<br>1053 E. 6th Str., Ap 2C<br>Ontario, CA 91764<br>707-520-5155 | 2016 SEP -7 PM 1:16<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>RIVERSIDE |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Yoana A. Kprolov<br>PLAINTIFF(S),<br>v.<br>NBME - National Board of Medical Examiners<br>DEFENDANT(S). | CASE NUMBER<br>5:16-cv-00952 JGB(SPx)<br><br>PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE |
|---|---|

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of __San Bernardino__, State of California, and not a party to the above-entitled cause. On __09/07/2016__, 20__16__, I served a true copy of __Second Amended Complaint__ by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing __Ontario, CA__
Executed on __09/07/__, 20__16__ at _____, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____    _____
Signature                  Party Served