NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Yoana A. Kprilov
1053 E. 6th Street, Ap. 26
Ontario, CA 91764

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
2016 SEP -9 PM 12:46
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY ___

Yoana A. Kprilov
PLAINTIFF(S),
v.
National Board of Medical Examiners
DEFENDANT(S).

CASE NUMBER
# 5:16-cv-00952
Hon. Jesus J. Bernal

**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Bernardino, State of California, and not a party to the above-entitled cause. On 09/09/2016, 20___, I served a true copy of Addendum to the Second Amended Complaint, by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: San Bernardino

Executed on 09/09/2016, 20 16 at San Bernardino, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

**ACKNOWLEDGEMENT OF SERVICE**

I, _____, received a true copy of the within document on _____.

_____          _____
Signature                                                             Party Served

CV-40 (01/00)                            PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE