NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

FILED
2016 OCT 11 PM 2:05 JGB (SPx).
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Yoana A. Kiprilov
PLAINTIFF(S),
v.
National Board of Medical Examiners
DEFENDANT(S).

CASE NUMBER
5:16-cv-00952 JGB(SPx).

PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, ~~employed~~ in the County of San Bernardino, State of California, and ~~not~~ a party to the above-entitled cause. On 10/11/2016, 20 16, I served a true copy of Plaintiff's response to Defendant's motion to Dismiss, Plaintiff's request for a fair decision on this case by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: San Bernardino County
Executed on 10/11/2016, 20 16 at afternoon, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____      _____
Signature                                        Party Served

CV-40 (01/00)                    PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE