UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 18 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| YOANA AYANOVA KIPRILOV,<br><br>    Plaintiff-Appellant,<br><br> v.<br><br>NATIONAL BOARD OF MEDICAL EXAMINERS,<br><br>    Defendant-Appellee. | No.   16-56647<br><br>D.C. No.<br>5:16-cv-00952-JGB-SP<br>Central District of California, Riverside<br><br>ORDER |

Before: REINHARDT, CALLAHAN, and NGUYEN, Circuit Judges.

    Upon a review of the record and the responses to the court's January 30, 2017 order, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 2), *see* 28 U.S.C. § 1915(a), and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

    All other pending motions are denied as moot.

    **DISMISSED**.

SLL/MOATT